# United States District Court

SOUTHERN

_____ DISTRICT OF _____

FLORIDA

**STEVE HARRIS**

           Plaintiff,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6107

V

**CIV - FERGUSON**

**DAYTON HUDSON CORPORATION, d/b/a
TARGET STORES,**

**MAGISTRATE JUDGE
SNOW**

           Defendant.

as follows:

TO: (Name and address of defendant)    DAYTON HUDSON CORPORATION
c/o CT CORPORATION SYSTEM
  1200 Pine Island Rd.
  Plantation, FL 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard J. Burton, Esq.
RICHARD J. BURTON & ASSOCIATES, P.A.
18305 Biscayne Boulevard, Suite 300
No. Miami Beach, FL 33160
Ph: (305) 705-0888 - Fax: (305)935-9542

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

JAN 2 1 2000

DATE