

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

### DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, DAYTON HUDSON CORPORATION d/b/a TARGET STORES ("Target"), by and through its undersigned counsel, hereby respectfully moves this Court to enter an Order to enlarge the period of time to March 6, 2000 within which it may serve its response to Plaintiff's Complaint. As good cause therefor, Target states:

1. Target's response to the Complaint is due on February 14, 2000.

2. Undersigned counsel has recently been retained to represent Target and has been unable to fully review the facts of this case in order to prepare a defense.



SHUTTS & BOWEN LLP / 1500 MIAMI CENTER / 201 SOUTH BISCAYNE BOULEVARD / MIAMI, FLORIDA 33131 / (305) 358-6300

3. Due to the press of other litigation, Target requests that the Court grant an extension of time until March 6, 2000 within which it may serve its response to Plaintiff's Complaint.

4. The requested enlargement of time is necessary and will cause no prejudice to any of the parties.

5. The Court may for good cause shown and upon timely motion enlarge the time within which an act shall otherwise be done.

6. Undersigned counsel certifies that she has contacted Plaintiff counsel, and he has no objection to the extension.

7. A proposed order is attached hereto.

WHEREFORE, Target respectfully requests that its motion for an enlargement of time to respond to the Complaint be granted.

Respectfully submitted,
SHUTTS & BOWEN LLP
Attorneys for Defendant
1500 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-6300
(305) 347-7386 (facsimile)

_____
Sheila M. Cesarano
Florida Bar Number 708364

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed this 9 day of February, 2000 to **RICHARD J. BURTON, ESQ.**, Richard J. Burton & Associates, P.A., 18305 Biscayne Boulevard, Suite 300, Miami, Florida 33160.

_____
Of Counsel

MIADOCS 318730.1 KLL