# AFFIDAVIT OF SERVICE

Case No: 00-6107 CIV-FERGUSON

---------- TO BE SERVED ----------  ---------- COURT ----------
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES
1200 S. PINE ISLAND ROAD
PLANTATION, FLORIDA

IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE SOUTHERN DISTRICT OF
FLORIDA

STEVE HARRIS
VS.
DAYTON HUDSON CORPORATION D/B/A TARGET

---------- WRIT ----------
SUMMONS IN A CIVIL ACTION

---------- SERVED FOR ----------  ---------- INFORMATION ----------
RICHARD J. BURTON, ESQ.
RICHARD J. BURTON & ASSOCIATES, P.A.
18305 BISCAYNE BOULEVARD
SUITE 300
AVENTURA, FLORIDA 33160

Court Date :
Court Time :
Witness Fees
Doc. Type : Original
Atty File # :

I received this process 01/24/00 at 1:20 PM and it was served 01/25/00 at 2:15 PM in BROWARD COUNTY, FLORIDA.

On:   DAYTON HUDSON CORPORATION
At:   d/b/a TARGET STORES
      1200 S. PINE ISLAND ROAD
      PLANTATION, FLORIDA

FILED by SC D.C.
INTAKE
FEB 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CORPORATE SERVICE:

By delivering a copy of this writ, the date and hour of service endorsed by me, and a copy of plaintiff's initial pleading as furnished by the plaintiff to:

        C.T. CORPORATION SYSTEMS
        REGISTERED AGENT

of said corporation in the absence of any superior officer or director as defined by Florida statute.

OTHER RETURNS:

BY SERVING ANNIE BOUTILIER

BRENDA TAYLOR
My Commission # CC815829
Expires: March 8, 2003
1-800-3NOTARY Fla. Notary Service & Bonding Co

I acknowledge that I am a certified process server in the circuit in which the defendant was served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and Section 520 Ch. Sep.

The foregoing instrument was acknowledged before me this 31 day of January, 2000 BY VICTOR F. RACEK, who is personally known to me, or who has produced a D/L as identification and who DID take an oath.

_____
PROCESS SERVER: VICTOR F. RACEK ()
CAPLAN/MARKOWITZ & KAYE  (305) 374-3426
CPS Number:  744862

_____
NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / CCN

# United States District Court

SOUTHERN

_____ DISTRICT OF _____

**FLORIDA**

**STEVE HARRIS**

                     **Plaintiff,**

                 **V**

**DAYTON HUDSON CORPORATION, d/b/a TARGET STORES,**

               **Defendant.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **CIV-FERGUSON**

**MAGISTRATE JUDGE SNOW**

as follows:
TO: (Name and address of defendant)   DAYTON HUDSON CORPORATION
c/o CT CORPORATION SYSTEM
1200 Pine Island Rd.
Plantation, FL 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard J. Burton, Esq.
RICHARD J. BURTON & ASSOCIATES, P.A.
18305 Biscayne Boulevard, Suite 300
No. Miami Beach, FL 33160
Ph: (305) 705-0888 - Fax: (305)935-9542

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

JAN 2 1 2000

DATE