UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

STEVE HARRIS,　　　　　　　　　　　　CASE NO. 00-6107-CIV-FERGUSON
　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE SNOW
　　　Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

　　　Defendant
_____/

## ORDER GRANTING DEFENDANT'S
## UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

THIS CAUSE came before the Court on Defendant's Motion for Enlargement of Time, and the Court, having reviewed the Motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.　Defendant's Unopposed Motion for Enlargement of Time is hereby **GRANTED**.

2.　Defendant shall have up to and including March 6, 2000 within which to serve their response to Plaintiff's Complaint.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Broward County, Florida on this 22nd day of February, 2000.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

Sheila M. Cesarano, Esq.
Richard J. Burton, Esq.

