


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

## NOTICE OF UNAVAILABILITY

The undersigned attorney for Defendant shall be absent from the State of Florida from April 19, 2000 through May 8, 2000, May 11, 2000 through May 12, 2000, June 19, 2000 through July 10, 2000, and July 24, 2000 through August 11, 2000, and respectfully requests that no hearings or depositions be scheduled during this time; no motions, notices to produce, interrogatories or other pleadings be filed which require a timely response during this time; and that all pending matters remain in status quo during this time.

The filing and service of this Notice shall constitute an application and request for continuance, extension of time, and/or a protective order as appropriately required for the above reasons.

1



SHUTTS & BOWEN LLP / 1500 MIAMI CENTER / 201 SOUTH BISCAYNE BOULEVARD / MIAMI, FLORIDA 33131 / (305) 358-6300

Respectfully submitted,

SHUTTS & BOWEN LLP
Attorneys for Defendant
1500 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-6300
(305) 347-7386 (facsimile)

By: _____
Sheila M. Cesarano
Florida Bar Number 708364

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed this _13_ day of March, 2000 to **RICHARD J. BURTON, ESQ.**, Richard J. Burton & Associates, P.A., 18305 Biscayne Boulevard, Suite 300, Miami, Florida 33160.

_____
OF COUNSEL

MIADOCS 326695.1 KLL

2