UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/

### JOINT SCHEDULING REPORT

The Parties, pursuant to Local Rule 16.1(b)(7), submit their Scheduling Report and state as follows:

1. **Detailed Schedule of Discovery**

The parties intend to propound Interrogatories, Requests for Production and Requests for Admissions. The parties believe that discovery can be completed by November 1, 2000. See response (4) below for discovery schedule.

2. **Discussion of the Likelihood of Settlement**

The parties agree to pursue settlement of this action as discovery proceeds. Settlement remains a possibility. The parties will attend mediation within the time required by the Court's Order.

3. **Discussion of the Likelihood of Appearance in the Action of Additional Parties**

There is limited likelihood of bringing additional parties to this lawsuit.

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.B



4. **Proposed Limits on the Time:**

    i. **to join other parties and to amend the pleadings;**

    August 1, 2000

    ii. **to file and hear dispositive motions; and**

    December 1, 2000

    iii. **to complete discovery.**

    November 1, 2000

5. **Proposals for the Formulation and Simplification of Issues**

All issues appear to have been formulated and simplified at this time. The Parties will continue to cooperate in an effort to simplify the issues

6. **Amendments to the Pleadings**

The parties may amend the pleadings pursuant to any additional facts revealed through discovery.

7. **Admissions of Fact and Stipulations Regarding Authenticity**

The parties are confident that they will be able to concur on several issues of fact and law, and enter into stipulations regarding tangible evidence which will avoid the necessity of certain proof and serve to expedite the presentation of evidence and simplify the trial of this cause.

8. **Suggestions for Avoiding Unnecessary Proof and Cumulative Evidence**

The parties will work together to prevent unnecessary proof or cumulative evidence in the trial of this cause.

9. **Referral of Matters to a Magistrate Judge**

The parties agree to allow the Magistrate to rule on any discovery disputes subject to this Court's review. The parties do not agree to non-discovery hearings or a trial by the U.S. Magistrate Judge.

10. **Estimate of Time Required for Trial**

It is estimated that this action shall take 3-5 days to try. This is a jury trial.

11. **Assignment of Case to a Particular Track**

Pursuant to S.D. Fla. L.R. 16.1.A.2, the parties believe this case should be assigned to the "Standard Track" given the complexity of the case, the number of witnesses, and the time estimated for discovery.

12. **Requested Dates for Pre-trial Conference and Trial**

The parties suggest that a Final Pretrial Conference be held on or about March 1, 2001. The parties request that the case be set for trial in March 2001.

13. **Other Items**

Defendant's lead counsel, Sheila M. Cesarano, Esq., has prepaid vacations planned from April 19, 2000 through May 6, 2000, from May 11, 2000 through May 12, 2000, from June 19, 2000 through July 10, 2000 and from July 24, 2000 through August 11, 2000 and respectfully requests that no hearings or depositions be scheduled during this time; no motions, notices to produce, interrogatories or other pleadings be filed which require a timely response during this time; and that all pending matters remain in status quo during this time.

**DATED** this 27 day of March, 2000.
RICHARD J. BURTON &
ASSOCIATES, P.A.
Attorneys for Plaintiffs
18305 Biscayne Boulevard, Suite 300
Miami, Florida 33160
(305) 705-0888
Fax (305) 935-9542

BY: _____
Richard Burton
Florida Bar No. 179337

**DATED** this 23 day of March, 2000.
SHUTTS & BOWEN LLP
Attorneys for Defendant
1500 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-6300
Fax (305) 347-7386

BY: _____
Sheila M. Cesarano
Florida Bar No. 708364
Jennifer J. Ator
Florida Bar No. 0120911