# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### HONORABLE WILKIE D. FERGUSON, JR.

### CIVIL MINUTES

1.  Case No. _OO-6107_          Date: _4/3/00_

2.  Style _Steve Harris  v.  Dayton Hudson Corp._

3.  Plaintiff's Counsel: _R. Burton_

4.  Defendant's Counsel: _S. Cesarano_

5.  Type of Proceeding: _Status Conf._

6.  Result of hearing:          Motion Granted          Motion Denied
                                    ☐                        ☐

7.  Case Continued to: _____   Trial Set for _____

8   Does the case require mediation? _____

Notes _Discussion on not to quash serv of p_
_dismiss Count III of the complaint. Court_
_will dismiss Count III w/o prejudice_
_T.P. will be March 12, 2001_

_____

_____

_____

_____

Law Clerk:          Derek Lewis

Courtroom Deputy:   Troy Walker

Courtroom Reporter: Paul Haferling

