UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO.   : 00-6107-CIV-FERGUSON

STEVE HARRIS

                                  NOTICE OF MEDIATION CONFERENCE DATE

    Plaintiff(s),

vs.

TARGET

    Defendant(s).
*******************************

| | |
|---|---|
| DATE AND TIME: | 06/07/2000 Wednesday 1:00 P.M.* |
| LOCATION: | Shutts & Bowen<br>201 South Biscayne Boulevard<br>Suite 1500<br>Miami, FL 33131 305-358-6300 |
| MEDIATOR: | Certified Mediator / Florida Mediation Group, Inc.<br>**Martin A. Soll, Esq.**<br>The mediator is a neutral and may not act as an advocate for any party. |
| FEES: | FINAL PAYMENT DUE WITH IN 10 DAYS OF THE MEDIATION: SEE ATTACHED |
| SUMMARY: | The parties are requested to present a SUMMARY of facts and issues to the Mediator five days prior to the scheduled Mediation Conference. |
| NOTICE: | Please notify Florida Mediation Group immediately of any scheduling problems and copy the Mediator on any pleadings which may impact or affect the mediation. |

*4 HOURS HAVE BEEN RESERVED FOR THE MEDIATION.  IF YOU
THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

ALLENE D. NICHOLSON, ESQ.
FLORIDA MEDIATION GROUP, INC.
Courthouse Plaza, Suite 1010
28 West Flagler Street
Miami, Florida 33130
(305) 579-9990 Fax 579-9991
FMG File No.: 0-40781

```
                                        PAGE 2.
CASE NO.        : 00-6107-CIV-FERGUSON
FMG FILE NO.    : 0-40781
PLAINTIFF       : HARRIS
```

Copies on April 27, 2000 to:

Richard J. Burton, Esq.
Richard J. Burton, P.A.
18305 Biscayne Boulevard
Suite 300
Aventura  FL  33160
305-705-0888 Fax 305-935-9542



Sheila M. Cesarano, Esq.
Shutts & Bowen
201 South Biscayne Boulevard
Suite 1500
Miami  FL  33131
305-358-6300 Fax 305-347-7386