UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,

V.

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES.
    Defendant.
_____/

### REPLY TO MOTION TO COMPEL PRODUCTION

The Plaintiff, by and through undersigned counsel, and pursuant to the applicable Rules of Civil Procedure, hereby files his Reply to the Motion to Compel Production by stating he has responded to the requested discovery, in full.

None of the documents requested by Defendant are in Plaintiffs care, custody or control.

Respectfully Submitted this 26th day of September, 2000.

    RICHARD J. BURTON & ASSOCIATES, P.A.
    18305 Biscayne Blvd., Suite 300
    Miami, FL 33160
    Ph: (305) 705-0888  Fax: 935-9542

By: _____
    Richard J. Burton, FBN 179337



**Certificate of Service**

I HEREBY CERTIFY that a true copy of the foregoing Repy was mailed to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131 on September 26, 2000.

RICHARD J. BURTON & ASSOCIATES, P.A.
18305 Biscayne Blvd., Suite 300
Miami, FL 33160
Ph: (305) 705-0888   Fax: 935-9542

By: _____
Richard J. Burton, FBN 179337