**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**



FILED by _ad_ D.C.

OCT 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

STEVE HARRIS,             Case No. 00-6107-CIV-FERGUSON

    Plaintiffs,

vs.

DAYTON HUDSON CORPORATION d/b/a
TARGET STORES,

    Defendant.
_____/

### ORDER OF REFERENCE TO MAGISTRATE

**THIS CAUSE** is before the court sua sponte. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby

**ORDERED AND ADJUDGED** that the Defendant's Motion to Compel Responses to Second Request for Production is **REFERRED** to **United States Magistrate Judge Lurana S. Snow** to take all necessary and proper action as required by law. The parties are notified that all subsequent pleadings regarding matters referred to the Magistrate Judge shall be so designated by setting forth beneath the case number the identity of the Magistrate Judge to which the matter has been referred.



**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 17th day of October, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Lurana S. Snow, U.S. Magistrate Judge
Richard J. Burton, Esq.
Sheila Caesarano, Esq.