UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6107-Civ-Ferguson/Snow

STEVE HARRIS,

       Plaintiff,

vs.

DAYTON HUDSON CORPORATION,

       Defendant.
_____/

### ORDER

THIS CAUSE is before the Court on the Defendant's Motion to Compel Responses to Second Request for Production (Docket Entry 19), which was referred to United States Magistrate Judge Lurana S. Snow. The plaintiff filed an untimely response stating that none of the requested documents are in his care, custody or control. With the Court being fully advised it is hereby

ORDERED AND ADJUDGED that the motion is DENIED AS MOOT.

DONE AND ORDERED at Fort Lauderdale, Florida, this 19th day of October, 2000.

                              LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:    Richard J. Burton, Esq.
                Sheila M. Cesarano, Esq.