UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,

CASE NO. 00-6107-CIV-FERGUSON
V.    MAGISTRATE JUDGE SNOW

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,
    Defendant.
_____/

## NOTICE OF CONFLICT & UNAVAILABILITY

Please be advised that the undersigned, hereby notifies the Court and all parties to this action of his unavailability during the period of October 30, 2000 through November 22, 2000 and would state that the undersigned will be in trial in the United States District Court, for the Western District of Texas, in the case of M Securities v. City of San Antonio during the aforementioned time period.

Said attorney requests that no hearing, deposition, or other matter be set during this time. That this notice serves as a Motion to Continue for any matter scheduled during the aforementioned time period.

        RICHARD J. BURTON & ASSOCIATES, P.A.
        Attorney for Plaintiff
        18305 Biscayne Blvd., Suite 300
        No. Miami Bch., FL 33160
        Ph: (305) 705-0888 - Fax: (305) 935-9542

        By: _____
            Richard J. Burton, FBN 179337



## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing Repy was mailed to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131 on October 25, 2000.

        RICHARD J. BURTON & ASSOCIATES, P.A.
        18305 Biscayne Blvd., Suite 300
        Miami, FL 33160
        Ph: (305) 705-0888    Fax: 935-9542

        By: _____
        Richard J. Burton, FBN 179337