UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

## DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO DESIGNATE EXPERTS

Defendant, TARGET CORPORATION ("Target"), by and through its undersigned counsel, respectfully moves this Court to enter an Order enlarging the period of time to December 4, 2000, within which Target may serve its designation of experts. As good cause therefor, Target states:

1. Target's designation of experts is due on November 20, 2000.

2. Undersigned counsel is diligently seeking to retain experts in this matter, but has been unable to do so due to the press of other litigation.

3. Target requests that the Court grant a two week extension of time until December 4, 2000, within which it may designate its experts.

4. The requested enlargement of time is necessary and will cause no prejudice to any of the parties. The discovery deadline in this matter is January 2, 2001, and trial is set for the week of March 12, 2001.

5. The Court may for good cause shown and upon timely motion enlarge the time within which an act shall otherwise be done.

6. Undersigned counsel certifies that he has been unable to contact Plaintiff's counsel because Plaintiff's counsel is in trial before the United States District Court for the Western District of Texas, as he stated in his Notice of Conflict and Unavailability dated October 25, 2000. However, undersigned counsel has sent Plaintiff's counsel a letter via facsimile asking whether he objects to the relief requested. When Plaintiff's counsel responds after his return date of November 22, 2000, undersigned will inform the Court of Plaintiff's counsel's position.

7. A proposed order is attached hereto.

WHEREFORE, Target respectfully requests that its motion for an enlargement of time to designate its experts be granted.

> Respectfully submitted,
> SHUTTS & BOWEN LLP
> Attorneys for Defendant
> 1500 Miami Center
> 201 South Biscayne Boulevard
> Miami, Florida 33131
> (305) 358-6300
> (305) 347-7386 (facsimile)
>
> Rene Gonzalez-LLorens
> Florida Bar Number 0053790

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed this __17__ day of November, 2000 to **RICHARD J. BURTON, ESQ.**, Richard J. Burton & Associates, P.A., 18305 Biscayne Boulevard, Suite 300, Miami, Florida 33160.

Of Counsel

MIADOCS 381165.1 RGL