UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

STEVE HARRIS,                         CASE NO. 00-6107-CIV-FERGUSON
                                       MAGISTRATE JUDGE SNOW
        Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

        Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO DESIGNATE EXPERTS

THIS CAUSE came before the Court on Defendant's Motion for an Enlargement of

Time to Designate Experts, and the Court, having reviewed the Motion and being otherwise

fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.      Defendant's Motion for an Enlargement of Time to Designate Experts is

hereby **GRANTED**.

2.      Defendant shall have up to and including December 4, 2000 within which to

serve their expert designation.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Broward County, Florida

on this 22nd day of _____, 2000.

_____
U.S. DISTRICT COURT JUDGE

Sheila M. Cesarano, Esq.
Richard J. Burton, Esq.

