**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

STEVE HARRIS,
    Plaintiff,

V.

**CASE NO. 00-6107-CIV-FERGUSON**
**MAGISTRATE JUDGE SNOW**

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/



### PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND TO INTERROGATORRIES AND TO ALLOW FILING OF SUPPLEMENTAL EXPERT WITNESS LIST

PLAINTIFF, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure hereby requests an enlargement of time up until and including November 29, 2000 to respond to Defendant's Interrogatorries and for an Order Admitting the Filing of the Amended Expert Witness List. The reasons for the requested enlargement are stated below:

1. On or about November 22, 2000 the Plaintiff's Counsel spoke with Counsel for Defendant to have said Counsel accept the filing of an Amended Expert Witness List. There has been no deposition set of any expert, and Defendant had been Granted an Extension in filing its Expert Witness List.
2. Counsel for Plaintiff faxed a copy of the Amended List to Defendant.
3. Due to undersigned counsel's continued heavy case load, and working on the Miami-Dade County, election disputes, and the Thanksgiving Holiday, Plaintiff will be able to Reply to Defendant's Interrogatorries by November 29, 2000..
4. This motion is made in good faith and not for purposes of delay. Such enlargement of time, and Admitting of the filing of the Amended List of Expert Witnesses would be in the interest of justice and would not be prejudicial to the parties.
5. Pursuant to Local Rule 7.1.A.3., counsel represents that he contacted opposing counsel to ascertain if there was any objection to the filing of this motion and was advised by opposing counsel that they do not object to the enlargement of time.

    Therefore, PLAINTIFF, hereby moves for an Order of enlargement of time until and including November 29, 2000 in which to respond to said Interrogatorries and to Admit the filing of the Amended List.

WHEREFORE, PLAINTIFF, respectfully requests this court to grant this Unopposed Motion for Enlargement of Time and to Admit the filing of the Amended List and issue an order stating same.

    Respectfully submitted,

_____
RICHARD J. BURTON F.B.N. 179337

### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing Notice was mailed and faxed to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131 on November 22, 2000.

RICHARD J. BURTON & ASSOCIATES, P.A.
18305 Biscayne Blvd., Suite 300
Miami, FL 33160
Ph: (305) 705-0888 Fax: 305-935-9542

By: _____
Richard J. Burton, FBN 179337