UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,

V.

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/



### NOTICE OF FILING OF SUPPLEMENTAL LIST OF EXPERT WITNESSES

The Plaintiff, by and through undersigned counsel, and pursuant to the Pretrial Order of Court hereby files their Expert Witnesses Listing;

1. Henry Latimer, Esq.-Attorney-Attorneys fees

2. Dr. Evelina Bestman, Ph.D.-Psychological damages occasioned by Racism

3. Jose A. Romano-Accountant and auditor-Damages-c/o City of Miami- 444 SW 2nd Ave. Miami, FL, 33130.

4. Stanley I. Foodman, C.P.A., 1201 Brickell Ave. Suite 610, Miami, FL .

 

RICHARD J. BURTON & ASSOCIATES, P.A.
18305 Biscayne Boulevard, Suite 300
No. Miami Beach, FL 33160
Ph: (305) 705-0888 - Fax 935-9542

By: _____
    Richard J. Burton, FBN 179337

**Certificate of Service**

I HEREBY CERTIFY that a true copy of the foregoing Notice was mailed and faxed to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131 on November 22, 2000.

RICHARD J. BURTON & ASSOCIATES, P.A.
18305 Biscayne Blvd., Suite 300
Miami, FL 33160
Ph: (305) 705-0888    Fax: 935-9542

By: _____
Richard J. Burton, FBN 179337