UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,

V.

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/

FILED by ____ D.C.

NOV 28 2000

CLARENCE MADDOX

### ORDER ON PLAINTIFFS UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

THIS CAUSE having come before this court upon the Defendant's Unopposed Motion for Enlargement of Time to Respond to Defendants' Interrogatorries, and to Admit the filing of the Amended List and the same having been considered, it is;

ORDERED AND ADJUDGED that said Unopposed Motions are Granted.

DONE AND ORDERED in chambers, at Broward County, Ft. Lauderdale, Florida, on this 28th day of November, 2000.

HON. WILKIE FERGUSON, JUDGE, UNITED STATES DISTRICT COURT

cc:  Sheila Ceasarano, Esq.
     Richard J. Burton, Esq.