## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,
    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/



### DEFENDANT'S NOTICE OF DESIGNATION OF EXPERT WITNESSES

Defendant, TARGET CORPORATION ("Target"), through undersigned counsel,

hereby files its designation of expert witnesses and furnishes their names and addresses:

    Loretta Fabricant
    100 SE 2nd Street
    Suite 3910
    Miami, Florida 33131

Ms. Fabricant will testify as to economic damages.

    Dr. Harry Graff, M.D.
    300 Biscayne Boulevard Way
    715 DuPont Plaza Center
    Miami, Florida 33131

Dr. Graff will testify as to psychological damages.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed and faxed on this 4th day of December 2000 to **RICHARD J. BURTON, ESQ.**, Richard J. Burton & Associates, P.A., 18305 Biscayne Boulevard, Suite 300, Miami, Florida 33160.

    SHUTTS & BOWEN LLP
    Attorneys for Defendant
    1500 Miami Center
    201 S. Biscayne Boulevard
    Miami, Florida 33131
    (305) 358-6300
    (305) 347-7386 Facsimile

    By: _____
    Sheila M. Cesarano
    Florida Bar No. 708364
    Rene Gonzalez-LLorens
    Florida Bar No. 0053790