# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON
CORPORATION, d/b/a TARGET
STORES,

    Defendant.

_____/



## DEFENDANT'S WITNESS LIST

Defendant, TARGET CORPORATION ("Target"), pursuant to the Court's April 9, 2000 Order provides its Witness List.

Doug Barth
2525 NW 49th Terrace
Coconut Creek, Florida 33063-3889

Dr. Evelina Bestman, Plaintiff's expert

Tim Blacknick
255 NE 6th Street
Boca Raton, Florida 33432

Loretta Fabricant
100 SE 2nd Street
Suite 3910
Miami, Florida 33131

Don Fankhauser
Assets Protection Team Leader
Target Store T667
5855 Chantry Drive
Columbus, Ohio 43232

Stacy Faulkner
Target Store T634
2000 Waters Road
Ann Arbor, Michigan 48103

Evan Feldman

Stanley I. Foodman, CPA - Plaintiff's Expert
1201 Brickell Avenue
Suite 610
Miami, Florida

Betty Gadson
Target Store T393
1200 S. Federal Highway
Deerfield Beach, FL 33441

Terry Gillespie
Regional Personnel Manager
c/o Target Stores
300 Primera Boulevard
Suite 400
Lake Mary, FL 32746

Dr. Harry Graff
300 Biscayne Boulevard Way
715 DuPont Plaza Center
Miami, Florida 33131

Sandy Gryzbak
Team Relations Leader
Target Store T393
1200 S. Federal Highway
Deerfield Beach, Florida 33441

Steve Harris
c/o Richard Burton
18305 Biscayne Boulevard
Suite 300
Miami, FL 33160

Sunil Harrypersad
Executive Team Leader
Target Store T396
8399 No. University Drive
Tamarac, Florida 33321

Mark Hasting
Spoke Director
Target Store S293
7401 SW Washo Court, Suite 100
Tualatin, Oregon 97062

Claresa Howard
Target Store T393
1200 S. Federal Highway
Deerfield Beach, FL 33441

Donna Keil
5019 80 Terrace So.
Lake Worth, Florida 33467

Caryn Lapre f/k/a Knapp
c/o Target Stores T393
1200 S. Federal Highway
Deerfield Beach, Florida 33441

Henry Latimer, Esq. - Plaintiff's Expert

Paula Layne
Guest Service Team Leader
c/o Target Stores T630
6250 Sample Road
Coral Springs, Florida 33067

Lisa Leffew
5941 NE 3rd Avenue
Fort Lauderdale, FL 33334

Erika Lyday
Team Relations Leader
Target Store T638
21637 State Road 7
Boca Raton, FL 33428

Joy Manasek
Target D310 District Office
1901 S. Congress Avenue, Suite 210
Boynton Beach, Florida 33426

Tina McHugh
Executive Team Leader
Target Store T1104
2700 Timber Drive
Garner, North Carolina 27529

Natalie McKenna
Executive Team Leader
Target Store T638
6250 Sample Road
Coral Springs, Florida 33067

Patricia Morris
Target Store T393
1200 S. Federal Highway
Deerfield Beach, FL 33441

Joe Murphy
Murphy Retail Inc.
1700 S. Dixie Highway
Suite 510
Boca Raton, FL 33432

Howard Ron Raplee
526 21st Avenue North
Lake Worth, FL 33460

Corrine Robbins

SHUTTS & BOWEN LLP / 1500 MIAMI CENTER / 201 SOUTH BISCAYNE BOULEVARD / MIAMI, FLORIDA 33131 / (305) 358-6300

Jose A. Romano - Plaintiff's Expert
Accountant & Auditor
c/o City of Miami
444 SW 2nd Avenue
Miami, Florida 33130

Sandy Rosenberg
Target 642
1200 Linton Boulevard
Delray, Florida 33444

Annette Dugay f/k/a Steinberg
c/o Target Stores T393
1200 S. Federal Highway
Deerfield Beach, Florida 33441

Brandy Svoboda
1731 NW 2nd Street
Deerfield Beach, FL 33482

Shannon Tetrault
Executive Team Leader
Target Store T630
6250 Sample Road
Coral Springs, Florida 33067

Simone Tripp
Target Store T638
21637 State Road 7
Boca Raton, FL 33428

Dyanne Vass
Target Store T393
1200 South Federal Highway
Deerfield Beach, Florida 33441

Laurie Wagner
Target Store T638
21637 State Road 7
Boca Raton, FL 33428

Jeff Warren
Target Spoke 495 Office
1200 Ashwood Parkway, Suite 250
Atlanta, Georgia 30338

Rene Wasco
Target 642
1200 Linton Boulevard
Delray, Florida 33444

All witnesses identified by the Plaintiff.

Rebuttal and Impeachment Witnesses.

By inclusion of any of Plaintiff's witnesses herein, Defendant does not waive its right to object to any of the witnesses to be listed by Plaintiff. Defendant reserves the right to amend this Witness List upon learning of additional persons with knowledge of the facts of this case.

> SHUTTS & BOWEN LLP
> Attorneys for Defendant
> 1500 Miami Center
> 201 South Biscayne Boulevard
> Miami, Florida 33131
> (305) 358-6300
> (305) 381-9982 (facsimile)
>
> By: _____
> Sheila M. Cesarano
> Florida Bar Number 708364
> Rene Gonzalez-LLorens
> Florida Bar Number 0053790

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed this __/ /__ day of December, 2000 to RICHARD J. BURTON, ESQ., Richard J. Burton & Associates, P.A., 18305 Biscayne Boulevard, Suite 300, Miami, Florida 33160.

_____
Of Counsel

MIADOCS 384708.1 RGL