UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
STEVE HARRIS,                    FORT LAUDERDALE DIVISION
                Plaintiff,
                                CASE NO. 00-6107-CIV-FERGUSON
V.                                    MAGISTRATE JUDGE SNOW

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

                Defendant.

_____/

## WITNESS LIST OF WITNESSES WHO MAY BE CALLED TO TESTIFY

The Plaintiff, by and through undersigned counsel, and pursuant to the

applicable Petrial Order hereby files his list of witnesses who may testify;

a)    Shannon Tetrault-(Coral Springs store, presently)

b)    Don Feinkhauser

c)    Joe Toscano (Store Team Leader, Green Acres-WPB)

d)    Betty Gadson (Deerfield)

e)    Karen Napp (Deerfield)

f)    Lisa Leffew (Deerfield)

g)    Clarissa Howard (Deerfield)

h)    Dianne Vasse (Deerfield)

i)    Patricia Morris (Deerfield)

j)    Eileen Murray (Deerfield)

k)    Sandy Rosenberg (Delray Beach)

l)    Erica Lyday (Boca Raton)

m)    Jackie Scott (Green Acres -WPB)

n)    Simone Tripp (Boca Raton)

o)    Mr. Joe Murphy- Murphy Retail

p)    Johnnie Kianka

q)    Terry Gillespie

r)    Doug Barth-prior employee