**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**STEVE HARRIS,**
**Plaintiff,**

**CASE NO. 00-6107-CIV-FERGUSON**
V.                              **MAGISTRATE JUDGE SNOW**

**DAYTON HUDSON CORPORATION**
**d/b/a TARGET STORES,**

**Defendant.**
_____/



## PLAINTIFF'S  & DEFENDANT'S MOTION FOR ENLARGMENT OF TIME
## TO COMPLETE DISCOVERY

PLAINTIFF, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure hereby requests an enlargement of time up until and including February 16, 2001 to complete discovery of fact and Expert Witnesses. The reasons for the requested enlargement are stated below:

1.  On or about December 21, 2000 the Plaintiff's Counsel spoke with Counsel for Defendant to extend discovery cut-offs, since it is Chistmas time, and both parties need to properly receive supplements to their interrogatories regarding expert witnesses, and to take key witnesses, both within and outside of South Florida.
2.  Counsel for Plaintiff faxed a copy of the Amended List to Defendant.
3.  Due to undersigned counsel's continued heavy case load, and working on the Miami-Dade County , election disputes, and the Christmas Holiday, Plaintiff  and Defendant will require discovery to remain open through February 16, 2001.
4.  This motion is made in good faith and not for purposes of delay. Such enlargement of time would be in the interest of justice and would not be prejudicial to the parties.
5.  Pursuant to Local Rule 7. I.A.3., counsel represents that he contacted opposing counsel to ascertain if there was any objection to the filing of this motion and was advised by opposing counsel that they do not object, but support the enlargement of time.

    Therefore. PLAINTIFF, hereby moves for an Order of enlargement of time until and including February 16, 2001 in which to respond to complete said discovery.

WHEREFORE, PLAINTIFF, respectfully requests this court to grant this Unopposed Motion for Enlargement of Time and issue an order stating same.

Respectfully submitted,

_____
RICHARD J. BURTON F.B.N. 179337

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing Notice was mailed to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131 on December 21, 2000.

RICHARD J. BURTON & ASSOCIATES, P.A.
18305 Biscayne Blvd., Suite 300
Miami, FL 33160
Ph: (305) 705-0888  Fax 305-935-9342

By: _____
    Richard J. Burton, FBN 179337