**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**



STEVE HARRIS,                                  Case No. 00-6107-CIV-FERGUSON

    Plaintiff,

vs.

DAYTON HUDSON CORP. d/b/a TARGET
STORES,

    Defendant.
_____/

### ORDER

**THIS CAUSE** is before the Court on the Plaintiff and Defendant's Unopposed Motion for Enlargement of Time to Complete Discovery [D.E. 34]. It is

**ORDERED AND ADJUDGED** that the Motion [D.E. 34] is **GRANTED**. Accordingly, discovery must be completed by February 16, 2001 and all pretrial motions filed by March 2, 2001. All other dates fixed by the April 9, 2000 Scheduling Order remain in effect.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 4th day of January, 2001.

                                        WILKIE D. FERGUSON, JR.
                                        UNITED STATES DISTRICT JUDGE

copies provided:
Sheila Ceasarano, Esq.
Richard J. Burton, Esq.