## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,
    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF FILING EXHIBIT LIST

Defendant, TARGET CORPORATION ("Target"), files its Exhibit List.

**I HEREBY CERTIFY** that a true and correct copy of the Exhibit List was faxed and mailed on this 2nd day of February 2001 to **RICHARD J. BURTON, ESQ.**, Richard J. Burton & Associates, P.A., 18305 Biscayne Boulevard, Suite 300, Miami, Florida 33160.

    SHUTTS & BOWEN LLP
    Attorneys for Defendant
    1500 Miami Center
    201 S. Biscayne Boulevard
    Miami, Florida 33131
    (305) 358-6300
    (305) 347-7386 Facsimile

By: _____
    Sheila M. Cesarano
    Florida Bar No. 708364
    Rene Gonzalez-LLorens
    Florida Bar No. 0053790

MIADOCS 396133 1 RGL

# EXHIBIT LIST

| STEVE HARRIS v. DAYTON HUDSON CORP. d/b/a TARGET STORES | | | **DISTRICT COURT** SOUTHERN |
|---|---|---|---|
| **PLAINTIFF'S ATTORNEY** Richard Burton, Esq. Richard J. Burton & Associates, P.A. 18305 Biscayne Boulevard, Suite 300 Miami, Florida 33160 | | **DEFENDANT'S ATTORNEY** Sheila M. Cesarano, Esq. Rene J. Gonzalez-LLorens, Esq. Shutts & Bowen 1500 Miami Center 201 South Biscayne Boulevard Miami, Florida 33131 | **DOCKET NUMBER** 00-6107-CIV-FERGUSON  **TRIAL DATE(S)** March 12, 2001 |
| **PRESIDING JUDGE** Judge Ferguson | | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLF. NO. | DEF. NO. | Objections | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|
|  | 1 |  | Personnel File of Plaintiff [Target/Harris 1-76] |
|  | 2 |  | Benefits File of Plaintiff [Target/Harris 77-94] |
|  | 3 |  | Defendant's Position Statement [Target/Harris 95-150] |
|  | 3A |  | Store Team Leader Description [Target/Harris 104-104] |
|  | 3B |  | Gross Misconduct Policy [Target/Harris 106] |
|  | 3C |  | Cash Voucher's Policy [Target/Harris 114] |
|  | 3D |  | Shooter's receipt [Target/Harris 122] |
|  | 3E |  | Beach Towel receipt [Target/Harris 135] |
|  | 3F |  | Target Account [Target/Harris 139-141] |
|  | 3G |  | Business Travel Policy [Target/Harris 143] |
|  | 3H |  | American Express Statement [Target/Harris 145-146] |
|  | 3I |  | American Express Report Information [Target/Harris 148] |
|  | 4 |  | Defendant's Handbook on Diversity [Target/Harris 151-156] |
|  | 5 |  | Defendant's EEO Policy [Target/Harris 157-158] |
|  | 6 |  | Defendant's Policy regarding Counseling, Corrective Action and Termination [Target/Harris 159-160] |
|  | 7 |  | Defendant's Executive Team Member Handbook [Target/Harris 161-189] |
|  | 8 |  | Plaintiff's Interview Ratings dated 2/8/96 [Target/Harris 190] |
|  | 9 |  | Confidential Statement by Brandy Svoboda [Target/Harris 191] |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

| | | | |
|---|---|---|---|
| | 10 | | Confidential Statement by Laurie Wagner [Target/Harris 192] |
| | 11 | | Confidential Statement by Lisa J. Arrondo [Target/Harris 193] |
| | 12 | | Confidential Statement by Melissa Jerinsky McCabe [Target/Harris 194-197] |
| | 13 | | Confidential Statement by Corinne Robbins [Target/Harris 198-199] |
| | 14 | | Handwritten notes [Target/Harris 200-207] |
| | 15 | | Pages from voucher book [Target/Harris 208-210] |
| | 16 | | Cash register receipt [Target/Harris 211] |
| | 17 | | Handwritten notes written by Sandy Gryzbak [Target/Harris 212-213] |
| | 18 | | Supplemental Statement by Caryn Knapp [Target/Harris 214-216] |
| | 19 | | Fax from Barth to Gillespie [Target/Harris 217-218] |
| | 20 | | Supplemental Statement of Tim Blacknik [Target/Harris 219] |
| | 21 | | Statement of Evan Feldman [Target/Harris 220] |
| | 22 | | Statement of Donna Keil [Target/Harris 221] |
| | 23 | | Register Receipt [Target/Harris 222] |
| | 24 | | Memo from DHC check administration with attachments [Target/Harris 223-226] |
| | 25 | | Handwritten notes of Shannon Tetrault [Target/Harris 227-229] |
| | 26 | | Handwritten notes [Target/Harris 230-231] |
| | 27 | | Typewritten notes of Paula Layne [Target/Harris 232-234] |
| | 28 | | Handwritten notes of Sunil Harrypersed [Target/Harris 235-236] |
| | 29 | | Handwritten notes of Annette Sternberg [Target/Harris 237] |
| | 30 | | Handwritten notes of Joanne Morconi [Target/Harris 238] |
| | 31 | | Statement of Donna Keil [Target/Harris 239] |
| | 32 | | Statement of Don Fankhauser [Target/Harris 240-241] |
| | 33 | | Handwritten notes of Dyanne Vass [Target/Harris 242] |
| | 34 | | Voucher [Target/Harris 243-244] |
| | 35 | | Handwritten notes of Sunil Harrypersed [Target/Harris 245-246] |
| | 36 | | Handwritten notes of Joanne Morconi [Target/Harris 247-248] |
| | 37 | | Supplemental Statement of Corinne Robbins [Target/Harris 249-250] |
| | 38 | | Supplemental Statement of Erika Lyday [Target/Harris 251-253] |
| | 39 | | Supplemental Statement of Laurie Wagner [Target/Harris 254] |

Page 2 of _____ Pages

SHUTTS & BOWEN LLP / FIRST UNION CENTER, SUITE 2000 / 200 E. BROWARD BLVD. / FT. LAUDERDALE, FLORIDA 33301 / (954) 524-5505

| | | | |
|---|---|---|---|
| | 40 | | Supplemental Statement of Brandy Svoboda [Target/Harris 255] |
| | 41 | | Supplemental Statement of Liza J. Arrondo [Target/Harris 256] |
| | 42 | | Letter from First Union to Plaintiff with attachment [Target/Harris 257-258] |
| | 43 | | Statement of Donna Keil [Target/Harris 259] |
| | 44 | | Printout from DHC Travel Services [Target/Harris 260-261] |
| | 45 | | Statement [Target/Harris 262] |
| | 46 | | Statement of Annette Sternberg [Target/Harris 263] |
| | 47 | | Statement of Donna Keil [Target/Harris 264] |
| | 48 | | Handwritten notes [Target/Harris 265-266] |
| | 49 | | Handwritten notes of Dyanne Vass [Target/Harris 267] |
| | 50 | | Handwritten notes of Shannon Tetrault [Target/Harris 268-270] |
| | 51 | | Over and Short Report [Target/Harris 271-272] |
| | 52 | | Register receipts [Target/Harris 273-274] |
| | 53 | | Email from Gillespie to Barth [Target/Harris 275] |
| | 54 | | Target Stores Travel Report Information [Target/Harris 276] |
| | 55 | | Emails from Gillespie to Hasting and Barth [Target/Harris 277-278] |
| | 56 | | Extended Comprehensive Report regarding Plaintiff [Target/Harris 279-288] |
| | 57 | | Copies of vouchers [Target/Harris 289-293] |
| | 58 | | Documents regarding Plaintiff's Target Card [Target/Harris 294-324] |
| | 59 | | Over and short report with attached handwritten statements of Shannon Tetrault [Target/Harris 325-327] |
| | 60 | | Handwritten statement of Sandy Gryzbak with attachments [Target/Harris 328-331] |
| | 61 | | Target Policy Manual - Business Travel/Expense Reimbursement [Target/Harris 332-338] |
| | 62 | | Statement of Donna Keil with attachment [Target/Harris 339-341] |
| | 63 | | Memorandum from Doug Barth to Marvin Ellison with attachments [Target/Harris 342-353] |
| | 64 | | Statement of Tim Blacknik with attachments [Target/Harris 354-360] |
| | 65 | | Original Voucher Books [Target/Harris 361-1140] |
| | 66 | | American Express Expense Report [Target/Harris 1141-1142] |
| | 67 | | Expense Recap Reports [Target/Harris 1143-1319] |
| | 68 | | Plaintiff's tax records [Plaintiff/Harris 1-12 and 21-24] |

| | | | |
|---|---|---|---|
| | 69 | | Medical Records from Dr. Roger Levy [Plaintiff/Harris 13-20] |
| | 70 | | Handwritten statement of Betty Gadson [Plaintiff/Harris 25-27] |
| | 71 | | Handwritten statement of Annette Sternberg [Plaintiff/Harris 28] |
| | 72 | | Documents regarding Plaintiff's bank account [Plaintiff/Harris 29-32] |
| | 73 | | Vouchers and receipts [Plaintiff/Harris 33-35] |
| | 74 | | Plaintiff's income journal from the screen repair business [Plaintiff/Harris 37-50] |
| | 75 | | Documents produced by J. Murphy Management of Florida pursuant to subpoena [Target/Harris 1321-1336] |
| | 76 | | Affidavits and documents attached to Motion for Summary Judgment, Response to Motion for Summary Judgment and Reply Brief |
| | 77 | | Plaintiff's Deposition Transcripts (Volumes I and II) |
| | 78 | | Terry Gillespie's Deposition Transcript |
| | 79 | | Clarissa Howard's Deposition Transcript |
| | 80 | | Caryn Knapp Lapre's Deposition Transcript |
| | 81 | | Lisa Leffew's Deposition Transcript |
| | 82 | | Patricia Morris' Deposition Transcript |
| | 83 | | Sandy Rosenberg's Deposition Transcript |
| | 84 | | Simone Tripp's Deposition Transcript |
| | 85 | | All Depositions Taken In This Case. |
| | | | Any and all exhibits that are listed on Plaintiff's Exhibit List, subject to objections by Defendant as to admissibility at trial. |
| | | | All documents produced or relied upon during discovery. |
| | | | All documents appended as exhibits to depositions, pleadings or any other court paper. |
| | | | All documents necessary for rebuttal and/or impeachment. |
| | | | All documents necessary for good cause shown. |
| | | | All documents obtained through discovery in this case either by Plaintiff or Defendant. |
| | | | All interrogatories and answers thereto and requests to produce and answers thereto taken in this case. |

Page 4 of _____ Pages

|   |   |   | |
|---|---|---|---|
|   |   |   | All documents discovered prior to trial, upon reasonable notice to opposing counsel. |
|   |   |   | By inclusion of any of Plaintiff's exhibits herein, Defendant does not waive its objections to admissibility, authenticity, relevancy, or any of the grounds listed in Local Rule 16.1(E)(a) of any of the documents which may be listed by Plaintiff. |
|   |   |   | Defendant reserves the right to amend and supplement this Exhibit List upon discovery of additional documents relevant to this case. |

MIADOCS 394854.1 MBD

Page 5 of _____ Pages

SHUTTS & BOWEN LLP / FIRST UNION CENTER, SUITE 2000 / 200 E. BROWARD BLVD. / FT. LAUDERDALE, FLORIDA 33301 / (954) 524-5505