UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILKIE D. FERGUSON, JR.


FILED by _ael_ D.C.
FEB 5 ?00?
CLARENCE MADDOX
CLE:K U.S. DIST. CT.
S.D. C. FLA. FT. LAUD

CIVIL MINUTES

1. Case No. _00-6107_    Date: _2/5/01_
2. Style _Harris v. Dayton Hudson Corp._
3. Plaintiff's Counsel: _Richard Burton_
4. Defendant's Counsel: _Renee Gonzalez_
5. Type of Proceeding: _Pretrial Conf._
6. Result of hearing:    Motion Granted ☐    Motion Denied ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes _Def's. Motion to Continue → GRANTED (end of June)_

_Parties will submit proposed Order to extend discovery_

Law Clerk:            Tori Monroe

Courtroom Deputy:     Troy Walker

Courtroom Reporter:   Paul Haferling

38