UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

STEVE HARRIS,   CASE NO. 00-6107-CIV-FERGUSON
                MAGISTRATE JUDGE SNOW

Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

Defendant.
_____/

### DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL AND FOR SPECIAL SETTING OF TRIAL AND SUPPORTING AFFIDAVIT

Defendant, TARGET CORPORATION ("Target"), by and through undersigned counsel, moves this Court pursuant to S.D. Fla. L.R. 7.6, for the entry of an Order continuing the trial in this matter and specially setting the trial for a date on and after June 18, 2001, and as grounds therefore states:

1. This case is scheduled for trial for the two-week trial calendar beginning on March 12, 2001. There have been no prior requests for a continuance.

2. The undersigned, Defendant's lead counsel, Sheila M. Cesarano, has a serious health condition requiring a postponement of the trial.

3. In connection with Ms. Cesarano's medical condition, her internist has instructed her to limit her work load to the extent possible during the required medical testing and treatment. As of the date of this Motion, Ms. Cesarano continues to undergo medical testing, with the next such all-day testing scheduled



on Thursday, February 8, 2001.  Barring any unforseen complications, Ms. Cesarano's doctors expect her to be able to resume her regular trial work by the end of May, 2001.

4. Ms. Cesarano's treating internist has previously written a letter confirming that she is not medically able to conduct a trial until June, 2001.  This doctor's letter was addressed to Judge Shapiro and provided to him on January 31, 2001, based on which he continued that state court trial until May 29, 2000.  The subject doctor's letter has been faxed to opposing counsel, along with this Motion, and is being provided to this Court for inspection *in camera* this date at the Pretrial Conference.

5. As lead counsel, Ms. Cesarano's presence during trial preparation and trial is essential.  As a result of Ms. Cesarano's health condition, Ms. Cesarano will not be available to conduct the trial until on or about June 18, 2001, following completion of her May 29, 2001 specially set trial, referenced above.

6. **For the above reasons, Defendant requests that the Court specially set the trial in this matter to a date certain on or after June 18, 2001, when Ms. Cesarano should be medically able to try this case.**

7. For those reasons, Defendant seeks a continuance of the trial in this matter until after June 18, 2001.

8. This motion is made in good faith and not for purposes of delay.  No party will be prejudiced by the granting of this continuance.

-2-

9. Plaintiff's counsel has been consulted by the undersigned and has no objection to this Motion.

10. In addition, Defendant is filing this same date a dispositive motion for summary judgment, which by its very nature, will take time for Plaintiff's response, Defendant's reply, and the Court's consideration. Thus, the pendency of said motion may be additional grounds on which a delay of the March 12th trial may be reasonable.

WHEREFORE, Defendant respectfully requests that this Court enter an Order continuing the trial of this cause currently scheduled for the trial calendar of March 12, 2001, specially setting the trial for a date certain on or after June 18, 2001, and granting such other and further relief as this Court deems necessary and proper.

> SHUTTS & BOWEN LLP
> Attorneys for Defendant
> 1500 Miami Center
> 201 S. Biscayne Blvd.
> Miami, Florida 33131
> (305) 358-6300
> (305) 347-7386 facsimile
>
> By: _____
> Sheila M. Cesarano
> Florida Bar No. 708364
> Rene J. Gonzalez-LLorens
> Florida Bar No. 0053790

-3-

## VERIFICATION OF DEFENDANT'S COUNSEL

STATE OF FLORIDA   )
                               ) ss:
COUNTY OF DATE   )

BEFORE ME, the undersigned authority, personally appeared Sheila M. Cesarano who, after being by me first duly sworn, deposes and says that she has read the foregoing Motion for Continuance and that the contents therein are true and correct to the best of her knowledge.

                                                 SHEILA M. CESARANO

SWORN TO AND SUBSCRIBED
before me this _5th_ day of
February, 2001.

_____
Notary Public

My Commission Expires:

> OFFICIAL NOTARY SEAL
> KAREN LEA LARSH
> NOTARY PUBLIC STATE OF FLORIDA
> COMMISSION NO. CC719392
> MY COMMISSION EXP. MAR. 17,2002

X   Personally known to me, or
___ Produced I.D. _____
        (Type and number of I.D.)

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was hand-delivered this \_\_\_\_\_ day of February, 2001 to **RICHARD J. BURTON, ESQ.**, Richard J. Burton & Associates, P.A., 18305 Biscayne Boulevard, Suite 300, Miami, Florida 33160.

SHEILA M. CESARANO

MIADOCS 396383.1 KLL

-5-