UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION



FEB 5 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

## ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE

THIS MATTER came before the Court upon the Defendant's Motion for Continuance of Trial, and the Court having reviewed the file and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

1. Defendant's Motion for Continuance is **GRANTED**.

2. This cause is hereby removed from the March 12, 2001 trial calendar.

3. This cause is set for trial on the Trial Calendar commencing on __June 18, 2001__. Counsel for all parties shall appear at Calendar Call commencing at __4:15 p.m.__, on __June 11, 2001__.



DONE AND ORDERED in Chambers this 5th day of February, 2001 at Ft. Lauderdale, Florida.

_____
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Sheila M. Cesarano, Esq.
Richard Burton, Esq.