# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS.

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.

_____/



## DEFENDANT'S RULE 7.5 STATEMENT

Defendant, **TARGET CORPORATION** ("Target"), pursuant to Local Rule 7.5, submits the following statement of material facts as to which it contends there is no genuine issue to be tried. Target submits this statement in support of its Motion for Summary Judgment filed against Plaintiff **STEVE HARRIS** ("Plaintiff").

1.    In June 1994, Plaintiff, an African-American, applied for a position at Target. (Plaintiff Dep. at 21-22.)

2.    During the interview process, several Target managers interviewed Plaintiff. (Plaintiff Dep. at 24-27.)

3.    Terry Gillespie, Target's Regional Human Resource Manager, who is white, was one of the Target managers who interviewed Plaintiff. (Plaintiff Dep. at 25; Gillespie Dep. at 3, 14.)

4.    After Target completed the interview process, Gillespie offered Plaintiff an Assistant Store Team Leader position (Assistant Store Manager) at Target. (Plaintiff Dep. at 27.)

5.    On June 9, 1994, Plaintiff commenced his employment at Target store T638, located in Boca Raton, Florida, as an Assistant Store Team Leader-in-Training (Assistant Store Manager in Training). (Plaintiff Dep. at 27-28.)

6.    After completing the initial training, Plaintiff was promoted to Assistant Store Team Leader (Assistant Store Manager) of Target Store T628 on August 1, 1994. (Plaintiff Dep. at 28.)

7.    On September 15, 1996, Plaintiff was transferred to Target Store T391, located in West Palm Beach, Florida. (Plaintiff Dep. at 31.)



8.     In July 1997, Plaintiff was promoted to Executive Team Leader in Logistics when Target modified its store management infrastructure. (Plaintiff Dep. at 33, 34.) Pursuant to the promotion, Plaintiff received a salary increase. Id.

9.     On December 28, 1997, Plaintiff was promoted to Store Team Leader (Store Manager) and transferred to Target Store T392, located in Greenacres, Florida. (Plaintiff Dep. at 34-36.) The transfer was for a short-term period because Target Store T392 was closing. (Plaintiff Dep. at 34.)

10.    On April 1, 1998, Target transferred Plaintiff to Target Store T393 (the "Store"), located in Deerfield Beach, Florida, as the Store Team Leader (Store Manager). (Plaintiff Dep. at 36-37.)

11.    Plaintiff worked at Target Store T393 until his termination date, March 5, 1999. (Plaintiff Dep. at 37.)

12.    As Store Manager, Plaintiff was responsible for a multi-million dollar business. (Ex A, Gillespie Aff. ¶ 3) Plaintiff oversaw all Store funds and budgets. Id. Plaintiff was required to demonstrate exemplary conduct and leadership within the Store. Id. Plaintiff was required to direct the merchandising, operation, and personnel functions of the Store toward attaining maximum profits, sales, and return on investment. Id.; Ex. A(1), Store Team Leader Job Description.

13.    In January 1999, Plaintiff contacted Mark Hastings, Target's District Manager, so that he could authorize a going-away dinner party for Evan Feldman, an Executive Team Leader, who had resigned. (Plaintiff Dep. at 72-73.)

14.    After Hastings approved the dinner party, Plaintiff obtained $500.00 from Don Fankhauser, the Store's Security Manager, to cover the cost of Feldman's going-away dinner party. (Plaintiff Dep. at 73-75.)

15.    Upon receiving the $500.00, Plaintiff obtained a voucher from Fankhauser and signed the voucher book acknowledging that he had received $500.00. (Plaintiff Dep. at 73-77.)

16.    Feldman's going-away dinner party was held on January 29, 1999, at Shooter's, a Fort Lauderdale restaurant. (Ex. A(2), Shooter's Receipt.)

17.    Four individuals attended Feldman's going-away dinner party: Shannon Tetrault, Don Fankhauser, Plaintiff, and Evan Feldman. (Plaintiff Dep. at 76.)

18.    According to Plaintiff, he paid $135.87 for the dinner party and left approximately a $25 tip; thus, Plaintiff testified that he paid a total of $160 for Feldman's dinner party. (Plaintiff Dep. at 78-80.)

2

19.     However, on the Shooter's Receipt submitted to Target by Plaintiff, Plaintiff handwrote $160.00 (as a "tip") to add to $135.87 (the dinner's cost) to equal $295.87. (Plaintiff Dep. at 78-80; Ex. A(2), Shooter's Receipt.)

20.     Plaintiff testified that the handwritten numbers on the Shooter Receipt are in his handwriting. (Plaintiff Dep. at 78.) When asked why he added $135.87 and $160 on the Shooter's Receipt, Plaintiff had the following explanation.

Q.     Is that your handwriting?
A.     Yes, it is.
Q.     And then that handwriting shows that $160 was added to the total of 135.87, correct? . . . .
A.     No. It's showing $160, but not the way you're asking the question.
Q.     Okay. What are you telling me in your view that shows?
A.     That was the tip. That was including the tip on here. $135 plus $25 would equal 160.
Q.     How much tip did you leave?
A.     Twenty-five dollars.
Q.     What does the total of $295.87 represent?
A.     Those are two numbers, when you put them together, total 295.
Q.     Right. And that is the total that the party came to; is that correct?
A.     No.
Q.     Why is that not the total?
A.     The $160 is the total.
Q.     Why did you write 295.87 down here?. . . . I'm going to ask the same form again. Why would you write dollar sign, 295.87 on the receipt?
A.     I was trying to figure out what amount of money should go back to the store so I was calculating.
Q.     That's why you wrote it?
A.     Yeah. Yes, sorry.

(Plaintiff Dep at 78-80.)

21.     Plaintiff gave Target the Shooter's Receipt (which reflected a $295.87 total) and returned $205 in cash to the Store's service desk supervisor, Caryn Knapp, representing the cash difference between $500 and $295.87 (the total amount Plaintiff wrote on the receipt). (Plaintiff Dep. at 77-78, 80-84.) Plaintiff thus improperly kept approximately $135 for himself by overstating the "tip" at Shooter's.

22.     On the store ledger, Knapp noted that she had received $205 from Plaintiff, which is the difference between $500 and $295.87 (the amount Plaintiff wrote on the receipt). (Plaintiff Dep. at 84-85.)

3

23.    Plaintiff testified that he was "unaware" of how much money he returned to Knapp. (Plaintiff Dep. at 83-85.)

24.    Soon thereafter, it was brought to Gillespie's attention that Plaintiff had received $500 for Feldman's dinner party and had spent $295.87 pursuant to the Shooter's Receipt. (Gillespie Dep. at 56.) On the face of the Shooter's Receipt, Plaintiff spent $135.87 in the dinner party and left a tip of $160. (Gillespie Dep. at 56.)

25.    Gillespie viewed a $160 gratuity on a $135.87 dinner as an exorbitant tip and commenced an investigation involving the discrepancy on the Shooter's Receipt. (Gillespie Dep. at 56-57.)

26.    Fankhauser contacted the Shooter's waiter who stated that Plaintiff had not given a $160 tip, but rather approximately a $25 tip. (Gillespie Dep. at 57.)

27.    Since Plaintiff incurred costs of $160 (in dinner and tip) and only returned $205 to Target, the investigation revealed that there was approximately a $135 discrepancy. (Gillespie Dep. at 57-58.)

28.    Consequently, Target decided to investigate Plaintiff further, and the investigation revealed that Plaintiff had committed numerous other violations of Target's policies.

29.    In February 1999, Plaintiff attended a meeting in which Mark Hastings, Doug Barth (Target's District Asset Protection Team Leader), and Gillespie were present. (Plaintiff Dep. at 70-71.) The meeting was held (among other things) to discuss the $135 discrepancy in the Shooter's Receipt. Id. Plaintiff described the meeting as follows:

Q.    Did he say what the discrepancy was?
A.    He said it was a voucher issue.
Q.    Did he tell you what the voucher had to do with?
A.    He asked me first if I knew of any discrepancy, and I said no. And he explained about the voucher that took place with the Evan Feldman party and wanted an explanation as to what happened that day.

(Plaintiff Dep. at 72.)

30.    Plaintiff admits that Gillespie asked him questions about the Shooter's Receipt and the cash shortage. (Plaintiff Dep. at 80-83.)

31.    In addition, Plaintiff testified that Gillespie discussed with him several other issues that the investigation revealed. (Plaintiff Dep. at 88.)

32.    Gillespie questioned Plaintiff about his company-issued American Express corporate charge card. (Plaintiff Dep. at 124-26.)

4

33.    Plaintiff admitted that the company-issued American Express corporate charge card account was in arrears. (Plaintiff Dep. at 124-26.)

34.    Target issues American Express corporate charge cards for business purposes only. (Ex A, Gillespie Aff. ¶ 6.)

35.    Target's Policy Manual states that, "Credit cards issued by Target to its team members are for business expenses only." (Ex A(3), Target Policy Manual.)

36.    Plaintiff was using his company-issued American Express corporate charge card for personal purposes. (Ex. A(4), American Express Expense Report covering period from April 27 to December 22, 1998).

37.    Plaintiff admitted that the Target Policy Manual requires that company-issued charge cards – such as the company American Express corporate charge card – be used for business purposes only. (Plaintiff Dep. at 127-28.)

38.    Plaintiff exclusively and improperly used his company-issued American Express corporate charge card for personal purchases. (Ex. A(5), Expense Reimbursement Report.)

39.    Morever, Plaintiff was required to pay all outstanding amounts on his company-issued American Express corporate charge card on a monthly basis. (Ex. A, Gillespie Aff. ¶ 7.)

40.    Plaintiff failed to pay his balance on a monthly basis as required. (Ex. A, Gillespie Aff. ¶ 7.)

41.    When Target ran the report on his company-issued American Express corporate card on February 23, 1999, Plaintiff had an outstanding balance of $777.50. (Ex. A, Gillespie Aff. ¶ 7; Ex. A(5), Expense Reimbursement Report).

42.    Gillespie told Plaintiff that he could be terminated for being in arrears on his company American Express corporate charge card. (Plaintiff Dep. at 124-26.)

43.    Gillespie questioned Plaintiff about his personal Target charge card. (Plaintiff Dep. at 120-22.)

44.    Plaintiff admitted that his Target account had been in arrears. (Plaintiff Dep. at 120-22.)

45.    On August 28, 1996, Plaintiff's personal Target credit card account was closed due to Plaintiff's failure to pay the outstanding amount due. (Ex. A, Gillespie Aff. ¶ 8; Ex. A(6), Target credit card bill dated August 28, 1996.)

5

46.    Over a year later, on or about October 28, 1997, Plaintiff paid the outstanding delinquent balance on his closed Target credit card account. (Ex. A, Gillespie Aff. ¶ 9; Ex. A(7), Target Credit Card Bill dated October 28, 1997.)

47.    Plaintiff could be terminated for having his Target credit card not in good standing:

Similarly, if you make purchases with Target's credit cards, be sure to keep your account in good standing. If you become delinquent, it can mean discipline or termination.

(Ex. A(10), Target Executive Team Member Handbook, at 47)

48.    Gillespie questioned Plaintiff about an employee's complaints that he had borrowed money from her and did not repay the money owed. (Ex. A, Gillespie Aff., ¶ 10; Ex A(8), Layne Statement.) At one point, Plaintiff owed Paula Layne, a Target employee, approximately $220.00. Id. At the time of the investigation, Plaintiff owed Layne $180.00. Id. Moreover, Plaintiff also asked Layne, while both were working, to run a personal chore for him and take him to the Mercedes Benz dealership to pick up his Mercedes Benz which was being "detailed." Id.

49.    At the end of the meeting, Plaintiff was placed on a leave of absence pending a further investigation of the above referenced discrepancies and violations of Target's policies.

50.    On Friday, March 5, 1999, Plaintiff met with Gillespie (appearing by telephone), Hastings, and Barth. (Plaintiff Dep. at 111, 129-31.)

51.    During the second meeting, Plaintiff was again asked about the $135 missing from the Feldman party. (Plaintiff Dep. at 112-13.)

52.    Plaintiff admits that, during the second meeting, he could not explain why $135 was missing. (Plaintiff Dep. at 113-14.)

53.    Pursuant to the evidence, Gillespie and the other managers decided to terminate Plaintiff.

54.    Plaintiff admits that he was terminated for being a security risk. (Plaintiff Dep. at 62, 131-32.)

55.    Pursuant to Target's policies, a manager who is a security risk may be immediately terminated since Target considers this to be "gross misconduct." (Ex. A, Gillespie Aff. ¶ 12; Ex A(9), Target's Policy on Gross Misconduct; Ex. A(10), Target Executive Team Member Handbook at 48.) As to gross misconduct, Target's policy defines detrimental behavior as:

Personal conduct which substantially impairs the team member's ability to function effectively as a Target team member by reason of its detrimental effect either on the team member's relationship with other team members or on the business or

6

reputation of the company, whether or not it occurs on the premises. It also includes conduct as .... becoming a security risk.

(Ex. A(9), Target's Policy on Gross Misconduct.) See also Ex. A(10), Target Executive Team Member Handbook, at 48 (employee may be immediately terminated if s/he undertakes "Personal behavior that has a detrimental effect on the team member's relationship with Target, or on Target's business or reputation.")

56.     Plaintiff's personal conduct through documented untruths and inability to follow company procedures, particularly when dealing with company funds, demonstrates that he was a security risk and his job performance was unsatisfactory.

57.     Plaintiff's request to at least one Target employee (a subordinate) to borrow money (still unpaid) and to assist him with personal errands is unprofessional and hurts morale and are grounds for termination.

58.     Plaintiff was terminated because he also violated other Target policies. First, an employee who falsifies documents relied upon by Target may be immediately terminated. (Ex. A(10), Target Executive Team Member Handbook, at 48) (immediate termination if employee engages in "Falsifying company documents or documents relied upon by the company – for example ... reimbursement forms."). In addition, an employee whose Target credit card account is not in good standing can be terminated:

> Similarly, if you make purchases with Target's credit cards, be sure to keep your account in good standing. If you become delinquent, it can mean discipline or termination.

Id. at 47. In this case, Plaintiff violated Target's policies when his Target credit card account was closed, delayed payment on the Target credit card account for over one year, and presented the false/misleading Shooter's Receipt to Target. Hence, Target additionally terminated Plaintiff for these legitimate, nondiscriminatory reasons.

59.     Plaintiff admits that as a store manager he has a higher degree of responsibility than someone who is not in management. (Plaintiff Dep. at 136-37.)

60.     Plaintiff also testified that he is ultimately accountable for the cash in the store:

> Q.     Now, when it comes to cash handling at the store, isn't it true that you're ultimately going to be held accountable for the cash at the store?
> A.     Yes.
> Q.     As the store team leader?
> A.     Yes.

7

Q.    And isn't it also true that as store team leader and the highest person
      in charge, if someone subordinate is doing something improper with
      regard to cash or counting for cash, it's up to you to correct it?
A.    I would not know that unless it was brought to my attention.
Q.    But if it was brought to your attention, would it be your responsibility
      to correct the situation?
A.    Yes. It was brought to my attention.

(Plaintiff Dep. at 137-38.)

61.    Plaintiff admits no statements of race discrimination during the relevant time period.

Plaintiff simply states that Robert Van Savage, sometime before September 1996 (and well outside

the statute of limitations period), stated that you have to be a "good old boy" to be with Target.

(Plaintiff Dep. at 170-72.)  According to plaintiff:

He explained to me after I had gone to a particular, what they call round-robin
meeting. That was to see if I was able to be promotable to store manager. When I
came back from that meeting, he had spoken to me about it and said it wasn't looking
like it was in my favor; that you did not have somebody on your side, and you need
to be part of the good old boy team in order to be successful with Target.

(Plaintiff Dep. at 171.)  However, even assuming that the comment was made (almost three years

before Plaintiff's termination), Plaintiff was thereafter promoted.  (Plaintiff Dep. at 172.)

62.    Plaintiff states that Fankhauser made a racist comment based on the following

interaction:

Q.    Were there any other statements that anybody at Target in management made
      to you?
A.    Don Fankhauser.
Q.    When did that happen?
A.    When I was the store manager at store 393.
Q.    And was anybody else present during that conversation?
A.    No.
Q.    What did he say?
A.    He followed me -- he walked me out to my car, which was a Viper, and made
      the comment, "How does a black man afford to drive a Viper working at
      Target?"
Q.    What did you say to him?
A.    I asked him what he meant by, "a black man affording a Viper." He made the
      statement that, "It's a $70,000 vehicle, and I'm sure that's not what you make.
      How do you afford to drive a vehicle like that?" I then said to him, "How do
      you afford to drive a Corvette?" None of my business.
Q.    Did he drive a Corvette?
A.    At the time, no. But I heard that he had a Corvette.

(Plaintiff Dep. at 174-75.)

8

63. Plaintiff admits that this was the only alleged discriminatory comment Fankhauser ever made to him. (Plaintiff Dep. at 175.)

64. Plaintiff testified that there were no other discriminatory comments made by any other manager. (Plaintiff Dep. at 175.)

Respectfully submitted,

SHUTTS & BOWEN LLP
Attorneys for Defendant
201 South Biscayne Boulevard
1500 Miami Center
Miami, Florida 33131
(305) 358-6300
(305) 347-7386 (facsimile)

By: _____
Sheila M. Cesarano
Florida Bar Number 708364
Rene J. Gonzalez-LLorens
Florida Bar Number 0053790

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered on this _5_ day of February 2001, to **RICHARD J. BURTON, ESQ.**, Richard J. Burton & Associates, P.A., 18305 Biscayne Boulevard, Suite 300, Miami, Florida 33160.

_____
OF COUNSEL

MIADOCS 366556 2 RGL

9

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.

_____/

**EXHIBIT**

**A**

### AFFIDAVIT OF TERRY GILLESPIE IN SUPPORT OF
### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

STATE OF FLORIDA    )
                    ) ss:
COUNTY OF _____ )

    I, **TERRY GILLESPIE,** state:

1.    I am over eighteen years of age and make this Affidavit based upon my own personal knowledge and a review of the records kept and maintained by Defendant, TARGET CORPORATION ("Target"). I have full authority to make this Affidavit.

2.    At all relevant times to this lawsuit, I was the Regional Human Resources Manager of the South Florida region where Plaintiff, STEVEN HARRIS ("Plaintiff"), was employed.

3.    A Target Store Manager (Store Team Leader) has an immense amount of responsibility in that s/he is in charge of an entire Target store and its employees. A Target Store Manager controls a multi-million dollar business, oversees all store funds, and manages budgets. A Target Store Manager must execute the highest level of leadership and example within the store. He or she must direct the store's merchandising, operations, and personnel functions toward attaining maximum profits, sales, and return on investment.

4.    Attached as Exhibit "1" to this Affidavit is a true and correct copy of the Store Team Leader Job Description.

5.    In February 1999, it was brought to my attention that Plaintiff had received $500 to cover expenses for a dinner party for Evan Feldman, an Executive Team Leader, who had resigned, at Shooter's, a Fort Lauderdale restaurant. I was informed that Plaintiff had spent $295.87 in the

dinner party and had provided a gratuity of $160. Attached as Exhibit "2" to this Affidavit is a true and correct copy of the Shooter's Receipt dated January 29, 1999. I viewed a $160 gratuity on a $135.87 dinner as an exorbitant tip. Accordingly, Target commenced an investigation in February 1999.

6.    During the investigation, we discovered that Plaintiff used his company-issued American Express corporate charge card for personal charges. Target issues American Express corporate charge cards to its managers for business purposes only. Target's Policy Manual states that, "Credit cards issued by Target to its team members are for business expenses only." Attached as Exhibit "3" to this Affidavit is a true and correct copy of Target's credit card policy. Attached as Exhibit "4" to this Affidavit is a true and correct copy of Plaintiff's American Express Expense Report covering the period from April 27 to December 22, 1998.

7.    During the investigation, it was discovered that Plaintiff's company-issued American Express corporate charge card account was in arrears and that he had failed to make monthly payments. Plaintiff was required to pay all outstanding amounts on his company-issued American Express corporate charge card on a monthly basis. By February 23, 1999, Plaintiff had incurred an outstanding balance of $777.50 in his company-issued American Express corporate card . Attached as Exhibit "5" to this Affidavit is a true and correct copy of Plaintiff's Expense Reimbursement Report.

8.    On August 28, 1996, Plaintiff's personal Target credit card account was closed due to Plaintiff's failure to pay the outstanding amount due. Attached as Exhibit "6" to this Affidavit is a true and correct copy of Plaintiff's Target credit card bill dated August 28, 1996.

9.    Over a year after his Target account was closed, Plaintiff paid the delinquent balance on his closed Target credit card account. Attached as Exhibit "7" to this Affidavit is a true and correct copy of Plaintiff's Target credit card bill dated October 28, 1997.

10.    During the investigation, we discovered that Plaintiff had borrowed money from, at least, one store employee, Paula Layne, and did not repay the money owed. Attached as Exhibit "8" to this Affidavit is a true and correct copy of Layne' statement which was provided to me during the investigation of Plaintiff. At one point, Plaintiff owed Layne approximately $220.00. At the time of the investigation, Plaintiff owed Layne, $180.00. We were also informed that Plaintiff also asked Layne, while working, to run a personal chore for him and take him to the Mercedes Benz dealership to pick up his Mercedes Benz which was being "detailed."

2

11.     Plaintiff was terminated, first and foremost, because he was a security risk and violated numerous policies.

12.     Pursuant to Target's policies, a manager who is a security risk may be immediately terminated since Target considers this to be "gross misconduct."

13.     Attached as Exhibit "9" to this Affidavit is a true and correct copy of Target's Policy on Gross Misconduct.

14.     Attached as Exhibit "10" to this Affidavit is a true and correct copy of Target's Executive Team Member Handbook.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this $\underline{5\,\mathcal{H}}$ day of February 2001.

TERRY GILLESPIE

sM:ADOCS 396135. 1 AGL

3

# ⊙ TARGET
## EXEMPT JOB DESCRIPTION

Date: July 22, 1998                                                                 **Page**: 1

**Job Title:** Store Team Leader                    **Position Code:**

**Pyramid:** Stores                                 **Department:** Stores

**Pyramid/Dept. Approval:**         *Marty Bickel*          **Date:** 7/27/98

## PRIMARY FUNCTION

Effectively executes the highest level of authority and leadership within the store. Directs the merchandising, operation and personnel functions of the store toward attaining maximum profit, sales, return on investment, productivity, market share, guest goodwill, and team member satisfaction. Assumes Leader On Duty responsibilities on a rotating basis.

## PRINCIPAL DUTIES AND RESPONSIBILITIES

1. Guest Service -Ensures guest service is number one priority within the store. Leads by example. Personally takes action to satisfy guests. Empowers team members to resolve problems and handle guest concerns and requests.

2. Team Relations - Works closely with all ETL's and ETL-TR to plan work force needs. Ensures implementation of wage guidelines, performance evaluation, promotions, disciplinary action, and terminations. Continually strives for high level of team member morale, communication, and mutual respect, maintaining a Fast, Fun and Friendly environment. Ensures team members receive proper training. Provides an open door for all team members to voice their concerns.

3. Sales and Profit - Runs a profitable store following company guidelines for merchandising, expense controls, pricing strategies, productivity standards and sales promotions. Uses creativity and decision making to improve and customize company directions to meet individual store needs and increase profits. Ensures merchandise is available to the guest by reviewing stocking, displaying, reordering, and inventory allocation procedures.

4. Leadership and Development - Provides positive atmosphere and environment for team members and guests. Leads and monitors work team in the direction that leads to greater achievements, service, profits and sales. Develops other members of management, focusing on long term succession personnel planning.

5. Community Relations - Supports and contributes to the community following Target guidelines. Ensures the store projects the image of being an exemplary part of the community.

6. Safety - Directs awareness of safety in the store for guests and team members. Ensures guidelines are followed for all safety measures. Works with Risk Management and APTLs to minimize store losses due to accidents or theft.

> **EXHIBIT**
> A 1

---

This description is intended as a guide only. The listed duties may be changed at the discretion of the incumbent's supervisor.

**EXEMPT JOB DESCRIPTION**

**Date:** July 22, 1998                                                                                          **Page:** 2

**Job Title:** Store Team Leader

7. Leader On Duty - Assumes Leader On Duty responsibilities as assigned on a rotating basis. Responds to guest and team member concerns. Opens and closes the store, securing all Target property. Performs any LOD function according to policy and procedure.

## REPORTING/WORKING RELATIONSHIPS

Reports to the District Team Leader. Close working relationship with Regional staff, District staff, Assets Protection, and community leaders. Supervises Exec ETLs and Team Relations Leader.

## JOB REQUIREMENTS

### MINIMUM REQUIREMENTS:
- College degree or equivalent work experience
- Five or more years retail merchandising and operations management
- Strong interpersonal skills
- Strong organizational and administration skills
- Flexible work schedule (nights, weekends, holidays, long hours)
- Leadership skills including IP, communication and conflict management
- Strong cognitive skills, including problem analysis, decision making, financial and quantitative analysis
- Able to operate store computer and electronic systems
- Able to frequently move around all areas of the store on a daily basis
- Read labels, instructions, reports, policies and procedures

### DESIRED REQUIREMENTS:
- Target experience
- Supervisory experience
- Four year college degree

327089

**SHOOTERS**
ON THE INTRACOASTAL
3033 N.E. 32ND AVE.
FT. LAUDERDALE, FL 33308
(954) 566 - 2855

30660
Table 231
Gst    5    ☐ Yes ☐ No

BILL S
Date 01/29/99 at 6:52pm

| | | |
|---|---|---|
| 4 BUDWEISER | 11.12 | |
| 11 FL BEER TAX #1 | 0.55 | ers |
| 1 POTATO SKINS | 5.99 | iyroll |
| 3 SHR COCKTAIL | 25.50 | |
| 7 BUD LITE | 19.46 | :tion |
| 1 PRIME/SCAMPI | 15.99 | rment |
| 3 MYSTIC CAB. SAU | 14.25 | 'PR Dept) |
| 3 FL LIQ TAX #3 | 0.60 | NEG KITCH |
| C  MARGHERITA | 1.75 | 70% |
| 1 SODA | 15.99 | |
| 1 PRIME/SCAMPI | 16.99 | |
| 1 9 OZ FILET | | |

SubTotal 128.19

Taxes... 7.68

Total. 135.87
100 00
79.87

NOTE:
COMPS: 7.99
******** Gratuity not included***********

Return this receipt for 10%
discount on your next
purchase at the boutique
*************************************



EXHIBIT
A2

Target Policy Manual
Business Travel/Expense Reimbursement

H. COMPANY-ISSUED CREDIT CARDS

Credit cards issued by Target to its team members are for business expenses only.

EXHIBIT

A3

02-06-06 - 5

qryHotel/other98

2/23/99

| Emp ID | Last | first | Date of tr | Amount | F current | Description |
|---|---|---|---|---|---|---|
| 9612813 | HAR | STEV | 0 | 25 | 1000 | SERVICE CHARGE - ITEM RETURNED BY BAN |
| 9612813 | HAR | STEV | 0 | 1000 | 1000 | RETURNED CHECK        12/22 |
| 9612813 | HAR | STEV | 0 | -400 | -400 | CHECKLESS PYMT RECEIVED-THANK YOU 12/ |
| 9612813 | HAR | STEV | 42798 | 5.89 | 5.89 | YESTERDAYS FT LAUDERDALE F |
| 9612813 | HAR | STEV | 50698 | 119.33 | 119.33 | CRABBY JACKS    DEERFIELD BEACH F |
| 9612813 | HAR | STEV | 50898 | 131.87 | 131.87 | CONCHY JOES SEAFOOD JENSEN BEACH |
| 9612813 | HAR | STEV | 50998 | 8.47 | 8.47 | COURTYARD 1XJ    JENSON BEA     F |
| 9612813 | HAR | STEV | 51498 | -127.13 | -127.13 | PAYMENT RECEIVED - THANK YOU   05/14 |
| 9612813 | HAR | STEV | 51598 | 93.38 | 93.38 | BOOTLEGGERS    FT LAUDERDALE F |
| 9612813 | HAR | STEV | 51698 | 29.71 | 29.71 | WELLINGTON COUNTRY CWELLINGTON   F |
| 9612813 | HAR | STEV | 51798 | 86.59 | 86.59 | CITGO00731 MARINA DELDELRAY BEACH F |
| 9612813 | HAR | STEV | 60398 | 16.25 | 16.25 | HARVEY HOTEL DFW - FIRVING     T |
| 9612813 | HAR | STEV | 60498 | 10.67 | 10.67 | MAGNETISM 4E     DFW     T |
| 9612813 | HAR | STEV | 60498 | 31.42 | 31.42 | HARVEY HOTEL DFW - FIRVING     F |
| 9612813 | HAR | STEV | 60598 | 63.37 | 63.37 | HARVEY HOTEL DFW  IRVING     T |
| 9612813 | HAR | STEV | 60798 | 30 | .30 | GEORGE / STAVROS MOFFORT LAUDERDALE |
| 9612813 | HAR | STEV | 60898 | 3.81 | 3.81 | BLOCKBUSTER VIDEO #1BOCA RATON,FL F |
| 9612813 | HAR | STEV | 61098 | 17.14 | 17.14 | PAL'S CAPTAINS TABLEDEERFIELD BEACH F |
| 9612813 | HAR | STEV | 61098 | 457.59 | 457.59 | PAL'S CAPTAINS TABLEDEERFIELD BEACH F |
| 9612813 | HAR | STEV | 61198 | 104.09 | 104.09 | BOSTON'S ON THE BCH DEL RAY BEACH F |
| 9612813 | HAR | STEV | 61198 | -475.24 | -475.24 | PAYMENT RECEIVED - THANK YOU   06/11 |
| 9612813 | HAR | STEV | 61498 | 27 | 27 | MARGATE SHELL    MARGATE     F |
| 9612813 | HAR | STEV | 61698 | 47.69 | 47.69 | TARGET STORES    BOCA RATON    F |
| 9612813 | HAR | STEV | 61798 | -47.69 | -47.69 | TARGET STORES    DEERFIELD BEACH F |
| 9612813 | HAR | STEV | 62098 | 44.77 | 44.77 | PLANET HOLLYWOOD-RESFT LAUDERDALE |
| 9612813 | HAR | STEV | 62198 | 17.3 | 17.3 | SATHYA INC #    MIAMI |
| 9612813 | HAR | STEV | 62198 | 13.51 | 13.51 | RUBY TUESDAYS #2755 BOCA RATON    F |
| 9612813 | HAR | STEV | 62498 | 614.74 | 614.74 | NATIONAL TIRE WHOLESDELRAY BEACH F |
| 9612813 | HAR | STEV | 62798 | 476.88 | 476.85 | CITY FURNITURE    POMPANO BEACH F |
| 9612813 | HAR | STEV | 62998 | 271.31 | 271.31 | MAROONE DODGE POMPANPOMPANO BCH |
| 9612813 | HAR | STEV | 70998 | 15 | 15 | ASPE PETROLEUM INC W PALM BEACH F |
| 9612813 | HAR | STEV | 71198 | 10.68 | 10.68 | HOME DEPOT #204    BOCA RATON    F |
| 9612813 | HAR | STEV | 71198 | 18.23 | 18.23 | HOME DEPOT #204    BOCA RATON    F |
| 9612813 | HAR | STEV | 71998 | 10 | 10 | DEB PETROLEUM    DELRAY BEACH    F |
| 9612813 | HAR | STEV | 72398 | -833.41 | -833.41 | PAYMENT RECEIVED - THANK YOU   07/23 |
| 9612813 | HAR | STEV | 81098 | 44.5 | 44.5 | RAINFOREST CAFE-RETASUNRISE    F |
| 9612813 | HAR | STEV | 81098 | 24 | 24 | RAMKISSOON SINGH  FT LAUDERDALE F |
| 9612813 | HAR | STEV | 81098 | 48.44 | 48.44 | RAINFOREST CAFE    SUNRISE    F |
| 9612813 | HAR | STEV | 81098 | -5.3 | -5.3 | RAINFOREST CAFE-RETASUNRISE    F |
| 9612813 | HAR | STEV | 81198 | 16 | 16 | CHEVRON #0053535    BOCA RATON    F |
| 9612813 | HAR | STEV | 81298 | 40.01 | 40.01 | WATERS EDGE MARINE BOYNTON BEACH |
| 9612813 | HAR | STEV | 81398 | 51.9 | 51.9 | LOW GLOW NEON    orlando     F |
| 9612813 | HAR | STEV | 81498 | 28.07 | 28.07 | THE OLD HOUSE RSTR LANTANA     F |
| 9612813 | HAR | STEV | 81698 | 17.03 | 17.03 | ALAN ROSENBLUM ALTOMIAMI     F |
| 9612813 | HAR | STEV | 82298 | 20 | 20 | MARGATE SHELL    MARGATE     F |
| 9612813 | HAR | STEV | 82398 | 15.1 | 15.1 | ANTONIO ZALDUMBIDE DEERFIELD BEACH |
| 9612813 | HAR | STEV | 82698 | 30.16 | 30.16 | CIELITO LINDO 2 LIGHTHOUSE PT FL |
| 9612813 | HAR | STEV | 82898 | 25 | 25 | ANTONIO ZALDUMBIDE DEERFIELD BEACH |
| 9612813 | HAR | STEV | 82998 | -24.99 | -24.98 | 67 WINE & SPIRITS  BOCA RATON    F |
| 9612813 | HAR | STEV | 82998 | 28 | 28.06 | SEARS AUTO CNTR BOCA RATON     F |
| 9612813 | HAR | STEV | 82998 | -1531.9 | -1531.9 | PAYMENT RECEIVED - THANK YOU   08/29 |
| 9612813 | HAR | STEV | 82998 | 24.96 | 24.96 | 67 WINE & SPIRITS  BOCA RATON    F |
| 9612813 | HAR | STEV | 82998 | 24.96 | 24.96 | 67 WINE & SPIRITS  BOCA RATON    F |
| 9612813 | HAR | STEV | 82998 | 15.32 | 15.32 | DISCOUNT AUTO PARTS DELRAY BEACH F |
| 9612813 | HAR | STEV | 82998 | 21.17 | 21.17 | THE HOME DEPOT 216 DEERFIELD BCH F |
| 9612813 | HAR | STEV | 83098 | 67.5 | 67.5 | CITGO00731 MARINA DELDELRAY BEACH F |
| 9612813 | HAR | STEV | 90198 | 27.5 | 27.5 | THE FINE LINE MUSIC MINNEAPOLIS M |
| 9612813 | HAR | STEV | 90198 | 11.17 | 11.17 | TOBACCO ROAD INC  MINNEAPOLIS M |
| 9612813 | HAR | STEV | 90298 | 90.49 | 90.49 | MURRAY'S RESTAURANT MINNEAPOLIS M |
| 9612813 | HAR | STEV | 90398 | 11 | 11 | GODIVA CHOCOLAT-#301PHILADELPHIA. P |
| 9612813 | HAR | STEV | 90598 | 41.65 | 41.65 | RUBY TUESDAYS #2146 BOCA RATON F |
| 9612813 | HAR | STEV | 91198 | 41.1 | 41.1 | BOOTLEGGERS    FT LAUDERDALE F |
| 9612813 | HAR | STEV | 92398 | -289.95 | -289.95 | PAYMENT RECEIVED - THANK YOU   09/23 |
| 9612813 | HAR | STEV | 92398 | 10 | 10 | EXXON COMPANY USA  BOCA RATON    F |
| 9612813 | HAR | STEV | 92398 | 15 | 15 | ANTONIO ZALDUMBIDE DEERFIELD BEACH |

Page 1



EXHIBIT

1

A4

| Emp ID | Last | first | Date of re | Amount | F current | Description |
|--------|------|-------|-----------|--------|-----------|-------------|
| 9612813 | HAR | STEV | 100196 | 10 | 10 | ASPE PETROLEUM INC  W PALM BEACH    F |
| 9612813 | HAR | STEV | 100196 | 20 | 20 | MORTY ORANOFF    BOCA RATON    F |
| 9612813 | HAR | STEV | 100296 | 27.31 | 27.31 | CHILI'S RESTAURANT CBOCA RATON    F |
| 9612813 | HAR | STEV | 100296 | 136.63 | 136.63 | TIRE KINGDOM #138  BOCA RATON    F |
| 9612813 | HAR | STEV | 100596 | 15 | 15 | DURU CUNEYT    BOCA RTN    F |
| 9612813 | HAR | STEV | 100696 | 20 | 20 | ANTONIO ZALDUMBIDE DEERFIELD BEACH |
| 9612813 | HAR | STEV | 100996 | 84.75 | 84.75 | BILL WALLACE NISSAN DELRAY BEACH    F |
| 9612813 | HAR | STEV | 101296 | 29 | 29 | ANTONIO ZALDUMBIDE DEERFIELD BEACH |
| 9612813 | HAR | STEV | 101696 | 10 | 10 | WARNER BROS C0000778BOSTON    M |
| 9612813 | HAR | STEV | 101796 | 62.92 | 62.92 | ASHWORTH HOTEL INC HAMPTON    N |
| 9612813 | HAR | STEV | 101896 | 175.19 | 175.19 | ASHWORTH HOTEL    HAMPTON    N |
| 9612813 | HAR | STEV | 101896 | 58.6 | 58.6 | ASHWORTH HOTEL INC HAMPTON    N |
| 9612813 | HAR | STEV | 101896 | 13.65 | 13.65 | HAMPTON X MART    HAMPTON    N |
| 9612813 | HAR | STEV | 102096 | 15.9 | 15.9 | PEMBROKE LAKES GOLF PEMBROKE PINE |
| 9612813 | HAR | STEV | 102196 | 25 | 25 | ANTONIO ZALQUMBIDE DEERFIELD BEACH |
| 9612813 | HAR | STEV | 102196 | -349.98 | -349.98 | PAYMENT RECEIVED - THANK YOU    10/21 |
| 9612813 | HAR | STEV | 102296 | 529.22 | 529.22 | THE COVE MARINA N REDEERFIELD BCH    F |
| 9612813 | HAR | STEV | 102996 | -200 | -200 | PAYMENT RECEIVED - THANK YOU    10/29 |
| 9612813 | HAR | STEV | 111496 | 19 | 19 | MOBIL OIL 438    DEERFIEL    F |
| 9612813 | HAR | STEV | 112196 | 17 | 17 | 1201 NE 50TH ST  FT LAUDERDALE    F |
| 9612813 | HAR | STEV | 113096 | 11.05 | 11.05 | AMOCO ACA 5204    BOCA RATON    F |
| 9612813 | HAR | STEV | 120696 | -1000 | -1000 | PAYMENT RECEIVED - THANK YOU    12/06 |
| 9612813 | HAR | STEV | 121796 | -600 | -600 | CHECKLESS PYMT RECEIVED-THANK YOU 12/ |
| 9612813 | HAR | STEV | 121796 | -600 | -600 | CHECKLESS PYMT RECEIVED-THANK YOU 12/ |
| 9612813 | HAR | STEV | 121896 | 600 | 600 | CORRECTION-CREDIT WAS POSTED TWICE |
| 9612813 | HAR | STEV | 122296 | 1000 | 1000 | RETURNED CHECK    12/22 |
| 9612813 | HAR | STEV | 122296 | 25 | 1000 | SERVICE CHARGE - ITEM RETURNED BY BAN |



**TARGET STORES TRAVEL REPORT INFORMATION**
THIS REPORT PRINTED: 02/23/99

| LAST NAME | FST NAME | EMP ID | FORM NUMBER | EXP LOC | PROJ CNTR CODE | KEYDATE | PAY DATE | DEPART DATE | RETURN DATE | AMEX PAYMENT | REIMBURSE CHECK | DUE CO. | AIR TXFS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HARRIS | STEV 0096:2613 | | 161030 0391 2610 | | | 11/17/1997 11/18/1997 | | 09301997 | 10021997 | .00 | 126.26 | .00 | .00 |

Balance
$ 777.50

EXHIBIT
A5

| D12 TARGET | ACCOUNT TYPE 9-902-483-250-90 TARGET CARD | MINIMUM DUE 127.00 | NEW BALANCE 635.26 $ $ $ | AMOUNT PAID |
|---|---|---|---|---|

16049-2 9

RETAILERS NATIONAL BANK
PO BOX 0102
MINNEAPOLIS, MN 55440-0102
*5544001029*

PLEASE INDICATE ANY
ADDRESS OR PHONE *
CHANGES ABOVE

BILLING DATE
08-28-96
ACCOUNT NO.

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

MAIL THIS PORTION WITH YOUR PAYMENT

80012700006352690902483250911

| MAIL PAYMENT BY 09-23-96 | O INSURE IT IS RECEIVED BY 09-28-96 | ACCOUNT TYPE 9-902-483-250-90 | CREDIT LINE 400 | AVAILABLE CREDIT |
|---|---|---|---|---|
| BILLING DATE 08-28-96 | ACCOUNT NO. | ACCOUNT TYPE | CREDIT LINE | AVAILABLE CREDIT |

```
****************************************************************
* AT THIS TIME A PORTION OF YOUR TARGET ACCOUNT IS PAST DUE AND YOUR      *
* ACCOUNT IS TEMPORARILY CLOSED.  PLEASE PAY THE PAST DUE AMOUNT TODAY    *
* TO AVOID PAST DUE PAYMENT REPORTS TO THE CREDIT BUREAU, AND TO REGAIN   *
* YOUR CHARGE PRIVILEGES.  DELINQUENCY FEES MAY BE ASSESSED IF PAYMENT    *
* IS NOT RECEIVED WITHIN TEN DAYS OF YOUR MOST RECENT BILLING DATE.       *
* PLEASE CALL US AT 1-800-621-2410.                                      *
****************************************************************
```

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|

**EXHIBIT**

A6

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| TARGET | 90 | 624.95 | 0.00 | 0.00 | 10.31 | 635.26 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 624.95 | 63.00 | 127.00 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY.        09-28-96

e19          TARGET

| | ACCOUNT TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|---|---|---|---|---|
| | 9-902-483-250-90 | .00 | .00 | |

TARGET CARD

STATEMENT PAGE NOT PRINTED
**

RETAILERS NATIONAL BANK
PO BOX 59231
MINNEAPOLIS, MN 55459-0231
*5545902316*

ADDRESS

PLEASE INDICATE ANY
ADDRESS OR PHONE
CHANGES ABOVE

BILLING DATE          STEVEN HARRIS
10-28-97             JANICE HARRIS
ACCOUNT NO           9664 TAVERNIER DR
                     BOCA RATON FL 33496-2106
                     *334962106646*

**MAIL THIS PORTION WITH YOUR PAYMENT**

| MAIL PAYMENT BY 11-23-97 | TO INSURE IT IS RECEIVED BY 11-28-97 | ACCOUNT 9-902-483-250-90 | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|---|
| BILLING DATE 10-28-97 | ACCOUNT NO | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 10126 | 1005028004291 | | CENTRAL CREDIT | - PAYMENT - THANK YOU | 642.18- |



**EXHIBIT**

A 7

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| TARGET | 90 | 642.18 | 0.00 | 642.18 | | 0.00 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 0.00 | | 0.00 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY    11-28-97

During my tenure at T0393, Steve Harris borrowed money from me from time to time that he never paid back.

This was a combination of issues to include sending me to buy lunches for the executive staff as well as team members on several different occassions. He told me to pay for it and promised to give me the money when I returned. However, he always had an excuse as to why he didn't have the money at that time, promising to pay me later.

On one occasion, as we were preparing for a major store visit, Steve had told me I could not leave the building until everything was "perfect" for the visit. Fifteen minutes later, he came to me on the floor and said I needed to take him to Delray Beach. I stopped what I was doing and we left. I assumed this was company related. When we were approaching the exit for our Delray Beach store, Steve told me to turn left into the car dealership. I asked him where we were going since Target was on the right. He then informs me that he had had his car detailed and needed to pick it up. He asked me to wait for him while he went inside to pay his bill, "just in case he needed me". He returned in a few minutes explaining he had no money and asked how much cash I had. I told him I had $60.00. He said "ok, let me have that and I'll pay you back". Steve now owed me approximately $220.00. I gave him the money and left, returning to the store.

When Steve returned he handed me a receipt for something he said the store owed him for. He asked me to write up the voucher and have the cashier give me the money. While I don't remember the total amount of the voucher, I do remember that I took $60.00 from the total and gave him the balance so I would be assured of getting that money back.



TARGET/HARRIS232

None of the rest of the money was ever returned.

Paula Layne
ETL, T0630

TARGET/HARRIS233

y-06107-WDF   Document 42   Entered on FLSD Docket 02/06/2001   Pa
Appendix A: Corrective Action Classification Guidelines                    Number:   03-01-11

Date:      6/1/96                                                          Page:      12 of 15

| GROSS MISCONDUCT | TYPICAL STEPS |
|---|---|
| | T |

| | | | |
|---|---|---|---|
| 5. | **Detrimental Behavior**<br>Personal conduct which substantially impairs the team member's ability to function effectively as a Target team member by reason of its detrimental effect either on the team member's relationship with other team members or on the business or reputation of the company, whether or not it occurs on company premises**. It also <u>includes</u> such conduct as: | | T |
| | a. | Being convicted of, or pleading guilty or no contest to, a crime which impairs the desirability of continued employment (for example: theft, fraud, sexual assault, etc..) | T |
| | b. | Becoming a security risk. | T |
| | c. | Engaging in conduct that is a Conflict of Interest pursuant to the individual company's conflict of interest policy, including but not limited to Diverter Activity. Refer to Policy and Procedure 03-01-22 Statement of Ethics (Conflict of Interest.) | T |
| | d. | Disclosing confidential or proprietary information without specific authorization. Such information includes, but is not limited to, financial records, sales information or events, confidential products or promotional lines, guest account information, vendor pricing agreement, marketing or forecasting information, team member information such as discipline, phone number, addresses and Social Security Number. | T |

**EXHIBIT**

A9



# TARGET
## Executive
# TEAM
# MEMBER
# HANDBOOK
◎



**EXHIBIT**

A 10

TARGET/HARRIS161

∆π EXHIBIT ___9___
Deponent Harris
6-5-00 Rptr. TD

TARGETHARRIS162

# Representing Target

Dealing With The Media ... 32
Reference Requests ... 33
Community Involvement ... 34
Team Member Representatives ... 35
Handbilling/Picketing ... 35
Solicitation/Distribution Policies ... 37

# Your Role As A Target Executive

Equal Employment Policy ... 38
Harassment ... 40
Relatives ...
Dating Other Team Members ...
Off-The-Clock/Child Labor ... 45
Shopping At Target ... 46
Drug-Free Workplace ... 47
Tobacco-Free ... 47
Leaving Target ... 48
Corrective Action ... 49
Safety ... 49
Shortage ... 50

# What Is Target?

Our History ... 4
Our Organization ... 6
Our Vision ... 9

# Working at Target: The Basics

Compensation, Recognition, Reward ... 12
Reviews ... 12
Pay ... 13
Dress ... 13
Traveling ... 14
Benefits ... 15
Communications ... 17

# Personal and Career Development

Future Growth and Development ... 22
Target's Leadership Dimensions ... 22
Business Ethics ... 24
Conflict of Interest ... 25
Inside Information ... 26
Confidentiality ... 26
Insider Trading ... 27
Inventions, Patents, Etc. ... 27
Using Target's Information Sources & Resources ... 28
Vendors ... 29

TARGET EXECUTIVE TEAM MEMBER

---

**Target is tremendously proud of its executive workforce. Our executives are talented, hard-working and productive leaders — the best, we believe, in the industry.**

## About This Guide

This handbook is designed to give you, as an executive, some of the tools you'll need to do your job. It has some basic information about working for Target — pay, benefits, reviews. More important, it outlines the important role executives play in our organization. **Executives are our most important role models** ; we count on every **executive to "walk the talk."** We highlight here some of the ways you can make Target's vision come to life for other team members. Target has high expectations of its executives, but provides plenty of resources to meet those responsibilities.

## Target = Change

The only thing constant at Target is *change.* We have become successful by anticipating and reacting to the changing needs of our team members, business markets, guests and communities. For that reason this guide, and the topics covered in it, can change too — often more quickly than we can reprint it. **That's why we emphasize that this pamphlet is a guide, but it isn't a contract. It doesn't guarantee employment, or limit how that employment may end.**

**This guide is for Target executive team members. It supersedes any prior guides or handbook.**

# What is Target?

Target is a group of upscale discount stores that deliver exceptional value to shoppers from coast-to-coast. That means we offer quality brand name products, low prices and great customer service — including the best money-back guarantee around.

We're the largest division of the Dayton Hudson Corporation, which also owns and operates Mervyn's, a group of moderately-priced apparel and department stores, and Dayton's, Hudson's and Marshall Field's, which are more "traditional" department stores.

At Target, we pride ourselves on having the best service in the industry. In fact, we don't think of our customers as customers — we call them guests. And that's the way we want shoppers to feel when they enter our stores — as if they were guests in our home. The term guest also applies to the relationship we want to have with our shoppers. We want them to feel at home in our stores, and if something is wrong, we always strive to make it right.

We want our guests to keep coming back again and again.

Even more than that, one of the main reasons we're so successful at Target is because we're a great team. Our success depends on every one of us, working together with everyone in every area and at every level of Target.

TARGET/HARRIS16

## What is Target?

### Our History
### Our Organization
### Our Vision

# OUR HISTORY



We've been around for a long time now. We started as a one-store innovation by Doug Dayton, one of the founders of Dayton's Department Stores, in 1962. Since then, we have taken off like a rocket and spread like wildfire. Our Headquarters is located in Minneapolis, Minnesota. We now have more than 650 stores in 34 states — which makes us the third largest of our kind of stores. Here's a little timeline of some of the highlights of our history.

- 1962 - First Target store opens in Roseville, Minnesota.
- 1966 - Target opens two stores in Denver, Colorado.
- 1969 - First Distribution Center (DC) opens in Fridley, Minnesota; we're now 11 stores and one DC.
  — Woodstock (the original one) takes place in upstate New York.
- 1971 - Target buys 16 store units from Arlan's.

- ... Target establishes a toy safety campaign and laboratory safety testing program for merchandise.
  — President Richard Nixon resigns.
- 1974 - The Holiday Shopping Event for seniors and people with disabilities is held in all stores for the first time.
- 1975 - Target becomes the top revenue producer for Dayton Hudson Corporation.
- 1980 - Target buys 40 Ayr-Way stores; we're 137 stores and two DCs.
  — The US Olympic Hockey Team defeats the Soviets at the Lake Placid Winter Olympics.
- 1981 - The Little Rock DC in Maumelle, AR opens in January.
- 1983 - Target leases Fed-Mart stores and enters California and Arizona markets; the Los Angeles DC opens in Rancho Cucamonga, CA. We're 205 stores and four DCs in 22 states.
- 1986 - The Pueblo, CO, DC opens; Target buys 78 Gemco stores, we're 246 stores and four DCs

- ... Target brings electronic scanning to all store checkout lanes.
- 1988 - We're 344 stores and six DCs, with the opening of our Indianapolis and Sacramento DCs.
- 1989 - Target buys 31 Gold Circle and Richway stores in the Southeast.
- 1990 - Target opens the first Target Greatland store in Apple Valley, Minnesota; the Tifton DC opens in Tifton, GA. We're 421 stores and seven DCs.
- 1993 - Target enters the Chicago, Illinois market.
- 1994 - Target opens its eighth DC in Oconomowoc, WI.
  — Woodstock (the second one) takes place in upstate New York.
- 1995 - The first SuperTarget opens in Omaha, NE.
- 1996 - We enter New York, Virginia and Maryland, and our ninth DC opens in Albany, Oregon.

TARGET/HARRIS164

# OUR
# ORGANIZATION

Target Stores has specialized functions which work together to create the best shopping experience for our guests. These organizational areas are called "pyramids." Here is a brief description of each.

## ADVERTISING

The Advertising pyramid is responsible for promoting our merchandise and increasing



sales by creatively and effectively presenting merchandise through television, radio, newspaper, as well as signing in the stores and the actual presentation of merchandise in the stores.

## ADMINISTRATION

The Administration pyramid, one of our largest areas, includes all of our technologies and systems, new development, production, technical services and telecommunications

Administration also includes, financial planning and reporting, accounting, and accounts payable. Loss prevention, whose primary responsibilities are security and stock shortage, also reports into Administration.

- MIS (Management Information Systems)
- Finance
- Assets Protection
- Audit

## DISTRIBUTION

Distribution is responsible for the physical movement of merchandise from our vendors to the receiving area in each store. Since Target's goal is to have the merchandise that guests want, when they want it, the role of Distribution is crucial to getting the merchandise to the stores on time. Target's Distribution pyramid is organized into the following operational units:

- Operations Administration
- Planning and Engineering
- Transportation
- Distribution Centers
- Vendor Logistics (EDI)

## LEGAL

The Legal department is responsible for all legal matters involving the company, including subjects such as real estate, litigation, general business, as well as advertising, trademark and vendor-related legal matters.

## MERCHANDISING

The three major areas of the Merchandising pyramid work closely together to achieve sales, inventory turnover, return on investment and profit goals. These goals are reached by the proper planning, selecting, purchasing and advertising of merchandise in conjunction with the implementation and control of effective inventory programs to ensure balanced store inventories.

- Merchandising
  - Marketing Operations
    - Merchandise Planning
    - Trend Merchandising
    - Pharmacy





## OUR VISION

Target is different from other discount retailers because we put service where it belongs – first... At every location, Target team members share one ultimate goal – serving the guest. At our stores, distribution centers, field offices and at Headquarters. In order to do that better than any other retailer, we treat our team members well and build the strongest retail team around. We also give back to the neighborhoods in which we do business, to strengthen and serve our communities.

How do we turn that mission into action? By implementing fourteen key strategies.

These strategies serve as our corporate guides, and we call them our Guides for Growth.

Listed below are these guides. Understanding these guides will help you to understand our business -- and to think about the specific and vital part you play in carrying out Target's mission. After all, you're a member of a unique and highly successful team. Read on to find out how we work together to achieve our mission.

## OUR GUIDES FOR GROWTH

1　We use our Fast, Fun & Friendly culture to create and maintain strong, positive relationships with our guests, our team members, our communities and our vendors.



2.　Our ability to attract, hire and develop a strong, talented and diverse team gives us a competitive edge.



## PROPERTY DEVELOPMENT

This area is responsible for everything from finding future Target store sites and purchasing the land, to designing the store structure and interior, and overseeing all aspects of construction down to the very last fixture.

- Store Planning
- Architecture
- Construction
- Real Estate

## STORE OPERATIONS

This area is responsible for operating our stores efficiently.

- Building Services
- Environmental
- Food Operations
- Stores, Districts and Regions

## TEAM, GUEST AND COMMUNITY RELATIONS

This pyramid's mission is to attract and retain high-quality team members through competitive pay and benefits, personnel planning, career development, training and communications.

- Headquarters Team Human Resources
- Compensation & Benefits
- Leadership & Team Development
- Training
- Employee Relations
- Stores & Distribution Team Resources
- Communications & Community Relations
- HRIS

# Working at Target: The Basics

Compensation, Recognition, Reward

Reviews

Pay

Dress

Traveling

Benefits

Communications

TARGET/HARRIS167

3  We create a Guest Culture that makes guests feel at home, and brings them back again and again.

4  We offer prices as low as any competitor in the market.

5  Our promotions are the best anyone offers on an absolute price basis. Our advertising reinforces our image as the quality discount store with the best value, trend-forward merchandise, outstanding community commitment and unsurpassed guest service.

6  We lead the industry in community involvement at both local and national levels.

7  We offer our guests the best in "the basics," as well as trend right, fashion-first merchandise with exciting, eye-catching presentation.

8  We use micro-marketing to cater to the needs and desires of each store's unique guest population.

9  We continually improve the speed of the supply chain to give us the best overall inventory position, inventory turns and just-in-time efficiency.

10  We use state-of-the-art technology to improve our efficiency and speed

11  Our Total Quality process improves the way we do things.

12  We continually look for ways to reduce expenses. This allows us to reduce prices even lower, which leads to increased sales and profits.

13  We perform to very high financial goals in terms of mature sales growth, gross margin, expenses, inventory turn and EVA (Economic Value Added), which measures the volume of wealth Target creates.

14  We pursue growth in markets where we can make the most positive impact on our business.



## COMPENSATION, RECOGNITION, REWARD

We believe in hiring "Stars," so Target's compensation program is designed to attract, retain, motivate and reward its executive team members based on performance.

More specifically, Target's compensation philosophy is to provide a salary program which:



- meets or leads our competition.

- rewards individual performance and achievement.

- helps develop the fullest work potential of team members.

- is flexible and responsive to changing conditions which affect strategies and financial goals.

## REVIEWS

The annual review process for executives takes place in April of each year. It starts with a "pre-review," which is a self-evaluation of your yearly performance that you discuss with your supervisor. This will take place several weeks prior to receiving your final evaluation and provides your supervisor with valuable input needed to evaluate your overall performance. Your annual review typically has salary action attached. In addition, all executives receive a non-monetary mid-year review in September to discuss and evaluate their performance.

As these processes occur during the year, you will receive specific information to assist you in more thoroughly understanding Target's compensation program.

## PAY

Executives are paid on the 15th and last day of every month. Direct deposit is available and its use is encouraged.

## DRESS

Long lists of "do's and don'ts," or formal dress codes, aren't Target's style. Instead, we ask you to use common sense and good judgment, recognizing that as an executive, how you dress may influence others. Dress appropriately and **safely** for your work environment.

And always make sure to wear your ID or name badge at your location at all times.





### • HEADQUARTERS

Please dress appropriately for an office environment. Mondays and Fridays are casual days — business casual. Executives set the tone for their department, so please make sure you are setting the right tone. If your team is dressing too casually, please address this with them.



TARGET/HARRIS168

TARGET (EXECUTIVE) TEAM MEMBER HANDBOOK PAGE 13

TARGET (EXECUTIVE) TEAM MEMBER HANDBOOK PAGE 12

## • STORES

Red tops and khaki bottoms, or business dress, is preferred.

## • DISTRIBUTION CENTERS

Business casual with extra focus on safety. Any T-shirts must be Target logo T-shirts. Any other tops without collars must look professional. Walking/dress shorts of appropriate length (to the top of the knee) are acceptable, as are jeans in good condition. Sweatshirts and sweaters in good condition are also appropriate. **It is important for executives on the floor in our DCs to look professional.**



## TRAVELING

Target executives can travel frequently. If you travel for business, be sure to read and follow Target's travel policy (02-06-06). Also, please keep in mind a few basic ground rules.

• If you rent a car on company business, don't drink and drive.

• Expense reimbursements must be completed accurately and submitted promptly.

• Make sure that any "entertainment" is reasonable. Treat Target's money as you would your own.

• And, remember that vendors **cannot** reimburse any expenses whatsoever without prior approval by a Senior Vice President.

## BENEFITS

As an executive at Target, you are entitled to the following benefits. In order to enroll or participate in the various benefits options, please contact Team Relations.

As of your hire date, these benefits are available:

• 10% Discount - For the team member and his/her eligible dependents. The discount is not to be used to purchase merchandise for resale or reimbursement — doing so can mean termination.

• National Holidays - Target observes the following six national holidays each year: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and Christmas Day.

• Vacation - A chance to get away from the routine and relax. You build up vacation based on your length of employment:

• After 6 full months –
1 week vacation

• After 1 full year –
2 weeks vacation

• After 5 full years –
3 weeks vacation

• After 15 full years –
4 weeks vacation

• After 25 full years –
5 weeks vacation

• Medical Plan - You decide whether to participate in one of the medical plans and what kind of coverage you want (i.e., single vs. family coverage, etc.).



**TARGET/HARRIS169**

- **Dental Plan** - Although it does not cover all kinds of dental services, the plan can help pay a significant number of routine preventative and restorative expenses.

- **Credit Union** - Dayton's Target Employee Credit Union. They offer saving accounts, low interest loans, IRA's, certificates of deposit plus payroll deductions.

- **Direct Deposit** - A quick and easy way to get your paycheck to the bank — Target does it automatically! It's a great service, and one we encourage team members to take advantage of.

- **Travel Accident Insurance** - If you should die as a result of an accident during travel on company business, travel accident insurance will pay your beneficiary $50,000.

- **Life Insurance** - As an executive you are covered by no-cost life insurance equal to your annual pay. If you wish, you may enroll for optional low-cost life insurance, in addition to your no-cost coverage.

- **Disability Benefits** - You are automatically covered by short-term disability as of your date of hire. You are also eligible to enroll in the Long-Term Disability. The premium amount is determined by your salary and your current age.

- **Tuition Refund Program** - Target will reimburse tuition cost for business-related classes.

After a year of full time employment, you can participate in:

- **SRSP** - Dayton Hudson Supplemental Retirement and Savings Plan gives you an opportunity to build long term financial security. You can elect to deposit 1% to 15% of your pay. The company will match dollar for dollar up to 5%.

- **Retirement Plan** - It is designed to provide a foundation for your retirement income, along with SRSP and Social Security. It is completely company-paid. The benefit amount you receive at retirement depends on two elements: your final average pay, and your years of credited service.

## COMMUNICATIONS

At Target, we pride ourselves on trying to keep you informed about what's going on in the company and in the industry. Across all areas of Target, we have several ways of keeping you informed.

### T-MAIL

T-Mail is a great tool for quick communication. You can receive and send letters to other locations instantly. And, special company broadcasts are almost always sent out over T-Mail for you and other team members at your location.

### ON TARGET/TARGET MARKET

*ON TARGET/TARGET MARKET* is our lively team member magazine. It contains information about Target, a special marketing section (*Target Market*), and news about what your co-workers are doing around the country. *On Target* comes to every location every other month.

### TARGET TV

Another way to let you know what is going on is through Target TV. These live satellite broadcasts happen once or twice a week, and give you the most up-to-date information available from Target Headquarters on topics like mer-

# Personal and Career Development

- Future Growth and Development
- Target's Leadership Dimensions
- Business Ethics
- Conflict of Interest
- Inside Information
- Confidentiality
- Insider Trading
- Inventions, Patents, Etc.
- Using Target's Information, Sources & Resources
- Vendors

TARGET/HARRIS171

chandising, benefits, upcoming events, etc. And, at the end of most shows, there's even a call-in segment for you to ask questions live on the air! Some broadcasts are specific to one audience, but some are for all team members across the company.

## OPINION SURVEY

This is a periodic, totally confidential survey to see how you and every team member feels about working at Target. It's a great chance for Target to hear how everything is going, so be honest! Your manager/supervisor will share these results with you, so you can see how you and the rest of your teammates feel about the same questions. It also allows you to receive feedback from those team members that work for you.

## OPEN-DOOR POLICY

Target believes in two-way communication and fair dealing. If you have any questions or difficulties with your job, ask your supervisor. His or her door is always open to you and what you have to say.

As an executive, it is important that you never discourage the use of our open-door policy in dealing with team members.

This open-door policy also applies to you. If you have an issue to discuss, and have difficulty talking to your supervisor, talk to someone in Team Relations.

Remember: We want to know if you have a problem or concern, and you can always share it with us.

## LET ME KNOW PROGRAM

The Target Let Me Know program gives you an easy way to ask a question or tell us about your ideas, comments or concerns. Here's how to use it.

- Get a Let Me Know card from your lounge

- Write your question, idea, comment or concern on the card and mail it to Target Headquarters

The Target Senior Vice President of Team, Guest, and Community Relations reads every card. He'll make sure someone writes back to you with an answer or a response. The program is highly confidential — your name won't be revealed unless you want it to be. He wants you to "let him know" what you're thinking

# PERSONAL AND CAREER DEVELOPMENT

At Target, we're committed to providing you an organizational environment which fosters your personal and career development. We do this by providing the resources and tools to assist our team members who are interested in growth.

Some of the great resources available include:

- Individual Development Plans (IDPs) - a planning tool used by the individual and his/her team leader to focus development efforts



- The Developmental Activities Guide - a book of ideas for Individual Development Plans, specific suggestions on how to improve in key areas.

- Training Programs - a wide array of training programs are available, including Business College for newly hired/promoted Stores and Distribution executives, and "In-Training," where Target prepares you for success by offering formalized training in the major business sectors: Stores, DCs, and Merchandising.

- Tuition Refund - a program designed to facilitate continuing education in related business courses.



- Target Leadership Academy - an assessment center process providing participants with feedback from simulations and questionnaires on Target's key leadership dimensions

- Performance Review - your performance will be reviewed at the end of a 90-day learning period. And after that, performance is reviewed twice a year - at mid-year, and annually. Reviews are a great time to develop Individual Development Plans.

For a full description of these resources, please refer to the *Team Leader Development Handbook*.

## "KNOW THE ROPES" FOR CAREER DEVELOPMENT AT TARGET

1. Take personal responsibility for your development and your career. Ask for feedback from your team leader and peers. Initiate an Individual Development Plan. Take charge of your own career growth and make sure that you communicate your desire to grow to your supervisor.

2. Career development starts with your current job. Give everything you've got to your current position. Concentrate on making a contribution. Be able to answer the question: How is your area different because you were there?

3. Avoid focusing solely on upward mobility. Sometimes the best growth happens in a lateral move to another area or pyramid. We call this concept the "Talent Pool." "Talent pool" is a flexible process of aligning individuals with developmental assignments and experiences that allow them to continue to grow and develop. Focus on developing your skill portfolio.

4. Your next promotional opportunity is planned through a process involving your current performance, your developmental readiness, your district, division or departmental Directors' plans for change, and the guidance of your Team Resources area. Target uses a variety of processes to assess readiness for promotion. Your immediate supervisor can familiarize you with some of these steps.

- Find out what you need to do if you are interested in growing at Target. If you don't know, you probably won't be ready when the opportunity arises.

TARGET/HARRIS172

# FUTURE GROWTH AND DEVELOPMENT

Target is a growing company. By the year 2000, we plan to have over 1,000 stores. To support this kind of growth, we are looking for individuals who show talent and promise as leaders.

This means there are many opportunities, particularly in our Stores and Distribution Pyramids for promotions. Often promotional opportunities will require openness to relocation.

If you know talented people who might enjoy a career with a fast growing retail company, please refer them. Referral forms are available in Team Relations/Human Resources.

# TARGET'S LEADERSHIP DIMENSIONS

It takes a lot to be a good leader at Target. Target values certain skills and characteristics of its leaders. These are summarized in Target's Leadership Dimensions.

First and foremost, Target leaders get results. They achieve extraordinary results because they have these skills:

**Planning Strategically** Sets appropriate priorities for self and work team; focuses on key priorities; pays attention to important details; structures activities and resources for self and work team to maximize speed and results; plans proactively to avoid crises; handles the unavoidable crises effectively.

**Openness to Learning** Thrives on change; seeks new ideas and experiences; learns from mistakes of self and teammates; knows personal strengths and weaknesses; solicits and utilizes performance feedback; reacts to challenges in a "can do" manner, open to tough assignments; situationally adapts behavior and approaches; learns quickly; commits to continuous improvement; invests in self renewal and maintains life balance.

**Being Proactive**: Questions the status quo; "fixes" things that aren't broken; constantly works to improve processes; takes personal responsibility; anticipates problems; sets challenging goals and does whatever it takes to meet or exceed those goals; shows initiative; tackles difficult challenges; assumes the risk; breaks through constraining paradigms; shows passion.

**Inspiring Others to Act**: Has a vision, a blueprint of the future; has a clear picture of what matters for Target, teammates, and guests, easily and convincingly expresses these goals to teammates; able to pull people together and get things done; enables teams to accomplish goals by providing direction and resources, and eliminating obstacles; enlists others, obtains commitment not compliance, and builds cross-functional alliances.

**Decision Making**: Bases decisions on relevant financial, quantitative and qualitative information, not opinions; considers the impact of decisions on others; identifies underlying causes of problems; involves others appropriately, thinks total Target; makes timely decisions; tackles problems creatively.

**Communicating**: "Seeks first to understand then to be understood," practices open and continuous communication; values keeping others well informed; presents ideas in a logical, easily understandable way both orally and in writing, delivers convincing presentations, conducts effective meetings.

**Relating to People** Shows respect for all people; values and promotes diversity (race, gender, physical ability, age, sexual orientation and other differences); listens with empathy; recognizes and gives credit to teammates, is generous with praise, strives for team

TARGET/HARRIS173

wins, builds alliances and gains consensus; responds quickly to others' requests; sets an example of outstanding guest service; is approachable, sensitive, and considerate; collaborates and insists on win-win solutions; builds team spirits and relationships; resolves conflict while preserving relationships

**Developing People:**
Astutely assesses others' skills, identifies high potentials at entry levels; personally mentors a number of high potentials; delegates well to stimulate growth—gives important work on critical issues and coaches to ensure learning; gives responsibility, authority and autonomy in the right amount to match people's developmental readiness; builds relationships for others by connecting them with powerful

people, by sponsoring them; nurtures and grows people's self-esteem and self-confidence; gives visibility and recognition to people helping them get noticed; trains people well; enjoys others' success.

**Trustworthiness**  Always tells the truth and encourages candidness in others; states disagreement even when it takes courage, actions consistently match words, follows through on commitments; shares personal values; has the respect of teammates; is fair; does the right thing, shows integrity; is credible.



# BUSINESS ETHICS

Target and Dayton Hudson Corporation are guided by the highest of ethical and legal standards. It's a commitment to our guests, to our communities, and to each other.

**Every** Target team member should conduct all business activity in compliance with the highest ethical standards and the law. Integrity and common sense should be a part of every Target transaction, whether with our guests, vendors, suppliers or fellow team members.

More detailed information about ethical standards and expectations are available in Dayton Hudson Corporation's *Business Conduct Guide.*

# CONFLICT OF INTEREST

Target's Conflict of Interest policy highlights a number of ways and situations in which a conflict could develop between Target/DHC and a team member. In essence, the policy means that Target executives can't put their own interests (or those of a family/household member) ahead of Target/DHC interests.

Some examples of such a conflict include:

• Working for a business that competes with Target

• Steering Target's business to a family member

• Disclosing confidential or "inside" information to unauthorized individuals

• Soliciting or accepting gifts or favors with someone who does business, or wants to do business, with Target.

For more complete information on Target's Conflict of Interest Policy, please read and review Policy and Procedure 03-01-22. In addition, every executive must complete a Conflict of Interest disclosure form annually.

TARGET/HARRIS174

Because of the serious consequences when this policy is violated, executives should ask for and complete a new Conflict of Interest form as soon as a potential or real conflict develops — don't wait until the next year's form is distributed.

# INSIDE INFORMATION

If you are ever asked by an outsider about Target's future plans, unless they have been relayed to the press by our official company spokesperson, you should answer, "I cannot say."

If you are asked about specific sales, margin, or expense data, or about particulars of a team members position, or his/her beliefs or decisions regarding Target, you should answer, "I cannot say."

If you take another assignment within Target, please do not take any company manuals, training materials or documents with you. You can always order new materials for your new position.

If you should leave Target, either voluntarily or involuntarily, you may take only those items of a

personal nature, performance reviews, and this handbook without fear of prosecution.

# CONFIDENTIALITY

As a Target executive, you are trusted with a lot of confidential information about Target's business and that of our business partners. Target's ideas and strategies are among its most important assets Your obligation is to respect the confidential and proprietary nature of this information by not sharing it with anyone outside Target, or with any business partners unless there is a compelling business need to know.

Target frequently exchanges confidential, proprietary business information with its vendors, suppliers, consultants, developers, and other business partners. While it is not always apparent whether such information is confidential, the safest thing to do is to treat all information (both Target's and our business partners') as if it were confidential, unless you are certain that it is public knowledge. At a minimum, this means you should only share confidential information on a need to know

basis within Target, and never with a business partner or anyone outside Target without authorization.

Failure to respect this confidentiality is not only a violation of Target's policy, in certain circumstances, it may be a violation of the law.

# INSIDER TRADING

It is illegal and against Target's policy for any team member to trade in Dayton Hudson Corporation securities while in possession of material non-public information This restriction applies to all team members, as well as all members of their immediate families living in the same household. The purchase or sale of securities of any other company, including our customers and suppliers, is also prohibited if you possess material non-public information regarding that company. There are no exceptions to this policy, and its violation may result in serious criminal and civil penalties, in addition to disciplinary action by the company. For further detailed information, see the Securities

Law section of your Business Conduct Guide.

# INVENTIONS, PATENTS

Inventions, discoveries, ideas, concepts, works of authorship and trade secrets created during the employment relationship — or which arise out of the team member's work or are created using Target time, materials or assets — are owned by Target. Target team members will cooperate with Target in documenting Target's ownership of all such intellectual property.

TARGET/HARRIS175

sell the software. Misuse of Target's software could lead to termination and/or prosecution.

## VENDORS

Vendors are a critical ingredient to Target's success, and it's important that our transactions with vendors meet the highest ethical and legal standards. A few policies every executive should be aware of regarding vendors:



If you have a password to gain access to any of these systems or equipment, be sure to read Target's Privacy policy (03 01 38) to understand the use and limits of those passwords.

Please don't install any of your own software on Target's PCs. Games and other personal programs use up time and space we count on for business use. Installing outside programs could also introduce a virus into Target's system.

Also, don't make copies of Target software without approval from IS Client Support. They can tell you if we have the right to make copies, and if so, how many. They can also tell you if you can install the software on your own computer so you can work from home.

**Never, ever** give Target-owned software to anyone outside Target. Using software owned or licensed by Target for personal use is not only against Target's policy, but pirating software is also a crime and could get you in serious trouble with companies who



## USING TARGET'S INFORMATION SOURCES AND RESOURCES

Target is committed to providing its team members with the best tools possible to accomplish their goals.

Target executives have an ever-increasing range of information sources, and the company's commitment to technology means that trend will continue. E-mail has already altered and accelerated the way team members communicate, and Target is constantly improving the systems and information it provides its team members to do their jobs. Target TV, videoconferencing,

voice messaging, satellite communications — the list of technological improvements just continues to grow.

Executives who have access to and use these company owned systems, software and hardware need to be aware of the responsibilities that accompany such use. For example, unauthorized use, reproduction or removing any information sources and/or company equipment is prohibited, as is installing or copying unauthorized software. Company-owned equipment and systems shouldn't be used for your personal benefit. Those who use these systems or information in a way that breaks the law may be prosecuted

TARGET EXECUTIVE TEAM MEMBER HANDBOOK PAGE 39

TARGET/HARRIS176

TARGET EXECUTIVE TEAM MEMBER HANDBOOK PAGE 38

# Representing Target

**Dealing With The Media**

**Reference Requests**

**Community Involvement**

**Team Member Representatives**

**Handbilling/Picketing**

**Solicitation/Distribution Policies**

TARGET/HARRIS177

## Who is a Vendor?

We typically think of our merchandise suppliers as "vendors" because of the large volume of business they may do with Target. But the definition is actually much broader. Everyone who supplies a product or service to Target is a vendor.

This includes the companies that cut our lawns, restock the beverage and snack machines, supply us with office equipment and other fixtures and fill million-dollar orders for merchandise. The policies outlined below apply to anyone or any company that supplies a service or product to Target.

## Gifts

Target's Conflict of Interest policy (03-01-22) strictly prohibits you, your relatives, and members of your household from asking for or accepting personal gifts or favors from vendors. If you have contact with vendors, please familiarize yourself with this important policy.

## Samples

Target's Vendor Sample policy (05-02-07) details how to dispose of samples provided by vendors. Most importantly, it emphasizes that Target team members cannot accept or purchase samples.

## WORKING FOR A VENDOR

Working for a vendor while employed at Target is, of course, prohibited. If your employment with Target ends, please be aware that company policy prohibits us from doing business with former team members for one year following the end of that employment. Exceptions are sometimes granted. For more details, see Policy and Procedure (03-01-33).

Every contact outside of Target is an opportunity to "walk the talk," especially when that contact relates to Target's business.

# DEALING WITH THE MEDIA

## Stores

Target's policy on the media and reporters is simple:

• Media reporters and photographers are always welcome at any Target store.

Why? This "immediate access" policy allows the media to showcase Target in stories on retail trends and developments. It also allows our own retail experts — to our store team leaders — to

share their expertise with the community. Reporters come to Target because we are a leading retailer.

Of course, some subjects are off-limits. We can't grant interviews on the following subjects:

• Matters under police investigation or in litigation. (It is appropriate to express compassion and concern for our guests and team members.)

• Matters involving sensitive employee relations issues.

• Sales figures or plans, including profits, operating costs, sales per square foot.

• When asked to comment on a competitor.

• Information regarding team members (dates of employment can be verified).

• Store security procedures or systems.

Target's Communications Department has a full Media Guide and training available for those whose positions may bring them into frequent contact with the media. Please seek out that training if appropriate.

TARGET/HARRIS178

## Headquarters and Distribution Centers

Target maintains a spirit of friendly cooperation with the media. For subject matters that involve Headquarters or distribution centers, please refer media calls to Media Relations at 612-304-6557 or to our company spokesperson at 612-304-8888. The Media Relations department will work with you to ensure that the reporter receives the information he/she needs from the appropriate person at Target.

## For More Information

If you have any questions or concerns about dealing with the media, please call Media Relations at 612-304-6557 or our company spokesperson at 612-304-8888. Good relations with the news media are important to good relations with our team members, guests and the communities where Target operates.

# REFERENCE REQUESTS

You may be asked by a current or former team member, or their prospective employers, to provide an employment reference. Target doesn't provide



# REPRESENTING TARGET

Every Target executive is an ambassador to the guests and community in which we do business. Your actions, while at work or not, can directly impact the public's perception of Target's commitment to the values expressed in its vision, Guides for Growth, policies and reputation. Target's strong quality and family-oriented image has been greatly enhanced and reinforced by the excellent quality and strong impact of our workforce.

references, even when the team member puts the request in writing, provides a release, etc. We can verify dates of employment and last position held. Refer all calls requesting information on current or former team members to your Team Relations department.

Sometimes the person requesting information is particularly insistent, or even official (a law enforcement or other governmental agency). It is especially important that the Team Relations department, which has been trained to deal with such matters, handles the request. Regional Personnel and Employee Relations can be contacted for help with problematic cases.

## COMMUNITY INVOLVEMENT

Target and its team members are an active, vital part of the communities in which we live and do business. Our goal is to be the best neighbor anyone could have, and our executives help fulfill that goal every day.



Many executives take on leadership roles in community projects, and their participation in Good Neighbor events helps raise Target's profile and enhance its image in the community.

## TEAM MEMBER REPRESENTATIVES

Target wants to create the kind of work place where team members don't want or need an outsider to represent them on workplace issues. We want to do such a good job satisfying the legitimate needs and concerns of our team members that they don't need to turn to a third party — whether it be a union, a lawyer, a community organization or government agency — to ensure their concerns are heard.

How do we make this happen? By providing team members with good working conditions, competitive wages and benefits, open communication channels, good treatment and the respect they deserve.

Target executives help achieve this goal, day in and day out, by doing the following:

- Treating team members respectfully and decently

- Demonstrating leadership
- Helping team members identify with Target
- Using firm, but fair discipline
- Recognizing a job well done
- Job growth and opportunity for advancement
- Giving team members adequate training
- Maintaining consistency with company team relations policies
- Living the "Open Door" pledge
- Creating and maintaining pleasant, safe, comfortable working conditions

Target strongly believes that working one-on-one with our team members, without third party interference, provides the best climate for teamwork, team development and achieving both company and personal goals.

If you become aware that any of your team members may be looking to a third party, such as a union, for help, bring it to the attention of Team Relations immediately

*TARGET/HARRIS179*

TARGET EXECUTIVE TEAM MEMBER HANDBOOK PAGE 15

# HANDBILLING / PICKETING

In recent years, handbilling (passing out literature) and picketing have become an increasingly popular way for individuals and groups to communicate concerns to the public regarding a variety of issues and messages — which may or may not have anything to do with Target. Retail facilities are a particularly popular spot for these activities because they offer a constant flow of people going in and out of a store, which facilities the handbiller's job.

Target believes handbilling and picketing activity on our premises is an unwelcome distraction to our guests. Under certain circumstances, it can be legally limited or halted. Doing so effectively requires two things: strict adherence to Target's solicitation policies, day-in and day-out, and following Target's handbilling action plan when the activity occurs.

The solicitation policy can be found on the next page. Exceptions can't be made, or it can hinder Target's ability to remove unwelcome distractions from our locations.

Contact Regional Personnel and/or Employee Relations immediately if you become aware of handbilling or picketing on Target premises. You'll be guided through what steps to take next. Do not call law enforcement officials to remove the handbiller's unless there is

an immediate threat of imminent harm or injury to a team member or guest. Otherwise, wait for an okay from Team Relations and Employee Relations before getting outside help

# SOLICITATION / DISTRIBUTION POLICIES

Please follow and help enforce Target's solicitation/distribution policy, which states:

Target wants to make sure all team members can work free of the distraction and uncomfortable pressure that can be created by solicitation and distribution. That's why Target maintains a "No Solicitation/No Distribution" policy for all team members.

The policy is simple: During working time (yours or your fellow team members'), and in work areas, you can not "solicit" team members. "Soliciting" includes things like asking co-workers to join organizations or pools, to buy memberships or subscriptions, or to make pledges or gifts to charities. "Working time" does not include meal and break periods.

The "No Distribution" part of the policy requires that team members not distribute literature during working time or in work areas.

Certain activities are prohibited at all times on Target premises. Soliciting, distributing literature, selling merchandise or conducting monetary transactions are always off-limits (even during meal and break periods) if they are:

• For personal profit

• For commercial purposes

• For a charitable organization that isn't a part of Target's Community Affairs program or otherwise authorized by Target

Because Target is a United Way sponsor, work connected with its annual drive does not violate the No Solicitation/No Distribution policy.

# Your Role As A Target Executive

- Equal Employment Policy
- Harassment
- Relatives
- Dating Other Team Members
- Off-The-Clock/Child Labor
- Shopping At Target
- Drug-Free Workplace
- Tobacco-Free
- Leaving Target
- Corrective Action
- Safety
- Shortage

## YOUR ROLE AS A TARGET EXECUTIVE

As a Target executive, you'll have enormous opportunities to grow, both personally and in your career. With those incredible opportunities come some important responsibilities, however.

The outlined policies that follow were developed for the benefit of all Target team members — including you. As an executive, however, you also have the unique ability to put these words into action for the benefit of other team members. By reading, understanding and following these policies, you'll help Target fulfill some of its most important commitments.

## EQUAL EMPLOYMENT POLICY

Target's Equal Employment Opportunity policy states:

- Target's employment practices will be implemented without regard to race, creed, color, national origin, sex, religion, age, disability, sexual orientation or citizenship status.

This policy is an essential part of Target's overall commitment to attract, hire and develop a strong, talented and diverse work force. Please review the EEO policy (O3-05-02) annually, and live it daily.

TARGET/HARRIS181

TARGET EXECUTIVE TEAM MEMBER HANDBOOK PAGE 39





# HARASSMENT

Because of the importance of this topic, Target's entire Harassment policy (03-01.36) is repeated here. Please be aware that the law can provide greater penalties when an executive or supervisor is involved in harassment. As a result, Target holds its executives to a higher standard of conduct.

Pay close attention to the part of the policy that spells out what to do if you receive a complaint of harassment. It is essential that you take the appropriate partners when dealing with harassment issues.

Two important points about which executives should be aware concerning Target's

Harassment policy. First, courts have held that supervisors can be personally liable if they harass others. This means the individual, not Target, may have to pay money damages to the victim of the harassment. Second, and relatedly, Target may not provide or pay for a legal defense to a team member accused of harassment, especially if it appears the team member acted outside the policy.

It's clear that when it comes to harassment, the stakes are quite high. Please read and follow the policy, attend Target's Sexual Harassment training program, and use common sense and good judgment in all your interactions with fellow team members and guests.

## POLICY

Just as Target strives to provide a distraction-free shopping experience for its guests, we want a distraction-free working environment for our team members. That's why Target strictly prohibits unlawful harassment on the basis of race, color, sex, gender, national origin, citizenship status, religion, age, disability, or sexual orientation.

## Types of Harassment Prohibited

- Harassment based on someone's race, color, sex, gender, national origin, citizenship status, religion, age, disability, or sexual orientation.

- Harassment by anyone, including a team leader, manager, co-worker, vendor or guest.

## Examples

Here is a list of some of the types of behaviors that may be considered sexual harassment.

- Making sexual advances, asking for sexual favors, or making sexually suggestive comments, offering employment benefits in exchange for sexual favors.

- Making sexual comments or jokes, or using graphic or sexually degrading language to describe someone.

- Using foul or obscene gestures.

- Passing around or displaying sexually suggestive or obscene printed materials, pictures or objects.

- Making unwanted physical contact, like patting, pinching, grabbing or fondling.

- Sexual harassment can also occur if someone threatens or suggests that part of your job

(like work assignments, promotions, review scores or wages) will suffer if you object to advances or behavior.

Likewise, harassment may occur if the conduct unreasonably interferes with your work or makes your work environment intimidating, hostile or offensive.

## Other Types of Harassment

Harassment based on race, color, sex, national origin, citizenship status, gender, religion, age, disability, or sexual orientation also has no place at Target. Examples of behavior that could be included:

- Using derogatory "slang" names to refer to members of an entire group or race.

- Teasing, jokes or derogatory remarks about another's age, race, sexual orientation, or any of the other protected classes.

- Imitating or making fun of the physical or mental limits imposed upon another team member by a disability.

- Contributing to an atmosphere that makes the workplace intimidating, hostile or offensive for another team member due to that team member's race, sex, gender or one of the

other factors listed above.

## Reporting Harassment

All Target team members are responsible for helping us to prevent and respond to harassment. If you believe you have been harassed, it is important to speak out right away. Here are the steps to take:

1. First, if you are comfortable doing so, talk to the person whose behavior is bothering you and ask them to stop.

2. If you are not comfortable talking to that person or if it doesn't work, talk to one of the following:

• If you work in a store, you can talk to the Store Team Leader, Team Relations Leader or any Team Leader.

• If you work in a Distribution Center, the General Manager and/or Team Resources and Development Managers are good places to start. Otherwise, report your concerns to any Team Leader or Coach.

• At Headquarters, your Team/Human Resources Representative know how to respond to claims of harassment

• You are not limited to these individuals, however. You can complain to your District, Region or to Headquarters. If you are uncomfortable talking about your situation, write a Let Me Know comment card, being sure to include your name and location, so an investigation may take place.

## Responding to Complaints

• If you, as a team leader, manager, or executive receive a report of harassment or observe something that might be harassment, follow these steps immediately:

• If you work in a Distribution Center, report your concern to the Distribution Center Team Resources and Development Manager or to the General Manager.

• If you work in a store, report to the Store Team Leader or the Team Relations Leader and the District Team Leader or the Regional Personnel Representative.

• At Headquarters, report to any Team/Human Resources Representative.

• IMPORTANT. If the person to whom you are supposed to report the claim of harassment is the same one who is claimed to have done the harassing, take the claim to someone at the next level of management. If you are not sure who that might be, call Regional Personnel or Headquarters Employee Relations. Do not disclose the claim to the individual being accused of harassment.

• Respect the confidential and sensitive nature of harassment claims. After making your report, do not discuss the matter with anyone else.

• It is essential that you report the claim as described, even if you believe the situation will resolve itself, and even if the person making the complaint makes it clear they don't want to get anyone in trouble. Let the team member know that you have to report it.

## Target's Response to Harassment

• Target investigates all harassment complaints as thoroughly and promptly as possible. Target also strives to keep the information gathered in the complaint and investigation process as confidential as possible.

• If an investigation shows unlawful harassment has happened, Target will take prompt and appropriate corrective action up to and including immediate termination.

## Retaliation

Target prohibits retaliation against anyone who has reported harassment or assisted in investigating harassment complaints. If you feel that you have experienced retaliation, follow the steps outlined in the complaint procedure above. If retaliation has occurred, or if Target's investigation is otherwise interfered with, it may result in discipline, up to and including discharge of the individual retaliating or otherwise interfering with the investigation

## False Complaint

If Target learns that team member has lodged a false harassment claim or given untrue information about a complaint, Target may take disciplinary action, up to and including discharge, against that team member.

TARGET/HARRIS183



dinate, personal feelings will almost certainly color the supervisor's actions. Even when the supervisor makes extra efforts to be fair and objective, other team members may (justifiably) perceive favoritism. It's a no-win situation.

For all of these reasons, and more, Target's supervisors may not date those they supervise. When such a relationship begins to develop, it is the supervisor's responsibility to let their supervisor know. Often, one of the two can transfer and end the reporting relationship. If that's not possible, one of the two may choose, or be asked, to leave Target's employment.

Higher-level executives, and those whose unique responsibilities make trust and credibility especially important (for example, Assets Protection and Team Relations) may have direct and indirect reporting relationships, or even district- or region-wide responsibilities. Because of the power inherent in indirect reporting relationships, and/or because of unique position responsibilities, the same rules may apply. Target will evaluate each situation on a case-by-case basis. It

is the team member's responsibility to bring the situation to the attention of his or her supervisor.

## OFF-THE-CLOCK/ CHILD LABOR

Hourly team members must be paid for all hours worked — no exceptions. This includes taking the training manual home to do some extra studying, or taking paperwork home to get it done on a day off.

If you become aware that an hourly team member has worked off-the-clock, work with Team Relations and their supervisor to ensure they are appropriately paid for their time, and disciplined for working off-the-clock. Executives simply cannot look the other way — they have an

TARGET/HARRIS184



## DATING OTHER TEAM MEMBERS

It's no wonder that, given the high quality of the people that Target hires, team members sometimes develop a romantic interest in each other. As long as the relationship is between equals, isn't coercive or forced, and is handled professionally and appropriately in the workplace, it shouldn't be a problem.

When a supervisor is dating someone he or she supervises, however, it presents special challenges. Supervisors are responsible for writing reviews, scheduling, recommending raises, even disciplining those that work for



them. If there is a romantic relationship with the subor-

## RELATIVES

Relatives can't be employed in positions which call on one to report to the other, or which report to the same supervisory position.

If two team members are married while working for Target, and it results in one reporting to the other or to the same person, one may be transferred. If a transfer isn't possible or acceptable to the team members, one of the two may be asked to leave Target's employ.

obligation to look into, correct and follow up on, potential off-the-clock situations. Any Target employee who either **requires** or **allows** an hourly team member to work off-the-clock will be terminated.

Similarly, executives can't order minors to do things prohibited by child labor laws and/or Target policy. Team Relations can advise you of the applicable child labor provisions in your location – please read and familiarize yourself with them.

## SHOPPING AT TARGET

Target team members are some of our best guests. Please keep these simple rules in mind when shopping:
• Only shop when you are "off-duty."
• Show your discount card to the cashier at the beginning of the transaction.
• Don't set merchandise aside for yourself that you want to buy later.
• Merchandise can't be specially marked down for you or other team members
• Never ring your own purchases
• When returning merchandise, be sure to tell the service desk team member that you purchased the merchandise with a discount, and please don't ask or require service desk personnel to "bend" the refund policy for you because you are a team member.
• We have certain guest satisfaction policies — such as honoring mispriced items or erroneous rain checks — that reinforce our image as a company that believes in fair and honest dealings with our guests, even though doing so causes us a financial loss. We think the goodwill generated by our willingness to accept and correct (in our guest's eyes) our few mistakes off-sets the financial loss. Team members, especially executives, should not take advantage of these policies, even when shopping as a guest.

• If you make purchases at Target by check, be sure you have sufficient funds to cover the check. Team members who bounce checks at Target can be disciplined, even terminated. Similarly, if you make purchases with Target's credit cards, be sure to keep your account in good standing. If you become delinquent, it can mean discipline or termination.

## DRUG-FREE WORKPLACE (DFW)

If you work in a location subject to Target's Drug-Free Workplace policy, you need to understand the policy's application to you and your team. Your Team Relations department can provide that training. Be sure you know the following.

• Applicants can't begin before their test results come back — please don't pressure Team Relations to bend this rule.
• If someone needs a test while you are in charge, do you know how to arrange it?
• Do you know where the DFW manual is if questions come up?

Team Relations can help you answer these and other important questions about the DFW program.

## TOBACCO-FREE

All Target locations are tobacco free. Some locations have smoking areas; please limit smoking to these areas.

TARGET/HARRIS185



# LEAVING TARGET

If you decide to resign, please give at least two weeks notice.

If you should leave Target, either voluntarily or involuntarily, you may take only those items of a personal nature, performance reviews, and this handbook without fear of prosecution.

# CORRECTIVE ACTION

Target's disciplinary process is designed to help team members address performance opportunities and correct inappropriate behavior.

We can't list all Target's performance expectations here. Obviously, common sense, sound judgment, and outstanding leadership are expected at all times.

We have listed a few examples of some of the most serious misconduct, behaviors that can lead to immediate discharge:

1 Falsifying company documents or documents relied upon by the company — for example, time records of hourly team members, application/resume, reviews, reimbursement forms.

2 Misusing the team member discount.

3 Using or possessing alcohol, drugs, or weapons/explosives on company property.

4 Violating the Conflict of Interest policy.

5 Fighting or threatening behavior.

6 Violating Target's Harassment policy.

7 Personal behavior that has a detrimental effect on the team member's relationship with Target, or on Target's business or reputation

When you need to discipline another team member, please take partners before doing so. Team Relations can help you determine the appropriate type of discipline, and your supervisor should always sign off on the

proposed discipline before it is given.

If you supervise others, be sure to go through Target's Counseling & Corrective Action training. If it's been a while since you went through the training, go through it again. It's a good refresher.

One important point. Never fire anyone on the spot. If a tense situation needs to be defused, a team member can be temporarily suspended.

# SAFETY

Target is considered world class in our commitment to protect our team members and guests from unsafe conditions.

There are many shared roles in providing a safe environment and products: who select the merchants products that will

perform as expected, are easy to use and don't fail under

normal use: the presentation experts — who ensure plan-o-grams are safe from excessive weight displays that could fall or hurt people; the trainers — who provide orientation and training in how to operate equipment and perform a job; the distribution team -- who, while working at high speeds and tremendous material handling capacity, take the necessary precautions to avoid injuring themselves, and safely transport shipments to the stores every hour.

Ultimately, our executives provide the certainty of a safe place to shop and work. Unsafe conditions must be reported

and corrected before anyone is hurt. Knowledge of basic life safety, including evacuation and emergency response, is essential, even

TARGET/HARRIS186

hough these skills are rarely required. In the split second that you need to know what to do, you don't have the time to call or look for the answer.

Set the right example when it comes to reporting accidents. All guest and team member accidents need to be reported. All team member accidents should be treated by our workers' compensation clinics.

When hired or promoted to a supervisory position, you should be trained and familiar with your responsibility to provide a safe work environment. Executives must be observant and communicate proper procedures to team members.

The "Big Three" causes of accidents are:

- Slips - preventable by CONSTANT surveillance for debris or liquids on floor and corrective action.

- Falls - from ladders or non-approved lifting.

- Strains - improper lifting - usually preventable by proper training early in job and/or team lift.

You can help meet Target's commitment to safety by ensuring:

1 Safety committees are active and meeting to correct cause of accidents.

2 Team members are trained in the proper use of tools, equipment, electrical and hazardous equipment.

3 Making sure minors aren't exposed to hazardous conditions, power equipment, or working too late.

### Guest Accidents

Make sure you know the procedures for handling guest accidents. Remain calm, stay with the guest until help arrives. Don't make any comments about the accident to the guest

## SHORTAGE

Preventing shortage is a responsibility we all share. Stock shortage typically has several causes:

- Team member errors in setting up orders, transmitting data, receiving and handling merchandise

- Ticketing errors, both at our locations and at the vendor, and from price changes.

- Incorrect processing of damaged merchandise and/or transfers

- Vendor, guest and team member theft

- Errors at point-of-sale terminal — incorrect UPC, or accepting a bad check or a bad credit card

- Merchandise used by store personnel, but not requisitioned.

Training and attention to detail can ensure you and your team aren't contributing to stock shortage.

When it comes to team member and guest theft, Assets Protection are the experts. They've been trained to prevent and detect theft, and apprehend when necessary. They've been carefully and thoroughly trained in apprehensions — please let them take the lead in this area. Don't initiate apprehensions, or make accusations of theft. Never give chase to suspected shoplifters — only become involved in an apprehension when asked by Assets Protection.



TARGET/HARRIS187

## Acknowledgement of Receipt and Acceptance of New Handbook

*I have received the handbook called Target Executive Team Member Handbook. I understand that it is my responsibility to review and follow its provisions. I understand that the handbook contains guidelines and that these guidelines may change.*

_____
Team Member Signature

_____
Team Member Name (please print)

_____
Employee Number

_____
Month/Day/Year

TARGET/HARRIS188

White copy  target    Yellow copy  Team Member