## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6107-CIV FERGUSON
Magistrate Judge Snow

STEVE HARRIS,
      Plaintiff,

vs.

DAYTON HUDSON CORPORATION,
d/b/a TARGET STORES,

      Defendant.
_____/



### DEFENDANT'S NOTICE OF FILING DEPOSITION TRANSCRIPTS

Defendant, TARGET CORPORATION, by and through its undersigned counsel, hereby

gives notice that it has filed with the Clerk of this Court, the original deposition transcript of Plaintiff

Steve Harris, dated June 5, 2000, and a copy of the deposition transcript of Terry Gillespie, dated

May 22, 2000, attached hereto, in support of its Motion for Summary Judgment.

        SHUTTS & BOWEN LLP
        Attorneys for Defendant
        1500 Miami Center
        201 South Biscayne Boulevard
        Miami, Florida 33131
        (305) 358-6300
        (305) 381-9982 (facsimile)

By: _____
        Sheila M. Cesarano
        Florida Bar Number 708364
        Rene Gonzalez-Llorens
        Florida Bar Number 0053790

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered this

___ *5* ___ day of February, 2001, to Richard J. Burton, Esq., Richard Burton & Associates, P.A., 18305

Biscayne Boulevard, Suite 300, Miami, Florida 33160.

OF COUNSEL

MIADOCS 396479.1 MED

-2-