UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

V.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,
    Defendant.
_____/

### NOTICE OF TAKING DEPOSITIONS

TO: DAYTON HUDSON CORPORATION d/b/a TARGET STORES

**PLEASE TAKE NOTICE** that the undersigned counsel will take the depositions of the individuals named below shall be conducted on the following dates and times:

DATE AND TIME:    **MONDAY, February 12, 2001 beginning at 9:30 A.M.**

1. Don Fankhauser
2. PlACE:    Armstrong & Oakey
        185 South Fifth Street
        Columbus, Ohio 43215 (800) 223-9481

upon oral examination before a certified court reporter, a Notary Public in and for the State of Florida, or some other officer duly authorized by law to take depositions. The deposition will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

I HEREBY CERTIFY that a true copy of the within was faxed and mailed, this 5TH day of February, 2001, to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131.

                              RICHARD J. BURTON & ASSOCIATES, P.A.
                              Attorney for Plaintiff
                              18305 Biscayne Blvd., Suite 300
                              No. Miami Bch., FL 33160
                              Ph:(305)705-0888-Fax: (305) 935-9542

                              BY_____
                              RICHARD J. BURTON, FBN 179337

**cc:    Armstrong & Okey, client**