UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

V.
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,
    Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO COMPLETE DISCOVERY and FOR ORDER CHANGING NAME OF DEFENDANT

PLAINTIFF, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure hereby requests an enlargement of time up until and including March 15, 2001, to complete the taking of depositions.

The reasons for the requested enlargement are stated below:

1. On February 5, 2000, the Counsel for the Defendant filed a Motion to Continue the Trial for health reasons. As a result the case was re-set for trial on the June, 2001 calendar.

2. There is discovery presently set for February 15, 2001. Now that the case has been set back, and the associate of Ms. Ceasarano has indicated that he will be taking the discovery, the parties agreed that with the Court's permission, that the discovery cut-off be extended to March 15, 2001.

3. At the Status Conference on February 5, 2001 it was announced to the Court that DAYTON HUDSON CORPORATION had changed it's corporate name to TARGET CORPORATION.

4. All parties moved the Court, Ore Tenus to change the style of the case to bear that changed name.

5. This Motion for extension is being made in good faith and not for purposes of delay. Such enlargement of time would, be in the interest of justice and would not be prejudicial to the parties.

6. Pursuant to Local Rule 7. I.A.3., counsel represents he made a good faith effort to contact opposing counsel to ascertain if there was any objection to the filing of this motion and was advised that all the opposing counsel do not object to the enlargement of time.

Therefore, PLAINTIFF, hereby moves for an Order of enlargement of time until and including March 15, 2001, in which to respond to complete discovery, and grant such other relief as is just and equitable.

WHEREFORE, PLAINTIFF, respectfully requests this Court to grant this Unopposed Motion for Enlargement of Time, and change the Style to refect Defendant's new name and issue an order stating same.

Respectfully submitted,

RICHARD J. BURTON & ASSOCIATES, P.A.
Attorney for Plaintiff
18305 Biscayne Boulevard, Suite 300
Miami, FL 33160

Richard J. Burton
F.B.N. 179337

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was placed in the U.S. mail this 6th day of February, 2001 to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131.

RICHARD J. BURTON & ASSOCIATES, P.A.
18305 Biscayne Boulevard, Suite 300
Miami, FL 33160
Tel: (305) 705-0888
Fax: (305) 935-9542

By: _____
Richard J. Burton F.B.N. 179337