UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FILED FEB 9 2001

STEVE HARRIS,
    Plaintiff,

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

V.
TARGET CORPORATION f/k/a/
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,
    Defendant.

_____/

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO COMPLETE DISCOVERY and FOR ORDER CHANGING NAME OF DEFENDANT**

**THIS CAUSE** having come before this court upon the Plaintif's Unopposed Motion for Enlargement of Time to Complete discovery, and the Motion to Change the Style to reflect the change of Corporate name the same having been considered, it is;

**ORDERED AND ADJUDGED** that said the Style shall hereafter reflect the name Target Corporation as the Defendant and the Unopposed Motion for Enlargement of Time is Granted.

**DONE AND ORDERED** in chambers, at Fort Lauderdale, Broward County, Florida, on this ____9th____ day of February, 2001.

_____
Honorable Wilkie Ferguson, United States District Court

cc:   All Counsel