DISMISSED AS MOOT.
/s/ Wilkie D. Ferguson Jr.
WILKIE D. FERGUSON, JR.
02/08/01
/DATE/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

FILED by ad D.C.

FEB 9 2001

S.D. OF FLA. FT. LAUD.

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

## DEFENDANT'S MOTION TO DISMISS COUNT III
## AND INCORPORATED MEMORANDUM OF LAW

Defendant, Dayton Hudson Corporation d/b/a Target Stores (now known as Target Corporation) ("Target"), pursuant to Fed. R. Civ. P. 12(b)(6), moves the Court to dismiss Count III (Libel and Slander), because Plaintiff Steve Harris ("Plaintiff") has failed to state a claim upon which relief can be granted.

### SUMMARY OF ARGUMENT

On June 9, 1994, Target hired Plaintiff as an Assistant Store Team Leader in Training (Assistant Store Manager). On December 28, 1997, Plaintiff was promoted to Store Team Leader (Store Manager). On March 5, 1999, Target terminated Plaintiff for gross misconduct because, *inter alia*, he abused his authority as Store Team Leader with respect to cash handling, causing Target a monetary loss.

1