UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STEVE HARRIS,
Plaintiff,

V.

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

TARGET CORPORATION f/k/a/
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

PLAINTIFF, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure hereby requests an enlargement of time up until and including March 20, 2001, to file the opposition to the Motion for Summary Judgment.

The reasons for the requested enlargement are stated below:

1. On February 5, 2000, the Counsel for the Defendant filed a Motion to Continue the Trial for health reasons. As a result the case was re-set for trial on the June, 2001 calendar.
2. The Opposition to the Motion for Summary Judgement should be filed after the depositions, which have been reset, have been completed, which this Court has extended through March 15, 2001.
3. Tho enable the depositions transcriptions and filing, the Court Should Grant until March 20, 2001 to allow Plaintiff to file his response and Opposition to Motion for Summary Judgment.
4. This Motion for extension is being made in good faith and not for purposes of delay. Such enlargement of time would, be in the interest of justice and would not be prejudicial to the parties.
5. Pursuant to Local Rule 7. I.A.3., counsel represents he made a good faith effort to contact opposing counsel to ascertain if there was any objection to the filing of this motion and was advised that all the opposing counsel do not object to the enlargement of time.

Therefore, PLAINTIFF, hereby moves for an Order of enlargement of time until and including March 20, 2001, in which to respond and file his Opposition to Defendant's Motion for Summary Judgment, and grant such other relief as is just and equitable.

WHEREFORE, PLAINTIFF, respectfully requests this Court to grant this Unopposed Motion for Enlargement of Time, and issue an order stating same.

Respectfully submitted,

RICHARD J. BURTON & ASSOCIATES, P.A.
Attorney for Plaintiff
18305 Biscayne Boulevard, Suite 300
Miami, FL 33160

Richard J. Burton
F.B.N. 179337

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was placed in the U.S. mail this 15th day of February, 2001 to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131.

> RICHARD J. BURTON & ASSOCIATES, P.A.
> 18305 Biscayne Boulevard, Suite 300
> Miami, FL 33160
> Tel: (305) 705-0888
> Fax: (305) 935-9542
>
> By: _____
> Richard J. Burton F.B.N. 179337