UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  : 00-6107-CIV-FERGUSON
JUDGE     : WILKIE D. FERGUSON, JR.
TRIAL DATE: 06/18/01.

STEVE HARRIS

    Plaintiff(s),

vs.

TARGET

    Defendant(s).

**MEDIATORS REPORT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMES NOW Martin A. Soll, Esq., the undersigned certified Mediator from
**FLORIDA MEDIATION GROUP** and reports to this Honorable Court:

The Mediation was held on: 02-26-2001 15:00.

____    AN AGREEMENT WAS REACHED.

      ____  Mediation Agreement attached, with the parties consent.

X    No Agreement was reached; Impasse.

____    The parties wish to continue settlement negotiations and may
reconvene for a Continuation of the Mediation.  Notice of the
date, time and place shall be furnished to the parties and filed
with the court. If no Notice of Mediation Agreement or
Post-Mediation Agreement is filed on or before ____/____/____/
this matter shall be considered at an Impasse.

____    A Post-Mediation Settlement was reached, as per information
received on ___/___/___, from _____.

____    Other:_____
_____.

_____
                                         2-26-2001
Certified Mediator, **FLORIDA MEDIATION GROUP - FMG# 0-40781**

(X)                     ( )
28 W. Flagler St.          800 E. Broward Blvd.
10th Floor                Suite 400
Miami, FL. 33130          Ft. Lauderdale, FL. 33301
(305) 579-9990           (954) 522-9991

Copies to:
Clerk of Court
Counsel of record
Parties, (if unrepresented)
2/27/2001
medrept.fed