NON-COMPLIANCE OF S.D. fla. L.R. 5.1(A)(1)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STEVE HARRIS,
   Plaintiff,

V.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,
   Defendant.
_____/

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

### NOTICE OF TAKING DEPOSITION Duces Tecum

TO: Sheila Ceasarano

**PLEASE TAKE NOTICE** that the undersigned counsel will take the depositions of the individuals named below shall be conducted on the following date and time:

DOUG BARTH

1. **ON:**    MONDAY, March 12, 2000, AT 1:00 P.M.
2. PLACE:  Worldwide Reporting Service c/o Action Video
             3475 Sheridan Street, #313 Hlwd, Fla. 33021

upon oral examination before a certified court reporter, a Notary Public in and for the State of Florida, or some other officer duly authorized by law to take depositions. The deposition will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

I HEREBY CERTIFY that a true copy of the within was faxed and mailed, this 28TH day of February, 2001, to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131.

RICHARD J. BURTON & ASSOCIATES, P.A.
Attorney for Plaintiff
18305 Biscayne Blvd., Suite 300
No. Miami Bch., FL 33160
Ph:(305)705-0868-Fax:(305) 935-9542

BY_____
    RICHARD J. BURTON, FBN 179337

**cc:**   **Worldwide Reporting Service, client**

1