UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
STEVE HARRIS,                    FORT LAUDERDALE DIVISION
        Plaintiff,

CASE NO. 00-6107-CIV-FERGUSON
V.                               MAGISTRATE JUDGE SNOW

TARGET CORPORATION f/k/a/
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO FILE OPPOSITION TO MOTION FOR DEFENDANT'S MOTION TO BIFURCATE

PLAINTIFF, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure hereby requests an enlargement of time up until and including April 2, 2001, to file the opposition to the Motion for to bifurcate.

The reasons for the requested enlargement are stated below:

1.  On February 26, 2000, the Counsel for the Defendant filed a Motion to Bifurcate the Trial.

2.  The undersigned is proceeding with discovery in this case and has many briefs due, in this case and three other Federal cases and state cases.

3.  In fact, depositions, in this case are scheduled for Portland Oregon, Miami and Fort Lauderdale

4.  The Opposition to the Motion for Summary Judgment should be filed after the depositions, which have been reset, have been completed , which this Court has extended through March 15, 2001.

5.  Tho enable the depositions transcriptions and filing, the Court Should Grant until April 2,, 2001 to allow Plaintiff to file his response and Opposition to the Motion to Bifurcate Trial.

6.  This Motion for extension is being made in good faith and not for purposes of delay. Such enlargement of time would, be in the interest of justice and would not be prejudicial to the parties.

7.  Pursuant to Local Rule 7. I.A.3. counsel represents he made a good faith effort to contact opposing counsel to ascertain if there was any objection to the filing of this motion and was advised that the opposing counsel does not object to the enlargement of time.



Therefore, PLAINTIFF, hereby moves for an Order of enlargement of time until and including April 2, 2001, in which to respond and file his Opposition to Defendant's Motion to bifurcate trial, and grant such other relief as is just and equitable.

WHEREFORE, PLAINTIFF, respectfully requests this Court to grant this Unopposed Motion for Enlargement of Time, and issue an order stating same.

Respectfully submitted,

RICHARD J. BURTON & ASSOCIATES, P.A.
Attorney for Plaintiff
18305 Biscayne Boulevard, Suite 300
Miami, FL 33160

Richard J. Burton
F.B.N. 179337

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was placed in the U.S. mail this 7th day of March, 2001 to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131.

RICHARD J. BURTON & ASSOCIATES, P.A.
18305 Biscayne Boulevard, Suite 300
Miami, FL 33160
Tel: (305) 705-0888
Fax: (305) 935-9542

By:_____
    Richard J. Burton F.B.N. 179337