

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,

V.

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

TARGET CORPORATION f/k/a/
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,
    Defendant.

_____/

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND TO MOTION TO BIFURCATE

**THIS CAUSE** having come before this court upon the Plaintif's Unopposed Motion for Enlargement of Time to file his Opposition to Defendant's Motion to Bifurcate trial the same having been considered, it is;

**ORDERED AND ADJUDGED** that said the Unopposed Motion for Enlargement of Time is Granted.

**DONE AND ORDERED** in chambers, at Fort Lauderdale, Broward County, Florida, on this ____ day of March, 2001.

_____
Honorable Wilkie Ferguson, United States District Court

cc:   All Counsel