**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**
FT. LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,        Case No. 00-6107-CIV-FERGURSON
                            MAGISTATE JUDGE SNOW

vs.

TARGET CORPORATION f/k/a
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES

NIGHT BOX FILED
APR - 6 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

_____/

**MOTION TO FILE SUPPLEMENTAL AFFIDAVIT OF HARRIS AND
DEPOSITION OF DOUG BARTH IN FURTHER OPPOSITION TO TARGET
CORPORATION'S MOTION FOR SUMMARY JUDGMENT AND
IN SUPPORT OF HARRIS MOTION TO ADJUDICATE DEFENDANT IN
CONTEMPT IN IN SUPPORT OF HARRIS MOTION FOR A RULE TO SHOW
CAUSE AS TO WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT**

The Plaintiff, by and through undersigned counsel, moves to file a Supplemental affidavit, in opposition to Defendants, Motion for Summary Judgment. As grounds therefore, the Court, in its discretion should allow the filing of the attached Supplemental Affidavit, which is within the discretion to the Trial Judge. The Reply of defendant to Plaintiffs Opposition to Motion for Summary Judgment tries to obscure and blur the facts.

1. First Plaintiff never committed an infraction warranting ANY discipline.

2. Other non-minority executives did similar or identical acts and were not punished, but in fact promoted.

3. The attitude of Target's white executives became hostile, to Plaintiff after he married his Caucasian wife.



4. Target went so far as to invade he and his wife's personnel credit card statements to try to demonstrate that he was a "bad" credit risk, to bolster their case, which is a violation under the Fair credit reporting Act, and a violation of their privacy.

5. Plaintiff never took anything of value from Target, and never abused his powers as store manager.

6. Plaintiff had Great yearly reviews until his marriage became known to other target executives.

7. Plaintiff was "*TARGETED*" by Target, and all of the allegations are specious, and are a pretext to cover up overt acts of Racism!

8. Plaintiff has been unable to find any other work, in his field, as a result of Defendants defamations, which are accordingly, unprivileged, since they are said and written with malice.

9. Defendant has "hid" witnesses and key documents from Plaintiff and his Counsel.

Wherefore Plaintiff prays that the Court accept Plaintiff's Supplemental Affidavit in Opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted,

      RICHARD J. BURTON & ASSOC., P.A.
      18305 Biscayne Blvd., Suite 300
      Miami, FL 33160
      Ph: (305) 705-0888   Fax: 936-9542

      BY_____
      Richard J. Burton, FBN 179337

**Certificate of Service**

I HEREBY CERTIFY that a true copy of the foregoing Notice was mailed to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131 on April 6, 2001.

RICHARD J. BURTON & ASSOC., P.A.
18305 Biscayne Blvd., Suite 300
Miami, FL 33160
Ph: (305) 705-0888 / Fax: 935-9542

BY _____
Richard J. Burton, FBN 179337

3