**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
FT. LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,    Case No. 00-6107-CIV-FERGURSON
                      MAGISTATE JUDGE SNOW
vs.

TARGET CORPORATION f/k/a
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES

_____/

NIGHT BOX FILED
APR - 6 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### SUPPLEMENTAL AFFIDAVIT OF HARRIS IN FURTHER OPPOSITION TO TARGET CORPORATION'S MOTION FOR SUMMARY JUDGMENT ANDIN SUPPORT OF HARRIS MOTION TO ADJUDICATE DEFENDANT IN CONTEMPT AND HARRIS' MOTION FOR A RULE TO SHOW CAUSE AS TO WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT

STATE OF FLORIDA    )
                            ) ss:
COUNTY OF MIAMI-DADE  )

The witness, Steve Harris, first being duly sworn by me, the undersigned authority, a Notary Public within and for the state and county last aforesaid, states as follows:

1. My name is Steve Harris, and I have personal knowledge of the facts contained herein. The facts are as set forth in our Complaint.
2. I have reviewed the facts contained in defendant's motion for summary judgment, accompanied by the Affidavits supporting Target Stores motion. In this case, I dispute the facts set forth in Target Stores motion and affidavit. I swear to the truth of these facts.



3. For clarification purposes I swear both to the contents of my former affidavit, in opposition to Target's Motion for Summary Judgment , in addition to the following facts;
4. I never committed an infraction warranting ANY discipline.
5. Other non-minority executives did similar or identical acts and were not punished, but in   fact promoted.
6. The attitude of Target's white executives became hostile, to me after I married my wife who is Caucasian.
7. Target went so far as to invade my and my wife's personnel credit card statements to try to demonstrate that I was a "bad" credit risk, to bolster their case, which is a violation under the Fair credit reporting Act, and a violation of our privacy.
8. I never took anything of value from Target, and never abused my powers as a store manager.
9. I had Great yearly reviews until his marriage became known to other Target executives.
10.    I was "*TARGETED*" by Target, and all of the allegations are specious, and are a pretext to cover up overt acts of Racism!
11.    I have been unable to find any other work, in my field, as a result of Defendants defamations.
12.    Racist comments were made to me, and my wife by Target executives including, Don Feinkhauser, Mark Hastings, Doug Barth, Joe Toscano, and Terry Gillespie.

Affiant further sayeth nought

Steve Harris, Affiant

2

I hereby certify that, on this date, before me, an officer duly authorized in the State and County aforesaid to administer oaths and take acknowledgments, personally appeared STEVE HARRIS, who acknowledges before me that he has read the within Affidavit, and that the facts set forth therein are true and correct, in accordance with his personal knowledge.

Sworn to and subscribed before me, this 6th day of April, 2001.

Notary Public, State of Florida            RICHARD J. BURTON

Respectfully submitted,



BY _____
Richard J. Burton, FBN 179337

### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing Notice was mailed to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131 on April 6, 2001.

RICHARD J. BURTON & ASSOC., P.A.
18305 Biscayne Blvd., Suite 300
Miami, FL 33160
Ph: (305) 705-0888 Fax: 305-935-9542

BY _____
Richard J. Burton, FBN 179337

3