UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

STEVE HARRIS,
Plaintiff,

V.

TARGET CORPORATION
Defendant.
_____/

NIGHT BOX
FILED

APR - 6 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### NOTICE OF UNAVAILABILITY

**PLEASE TAKE NOTICE** that the undersigned will be out-of-state, on personal vacation from April 7, 2001 through April 13, 2001. **In extreme Emergency, contact Richard Burton on his cel phone, 305-496-7888.**

Counsel respectfully requests that no hearings or depositions be scheduled during this time, and that no motions, notices to produce, interrogatories, or other pleadings be filed which require a timely response during this time; and that all pleadings matters remain in status quo during this period of time. The filing and service of this Notice of Unavailability shall constitute an application and request for continuance, extension, of time and/or for a protective order as appropriately required for the above states reason.

#### Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been faxed and mailed this 6th day of April, 2001, to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131

RICHARD J. BURTON
18305 Biscayne Blvd.
Suite 300
Miami, FL 33160
(305) 705-0888

_____
RICHARD J. BURTON F.B.N. 179337