**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FT. LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,    Case No. 00-6107-CIV-FERGURSIB
                   **MAGISTATE JUDGE SNOW**

vs.

TARGET CORPORATION f/k/a
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES
_____/

**NIGHT BOX FILED**
APR - 6 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

    I, Richard Burton, being duly sworn, depose and says;

1. I am the Attorney for Plaintiff in the above-entitled action.

2. A notice to Defendant was delivered to Defendant to produce a non-party witness, Mark Hastings, for deposition at Defendant's store in Tualatin, Oregon. Said notice was faxed and mailed to Sheila Caesarano, Esq. on February 28, 2001.

3. Defendant and Plaintiff mutually agreed that no subpoena was necessary for current employees of the Defendant so none was served on the witness.

4. Plaintiff's Counsel had made reservations and purchased non-refundable airfare to Portland, Oregon, in order to take the deposition of the witness.

5. Several days before the witness' deposition, Counsel for the Defendant contacted Counsel for the Plaintiff, canceling the



deposition because the witness "was on a business trip in Arizona" and would not appear.

6. Thereafter, all attempts to reschedule the witness for deposition have failed. Witness states he will not be available for deposition until after March 15, 2001, which date is the final date of discovery set by the Court, and would only, then be available by telephone.

7. Defendant's Counsel has intentionally "hid" this witness in an effort to prevent Plaintiff from taking this witness' deposition. Further, Defendant's Counsel attempts to delay discovery beyond the Court's date for discovery to end is so that Counsel would not have an opportunity to gather evidence from this Witness as it might be detrimental to Defendant's cause.

8. As a result thereof, Plaintiff has already additional litigation expenses of $504.00 in plane fare and over 10 hours of preparation time in prosecuting the action that he would not have incurred had Mark Hastings testified at the time specified in the Notice.

9. The witness does not have an adequate excuse within the meaning of Rule 45(e) of the Federal Rules of Civil Procedures for failing to obey the Notice, since the place to appear for deposition is not greater than 100 miles of the Witness' residence or the place he regularly does business, or any other circumstance showing that a witness is not being required to attend a place within the limits

provided by Rule 45(c)(3)(A)(ii) of the Federal Rules of Civil Procedures.

10. In addition of the aforesaid expenses in the amount of $504 incurred as a result of the refusal of Defendant to deliver the witness, the Plaintiff has incurred $2500. in attorney fees in initiating this contempt proceedings.

WHEREFORE, the Plaintiff's request for issuance by the Court for an order adjudging Defendant in civil contempt for refusing to deliver the Witness, Mark Hastings, for the purpose of discovery, for recovery from Defendant for the litigation expenses, costs and attorney fees incurred by the Plaintiff as a result of the failure of Defendant to deliver said Witness and for such other relief as the Court may deem appropriate.

RICHARD J. BURTON & ASSOCIATES, P.A.
Attorney for PLAINTIFF
Florida Bar No. 179337
18305 Biscayne Blvd., Suite 300
Miami, FL 33106
(305)705-0888  Fax (305)935-9542

I, Richard Burton, the Attorney for the Plaintiff, being first duly sworn, say that the foregoing is true and correct to the best of my knowledge and belief.

RICHARD J. BURTON

Notary Public-State of Fla.



M. KEITH MARSHALL
MY COMMISSION # CC 933787
EXPIRES: May 4, 2004
FL Notary Service & Bonding, Inc.

3

**Certificate of Service**

I HEREBY CERTIFY that a true copy of the foregoing Notice was mailed to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131 on April 6, 2001.

RICHARD J. BURTON & ASSOC.,P.A.
18305 Biscayne Blvd., Suite 300
Miami, FL 33160
Ph: (305) 705-0888 Fax: 935-9542

BY _____
Richard J. Burton, FBN 179337