**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
FT. LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,        Case No. 00-6107-CIV-FERGURSON
                          MAGISTATE JUDGE SNOW
vs.

TARGET CORPORATION f/k/a
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES

NIGHT BOX
FILED
APR - 6 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

_____/

### NOTICE OF FILING SUPPLEMENTAL AFFIDAVIT OF HARRIS AND DEPOSITION OF DOUG BARTH IN FURTHER OPPOSITION TO TARGET CORPORATION'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF HARRIS MOTION TO ADJUDICATE DEFENDANT IN CONTEMPT IN IN SUPPORT OF HARRIS MOTION FOR A RULE TO SHOW CAUSE AS TO WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT

The Plaintiff, by and through undersigned counsel, and pursuant to the Fed. R. Civ. Pro. Herby files this Supplemental Affidavit of Steve Harris and the Deposition of;

1. DOUG BARTH

Respectfully submitted,

BY _____
Richard J. Burton, FBN 179337



### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing Notice was mailed to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131 on April 6, 2001.

RICHARD J. BURTON & ASSOC., P.A.
18305 Biscayne Blvd., Suite 300
Miami, FL 33160
Ph: (305) 705-0888   Fax: 935-9542

BY_____
Richard J. Burton, FBN 179337