# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.

_____ /

## NOTICE OF PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF SUMMARY JUDGMENT MOTION

Defendant, **TARGET CORPORATION** ("Target") hereby notifies the Court of Plaintiff's objection to Target's Motion to Stay Proceedings Pending Resolution of Summary Judgment Motion.

        Respectfully submitted,

        SHUTTS & BOWEN LLP
        Attorneys for Defendant
        201 South Biscayne Boulevard
        1500 Miami Center
        Miami, Florida 33131
        (305) 358-6300
        (305) 347-7386 (facsimile)

By: _____
    Sheila M. Cesarano
    Florida Bar Number 708364
    Rene J. Gonzalez-LLorens
    Florida Bar Number 0053790

1

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this __9__ day of April 2001, to

    Richard J. Burton, Esq.
    Richard J. Burton & Associates, P.A.
    18305 Biscayne Boulevard, Suite 300
    Miami, Florida 33160
    Tel: (305) 705-0888
    Fax: (305) 935-9542

OF COUNSEL

MIADOCS 410852 1 N1B

2