**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
FT. LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,        Case No. 00-6107-CIV-FERGUSON
                       MAGISTATE JUDGE SNOW
vs.
TARGET CORPORATION f/k/a
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES
_____/

### MOTION FOR STATUS CONFERENCE

      Steve Harris, Plaintiff, by his Attorney, herebymoves this Court to set a Pretrial Status Conference. As grounds therefore, PLAINTIFF would show that DEFENDANT is attempting to obfuscate the issues with a an avalanche of Motions. This is being done to put the Court in a he-said---she-said. The Court then takes the position, "a pox on both of your houses"

To finalize the case, in advance of the June trial period, the Court should grant a Pre-Trial Status Conference, pursuant to Rule 16, Fed. R. Civ. P and issue appropriate Orders to further the prosecution of the case, in accordance with law.

Wherefore, Plaintiff prays that this Court set a Status conference in as expeditious a fashion as the Court deems appropriate.

Respectfully submitted this 30th day of April, 2001.

                                         RICHARD J. BURTON & ASSOCIATES, P.A.
                                         Attorney for PLAINTIFF
                                         Florida Bar No. 179337

**Certificate of Service**

I HEREBY CERTIFY that a true copy of the foregoing Motion was mailed to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131 on April 30, 2001.

                                 RICHARD J. BURTON & ASSOC.,P.A.
                                 18305 Biscayne Blvd., Suite 300
                                 Miami, FL 33160
                                 Ph: (305) 705-0888 Fax: 935-9542

BY _____
                                 Richard J. Burton, FBN 179337