**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
FT. LAUDERDALE DIVISION

STEVE HARRIS,
     Plaintiff,     Case No. 00-6107-CIV-FERGUSON
               MAGISTATE JUDGE SNOW **NIGHT BOX**
vs.                      **· FILED ·**

TARGET CORPORATION f/k/a       APR 3 0 21
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES         CLARENCE MADDOX
                    CLERK USDC / SDFL / FTL

_____/

## PLAINTIFF'S RESPONSE TO DEFENDANTS REPLY TO THE MOTION FOR CONTEMPT

Steve Harris, Plaintiff, by his Attorney, hereby RESPONDS TO

DEFENDANTS REPLY TO THE MOTION FOR CONTEMPT, as follows;

Defendant's Counsel once again is misleading the Court. They now

argue that the "mediation" in Washington was the time when they were

going to perform discovery. This is, of course as wrongly represented, as

the remainder of their facts. For their reference, and the Court's, it was

a medietion before the Department of Justice, EEOC mediation board,

fixed by the Immigration Judges, who participated. The name of the

client was Ms. Maria Gonzalez. Should it be necessary, to be confirmed

that information will be supplied to the Court, with pleasure.

IN Section two of their response they allege that Hastings had not been

supoened. The Court has already SEEN the stipulation, in writing,

waiving the necessity of subpoenas for Target Employees!



Plaintiff could demonstrate, line by line, the patent inconsistencies in the

"response" of defendant, but will not trouble the Court, nor dignify

Defendant's behavior!

Wherefore Plaintiff prays that the Court default the Defendant, award all

costs incurred and reasonable attorneys fees, and direct the production

of ALL documents requested both the first time and as requested in the

second request for production.

Respectfully submitted this 30th day of April, 2001.

RICHARD J. BURTON & ASSOCIATES, P.A.
F.B.N. 179337
Attorney for PLAINTIFF
18305 Biscayne Blvd., Suite 300
Miami, FL  33160
Ph: (305) 705-0888Fax: 935-9542

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing Response was mailed to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131 on April 30, 2001.

RICHARD J. BURTON & ASSOC.,P.A.
18305 Biscayne Blvd., Suite 300
Miami, FL 33160
Ph: (305) 705-0888 Fax: 935-9542

BY_____
Richard J. Burton, FBN 179337

3