**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
FT. LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,    Case No. 00-6107-CIV-FERGUSON
                 MAGISTATE JUDGE SNOW **NIGHT BOX**
vs.                                       **FILED**

TARGET CORPORATION f/k/a         APR 30 2001
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES             CLARENCE MADDOX
                                       CLERK, USDC/SDFL/FTL
_____/

**NOTICE OF ADOPTION OF THE PLAINTIFF'S MOTION FOR**
**CONTEMPT, AND FOR THE ISSUANCE OF A RULE TO SHOW CAUSE**
**AS PLAINTIFF'S REPLY TO DEFENDANT'S MOTION IN LIMINE, AS**
**TO PLAINTIFF'S EXPERT WITNESS, MOTION TO STRIKE**
**SUPPLEMENTAL AFFIDAVIT AND MOTION TO STAY PROCEEDINGS**
**PENDING RESOLUTION OF DEFENDANT'S MOTION FOR SUMMARY**
**JUDGEMENT**

      Steve Harris, Plaintiff, by his Attorney, hereby adopts the grounds

reasoning, and his Mtion for Contempt in Reply to the Defendants

aforestated motions pursuant to the Federal Rules of Civil Procedures for

an order finding Defendant in contempt of this Court.

Respectfully submitted this 30th day of April, 2001.

                                    _____
                                    RICHARD J. BURTON & ASSOCIATES, P.A.
                                    Attorney for PLAINTIFF
                                    Florida Bar No. 179337
                                    18305 Biscayne Blvd., Suite 300
                                    Miami, FL 33106
                                    (305)705-0888  Fax (305)935-9542

**Certificate of Service**

I HEREBY CERTIFY that a true copy of the foregoing Notice was mailed to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131 on April 30, 2001.

                              RICHARD J. BURTON & ASSOC.,P.A.
                              18305 Biscayne Blvd., Suite 300
                              Miami, FL 33160
                              Ph: (305) 705-0888 Fax: 935-9542

                              BY_____
                                Richard J. Burton, FBN 179337