
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STEVE HARRIS,
Plaintiff,

V.

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

TARGET CORPORATION f/k/a/
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,
_____/



## PLAINTIFF'S MOTION FOR ENLARGMENT OF TIME TO FILE OPPOSITION TO MOTION TO STRIKE CORRESPONDENCE

PLAINTIFF, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure hereby requests an enlargement of time up until and including June 1, 2001, to file the opposition to the Motion to strike correspondence.

The reasons for the requested enlargement are stated below:

1. On May 7, 2000, the Counsel for the Defendant filed its Motion to Strike Correspondence.

2. The undersigned is proceeding with discovery in this case and has many briefs due, in this case and three other Federal cases and state cases.

3. In fact, depositions, in with this same law firm, in another Federal were scheduled for May 8, 2001- May 10, 2001 in New York City.

4. This Motion for extension is being made in good faith and not for purposes of delay. Such enlargement of time would, be in the interest of justice and would not be prejudicial to the parties.

5. Pursuant to Local Rule 7. I.A.3. counsel represents he made a good faith effort to contact opposing counsel to ascertain if there was any objection to the filing of this motion, but opposing Counsel has not yet returned the telephone inquiry.

Wherefore, PLAINTIFF, hereby moves for an Order of enlargement of time until and including June 1, 2001, in which to respond and file his Opposition to Defendant's Motion to strike Correspondence, and grant such other relief as is just and equitable.

RICHARD J. BURTON & ASSOCIATES, P.A.
Attorney for Plaintiff

_____
Richard J. Burton F.B.N. 179337



**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was placed in the U.S. mail this 17th day of May, 2001 to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131.

        RICHARD J. BURTON & ASSOCIATES, P.A.
        18305 Biscayne Boulevard, Suite 300
        Miami, FL 33160
        Tel: (305) 705-0888
        Fax: (305) 935-9542

By:_____
    Richard J. Burton F.B.N. 179337