UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STEVE HARRIS,
Plaintiff,

CASE NO. 00-6107-CIV-FERGUSON
V.  MAGISTRATE JUDGE SNOW

TARGET CORPORATION f/k/a/
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,
_____/



### PLAINTIFF'S MOTION FOR ENLARGMENT OF TIME TO FILE REPLY TO DEFENDANT's RESPONSE TO MOTION FOR STATUS CONFERENCE

PLAINTIFF, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure hereby requests an enlargement of time up until and including June 1, 2001, to file the Reply to the Defendants Response to Motion for Status Conference.

The reasons for the requested enlargement are stated below:

1. On May 7,, 2000, the Counsel for the Defendant filed Response to Plaintiff's Motion for Status Conference.
2. The undersigned is proceeding with discovery in this case and has many briefs due, in this case and three other Federal cases and state cases.
3. In fact, depositions, in with this same law firm, in another Federal were scheduled for May 8, 2001- May 10, 2001 in New York City.
4. This Motion for extension is being made in good faith and not for purposes of delay. Such enlargement of time would, be in the interest of justice and would not be prejudicial to the parties.
5. Pursuant to Local Rule 7. I.A.3. counsel represents he made a good faith effort to contact opposing counsel to ascertain if there was any objection to the filing of this motion, but opposing Counsel has not yet returned the telephone inquiry.

Therefore, PLAINTIFF, hereby moves for an Order of enlargement of time until and includingJune 1, 2001, in which to reply to the Defendant's response, and grant such other relief as is just and equitable.



WHEREFORE, PLAINTIFF, respectfully requests this Court to grant this Motion for Enlargement of Time, and issue an order stating same.

Respectfully submitted,

RICHARD J. BURTON & ASSOCIATES, P.A.
Attorney for Plaintiff
18305 Biscayne Boulevard, Suite 300
Miami, FL 33160

_____
Richard J. Burton
F.B.N. 179337

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was placed in the U.S. mail this 17th day of May, 2001 to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131.

RICHARD J. BURTON & ASSOCIATES, P.A.
18305 Biscayne Boulevard, Suite 300
Miami, FL 33160
Tel: (305) 705-0888
Fax: (305) 935-9542

By:_____
Richard J. Burton F.B.N. 179337