# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

     Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

     Defendant.

_____/



## DEFENDANT'S RESPONSE TO PLAINTIFF'S
## MOTIONS FOR ENLARGEMENTS OF TIME

Defendant, **TARGET CORPORATION** ("Target"), responds to Plaintiff **STEVE HARRIS'** ("Plaintiff") following three (3) Motions: Plaintiff's Motion for Enlargement of Time to File Reply to Defendant's Reply to Defendant's Response to Motion for Status Conference; Plaintiff's Motion for Enlargement of Time to File Opposition to Motion to Strike Response to Defendant's Motion to Dismiss; and, Plaintiff's Motion for Enlargement of Time to File Opposition to Motion to Strike Correspondence (collectively "Plaintiff's Enlargement of Time Motions"). In support, Target states as follows:

1.     Plaintiff's Enlargement of Time Motions allege that Plaintiff's counsel, Richard Burton, attempted to contact undersigned counsel regarding Plaintiff's Enlargement of Time Motions, "but [Target's counsel] has not yet returned the telephone inquiry." (Plaintiff's Enlargement of Time Motions, ¶ 5.)

2.      Plaintiff's allegation is untrue. On May 17, 2001, merely one hour after receiving Mr.

Burton's telephone message requesting extensions of time, undersigned counsel sent Mr. Burton a

letter via facsimile objecting to Plaintiff's Extension of Time Motions. (Ex. 1, May 17, 2001 letter.)

3.      Target objects to Plaintiff's Enlargement of Time Motions for two (2) reasons. First,

trial is rapidly approaching since it is scheduled for the June 18th trial calendar. Second, in the past

six (6) months, Plaintiff has requested five (5) extensions of time in this lawsuit. Plaintiff's pattern

and practice is to obtain extensions of time on every occasion that a motion is filed.

4.      Accordingly, the Court should deny Plaintiff's request for three (3) further extensions

of time.

**WHEREFORE**, Target respectfully requests that the Court enter an Order denying

Plaintiff's Enlargement of Time Motions.

Respectfully submitted,

SHUTTS & BOWEN LLP
Attorneys for Defendant
201 South Biscayne Boulevard
1500 Miami Center
Miami, Florida 33131
(305) 358-6300
(305) 347-7386 (facsimile)

By: _____
     Sheila M. Cesarano
     Florida Bar Number 708364
     Rene J. Gonzalez-LLorens
     Florida Bar Number 0053790

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this

_22_ day of May, 2001 to:

    Richard J. Burton, Esq.
    Richard J. Burton & Associates, P.A.
    Attorney for Plaintiff
    18305 Biscayne Boulevard, Suite 300
    Miami, Florida 33160
    Tel: (305) 705-0888
    Fax: (305) 935-9542

RENE J. GONZALEZ-LLORENS

MIADOCS 420541 1 N1B

# SHUTTS & BOWEN LLP

ATTORNEYS AND COUNSELLORS AT LAW
(A PARTNERSHIP INCLUDING PROFESSIONAL ASSOCIATIONS)

1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131
MIAMI (305) 358-6300
BROWARD (954) 467-8841
FACSIMILE (305) 381-9982

May 17, 2001

**Via Facsimile**

Richard J. Burton, Esq.
Richard Burton & Associates, P.A.
18305 Biscayne Boulevard
Suite 300
Miami, Florida 33160

    **RE:   Steve Harris v. Target Corporation**

Dear Mr. Burton:

    This letter responds to your voice message requesting whether we had any objections to an extension of time to respond to some undisclosed motions Target has filed. We object to any extensions.

Very truly yours,

Rene Gonzalez-LLorens

MIADOCS 420036.1 RGL

AMSTERDAM    FORT LAUDERDALE    LONDON    MIAMI    ORLANDO    TALLAHASSEE    WEST PALM BEACH

# FAX TRANSMISSION

## SHUTTS & BOWEN LLP

1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131
305-358-6300 (Main)
305-347-7386 (Fax)

| | | | |
|---|---|---|---|
| **To:** | Richard Burton, Esq. | **Company:** | Richard Burton & Assoc. |
| **Fax #:** | 305-935-9542 | **Phone:** | 305-705-0888 |
| **Date:** | May 17, 2001 | **Pages:** | $\mathcal{2}$ , including cover sheet |
| **From:** | Sheila M. Cesarano, Esq. | **User ID:** | |
| **Cl/Ma #** | | | |
| **Subject:** | Harris v. Target | | |

**COMMENTS:**

This facsimile contains privileged and confidential information intended only for the use of the addressee named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the original facsimile to us at the above address via the Postal Service. Thank you.

**NOTE: PLEASE CALL IMMEDIATELY IF ALL PAGES ARE NOT RECEIVED
MAIN NUMBER: (305) 358-6300**

THE PERSON SENDING THIS FACSIMILE IS:
HARD COPY TO FOLLOW BY U.S. MAIL - YES / NO

```
TRANSACTION REPORT

Transmission
Transaction(s) completed


NO.  TX DATE/TIME    DESTINATION                    DURATION   PGS    RESULT  MODE

114 MAY. 17 12:54    883059359542                   0° 00' 29"  002    OK     N  ECM
```

# FAX TRANSMISSION
## SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131
305-358-6300 (Main)
305-347-7386 (Fax)

| | | | |
|---|---|---|---|
| **To:** | Richard Burton, Esq. | **Company:** | Richard Burton & Assoc. |
| **Fax #:** | 305-935-9542 | **Phone:** | 305-705-0888 |
| **Date:** | May 17, 2001 | **Pages:** | 2, including cover sheet |
| **From:** | Sheila M. Cesarano, Esq. | **User ID:** | |

**Cl/Ma #**

**Subject:** Harris v. Target

**COMMENTS:**