**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
FT. LAUDERDALE DIVISION

STEVE HARRIS,
     Plaintiff,        Case No. 00-6107-CIV-FERGUSON
                    MAGISTATE JUDGE SNOW

vs.

TARGET CORPORATION f/k/a
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES

_____/

## NOTICE OF FILING PRELIMINARY OPINION OF EXPERT, SUBJECT TO PRODUCTION BY DEFENDANT

The Plaintiff, by and through undersigned counsel, and pursuant to the Fed. R. Civ.

Pro. hereby files the Preliminary Opinion of Stanley Foodman (attachment A)

Respectfully submitted,

BY_____
          Richard J. Burton, FBN 179337

**Certificate of Service**

I HEREBY CERTIFY that a true copy of the foregoing Notice was mailed and faxed to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131 on June 6, 2001.

> RICHARD J. BURTON & ASSOC., P.A.
> 18305 Biscayne Blvd., Suite 300
> Miami, FL 33160
> Ph: (305) 705-0888    Fax 935-9542
>
>
> BY_____
>     Richard J. Burton, FBN 179337

2

cv-06107-WDF    Document 89    Entered on FLSD Docket 06/08/2001    F

# Stanley I Foodman
*Certified Public Accountant\**
*Certified Fraud Examiner*

### Via facsimile transmission 305-935-9542

April 24, 2001

Richard J. Burton, Esq.
Richard J. Burton & Associates, P.A.
18305 Biscayne Blvd
Suite 300
Miami, Fl  33160

Re:  Steven Harris, Plaintiff
                    v.
        Target, Defendant
        Case # 00-6107-CIV-Ferguson

Dear Mr. Burton

In the above styled matter, attached please find a report of my preliminary findings.  It is
subject change upon review and analysis of the production that I requested through your
office on December 1, 2000 from the Defendant Company in this matter regarding its history
and policies concerning promotions, pay increases, health care benefits and retirement
benefits of other employees in the same position as Mr. Harris.  I consider the requested
production essential for preparing a formal report.  It has never been provided.  Therefore, a
formal report has not been prepared to date.

 Sincerely

*Stanley I Foodman*

Stanley I Foodman, CPA

*1201 Brickell Avenue, Suite 610*                     *PO Box 310730*
*Miami, Florida 33131*                                *Miami, Florida 33231-0730*
*(305) 365-1111 Tel*                                  *(305) 365-2244 Fax*
*(800) 636-0291 Toll Free*                            *SFoodman@Bellsouth.net E-mail*
        *\*CPA licensure designation is regulated by the state of Florida*

# Stanley I Foodman

*Certified Public Accountant\**
*Certified Fraud Examiner*

**STEVEN HARRIS**
**CALCULATION OF LOST EARNINGS**
**RESULTING FROM DISMISSAL FROM TARGET**
**BASED ON SEMI MONTHLY EARNINGS AT TIME OF DISMISSAL**

ASSUME ENTIRE CAREET WOULD HAVE BEEN AT TARGET
DOB 10/15/62
DATE OF DISMISSAL 3/5/99

Amount needed to fund an annuity equal to current earnings
between termination date at March 5, 1999 and retirement date of
October 15, 2027

| Year | Age | Annual Lost Earnings | Semi Monthly Lost Earnings | # Semi-monthly Payments Over Period To Date | 30 Year Treasury Safe Rate | Present Value Based Semi monthly Lost Earnings | Other Earnings 3/5/99- 12/31/00 | Loss After Other Earnings |
|---|---|---|---|---|---|---|---|---|
| 1 | 36 | 63,112.32 | 2,629.68 | 21 | 5.47% | 62,948 | 11,301 | 51,647 |
| 2 | 37 | 64,437.68 | 2,684.90 | 45 | 5.47% | 60,502 | - | 112,149 |
| 3 | 38 | 65,790.87 | 2,741.29 | 69 | 5.47% | 58,504 | - | 170,654 |
| 4 | 39 | 67,172.48 | 2,798.85 | 93 | 5.47% | 56,605 | - | 227,258 |
| 5 | 40 | 68,583.10 | 2,857.63 | 117 | 5.47% | 54,779 | - | 282,037 |
| 6 | 41 | 70,023.35 | 2,917.64 | 141 | 5.47% | 53,018 | - | 335,055 |
| 7 | 42 | 71,493.84 | 2,978.91 | 165 | 5.47% | 51,316 | - | 386,371 |
| 8 | 43 | 72,995.21 | 3,041.47 | 189 | 5.47% | 49,671 | - | 436,042 |
| 9 | 44 | 74,528.11 | 3,105.34 | 213 | 5.47% | 48,080 | - | 484,122 |
| 10 | 45 | 76,093.20 | 3,170.55 | 237 | 5.47% | 46,541 | - | 530,663 |
| 11 | 46 | 77,691.15 | 3,237.13 | 261 | 5.47% | 45,051 | - | 575,714 |
| 12 | 47 | 79,322.67 | 3,305.11 | 285 | 5.47% | 43,610 | - | 619,324 |
| 13 | 48 | 80,966.44 | 3,374.52 | 309 | 5.47% | 42,215 | - | 661,538 |
| 14 | 49 | 82,689.20 | 3,445.38 | 333 | 5.47% | 40,864 | - | 702,402 |
| 15 | 50 | 84,425.87 | 3,517.74 | 357 | 5.47% | 39,558 | - | 741,960 |
| 16 | 51 | 86,198.61 | 3,591.61 | 381 | 5.47% | 38,293 | - | 780,253 |
| 17 | 52 | 88,008.78 | 3,667.03 | 405 | 5.47% | 37,068 | - | 817,321 |
| 18 | 53 | 89,856.97 | 3,744.04 | 429 | 5.47% | 35,883 | - | 853,204 |
| 19 | 54 | 91,743.96 | 3,822.67 | 453 | 5.47% | 34,736 | - | 887,940 |
| 20 | 55 | 93,670.59 | 3,902.94 | 477 | 5.47% | 33,626 | - | 921,566 |
| 21 | 56 | 95,637.67 | 3,984.90 | 501 | 5.47% | 32,551 | - | 954,116 |
| 22 | 57 | 97,646.06 | 4,068.59 | 525 | 5.47% | 31,510 | - | 985,627 |
| 23 | 58 | 99,696.63 | 4,154.03 | 549 | 5.47% | 30,503 | - | 1,016,130 |
| 24 | 59 | 101,790.26 | 4,241.26 | 573 | 5.47% | 29,528 | - | 1,045,658 |
| 25 | 60 | 103,927.85 | 4,330.33 | 597 | 5.47% | 28,584 | - | 1,074,242 |
| 26 | 61 | 106,110.34 | 4,421.26 | 621 | 5.47% | 27,671 | - | 1,101,913 |
| 27 | 62 | 108,338.65 | 4,514.11 | 645 | 5.47% | 26,786 | - | 1,128,699 |
| 28 | 63 | 110,613.77 | 4,608.91 | 669 | 5.47% | 25,930 | - | 1,154,629 |
| 29 | 64 | 112,936.66 | 4,705.69 | 693 | 5.47% | 25,102 | - | 1,179,731 |
| 30 | 65 | 115,308.33 | 4,804.51 | 713 | 5.47% | 24,305 | - | 1,204,036 |

Dismissed 3/5/99  Therefore 10/12 of annual salary or $52,593.60  used for year one
PV = Semi-monthly loss + 2.1% (.000875 semi-monthly)/ 1+disc rate to power of # years in future
Safe Rate 30year treasury bonds = 5.47%
Annual rate of salary increases = 2.1% per U.S. Government

*1201 Brickell Avenue, Suite 610*
*Miami, Florida 33131*
*(305) 365-1111 Tel*
*(800) 636-0291 Toll Free*

*PO Box 310730*
*Miami, Florida 33231-0730*
*(305) 365-2244 Fax*
*SFoodman@Bellsouth.net E-mail*

*\*CPA licensure designation is regulated by the state of Florida*