## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.

_____/

### CLARIFICATION OF PLAINTIFF'S "RESPONSE" TO
### DEFENDANT'S "MOTION" FOR STATUS CONFERENCE

Defendant, **TARGET CORPORATION** ("Target"), clarifies Plaintiff **STEVE HARRIS'**

("Plaintiff") "Response" to Defendant's "Motion" for Denial of Status Conference ("Plaintiff's

'Response'"), and states:

    1.    On April 30, 2001, Plaintiff filed a Motion for Status Conference.

    2.    On May 7, 2001, Defendant filed a Response to Plaintiff's Motion for Status Conference.

    3.    On May 29, 2001, Plaintiff filed a "Response" to Defendant's "Motion" for Denial of Status Conference.

    4.    Plaintiff incorrectly states that Plaintiff "submits the following response to defendant's motion to deny plaintiff's request for a Status Conference." (Plaintiff's "Response".)

    5.    Defendant never filed a Motion for Status Conference.

    6.    Plaintiff's "Response" is not, in fact, a Response, but rather a Reply to Defendant's Response to Plaintiff's Motion for a Status Conference.

Respectfully submitted,

SHUTTS & BOWEN LLP
Attorneys for Defendant
201 South Biscayne Boulevard
1500 Miami Center
Miami, Florida 33131
(305) 358-6300
(305) 347-7386 (facsimile)

By: _____
Sheila M. Cesarano
Florida Bar Number 708364
Rene Gonzalez-LLorens
Florida Bar Number 0053790

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this __6__ day of June 2001, to

Richard J. Burton, Esq.
Richard J. Burton & Associates, P.A.
18305 Biscayne Boulevard, Suite 300
Miami, Florida 33160.
Tel: (305) 705-0888
Fax: (305) 935-9542
Attorney for Plaintiff

_____
OF COUNSEL

MIADOCS 424059.1 N1B

2