# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/

### CLARIFICATION OF PLAINTIFF'S UNTIMELY "RESPONSE" TO DEFENDANT'S "MOTION" FOR STATUS CONFERENCE

Defendant, **TARGET CORPORATION** ("Target"), clarifies Plaintiff **STEVE HARRIS'** ("Plaintiff") untimely "Response" to Defendant's "Motion" for Denial of Status Conference ("Plaintiff's 'Response'"), and states:

1. On April 30, 2001, Plaintiff filed a Motion for Status Conference.

2. On May 7, 2001, Defendant filed a Response to Plaintiff's Motion for Status Conference.

3. On May 29, 2001, Plaintiff filed an untimely "Response" to Defendant's "Motion" for Denial of Status Conference.

4. Plaintiff incorrectly states that Plaintiff "submits the following response to defendant's motion to deny plaintiff's request for a Status Conference." (Plaintiff's "Response".)

5. Defendant never filed a Motion for Status Conference.

6. Plaintiff's "Response" is not, in fact, a Response, but rather a *Reply* to Defendant's Response to Plaintiff's Motion for a Status Conference.



7. Moreover, Plaintiff's Reply is untimely.

Respectfully submitted,

SHUTTS & BOWEN LLP
Attorneys for Defendant
201 South Biscayne Boulevard
1500 Miami Center
Miami, Florida 33131
(305) 358-6300
(305) 347-7386 (facsimile)

By: _____
Sheila M. Cesarano
Florida Bar Number 708364
Rene Gonzalez-LLorens
Florida Bar Number 0053790

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this __7__ day of June 2001, to

Richard J. Burton, Esq.
Richard J. Burton & Associates, P.A.
18305 Biscayne Boulevard, Suite 300
Miami, Florida 33160.
Tel: (305) 705-0888
Fax: (305) 935-9542
Attorney for Plaintiff

_____
OF COUNSEL

MIADOCS 424059 1 NJB

2