UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6107-CIV-FERGUSON

STEVE HARRIS,

Plaintiff,

vs.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

Defendant.

_____/

FI___ ___ , _7e_ D.C.

JUN 1 9 2001

## ORDER

**THIS CAUSE** is before the Court on the Defendant's Emergency Motion For Continuance

Of Trial.  Having fully considered the motion and the circumstances which have caused the

described inconveniences to the parties, the motion is **GRANTED.**  The case is removed from the

June 25, 2001, calendar to be reset by separate order.

**DONE** and **ORDERED** this 19th day of June, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Richard Burton, Esq.
Sheila M. Cesarano, Esq.

