**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
FT. LAUDERDALE DIVISION

FILED BY _____ D.C

2001 JUN 20 PM 12: 28

CLARENCE MADDOX
CLERK U.S. DIST CT
S.D. OF FLA-FTL

STEVE HARRIS,
    Plaintiff,

Case No. 00-6107-CIV-FERGUSON
MAGISTATE JUDGE SNOW

vs.

TARGET CORPORATION f/k/a
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES

_____/

### NOTICE OF CONFLICT & UNAVAILABILITY

Please be advised that the undersigned, hereby notifies the Court and all parties to this action of his unavailability during the period of June 29, 2001 through July 12, 2001 and would state that the undersigned Counsel for the Plaintiff is filing this Notice of Unavailability, together, herewith from June 29, 2001 through July 12, 2001 when he will be on a personal vacation.

Said attorney requests that no hearing, deposition, or other matter be set during this time. That this notice serves as a Motion to Continue, for any matter scheduled during the aforementioned time period.

    RICHARD J. BURTON & ASSOCIATES, P.A.
    18305 Biscayne Blvd., Suite 300
    Miami, FL 33160
    Ph: (305) 705-0888   Fax: 935-9542

    By: _____
       Richard J. Burton, FBN 179337

I HEREBY CERTIFY that a true copy of the foregoing Notice was mailed to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131 on June 20, 2001.

    RICHARD J. BURTON & ASSOCIATES, P.A.
    18305 Biscayne Boulevard, Suite 300
    Miami, FL 33160
    Tel: (305) 705-0888  Fax: (305) 935-9542

    By: _____
       Richard J. Burton F.B.N. 179337