## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6107-CIV FERGUSON
Magistrate Judge Snow

STEVE HARRIS,

    Plaintiff,

vs.

DAYTON HUDSON CORPORATION,    **NOTICE OF UNAVAILABILITY**
d/b/a TARGET STORES,

    Defendant.
_____/

The undersigned attorney for Defendant shall be absent from the office from Wednesday, September 5, 2001 through Wednesday, September 19, 2001 and respectfully requests that no hearings or depositions be scheduled during this time; no motions, notices to produce, interrogatories or other pleadings be filed which require a timely response during this time; and that all pending matters remain in status quo during this time.

The filing and service of this Notice shall constitute an application and request for continuance, extension of time, and/or a protective order as appropriately required for the above reasons.

                          SHUTTS & BOWEN, LLP
                          Attorneys for Defendant
                          201 South Biscayne Boulevard
                          1500 Miami Center
                          Miami, Florida 33131
                          (305) 358-6300
                          (305) 347-7386 (facsimile)

BY: _____
Sheila M. Cesarano
Florida Bar No. 708364
Rene Gonzalez-LLorens
Florida Bar No. 0053790

CASE NO.00-6107 FERGUSON

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this $\underline{2\ \omega}$ day of June, 2001, to Richard J. Burton, Esq., Richard Burton & Associates, P.A., 18305 Biscayne Boulevard, Suite 300, Miami, Florida 33160.

OF COUNSEL

MIADOCS 427921 1 MED

2