## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.

_____/



### DEFENDANT'S MOTION TO EXCLUDE PLAINTIFF'S PUNITIVE
### DAMAGES CLAIM AND INCORPORATED MEMORANDUM OF LAW

Defendant, **TARGET CORPORATION** ("Target"), moves to exclude punitive

damages under the standard set forth by the United States Supreme Court in Kolstad v

American Dental Association, 119 S.Ct. 2118 (1999).

### SUMMARY OF ARGUMENT

The Supreme Court has established a test to determine if a defendant is vicariously

liable for punitive damages in a Title VII action. Kolstad v. American Dental Association,

119 S.Ct. 2118 (1999). First, the person who is alleged to have committed the

discrimination must be a "managerial agent" of the defendant. Kolstad, at 2130. Second,

regardless of the decision of the "managerial agent," an employer may not be vicariously

liable for decisions that are contrary to the employer's "good faith efforts to comply with

Title VII." Id.

In this case, Target clearly made a good faith effort to comply with Title VII through

two different mechanisms: (1) Target's Policy and Procedure Manual, and; (2) Target's

Executive Team Member Handbook. These mechanisms identify the steps an employee may take to report and stop harassment or discrimination at the workplace, as well as delineate Target's response to the employee's complaint.

## FACTS[1]

### A.    Target Hires Plaintiff.

In June 1994, Plaintiff, an African-American, interviewed for a position at Target. Terry Gillespie, Target's Regional Human Resource Manager, who is white, was one of the Target managers who interviewed Plaintiff. Upon completing the interview process, Gillespie offered Plaintiff an Assistant Store Team Leader position (Assistant Store Manager) at Target.

On June 9, 1994, Plaintiff commenced his employment at Target store T638, located in Boca Raton, Florida, as an Assistant Store Team Leader-in-Training (Assistant Store Manager in Training). After completing the initial training, Plaintiff was promoted to Assistant Store Team Leader (Assistant Store Manager) on August 1, 1994.

On December 28, 1997, Target promoted Plaintiff to Store Team Leader (Store Manager) of Target Store T392, located in Greenacres, Florida. The transfer was for a short-term period because Target Store T392 was closing. On April 1, 1998, Target transferred Plaintiff to Target Store T393 (the "Store"), located in Deerfield Beach, Florida, as the Store Team Leader (Store Manager).

As Store Manager, Plaintiff was responsible for a multi-million dollar business. Plaintiff oversaw all Store funds and budgets. Plaintiff was required to demonstrate

---

[1] All facts cited in this Motion are specifically referenced by deposition page, exhibit number, or affidavit in Target's Motion for Summary Judgment.

-2-

exemplary conduct and leadership within the Store. Plaintiff was required to direct the merchandising, operation, and personnel functions of the Store toward attaining maximum profits, sales, and return on investment.

**B.    The Falsified Receipt.**

In January 1999, Plaintiff contacted Mark Hastings, Target's District Manager, so that he could authorize a going-away dinner party for Evan Feldman, an Executive Team Leader, who had resigned. After Hastings approved the dinner party, Plaintiff obtained $500.00 from Don Fankhauser, the Store's Security Manager, to cover the cost of Feldman's going-away dinner party.

Feldman's going-away dinner party was held on January 29, 1999, at Shooter's, a Fort Lauderdale restaurant, and was attended by Plaintiff, Shannon Tetrault, Don Fankhauser, and Evan Feldman. According to Plaintiff's deposition testimony, he paid $135.87 for the dinner party and left approximately a $25 tip; thus, Plaintiff testified that he paid a total of $160 for Feldman's dinner party. However, on the Shooter's receipt submitted to Target, Plaintiff handwrote and added $135.87 (the dinner's cost) and $160.00 (as a "tip") to equal $295.87. Pursuant to the receipt, Plaintiff made it appear that he had paid $295.87 for the dinner party.

Plaintiff gave the Shooter's receipt (which reflected a $295.87 total) and returned the unspent dinner-party funds to the Store's service desk supervisor, Caryn Knapp. Knapp retained $205, the cash difference between $500 and $295.87 (the amount Plaintiff wrote on the receipt). Plaintiff thus improperly kept approximately $135 for himself by overstating the "tip" at Shooter's.

-3-

## C.    Target's Investigation.

Soon thereafter, it was brought to Gillespie's attention that Plaintiff had received $500 for Feldman's dinner party and had spent $295.87. Pursuant to the Shooter's Receipt, it appeared that Plaintiff had spent $135.87 in the dinner and had left a gratuity of $160. Target viewed a $160 gratuity on a $135.87 dinner as an exorbitant tip.

Target commenced an investigation involving the Shooter's receipt. The Store's Security Manager, Fankhauser, telephoned the Shooter's waiter who stated that Plaintiff had not left a $160 tip, but rather a $25 tip. Since Plaintiff supposedly incurred costs of $160 (in dinner and gratuity) and only returned $205 to Target, the investigation revealed that there was a $135 discrepancy. Consequently, Target decided to investigate Plaintiff further, and the investigation revealed that Plaintiff had committed numerous other improprieties and violations of Target's policies.

In February 1999, Plaintiff attended a meeting in which Mark Hastings, Doug Barth (Target's District Asset Protection Team Leader), and Gillespie were present. The meeting was held to discuss the Shooter's Receipt discrepancy and the other improprieties that the investigation had uncovered.

Gillespie questioned Plaintiff about the Shooter's Receipt discrepancy. Plaintiff stated that he did not know how much money he had returned to Target; he simply gave the service desk employee all the money that was in his pocket. Plaintiff admitted that he added $135.87 (the dinner's cost) and $160.00 to equal $295.87. He admitted that the receipt wrongfully reflected $295.87. When asked why he added $160 to the Shooter's Receipt, Plaintiff had the following nonsensical explanation. "I was trying to figure out what amount of money should go back to the store so I was calculating."

-4-

Gillespie also questioned Plaintiff about his company-issued American Express corporate charge card. Target provides American Express corporate charge cards for business purposes only. However, Plaintiff was using his company-issued American Express corporate charge card exclusively for personal purposes. In addition, Plaintiff admitted that the company-issued American Express corporate charge card account was in arrears. Plaintiff was required to pay all outstanding amounts on his company-issued American Express corporate charge card on a monthly basis. However, Plaintiff failed to pay his balance on a monthly basis as required and had an outstanding balance of $777.50. This credit card issue was linked with Plaintiff's earlier delinquency problems with his personal Target credit card. Plaintiff's personal Target credit card account had been closed due to his failure to pay the outstanding amount owed, and Plaintiff took over a year to pay the outstanding and delinquent balance.

Gillespie questioned Plaintiff about an employee's complaints that Plaintiff was borrowing money from employees. Plaintiff denied this issue despite an employee's complaint to management about Plaintiff's requests to borrow money for his personal use.

At the end of the meeting, Plaintiff was placed on a leave of absence pending a further investigation of the above referenced discrepancies and violations of Target's policies. On Friday, March 5, 1999, Plaintiff met with Gillespie (appearing by telephone), Hastings, and Barth. During the second meeting, Plaintiff was again asked about the Shooter's Receipt. Plaintiff still could not explain why $135 was missing. Consequently, Plaintiff was terminated because he posed a security risk and had violated Target's policies.

-5-

## CLAIMS

Plaintiff filed the instant lawsuit alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. ("Title VII") (Count I) and 42 U.S.C. § 1981 ("Section 1981") (Count II). Specifically, Plaintiff claims that Target discriminated against him because of his race.

## ARGUMENT

### Standard for Which Punitive Damages May Be Awarded Under Title VII

The Supreme Court reviewed the standard for which punitive damages may be awarded under Title VII in Kolstad v. American Dental Association, 119 S.Ct. 2118 (1999). The Supreme Court discussed the purpose of Title VII and punitive damages and explained that Congress directed the federal courts to interpret Title VII based on agency principles. Kolstad, at 2127-29. Contrary to the spirit of Title VII, even an employer who makes every effort to comply with Title VII is held liable for the discriminatory acts of its managers when applying agency principles. Kolstad, at 2128-30. However, the common law limitation on vicarious liability for punitive damages is that it is improper to award punitive damages against someone who is personally innocent and liable only vicariously. Id.

The Supreme Court resolved this conflict by modifying agency principles to promote Title VII's purpose of both prevention and remediation and held that "in the punitive damages context, an employer may not be vicariously liable for the discriminatory employment decisions of managerial agents where these decisions are contrary to the employer's 'good faith efforts to comply with Title VII.'" Id.

The Supreme Court specifically explained that the trial court must determine if the

-6-

Defendant has been making good faith efforts to enforce an antidiscrimination policy. <u>Kolstad</u>, at 2129-30.

## **Standard for a "Good Faith Effort to Comply with Title VII"**

The Supreme Court describes what constitutes "good faith efforts to comply with Title VII" in <u>Kolstad</u>. Title VII's primary objective is a prophylactic one and it aims not only to provide redress, but to prevent harm. <u>Kolstad</u>, at 2128-30. Title VII is designed to encourage implementation of anti-harassment policies and encourage effective grievance procedures. <u>Id.</u>

The Court explains that good faith efforts at Title VII compliance includes a written policy. <u>Kolstad</u>, at 2129 (citing <u>Harris v. L & L Wings, Inc.</u>, 132 F.3d 978, 983, 984 (4th Cir. 1997) ("concluding that 'the institution of a written sexual harassment policy goes a long way towards dispelling any claim about the employer's reckless or malicious state of mind'")). As a matter of fact, "in some cases, the existence of a written policy instituted in good faith has operated as a total bar to employer liability for punitive damages." <u>Kolstad</u>, at 2129 (citing <u>Harris</u>, 132 F.3d at 983, 984).

At all relevant times, Target had an established written harassment policy communicated to employees and managers in numerous ways. Target's harassment policy is found in Target's Policy and Procedure Manual (provided to all personnel) and Target's Executive Team Member Handbook (provided to all executives). (Exs. A and B, respectively.) Target's policy states:

> Target's employment practices will be implemented without regard to race, color, national origin, sex (including pregnancy), religious beliefs, age, disability, sexual orientation, citizenship status, military status or any other basis protected by federal, state or local fair employment practice laws.

-7-

Ex. A, Target's Policy and Procedure Manual, p. 1; Ex. B, Target's Executive Team

Member Handbook, p. 39. Plaintiff received Target's Policy and Procedure Manual and

Target's Executive Team Member Handbook.

In addition, Target's Executive Team Member Handbook explains that the following

are the "Types of Harassment Prohibited" by Target:

- Harassment based on someone's race, color, sex, gender, national origin, citizenship status, religion, age, disability, or sexual orientation.
- Harassment by anyone, including a team leader, manager, co-worker, vendor or guest.

Ex. B, Target's Executive Team Member Handbook, p. 41.

Target clearly exercised reasonable care to prevent and correct any racially

discriminatory behavior. Moreover, Target's Executive Team Member Handbook identifies

the steps an employee may take to report and stop harassment at the workplace, as well

as delineates Target's response to the employee's complaint. (Ex. B, Target's Executive

Team Member Handbook, p. 42-43.) Specifically, Target's Executive Team Member

Handbook provides the following steps for "Reporting Harassment":

All Target team members are responsible for helping us to prevent and
respond to harassment. If you believe you have been harassed, it is
important to speak out right away. Here are the steps to take:
1.    First, if you are comfortable doing so, talk to that person whose
behavior is bothering you and ask them to stop.
2.    If you are not comfortable talking to that person or if it doesn't work,
talk to one of the following:
- If you work in a store, you can talk to the Store Team Leader, Team
Relations Leader or any Team Leader.
- If you work in a Distribution Center, the General Manager and/or
Team Resources and Development Managers are good places to
start. Otherwise, report your concerns to any Team Leader or Coach.
- At Headquarters, your Team/Human Resources Representative know
how to respond to claims of harassment.
- You are not limited to these individuals, however. You can complain
to your District, Region or to Headquarters. If you are uncomfortable

-8-

talking about your situation, write a Let Me Know comment card,
being sure to include your name and location, so an investigation may
take place.

Ex. B, Target's Executive Team Member Handbook, p. 42.

Target's Executive Team Member Handbook provides the following steps for

"Responding to Complaints":

- If you, as a team leader, manager, or executive receive a report of
  harassment or observe something that might be harassment, follow
  these steps immediately:
- If you work in a Distribution Center, report your concern to the
  Distribution Center Team Resources and Development Manager or
  to the General Manager.
- If you work in a store, report to the Store Team Leader or the Team
  Relations Leader or the Regional Personnel Representative.
- At Headquarters, report to any Team/Human Resources
  Representative.
- **IMPORTANT**: If the person to whom you are supposed to report the
  claim of harassment is the same one who is claimed to have done the
  harassing, take the claim to someone at the next level of
  management. If you are not sure who that might be, call Regional
  Personnel or Headquarters Employee Relations. Do not disclose the
  claim to the individual accused of harassment.
- Respect the confidential and sensitive nature of harassment claims.
  After making your report, do not discuss the matter with anyone else.
- It is essential that you report that claim as described, even if you
  believe the situation will resolve itself, and even if the person making
  the complaint makes it clear they don't want to get anyone in trouble.
  Let the team member know that you have to report it.

Ex. B, Target's Executive Team Member Handbook, p. 42-43 (emphasis in the original).

Furthermore, Target's Executive Team Member Handbook provides the following

"Response to Harassment":

- Target investigates all harassment complaints as thoroughly and
  promptly as possible. Target also strives to keep the information
  gathered in the complaint and investigation process as confidential as
  possible.
- If an investigation shows unlawful harassment has happened, Target
  will take prompt and appropriate corrective action up to and including

-9-

immediate termination.

Ex. B, Target's Executive Team Member Handbook, p. 43.

Target clearly makes a good faith effort to comply with Title VII through its Policy

and Procedure Manual and Executive Team Member Handbook.  Accordingly, the Court

should find that Target fulfilled its duty and made good faith efforts to comply with Title VII.

## CONCLUSION

Because Target makes a good faith effort to comply with Title VII, Target should not

be liable for punitive damages.

Respectfully submitted,

SHUTTS & BOWEN LLP
Attorneys for Defendant
1500 Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131
(305) 358-6300
(305) 347-7386 Facsimile

By:
Sheila M. Cesarano
Florida Bar Number 708364
Rene Gonzalez-LLorens
Florida Bar Number 0053790

-10-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed

on this _25_ day of June 2001, to

Richard J. Burton, Esq.
Richard J. Burton & Associates, P.A.
18305 Biscayne Boulevard, Suite 300
Miami, Florida 33160.
Tel: (305) 705-0888
Fax: (305) 935-9542
Attorney for Plaintiff

ØF COUNSEL

MIADOCS 427922 1 N1B

-11-

# EXHIBIT "A"

| | Subject: | Equal Employment Opportunity | | | |
|---|---|---|---|---|---|
| **POLICY and PROCEDURE MANUAL** | Chapter: | Employment and Placement | | Number: | 03-05-02 |
| | Section: | Personnel | | Page: | 1 of 2 |
| | Supersedes: | 5/8/94   Issued: 8/15/96 | | Effective: | 8/18/96 |

Sponsor:    Team Relations/Employee Relations

## POLICY

Target's employment practices will be implemented without regard to race, color, national origin, sex (including pregnancy), religious beliefs, age, disability, sexual orientation, citizenship status, military status or any other basis protected by federal, state or local fair employment practice laws.

## PROCEDURE

A.    All supervisory team members must read, understand, and actively support the various provisions of this policy.

B.    The federal government poster "Equal Opportunity is the Law", Exhibit 1, must be permanently displayed in areas visible to applicants and common areas frequented by all team members.

    Supplies of this poster are available from the Equal Employment Opportunity Commission or can be ordered in a 5-in-1 poster (which contains other legally required posters) from Central Purchasing, item numbers P0069 (English) or P0095 (Spanish).

C.    All "help wanted" advertising (newspapers, store posters, etc.) must be consistent with our Equal Employment Opportunity policy and federal, state and local fair employment practice laws, and must include the statement "Equal Opportunity Employer" at the bottom of each advertising.

D.    Participation in special Equal Employment Opportunity programs (i.e., minority recruiting centers, minority/female campus recruiting, large advertising expenditures in minority or female publications, minority gifts in support of minority or female recruiting efforts) must be approved by the Vice President of Stores and Distribution Personnel, the Vice President of Human Resources or the Executive Vice President of Team, Guest and Community Relations.

E.    Provide reasonable accommodation to qualified applicants and team members with disabilities, provided that accommodation does not result in undue hardship to Target.

F.    Provide reasonable accommodation to an applicant or team member's sincerely held religious beliefs, provided that accommodation does not result in undue hardship to Target.

G.    Do not retaliate against an applicant or team member who files a discrimination charge with a federal, state or local Fair Employment Practice agency, participates in an investigation of such a charge or opposes an unlawful employment practice.

## EXHIBIT USED

Equal Opportunity is the Law Poster, Exhibit 1

APPROVED _____ DATE 8/15/96
Larry V. Gilpin
Executive Vice President - Team, Guest and Community Relations

⊙ **TARGET**    CONFIDENTIAL    TARGET/HARRIS157

# Equal Employment Opportunity is

# THE LAW

## Employers Holding Federal Contracts or Subcontracts

Applicants to and employees of companies with a Federal government contract or subcontract are protected under the following Federal authorities:

### RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN

Executive Order 11246, as amended, prohibits job discrimination on the basis of race, color, religion, sex or national origin, and requires affirmative action to ensure equality of opportunity in all aspects of employment.

### INDIVIDUALS WITH DISABILITIES

Section 503 of the Rehabilitation Act of 1973, as amended, prohibits job discrimination because of a disability and requires affirmative action to employ and advance in employment qualified individuals with disabilities who, with reasonable accommodation, can perform the essential functions of a job.

### VIETNAM ERA AND SPECIAL DISABLED VETERANS

38 U.S.C. 4212 of the Vietnam Era Veterans Readjustment Assistance Act of 1974 prohibits job discrimination and requires affirmative action to employ and advance in employment qualified Vietnam era veterans and qualified special disabled veterans.

Any person who believes a contractor has violated its nondiscrimination or affirmative action obligations under the authorities above should contact immediately:

The Office of Federal Contract Compliance Programs (OFCCP), Employment Standards Administration, U.S. Department of Labor (DOL), 200 Constitution Avenue, N.W., Washington, D.C. 20210 or call (202) 219-9368 (DOL's toll-free TDD number for individuals with hearing impairments is (800) 326-2577), or an OFCCP regional or district office, listed in most telephone directories under U.S. Government, Department of Labor.

## Private Employment, State and Local Governments, Educational Institutions

Applicants to and employees of most private employers, state and local governments, educational institutions, employment agencies and labor organizations are protected under the following Federal laws:

### RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN

Title VII of the Civil Rights Act of 1964, as amended, prohibits discrimination in hiring, promotion, discharge, pay, fringe benefits, job training, classification, referral, and other aspects of employment, on the basis of race, color, religion, sex or national origin.

### DISABILITY

The Americans with Disabilities Act of 1990, as amended, protects qualified applicants and employees with disabilities from discrimination in hiring, promotion, discharge, pay, job training, fringe benefits, classification, referral, and other aspects of employment on the basis of disability. The law also requires that covered entities provide qualified applicants and employees with disabilities with reasonable accommodations that do not impose undue hardship.

### AGE

The Age Discrimination in Employment Act of 1967, as amended, protects applicants and employees 40 years of age or older from discrimination on the basis of age in hiring, promotion, discharge, compensation, terms, conditions or privileges of employment.

### SEX (WAGES)

In addition to sex discrimination prohibited by Title VII of the Civil Rights Act (see above), the Equal Pay Act of 1963, as amended, prohibits sex discrimination in payment of wages to women and men performing substantially equal work in the same establishment.

Retaliation against a person who files a charge of discrimination, participates in an investigation, or opposes an unlawful employment practice is prohibited by all of these Federal laws.

If you believe that you have been discriminated against under any of the above laws, you immediately should contact:

The U.S. Equal Employment Opportunity Commission (EEOC), 1801 L Street, N.W., Washington, D.C. 20507 or an EEOC field office by calling toll free (800) 669-4000. For individuals with hearing impairments, EEOC's toll free TDD number is (800) 800-3302.

## Programs or Activities Receiving Federal Financial Assistance

### RACE, COLOR, NATIONAL ORIGIN, SEX

In addition to the protection of Title VII of the Civil Rights Act of 1964, Title VI of the Civil Rights Act prohibits discrimination on the basis of race, color or national origin in programs or activities receiving Federal financial assistance. Employment discrimination is covered by Title VI if the primary objective of the financial assistance is provision of employment, or where employment discrimination causes or may cause discrimination in providing services under such programs. Title IX of the Education Amendments of 1972 prohibits employment discrimination on the basis of sex in educational programs or activities which receive Federal assistance.

### INDIVIDUALS WITH DISABILITIES

Section 504 of the Rehabilitation Act of 1973, as amended, prohibits employment discrimination on the basis of a disability in any program or activity which receives Federal financial assistance. Discrimination is prohibited in all aspects of employment against persons with disabilities who, with reasonable accommodation, can perform the essential functions of a job.

If you believe you have been discriminated against in a program of any institution which receives Federal assistance, you should contact immediately the Federal agency providing such assistance.

CONFIDENTIAL

TARGET/HARRIS158

EEOC-P/E-1

# EXHIBIT "B"



# TARGET

## *Executive*

# TEAM
# MEMBER
# HANDBOOK

◉



TARGET/HARRIS161

Target is tremendously proud of its executive workforce. Our executives are talented, hard-working and productive leaders — the best, we believe, in the industry.

**A b o u t   T h i s   G u i d e**

This handbook is designed to give you, as an executive, some of the tools you'll need to do your job. It has some basic information about working for Target — pay, benefits, reviews. More important, it outlines the important role executives play in our organization. **Executives are our most important role models ; we count on every executive to "walk the talk."** We highlight here some of the ways you can make Target's vision come to life for other team members. Target has high expectations of its executives, but provides plenty of resources to meet those responsibilities.

**T a r g e t   =   C h a n g e**

The only thing constant at Target is *change*. We have become successful by anticipating and reacting to the changing needs of our team members, business markets, guests and communities. For that reason this guide, and the topics covered in it, can change too — often more quickly than we can reprint it. **That's why we emphasize that this pamphlet is a guide, but it isn't a contract. It doesn't guarantee employment, or limit how that employment may end.**

This guide is for Target executive team members. It supersedes any prior guides or handbook.

**What is Target?**

Our History ........................... 4
Our Organization ................. 6
Our Vision ............................... 9

**Working at Target: The Basics**

Compensation,
Recognition, Reward ........ 12
Reviews ................................... 12
Pay ........................................... 13
Dress ........................................ 14
Training .................................. 14
Benefits .................................. 15
Communications ................ 17

**Personal and Career Development**

Future Growth and
Development ...................... 21
Target's Leadership ........... 22
Business Ethics .................... 22
Conflict of Interest ........... 25
Insider Information ........... 26
Confidentiality ................... 26
Insider Trading ................... 27
Inventions, Patents, Etc. . 27
Using Target's Information
Sources & Resources ....... 28
Vendors ................................. 28

**Representing Target**

Dealing With The Media .. 32
Reference Requests .......... 33
Community Involvement .. 34
Team Member
Representatives ................ 35
Handbilling/Picketing ..... 36
Solicitation/Distribution
Policies ................................. 37

**Your Role As A Target Executive**

Equal Employment Policy 39
Harassment ........................... 39
Retaliers ................................. 41
Dating Other
Team Members ................. 43
Off The Clock On-d Labor 45
Shopping At Target ........... 46
Drug Free Workplace ....... 47
Tobacco Free ....................... 47
Leaving Target .................... 48
Corrective Action ............. 48
Safety ...................................... 49
Shortage ................................. 50

TARGETHARRIS162

# What is Target?

**Our History**

**Our Organization**

**Our Vision**

TARGET EXECUTIVE TEAM MEMBER HANDBOOK PAGE 5

## What is Target?

Target is a group of upscale discount stores that deliver exceptional value to shoppers from coast-to-coast. That means we offer quality brand-name products, low prices and great customer service — including the best money-back guarantee around.

We're the largest division of the Dayton Hudson Corporation, which also owns and operates Mervyn's, a group of moderately-priced apparel and department stores, and Dayton's, Hudson's and Marshall Field's, which are more "traditional" department stores.

At Target, we pride ourselves on having the best service-in the industry. In fact, we don't think of our customers as customers — we call them guests. And that's the way we want shoppers to feel when they enter our stores — as if they were guests in our home.

The term guest also applies to the relationship we want to have with our shoppers. We want them to feel at home in our stores, and if something is wrong, we always strive to make it right. We want our guests to keep coming back again and again.

Even more than that, one of the main reasons we're so successful at Target is because we're a great team. Our success depends on every one of us, working together with everyone in every area and at every level of Target.

TARGETHARRIS103

TARGET EXECUTIVE TEAM MEMBER HANDBOOK PAGE 5



# OUR HISTORY

We've been around for a long time now. We started as a one-store innovation by Doug Dayton, one of the founders of Dayton's Department Stores, in 1962. Since then, we have taken off like a rocket and spread like wildfire. Our Headquarters is located in Minneapolis, Minnesota. We now have more than 650 stores in 34 states — which makes us the third largest of our kind of stores. Here's a little timeline of some of the highlights of our history:

- 1962 - First Target store opens in Roseville, Minnesota.

- 1966 - Target opens two stores in Denver, Colorado.

- 1969 - First Distribution Center (DC) opens in Fridley, Minnesota; we're now 11 stores and one DC.

- 1971 - Target buys 16 store units from Arlan's.

- 1973 - Target establishes a toy safety campaign and laboratory safety testing program for merchandise.
  — *President Richard Nixon resigns.*

- 1974 - The Holiday Shopping Event for seniors and people with disabilities is held in all *stores for the first time.*

- 1975 - Target becomes the top revenue producer for Dayton Hudson Corporation.

- 1980 - Target buys 40 Ayr-Way stores; we're 137 stores and two DCs.
  — *The US Olympic Hockey Team defeats the Soviets at the Lake Placid Winter Olympics.*

- 1981 - The Little Rock DC in Maumelle, AR opens in January.

- 1983 - Target leases Fed-Mart stores and enters California and Arizona markets; the Los Angeles DC opens in Rancho Cucamonga, CA. We're 205 stores and four DCs in 22 states.

- 1986 - The Pueblo, CO, DC opens; Target buys 78 Gemco stores; we're 246 stores and four DCs.

- 1987 - Target brings electronic scanning to all store checkout lanes.

- 1988 - We're 344 stores and six DCs, with the opening of our Indianapolis and Sacramento DCs.

- 1989 - Target buys 31 Gold Circle and Richway stores in the Southeast.

- 1990 - Target opens the first Target Greatland store in Apple Valley, Minnesota, the Tifton DC opens in Tifton, GA. We're 421 stores and seven DCs.

- 1993 - Target enters the Chicago, Illinois market.

- 1994 - Target opens its eighth DC in Oconomowoc, WI.
  — *Woodstock (the second one) takes place in upstate New York.*

- 1995 - The first SuperTarget opens in Omaha, NE.

- 1996 - We enter New York, Virginia and Maryland, and our ninth DC opens in Albany, Oregon.

TARGET/HARRIS104

# OUR ORGANIZATION

Target Stores has specialized functions which work together to create the best shopping experience for our guests. These organizational areas are called "pyramids." Here is a brief description of each:

## ADVERTISING

The Advertising pyramid is responsible for promoting our merchandise and increasing

sales by creatively and effectively presenting merchandise through television, radio, newspaper, as well as signing in the stores and the actual presentation of merchandise in the stores.

## ADMINISTRATION

The Administration pyramid, one of our largest areas, includes all of our technologies and systems, new development, production, technical services and telecommunications



Administration also includes financial planning and reporting, accounting, and accounts payable. Loss prevention, whose primary responsibilities are security and stock shortage, also reports into Administration.

- MIS (Management Information Systems)

- Finance

- Assets Protection

- Audit

## DISTRIBUTION

Distribution is responsible for the physical movement of merchandise from our vendors to the receiving area in each store. Since Target's goal is to have the merchandise that guests want, when they want it, the role of Distribution is crucial to getting the merchandise to the stores on time. Target's Distribution pyramid is organized into the following operational units:

- Operations Administration

- Planning and Engineering

- Transportation

- Distribution Centers

- Vendor Logistics (EDI)

## LEGAL

The Legal department is responsible for all legal matters involving the company, including subjects such as real estate, litigation, general business law as well as advertising, trademark and vendor-related legal matters.

## MERCHANDISING

The three major areas of the Merchandising pyramid work closely together to achieve sales, inventory turnover, return on investment and profit goals. These goals are reached by the proper planning, selecting, purchasing and advertising of merchandise in conjunction with the implementation and control of effective inventory programs to ensure balanced store inventories.

- Merchandising

   - Marketing Operations

   - Merchandise Planning

   - Trend Merchandising

- Pharmacy





## OUR VISION

Target is different from other discount retailers because we put service where it belongs – first... At every location, Target team members share one ultimate goal — serving the guest. At our stores, distribution centers, field offices and at Headquarters. In order to do that better than any other retailer, we treat our team members well and build the strongest retail team around. We also give back to the neighborhoods in which we do business, to strengthen and serve our communities.

How do we turn that mission into action? By implementing fourteen key strategies.

These strategies serve as our corporate guides, and we call them our Guides for Growth.

Listed below are these guides. Understanding these guides will help you to understand our business — and to think about the specific and vital part you play in carrying out Target's mission. After all, you're a member of a unique and highly successful team. Read on to find out how we work together to achieve our mission.

## OUR GUIDES FOR GROWTH

1. We use our Fast, Fun & Friendly culture to create and maintain strong, positive relationships with our guests, our team members, our communities and our vendors.

2. Our ability to attract, hire and develop a strong, talented and diverse team gives us a competitive edge.

## PROPERTY DEVELOPMENT

This area is responsible for everything from finding future Target store sites and purchasing the land, to designing the store structure and interior, and overseeing all aspects of construction down to the very last fixture.

- Store Planning
- Architecture
- Construction
- Real Estate

## STORE OPERATIONS

This area is responsible for operating our stores efficiently.

- Building Services
- Environmental
- Food Operations
- Stores, Districts and Regions

## TEAM, GUEST AND COMMUNITY RELATIONS

This pyramid's mission is to attract and retain high-quality team members through competitive pay and benefits, personnel planning, career development, training and communications.

- Headquarters Team Human Resources
- Compensation & Benefits
- Leadership & Team Development
- Training
- Employee Relations
- Stores & Distribution Team Resources
- Communications & Community Relations
- HRIS



**TARGET/HARRIS168**

Target Executive Team Member Handbook Page 4

3. We create a Guest Culture that makes guests feel at home, and brings them back again and again.

4. We offer prices as low as any competitor in the market.

5. Our promotions are the best anyone offers on an absolute price basis. Our advertising reinforces our image as the quality discount store with the best value, trend-forward merchandise, outstanding community commitment and unsurpassed guest service.

6. We lead the industry in community involvement at both local and national levels.

7. We offer our guests the best in "the basics," as well as trend-right, fashion-first merchandise with exciting, eye-catching presentation.

8. We use micro-marketing to cater to the needs and desires of each store's unique guest population.

9. We continually improve the speed of the supply chain to give us the best overall inventory position, inventory turns and just-in-time efficiency.

10. We use state-of-the-art technology to improve our efficiency and speed.

11. Our Total Quality process improves the way we do things.

12. We continually look for ways to reduce expenses. This allows us to reduce prices even lower, which leads to increased sales and profits.

13. We perform to very high financial goals in terms of mature sales growth, gross margin, expenses, inventory turn and EVA (Economic Value Added), which measures the volume of wealth Target creates.

14. We pursue growth in markets where we can make the most positive impact on our business.

# Working at Target: The Basics

**Compensation, Recognition, Reward**

Reviews

Pay

Dress

Traveling

Benefits

Communications

TARGET/HARRIS187

## PAY

Executives are paid on the 15th and last day of every month. Direct deposit is available and its use is encouraged.

## DRESS

Long lists of "do's and don'ts," or formal dress codes, aren't Target's style. Instead, we ask you to use common sense and good judgment, recognizing that as an executive, how you dress may influence others. Dress appropriately and **safely** for your work environment.

And always make sure to wear your ID or name badge at your location at all times.

### • HEADQUARTERS

Please dress appropriately for an office environment. Mondays and Fridays are casual days — business casual. Executives set the tone for their department, so please make sure you are setting the right tone. If your team is dressing too casually, please address this with them.

## COMPENSATION, RECOGNITION, REWARD

We believe in hiring "Stars," so Target's compensation program is designed to attract, retain, motivate and reward its executive team members based on performance.

More specifically, Target's compensation philosophy is to provide a salary program which:

• meets or leads our competition.

• rewards individual performance and achievement.

• helps develop the fullest work potential of team members.

• is flexible and responsive to changing conditions which affect strategies and financial goals.

## REVIEWS

The annual review process for executives takes place in April of each year. It starts with a "pre-review," which is a self-evaluation of your yearly performance that you discuss with your supervisor. This will take place several weeks prior to receiving your final evaluation and provides your supervisor with valuable input needed to evaluate your overall performance. Your annual review typically has salary action attached. In addition, all executives receive a non-monetary mid-year review in September to discuss and evaluate their performance.

As these processes occur during the year, you will receive specific information to assist you in more thoroughly understanding Target's compensation program.



TARGETHARRIS168

## STORES

Red tops and khaki bottoms, or business dress, is preferred.

## DISTRIBUTION CENTERS

Business casual with extra focus on safety. Any T-shirts must be Target logo T-shirts. Any other tops without collars must look professional. Walking/dress shorts of appropriate length (to the top of the knee) are accept-able, as are jeans in good condition. Sweatshirts and sweaters in good condition are also appropriate. **It is important for executives on the floor in our DCs to look professional.**



## TRAVELING

Target executives can travel frequently. If you travel for business, be sure to read and follow Target's travel policy (02-06-06). Also, please keep in mind a few basic ground rules.

• If you rent a car on company business, don't drink and drive.

• Expense reimbursements must be completed accurately and submitted promptly.

• Make sure that any "entertain-ment" is reasonable. Treat Target's money as you would your own.

• And, remember that vendors **cannot** reimburse **any** expenses whatsoever without prior approval by a Senior Vice President.

## BENEFITS

As an executive at Target, you are entitled to the following benefits. In order to enroll or participate in the various benefits options, please contact Team Relations.

As of your hire date, these benefits are available:

• 10% Discount - For the team member and his/her eligible dependents. The discount is not to be used to purchase merchandise for resale or reimbursement — doing so can mean termination.

• National Holidays - Target observes the following six national holidays each year: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and Christmas Day.

• Vacation - A chance to get away from the routine and relax. You build up vacation based on your length of employment:

• After 6 full months –
1 week vacation

• After 1 full year –
2 weeks vacation

• After 5 full years –
3 weeks vacation

• After 15 full years –
4 weeks vacation

• After 25 full years –
5 weeks vacation

• Medical Plan - You decide whether to participate in one of the medical plans and what kind of coverage you want (i.e., single vs. family coverage, etc.).

- Dental Plan -Although it does not cover all kinds of dental services, the plan can help pay a significant number of routine preventative and restorative expenses.
- Credit Union - Dayton's Target Employee Credit Union. They offer saving accounts, low interest loans, IRA's, certificates of deposit plus payroll deductions.
- Direct Deposit - A quick and easy way to get your paycheck to the bank — Target does it automatically! It's a great service, and one we encourage team members to take advantage of.
- Travel Accident Insurance - If you should die as a result of an accident during travel on company business, travel accident insurance will pay your beneficiary $50,000.
- Life Insurance - As an executive you are covered by no-cost life insurance equal to your annual pay. If you wish, you may enroll for optional low-cost life insurance, in addition to your no-cost coverage.
- Disability Benefits - You are automatically covered by short-term disability as of your date of hire. You are also eligible to enroll in the Long-Term Disability. The premium amount is determined by your salary and your current age.
- Tuition Refund Program - Target will reimburse tuition cost for business-related classes.

After a year of full time employment, you can participate in:

- SRSP - Dayton Hudson Supplemental Retirement and Savings Plan gives you an opportunity to build long term financial security. You can elect to deposit 1% to 15% of your pay. The company will match dollar for dollar up to 5%.
- Retirement Plan - It is designed to provide a foundation for your retirement income, along with SRSP and Social Security. It is completely company-paid. The benefit amount you receive at retirement depends on two elements: your final average pay, and your years of credited service.

## COMMUNICATIONS

At Target, we pride ourselves on trying to keep you informed about what's going on in the company and in the industry. Across all areas of Target, we have several ways of keeping you informed.

### T-MAIL

T-Mail is a great tool for quick communication. You can receive and send letters to other locations instantly. And, special company broadcasts are almost always sent out over T-Mail for you and other team members at your location.

### *ON TARGET/TARGET MARKET*

*ON TARGET/TARGET MARKET* is our lively team member magazine. It contains information about Target, a special marketing section (*Target Market*), and news about what your co-workers are doing around the country. *On Target* comes to every location every other month.

### TARGET TV

Another way to let you know what is going on is through Target TV. These live satellite broadcasts happen once or twice a week, and give you the most up-to-date information available from Target Headquarters on topics like mer-

TARGET/HARRIS170

chandising, benefits, upcoming events, etc. And, at the end of most shows, there's even a call-in segment for you to ask questions live on the air! Some broadcasts are specific to one audience, but some are for all team members across the company.

## OPINION SURVEY

This is a periodic, totally confidential survey to see how you and every team member feels about working at Target. It's a great chance for Target to hear how everything is going, so be honest! Your manager/supervisor will share these results with you, so you can see how you and the rest of your teammates feel about the same questions. It also allows you to receive feedback from those team members that work for you.

## OPEN-DOOR POLICY

Target believes in two-way communication and fair dealing. If you have any questions or difficulties with your job, ask your supervisor. His or her door is always open to you and what you have to say

As an executive, it is important that you never discourage the use of our open-door policy in

dealing with team members.

This open-door policy also applies to you. If you have an issue to discuss, and have difficulty talking to your supervisor, talk to someone in Team Relations.

Remember: We want to know if you have a problem or concern, and you can always share it with us.

## LET ME KNOW PROGRAM

The Target Let Me Know program gives you an easy way to ask a question or tell us about your ideas, comments or concerns. Here's how to use it:

• Get a Let Me Know card from your lounge.

• Write your question, idea, comment or concern on the card and mail it to Target Headquarters.

The Target Senior Vice President of Team, Guest, and Community Relations reads every card. He'll make sure someone writes back to you with an answer or a response. The program is highly confidential — your name won't be revealed unless you want it to be. He wants you to "let him know" what you're thinking.



# Personal and Career Development

## Future Growth and Development

## Target's Leadership Dimensions

## Business Ethics

## Conflict of Interest

## Inside Information

## Confidentiality

## Insider Trading

## Inventions, Patents, Etc.

## Using Target's Information Sources & Resources

## Vendors

TARGET/HARRIS171

# PERSONAL AND CAREER DEVELOPMENT

At Target, we're committed to providing you an organizational environment which fosters your personal and career development. We do this by providing the resources and tools to assist our team members who are interested in growth.

Some of the great resources available include:

• Individual Development Plans (IDPs) - a planning tool used by the individual and his/her team leader to focus development efforts.



• The Developmental Activities Guide - a book of ideas for Individual Development Plans, specific suggestions on how to improve in key areas.

• Training Programs - a wide array of training programs are available, including Business College for newly hired/promoted Stores and Distribution executives, and "In-Training," where Target prepares you for success by offering formalized training in the major business sectors: Stores, DCs, and Merchandising.

• Tuition Refund - a program designed to facilitate continuing education in related-business courses.

• Target Leadership Academy - an assessment center process providing participants with feedback from simulations and questionnaires on Target's key leadership dimensions.

• Performance Review - your performance will be reviewed at the end of a 90-day learning period. And after that, performance is reviewed twice a year - at mid-year, and annually. Reviews are a great time to develop Individual Development Plans.

For a full description of these resources, please refer to the Team Leader Development Handbook.

## "KNOW THE ROPES" FOR CAREER DEVELOPMENT AT TARGET

1. Take personal responsibility for your development and your career. Ask for feedback from your team leader and peers. Initiate an Individual Development Plan. Take charge of your own career growth and make sure that you communicate your desire to grow to your supervisor.

2. Career development starts with your current job. Give everything you've got to your current position. Concentrate

on making a contribution. Be able to answer the question: How is your area different because you were there?

3. Avoid focusing solely on upward mobility. Sometimes the best growth happens in a lateral move to another area or pyramid. We call this concept the "Talent Pool." "Talent pool" is a flexible process of aligning individuals with developmental assignments and experiences that allow them to continue to grow and develop. Focus on developing your skill portfolio.

4. Your next promotional opportunity is planned through a process involving your current performance, your developmental readiness, your district, division or departmental Directors' plans for change, and the guidance of your Team Resources area. Target uses a variety of processes to assess readiness for promotion. Your immediate supervisor can familiarize you with some of these steps.

• Find out what you need to do if you are interested in growing at Target. If you don't know, you probably won't be ready when the opportunity arises.

TARGET/HARRIS172

## FUTURE GROWTH AND DEVELOPMENT

Target is a growing company. By the year 2000, we plan to have over 1,000 stores. To support this kind of growth, we are looking for individuals who show talent and promise as leaders.

This means there are " " many opportunities, particularly in our Stores and Distribution Pyramids for promotions. Often promotional opportunities will require openness to relocation.

If you know talented people who might enjoy a career with a fast growing retail company, please refer them. Referral forms are available in Team Relations/Human Resources.

## TARGET'S LEADERSHIP DIMENSIONS

It takes a lot to be a good leader at Target. Target values certain skills and characteristics of its leaders. These are summarized in Target's Leadership Dimensions.

First and foremost, Target

leaders **get results**. They achieve extraordinary results because they have these skills:

**Planning Strategically:** Sets appropriate priorities for self and work team; focuses on key priorities; pays attention to important details, structures activities and resources for self and work team to maximize speed and results; plans proactively to avoid crises; handles the unavoidable crises effectively.

**Openness to Learning:** Thrives on change; seeks new ideas and experiences; learns from mistakes of self and teammates; knows personal strengths and weaknesses; solicits and utilizes performance feedback; reacts to challenges in a "can do" manner; open to tough assignments; situationally adapts behavior and approaches; learns quickly; commits to continuous improvement; invests in self renewal and maintains life balance.

**Being Proactive:** Questions the status quo; "fixes" things that aren't broken; constantly works to improve processes; takes personal responsibility; anticipates problems, sets challenging goals and does whatever it takes to meet or exceed those goals; shows initiative; tackles difficult challenges; assumes the risk; breaks through constraining paradigms; shows passion.

**Inspiring Others to Act:** Has a vision, a blueprint of the future; has a clear picture of what matters for Target, teammates, and guests; easily and convincingly expresses these goals to teammates; able to pull people together and get things done; enables teams to accomplish goals by providing direction

and resources, and eliminating obstacles; enlists others, obtains commitment, not compliance, and builds cross-functional alliances.

**Decision Making:** Bases decisions on relevant financial, quantitative and qualitative information, not opinions; considers the impact of decisions on others; identifies underlying causes of problems; involves others appropriately; thinks total Target; makes timely decisions; tackles problems creatively.

**Communicating:** "Seeks first to understand and then to be understood," practices open and continuous communication; values keeping others well informed; presents ideas in a logical, easily understandable way both orally and in writing; delivers convincing presentations; conducts effective meetings.

**Relating to People:** Shows respect for all people; values and promotes diversity (race, gender, physical ability, age, sexual orientation and other differences); listens with empathy; recognizes and gives credit to teammates; is generous with praise; strives for team

wins; builds alliances and gains consensus; responds quickly to others' requests, sets an example of outstanding guest service, is approachable, sensitive, and considerate, collaborates and insists on win-win solutions; builds team spirits and relationships; resolves conflict while preserving relationships.

**Developing People:** Astutely assesses others' skills; identifies high potentials at entry levels; personally mentors a number of high potentials; delegates well to stimulate growth—gives important work on critical issues and coaches to ensure learning; gives responsibility, authority and autonomy in the right amount to match peoples' developmental readiness; builds relationships for others by connecting them with powerful



## BUSINESS ETHICS

Target and Dayton Hudson Corporation are guided by the highest of ethical and legal

people, by sponsoring them; nurtures and grows people's self esteem and self-confidence; gives visibility and recognition to people helping them get noticed; trains people well; enjoys others' success.

**Every** Target team member should conduct all business activity in compliance with the highest ethical standards and the law. Integrity and common sense should be a part of every Target transaction.

**Trustworthiness.** Always tells the truth and encourages candidness in others; states disagreement even when it takes courage; actions consistently match words; follows through on commitments; shares personal values; has the respect of teammates; is fair; does the right thing; shows integrity; is credible.

## CONFLICT OF INTEREST

Target's Conflict of Interest policy highlights a number of ways and situations in which a conflict could develop between Target/DHC and a team member. In essence, the policy means that Target executives can't put their own interests (or those of a family/household member) ahead of Target/DHC interests.

standards. It's a commitment to our guests, to our communities, and to each other.

Whether with our guests, vendors, suppliers or fellow team members.

More detailed information about ethical standards and expectations are available in Dayton Hudson Corporation's *Business Conduct Guide.*

Some examples of such a conflict include:

- Working for a business that competes with Target
- Steering Target's business to a family member
- Disclosing confidential or "inside" information to unauthorized individuals
- Soliciting or accepting gifts or favors with someone who does business, or wants to do business, with Target.

For more complete information on Target's Conflict of Interest Policy, please read and review Policy and Procedure 03-01-22. In addition, every executive must complete a Conflict of Interest disclosure form annually.

TARGET/HARRIS174

Because of the serious conse-
quences when this policy is vio-
lated, executives should ask for
and complete a new Conflict of
Interest form as soon as a poten-
tial or real conflict develops —
don't wait until the next year's
form is distributed.

## INSIDE INFORMATION

If you are ever asked by an
outsider about Target's future
plans, unless they have been
relayed to the press by our
official company spokesperson,
you should answer, "I cannot
say."

If you are asked about specific
sales, margin, or expense data,
or about particulars of a team
members position, or his/her
beliefs or decisions regarding
Target, you should answer, "I
cannot say."

If you take another assignment
within Target, please do not take
any company manuals, training
materials or documents with you.
You can always order new
materials for your new position

If you should leave Target, either
voluntarily or involuntarily, you
may take only those items of a

personal nature, performance
reviews, and this handbook with-
win a business partner or
anyone outside Target without
authorization.

## CONFIDENTIALITY

As a Target executive, you are
trusted with a lot of confidential
information about Target's busi-
ness and that of our business
partners. Target's ideas and
strategies are among its most
important assets. Your obliga-
tion is to respect the confidential
and proprietary nature of this
information by not sharing it with
anyone outside Target, or with
any business partners unless
there is a compelling business
need to know.

Target frequently exchanges
confidential, proprietary busi-
ness information with its
vendors, suppliers, consultants,
developers, and other business
partners. While it is not always
apparent whether such informa-
tion is confidential, the safest
thing to do is to treat all infor-
mation (both Target's and our
business partners') as if it were
confidential, unless you are cer-
tain that it is public knowledge.
At a minimum, this means you
should only share confidential
information on a need-to-know

basis within Target, and never
win a business partner or
anyone outside Target without
authorization.

Failure to respect this confiden-
tiality is not only a violation of
Target's policy, in certain cir-
cumstances, it may be a violation
of the law.

## INSIDER TRADING

It is illegal and against Target's
policy for any team member to
trade in Dayton Hudson
Corporation securities while in
possession of material non-pub-
lic information. This restriction
applies to all team members, as
well as all members of their
immediate families living in the
same household. The purchase
or sale of securities of any other
company, including our cus-
tomers and suppliers, is also
prohibited if you possess mater-
ial non-public information
regarding that company. There
are no exceptions to this
policy, and its violation
may result in serious
criminal and civil penal-
ties, in addition to
disciplinary action by the com-
pany. For further detailed
information, see the Securities

Law section of your Business
Conduct Guide.

## INVENTIONS, PATENTS

Inventions, discoveries, ideas,
concepts, works of authorship
and trade secrets created during
the employment relationship —
or which arise out of the team
member's work or are created
using Target time, materials or
assets — are owned by Target.
Target team members will coop-
erate with Target
in documenting
Target's owner-
ship of all
such intellec-
tual property.

TARGETHARRIS175

## USING TARGET'S INFORMATION SOURCES AND RESOURCES

Target is committed to providing its team members with the best tools possible to accomplish their goals.

Target executives have an ever-increasing range of information sources, and the company's commitment to technology means that trend will continue. E-mail has already altered and accelerated the way team members communicate, and Target is constantly improving the systems and information it provides its team members to do their jobs: Target TV, videoconferencing,



voice messaging, satellite communications — the list of technological improvements just continues to grow.

Executives who have access to and use these company-owned systems, software and hardware need to be aware of the responsibilities that accompany such use. For example, unauthorized use, reproduction or removing any information sources and/or company equipment is prohibited, as is installing or copying unauthorized software.

Company-owned equipment and systems shouldn't be used for your personal benefit. Those who use these systems or information in a way that breaks the law may be prosecuted.

If you have a password to gain access to any of these systems or equipment, be sure to read Target's Privacy policy (03-01-38) to understand the use and limits of those pass-words.

Also, don't make copies of Target software without approval from IS Client Support. They can tell you if we have the right to make copies, and if so, how many. They can also tell you if you can install the software on your own computer so you can work from home.

**Never, ever** give Target-owned software to anyone outside Target. Using software owned or licensed by Target for personal use is not only against Target's policy, but pirating software is also a crime and could get you in serious trouble with companies who

Please don't install any of your own software on Target's PCs. Games and other personal programs use up time and space we count on for business use. Installing outside programs could also introduce a virus into Target's system.

### VENDORS

Vendors are a critical ingredient to Target's success, and it's important that our transactions with vendors meet the highest ethical and legal standards. A few policies every executive should be aware of regarding vendors:

sell the software. Misuse of Target's software could lead to termination and/or prosecution.

## Who is a Vendor?

We typically think of our merchandise suppliers as "vendors" because of the large volume of business they may do with Target. But the definition is actually much broader. Everyone who supplies a product or service to Target is a vendor.

This includes the companies that cut our lawns, restock the beverage and snack machines, supply us with office equipment and other fixtures and fill million-dollar orders for merchandise. The policies outlined below apply to anyone or any company that supplies a service or product to Target.

## Gifts

Target's Conflict of Interest policy (03-01-22) strictly prohibits you, your relatives, and members of your household from asking for or accepting personal gifts or favors from vendors. If you have contact with vendors, please familiarize yourself with this important policy.

## Samples

Target's Vendor Sample policy (05-02-07) details how to dispose of samples provided by vendors. Most importantly, it emphasizes that Target team members cannot accept or purchase samples.

## WORKING FOR A VENDOR

Working for a vendor while employed at Target is, of course, prohibited. If your employment with Target ends, please be aware that company policy prohibits us from doing business with former team members for one year following the end of that employment. Exceptions are sometimes granted. For more details, see Policy and Procedure (03-01-33).

# Representing Target

## Dealing With The Media

## Reference Requests

## Community Involvement

## Team Member Representatives

## Handbilling/Picketing

## Solicitation/Distribution Policies

TARGETHARRIS177

© Target Executive Team Member Handbook page 30

# REPRESENTING TARGET

Every Target executive is an ambassador to the guests and community in which we do business. Your actions, while at work or not, can directly impact the public's perception of Target's commitment to the values expressed in its vision, Guides for Growth, policies and reputation. Target's strong quality and family-oriented image has been greatly enhanced and reinforced by the excellent quality and strong impact of our workforce.

## DEALING WITH THE MEDIA

### Stores

Target's policy on the media and reporters is simple:

- Media reporters and photographers are always welcome at any Target store.

Why? This "immediate access" policy allows the media to show-case Target in stories on retail trends and developments. It also allows our own retail experts — or our store team leaders — to

Every contact outside of Target is an opportunity to "walk the talk," especially when that contact relates to Target's business.

share their expertise with the community. Reporters come to Target because we are a leading retailer.

Of course, some subjects are off-limits. We can't grant interviews on the following subjects:

- Matters under police investigation or in litigation. (It is appropriate to express compassion and concern for our guests and team members.)

- Matters involving sensitive employee relations issues.

- Sales figures or plans, including profits, operating costs, sales per square foot.

- When asked to comment on a competitor.

- Information regarding team members (dates of employment can be verified).

- Store security procedures or systems.

Target's Communications Department has a full Media Guide and training available for those whose positions may bring them into frequent contact with the media. Please seek out that training if appropriate.

### Headquarters and Distribution Centers

Target maintains a spirit of friendly cooperation with the media. For subject matters that involve Headquarters or distribution centers, please refer media calls to Media Relations at 612-304-6557 or to our company spokesperson at 612-304-8888. The Media Relations department will work with you to ensure that the reporter receives the information he/she needs from the appropriate person at Target.

### For More Information

If you have any questions or concerns about dealing with the media, please call Media Relations at 612-304-6557 or our company spokesperson at 612-304-8888. Good relations with the news media are important to good relations with our team members, guests and the communities where Target operates.

## REFERENCE REQUESTS

You may be asked by a current or former team member, or their prospective employers, to provide an employment reference. Target doesn't provide

TARGET/HARRIS178

references, even when the team member puts the request in writing, provides a release, etc. We can verify dates of employment and last position held. Refer all calls requesting information on a current or former team member to your Team Relations department.

Sometimes the person requesting information is particularly insistent, or even official (a law enforcement or other governmental agency). It is especially important that the Team Relations department, which has been trained to deal with such matters, handles the request. Regional Personnel and Employee Relations can be contacted for help with problematic cases.

## COMMUNITY INVOLVEMENT

Target and its team members are an active, vital part of the communities in which we live and do business. Our goal is to be the best neighbor anyone could have, and our executives help fulfill that goal every day.

Many executives take on leadership roles in community projects, and their participation in Good Neighbor events helps raise Target's profile and enhance its image in the community.

- Demonstrating leadership
- Helping team members identify with Target
- Using firm, but fair discipline
- Recognizing a job well done
- Job growth and opportunity for advancement
- Giving team members adequate training
- Maintaining consistency with company team relations policies
- Living the "Open Door" pledge
- Creating and maintaining pleasant, safe, comfortable working conditions

## TEAM MEMBER REPRESENTATIVES

Target wants to create the kind of work place where team members don't want or need an outsider to represent them or do such a good job satisfying the legitimate needs and concerns of our team members that they don't need to turn to a third party — whether it be a union, a lawyer, a community organization or government agency — to ensure their concerns are heard.

How do we make this happen? By providing team members with good working conditions, with competitive wages and benefits, open communication channels, good treatment and the respect they deserve.

Target executives help achieve this goal, day in and day out, by doing the following:

- Treating team members respectfully and decently

Target strongly believes that working one-on-one with our team members, without third party interference, provides the best climate for teamwork, team development and achieving both company and personal goals.

If you become aware that any of your team members may be looking to a third party, such as a union, for help, bring it to the attention of Team Relations immediately.

TARGETHARRIS179

# HANDBILLING / PICKETING

In recent years, handbilling (passing out literature) and picketing have become an increasingly popular way for individuals and groups to communicate concerns to the public regarding a variety of issues and messages — which may or may not have anything to do with Target. Retail facilities are a particularly popular spot for these activities because they offer a constant flow of people going in and out of a store, which facilities the handbiller's job.

Target believes handbilling and picketing activity on our premises is an unwelcome distraction to our guests. Under certain circumstances, it can be legally limited or halted. Doing so effectively requires two things: strict adherence to Target's solicitation policies, day-in and day-out, and following Target's handbilling action plan when the activity occurs.

The solicitation policy can be found on the next page. Exceptions can't be made, or it can hinder Target's ability to remove unwelcome distractions from our locations.

Contact Regional Personnel and/or Employee Relations **immediately** if you become aware of handbilling or picketing on Target premises. You'll be guided through what steps to take next. Do not call law enforcement officials to remove the handbiller's unless there is

an **immediate** threat of imminent harm or injury to a team member or guest. Otherwise, wait for an okay from Team Relations and Employee Relations before getting outside help.

# SOLICITATION/ DISTRIBUTION POLICIES

Please follow and help enforce Target's solicitation/distribution policy, which states:

Target wants to make sure all team members can work free of the distraction and uncomfortable pressure that can be created by solicitation and distribution. That's why Target maintains a "No Solicitation/No Distribution" policy for all team members.

The policy is simple. During working time (yours or your fellow team members'), and in work areas, you can not "solicit" team members. "Soliciting" includes things like asking co-workers to join organizations or pools, to buy memberships or subscriptions, or to make pledges or gifts to charities. "Working time" does not include meal and break periods.

The "No Distribution" part of the policy requires that team members not distribute literature during working time or in work areas.

Certain activities are prohibited at all times on Target premises. Soliciting, distributing literature, selling merchandise or conducting monetary transactions are always off-limits (even during meal and break periods) if they are:

- For personal profit
- For commercial purposes
- For a charitable organization that isn't a part of Target's Community Affairs program or otherwise authorized by Target

Because Target is a United Way sponsor, work connected with its annual drive does not violate the No Solicitation/No Distribution policy.

TARGET Electrical Team Member Handbook  PAGE 35

TARGET Electrical Team Member Handbook  PAGE 35

# Your Role As A Target Executive

Equal Employment Policy

Harassment

Relatives

Dating Other Team Members

Off-The-Clock/Child Labor

Shopping At Target

Drug-Free Workplace

Tobacco-Free

Leaving Target

Corrective Action

Safety

Shortage



## YOUR ROLE AS A TARGET EXECUTIVE

As a Target executive, you'll have enormous opportunities to grow, both personally and in your career. With those incredible opportunities come some important responsibilities, however.

The outlined policies that follow were developed for the benefit of all Target team members — including you. As an executive, however, you also have the unique ability to put these words into action for the benefit of other team members. By reading, understanding and following these policies, you'll help Target fulfill some of its most important commitments.

## EQUAL EMPLOYMENT POLICY

Target's Equal Employment Opportunity policy states:

• Target's employment practices will be implemented without regard to race, creed, color, national origin, sex, religion, age, disability, sexual orientation or citizenship status.

This policy is an essential part of Target's overall commitment to attract, hire and develop a strong, talented and diverse work force. Please review the EEO policy (03-05-02) annually, and live it daily.



# HARASSMENT

Because of the importance of this topic, Target's entire Harassment policy (03-01-36) is repeated here. Please be aware that the law can provide greater penalties when an executive or supervisor is involved in harassment. As a result, Target holds its executives to a higher standard of conduct.

Pay close attention to the part of the policy that spells out what to do if you receive a complaint of harassment. It is essential that you take the appropriate partners when dealing with harassment issues.

Two important points about which executives should be aware concerning Target's

Harassment policy: First, courts have held that supervisors can be personally liable if they harass others. This means the individual, not Target, may have to pay money damages to the victim of the harassment. Second, and relatedly, Target may not provide or pay for a legal defense to a team member accused of harassment, especially if it appears the team member acted outside the policy.

It's clear that when it comes to harassment, the stakes are quite high. Please read and follow the policy, attend Target's Sexual Harassment training program, and use common sense and good judgment in all your interactions with fellow team members and guests.

## POLICY

Just as Target strives to provide a distraction-free shopping experience for its guests, we want a distraction-free working environment for our team members. That's why Target strictly prohibits unlawful harassment on the basis of race, color, sex, gender, national origin, citizenship status, religion, age, disability, or sexual orientation.

### Types of Harassment Prohibited

- Harassment based on someone's race, color, sex, gender, national origin, citizenship status, religion, age, disability, or sexual orientation.

- Harassment by anyone, including a team leader, manager, co-worker, vendor or guest.

### Examples

Here is a list of some of the types of behaviors that may be considered sexual harassment:

- Making sexual advances, asking for sexual favors, or making sexually suggestive comments, offering employment benefits in exchange for sexual favors.

- Making sexual comments or jokes, or using graphic or sexually degrading language to describe someone.

- Using foul or obscene gestures.

- Passing around or displaying sexually suggestive or obscene printed materials, pictures or objects.

- Making unwanted physical contact, like patting, pinching, grabbing or fondling.

### Other Types of Harassment

Harassment based on race, color, sex, national origin, citizenship status, gender, religion, age, disability, or sexual orientation also has no place at Target. Examples of behavior that could be included:

- Using derogatory "slang" names to refer to members of an entire group or race.

- Teasing, jokes or derogatory remarks about another's age, race, sexual orientation, or any of the other protected classes.

- Imitating or making fun of the physical or mental limits imposed upon another team member by a disability.

- Contributing to an atmosphere that makes the workplace intimidating, hostile or offensive for another team member due to that team member's race, sex, gender or one of the

(like work assignments, promotions, review scores or wages) will suffer if you object to advances or behavior. Likewise, harassment may occur if the conduct unreasonably interferes with your work or makes your work environment intimidating, hostile or offensive.

TARGETHARRIS182

other factors listed above.

## Reporting Harassment

All Target team members are responsible for helping us to prevent and respond to harassment. If you believe you have been harassed, it is important to speak out right away.

Here are the steps to take:

1. First, if you are comfortable doing so, talk to the person whose behavior is bothering you and ask them to stop.

2. If you are not comfortable talking to that person or if it doesn't work, talk to one of the following:

• If you work in a store, you can talk to the Store Team Leader, Team Relations Leader or any Team Leader.

• If you work in a Distribution Center, the General Manager and/or Team Resources and Development Managers are good places to start. Otherwise, report your concerns to any Team Leader or Coach.

• At Headquarters, your Team/Human Resources Representative know how to respond to claims of harassment.

• You are not limited to these individuals, however. You can

complain to your District, Region or to Headquarters. If you are uncomfortable talking about your situation, write a Let Me Know comment card, being sure to include your name and location, so an investigation may take place.

## Responding to Complaints

• If you, as a team leader, manager, or executive receive a report of harassment or observe something that might be harassment, follow these steps immediately:

• If you work in a Distribution Center, report your concern to the Distribution Center Team Resources and Development Manager or to the General Manager.

• If you work in a store, report to the Store Team Leader or the District Team Leader or the Regional Personnel Representative.

• At Headquarters, report to any Team/Human Resources Representative.

• IMPORTANT: If the person to whom you are supposed to report the claim of harassment is the same one who is claimed

to have done the harassing, take the claim to someone at the next level of management. If you are not sure who that might be, call Regional Personnel or Headquarters Employee Relations. Do not disclose the claim to the individual being accused of harassment.

• Respect the confidential and sensitive nature of harassment claims. After making your report, do not discuss the matter with anyone else.

• It is essential that you report the claim as described, even if you believe the situation will resolve itself, and even if the person making the complaint makes it clear they don't want to get anyone in trouble. Let the team member know that you have to report it.

## Target's Response to Harassment

• Target investigates all harassment complaints as thoroughly and promptly as possible. Target also strives to keep the information gathered in the complaint and investigation process as confidential as possible

• If an investigation shows unlawful harassment has happened, Target will take prompt and appropriate corrective action up to and including immediate termination.

## Retaliation

Target prohibits retaliation against anyone who has reported harassment or assisted in investigating harassment complaints. If you feel that you have experienced retaliation, follow the steps outlined in the complaint procedure above. If retaliation has occurred, or if Target's investigation is otherwise interfered with, it may result in discipline, up to and including discharge of the individual retaliating or otherwise interfering with the investigation.

## False Complaint

If Target learns that team member has lodged a false harassment claim or given untrue information about a complaint, Target may take disciplinary action, up to and including discharge, against that team member.

TARGET/HARRIS183





## DATING OTHER TEAM MEMBERS

It's no wonder that, given the high quality of the people that Target hires, team members sometimes develop a romantic interest in each other. As long as the relationship is between equals, isn't coercive or forced, and is handled professionally and appropriately in the workplace, it shouldn't be a problem.

## RELATIVES

Relatives can't be employed in positions which call on one to report to the other, or which report to the same supervisory position.

If two team members are married while working for Target, and it results in one reporting to the other or to the same person, one may be transferred. If a transfer isn't possible or acceptable to the team members, one of the two may be asked to leave Target's employ.

When a supervisor is dating someone he or she supervises, however, it presents special challenges. Supervisors are responsible for writing reviews, scheduling, recommending raises, even discipline, ing those that work for

dinate, personal feelings will almost certainly color the supervisor's actions. Even when the supervisor makes extra efforts to be fair and objective, other team members may (justifiably) perceive favoritism. It's a no-win situation.

For all of these reasons, and more, Target's supervisors may not date those they supervise. When such a relationship begins to develop, it is the supervisor's responsibility to let their supervisor know. Often, one of the two can transfer and end the reporting relationship. If that's not possible, one of the two may choose, or be asked, to leave Target's employment.

Higher-level executives, and those whose unique responsibilities make trust and credibility especially important (for example, Assets Protection and Team Relations) may have direct and indirect reporting relationships, or even district- or region-wide responsibilities. Because of the power inherent in indirect reporting relationships, and/or because of unique position responsibilities, the same rules may apply. Target will evaluate each situation on a case-by-case basis. It

is the team member's responsibility to bring the situation to the attention of his or her supervisor.

## OFF-THE-CLOCK/ CHILD LABOR

Hourly team members must be paid for all hours worked — no exceptions. This includes taking the training manual home to do some extra studying, or taking paperwork home to get it done on a day off.

If you become aware that an hourly team member has worked off-the-clock, work with Team Relations and their supervisor to ensure they are appropriately paid for their time, and disciplined for working off-the-clock. Executives simply cannot look the other way — they have an

TARGET/HARRIS184

obligation to look into, correct and follow up on, potential off-the-clock situations. Any Target employee who either **requires** or **allows** an hourly team member to work off-the-clock will be terminated.

Similarly, executives can't order minors to do things prohibited by child labor laws and/or Target policy. Team Relations can advise you of the applicable child labor provisions in your location – please read and familiarize yourself with them.

**SHOPPING AT TARGET**

Target team members are some of our best guests. Please keep these simple rules in mind when shopping:

• Only shop when you are "off-duty."

• Show your discount card to the cashier at the beginning of the transaction.

• Don't set merchandise aside for yourself that you want to buy later.

• Merchandise can't be specially marked down for you or other team members.

• Never ring your own purchases.

• When returning merchandise, be sure to tell the service desk team member that you purchased the merchandise with a discount, and please don't ask or require service desk personnel to "bend" the refund policy for you because you are a team member.

• We have certain guest satisfaction guidelines — such as honoring mispriced items or erroneous rain checks — that reinforce our image as a company that believes in fair and honest dealings with our guests, even though doing so causes us a financial loss. We think the goodwill generated by our willingness to accept and correct (in our guest's eyes) our few mistakes off-sets the financial loss. Team members, especially executives, should not take advantage of these policies, even when shopping as a guest.

• If you make purchases at Target by check, be sure you have sufficient funds to cover the check. Team members who bounce checks at Target can be disciplined, even terminated. Similarly, if you make purchases with Target's credit cards, be sure to keep your account in good standing. If you become delinquent, it can mean discipline or termination.

**DRUG-FREE WORKPLACE (DFW)**

If you work in a location subject to Target's Drug-Free Workplace policy, you need to understand the policy's application to you and your team. Your Team Relations department can provide that training. Be sure you know the following:

• Applicants can't begin before their test results come back — please don't pressure Team Relations to bend this rule.

• If someone needs a test while you are in charge, do you know how to arrange it?

• Do you know where the DFW manual is if questions come up?

Team Relations can help you answer these and other important questions about the DFW program.

**TOBACCO-FREE**

All Target locations are tobacco-free. Some locations have smoking areas, please limit smoking to these areas.

TARGET/HARRIS185

We have listed a few examples of some of the most serious misconduct, behaviors that can lead to immediate discharge:

1. Falsifying company documents or documents relied upon by the company — for example, time records of hourly team members, application/resume, reviews, reimbursement forms.

2. Misusing the team member discount.

3. Using or possessing alcohol, drugs, or weapons/explosives on company property.

4. Violating the Conflict of Interest policy.

5. Fighting or threatening behavior.

6. Violating Target's Harassment policy.

7. Personal behavior that has a detrimental effect on the team member's relationship with Target, or on Target's business or reputation.

When you need to discipline another team member, please take partners before doing so. Team Relations can help you determine the appropriate type of discipline, and your supervisor should always sign off on the

## LEAVING TARGET

If you decide to resign, please give at least two weeks notice.

If you should leave Target, either voluntarily or involuntarily, you may take only those items of a personal nature, performance reviews, and this handbook without fear of prosecution.

## CORRECTIVE ACTION

Target's disciplinary process is designed to help team members address performance opportunities and correct inappropriate behavior.

We can't list all Target's performance expectations here. Obviously, common sense, sound judgment, and outstanding leadership are expected at all times.

proposed discipline before it is given.

If you supervise others, be sure to go through Target's Counseling & Corrective Action training. If it's been a while since you went through the training, go through it again. It's a good refresher.

One important point: Never fire anyone on the spot. If a tense situation needs to be defused, a team member can be temporarily suspended.

## SAFETY

Target is considered world class in our commitment to protect our team members and guests from unsafe conditions.

There are many shared roles in providing a safe environment and products: the merchants — who select products that will



perform as expected, are easy to use and don't fail under

normal use; the presentation experts — who ensure plan-o-grams are safe from excessive hurt people; the trainers — who provide orientation and training in how to operate equipment and perform a job; the distribution team — who, while working at high speeds and tremendous material handling capacity, take the necessary precautions to avoid injuring themselves, and safely transport shipments to the stores every hour.

Ultimately, our executives provide the certainty of a safe place to shop and work. Unsafe conditions must be reported

anyone is hurt. Knowledge of basic life safety, including evacuation and emergency response, is essential, even

Target Executive Team Member Handbook Page 40

Target Executive Team Member Handbook Page 41

TARGET/HARRIS188

though these skills are rarely required. In the spill second that you need to know what to do, you don't have the time to call or look for the answer.

Set the right example when it comes to reporting accidents. All guest and team member accidents need to be reported. All team member accidents should be treated by our workers' compensation clinics.

When hired or promoted to a supervisory position, you should be trained and familiar with your responsibility to provide a safe work environment. Executives must be observant and communicate proper procedures to team members.

## The "Big Three" causes of accidents are:

- Slips - preventable by CONSTANT surveillance for debris or liquids on floor and corrective action.

- Falls - from ladders or non-approved lifting.

- Strains - improper lifting - usually preventable by proper training early in job and/or team lift.

You can help meet Target's commitment to safety by ensuring:

1. Safety committees are active and meeting to correct cause of accidents.

2. Team members are trained in the proper use of tools, equipment, electrical and hazardous equipment.

3. Making sure minors aren't exposed to hazardous conditions, power equipment, or working too late.

## Guest Accidents

Make sure you know the procedures for handling guest accidents. Remain calm, stay with the guest until help arrives. Don't make any comments about the accident to the guest.

## SHORTAGE

Preventing shortage is a responsibility we all share. Stock shortage typically has several causes:

- Team member errors in setting up orders, transmitting data, receiving and handling merchandise.

- Ticketing errors, both at our locations and at the vendor, and from price changes.

- Incorrect processing of damaged merchandise and/or transfers.

- Vendor, guest and team member theft.

- Errors at point-of-sale terminal — incorrect UPC, or accepting a bad check or a bad credit card.

- Merchandise used by store personnel, but not requisitioned.

Training and attention to detail can ensure you and your team aren't contributing to stock shortage.

When it comes to team member and guest theft, Assets Protection are the experts. They've been trained to prevent and detect theft, and apprehend when necessary. They've been carefully and thoroughly trained in apprehensions — please let them take the lead in this area. Don't initiate apprehensions, or make accusations of theft. Never give chase to suspected shoplifters — only become involved in an apprehension when asked by Assets Protection.

TARGET/HARRIS187



## Acknowledgement of Receipt and Acceptance of New Handbook

*I have received the handbook called Target Executive Team Member Handbook. I understand that it is my responsibility to review and follow its provisions. I understand that the handbook contains guidelines and that these guidelines may change.*

Team Member Signature

Team Member Name (please print)          Employee Number

Month/Day/Year

**TARGET/HARRIS188**

White copy: Target          Yellow copy: Team Member

© TARGET.

F3371.03

TARGET/HARRIS189



