UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,

V.

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

TARGET CORPORATION f/k/a/
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,
_____/



## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION IN LIMINE

PLAINTIFF, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure hereby requests an enlargement of time up until and including July 22, 2001, to file the opposition to the Defendant's Motion In Limine.

The reasons for the requested enlargement are stated below:

1. On June 21, 2001, the Counsel for the Defendant filed a Motion in Limine.
2. The Counsel for Plaintiff has already Notified the Court and all Parties, Through a Notice of Unavailability of his unavailability during the period of June 29, 2001 through July 12, 2001 and would state that the undersigned Counsel for the Plaintiff is filing this Notice of Unavailability, together, herewith from June 29, 2001 through July 12, 2001 when he will be on a personal vacation.
3. Said attorney had requested that no hearing, deposition, or other matter be set during that time
4. That this notice serves as a Motion to Continue, for any matter scheduled during the aforementioned time period.
5. This Motion for extension is being made in good faith and not for purposes of delay. Such enlargement of time would, be in the interest of justice and would not be prejudicial to the parties.
6. Pursuant to Local Rule 7. I.A.3., counsel represents he made a good faith effort to contact opposing counsel to ascertain if there was any objection to the filing of this motion and was advised that the opposing counsel do not object to the enlargement of time.

Therefore, PLAINTIFF, hereby moves for an Order of enlargement of time until and including July 22, 2001, in which to respond and file his Opposition to Defendant's Motion In Limine and grant such other relief as is just and equitable.

WHEREFORE, PLAINTIFF, respectfully requests this Court to grant this Unopposed Motion for Enlargement of Time, and issue an order stating same.

Respectfully submitted,

RICHARD J. BURTON & ASSOCIATES, P.A.
Attorney for Plaintiff
18305 Biscayne Boulevard, Suite 300
Miami, FL 33160

_____
Richard J. Burton
F.B.N. 179337

WHEREFORE, PLAINTIFF, respectfully requests this Court to grant this Unopposed Motion for Enlargement of Time, and issue an order stating same.

                    Respectfully submitted,

                    RICHARD J. BURTON & ASSOCIATES, P.A.
                    Attorney for Plaintiff
                    18305 Biscayne Boulevard, Suite 300
                    Miami, FL 33160

                    _____
                    Richard J. Burton
                    F.B.N. 179337