UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,

CASE NO. 00-6107-CIV-FERGUSON
V.    MAGISTRATE JUDGE SNOW

TARGET CORPORATION f/k/a/
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

_____/



## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE PUNITIVE DAMAGES CLAIMS

PLAINTIFF, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure hereby requests an enlargement of time up until and including July 22, 2001, to file the opposition to the Defendant's MotionTo Exclude Punitive Damages Claims.

The reasons for the requested enlargement are stated below:

1. On June 25, 2001, the Counsel for the Defendant filed a Motion To Exclude Punitive Claims.
2. The Counsel for Plaintiff has already Notified the Court and all Parties, Through a Notice of Unavailability of his unavailability during the period of June 29, 2001 through July 12, 2001 and would state that the undersigned Counsel for the Plaintiff is filing this Notice of Unavailability, together, herewith from June 29, 2001 through July 12, 2001 when he will be on a personal vacation.
3. Said attorney had requested that no hearing, deposition, or other matter be set during that time
4. That this notice serves as a Motion to Continue, for any matter scheduled during the aforementioned time period.
5. This Motion for extension is being made in good faith and not for purposes of delay. Such enlargement of time would, be in the interest of justice and would not be prejudicial to the parties.
6. Pursuant to Local Rule 7. I.A.3., counsel represents he made a good faith effort to contact opposing counsel to ascertain if there was any objection to the filing of this motion and was advised that the opposing counsel do not object to the enlargement of time.

Therefore, PLAINTIFF, hereby moves for an Order of enlargement of time until and including July 22, 2001, in which to respond and file his Opposition to Defendant's Motion for the CourtTo Exclude Punitive Damages Claim, and grant such other relief as is just and equitable.

102

WHEREFORE. PLAINTIFF, respectfully requests this Court to grant this Unopposed Motion for Enlargement of Time, and issue an order stating same.

Respectfully submitted,

RICHARD J. BURTON & ASSOCIATES, P.A.
Attorney for Plaintiff
18305 Biscayne Boulevard, Suite 300
Miami, FL 33160

_____
Richard J. Burton
F.B.N. 179337

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was placed in the U.S. mail this 27th day of June, 2001 to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131.

RICHARD J. BURTON & ASSOCIATES, P.A.
18305 Biscayne Boulevard, Suite 300
Miami, FL 33160
Tel: (305) 705-0888
Fax: (305) 935-9542

By: _____
Richard J. Burton F.B.N. 179337