

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JUL 2 200.

STEVE HARRIS,                    Case No. 00-6107-CIV-FERGUSON

    Plaintiff,

v.

TARGET CORP. f/k/a DAYTON HUDSON
CORP. d/b/a TARGET STORES,

    Defendant.
_____/

### ORDER SETTING TRIAL PERIOD & HEARING ON ALL PENDING MOTIONS

**PLEASE TAKE NOTICE** that this case has been set for the two week trial period commencing on August 27, 2001. This case has been set for a hearing on all pending motions before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on July 23, 2001 at 4:15 p.m.**

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this ___ day of July, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Copies provided:
Richard Burton, Esq.
Sheila Caesarano, Esq.

