**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**
FT. LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,    Case No. 00-6107-CIV-FERGUSON
                 MAGISTATE JUDGE SNOW

vs.
TARGET CORPORATION f/k/a
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES

                                /

NIGHT BOX FILED
JUL 2 0 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### MOTION TO AMEND WITNESS LIST & ADD ROBERT Van SAVAGE

Steve Harris, Plaintiff, by his Attorney, hereby moves this Court to file an Amended Witness List (Attachment-A) and add a material factual witness, Mr. Robert Van Savage to be called, for deposition and at trial. As grounds therefore, Van Savage was Harris initial boss and was a part of the management team that selected and promoted Harris to the position from which he was discharged. He is used as the comparator, as to the disparate treatment regarding the enforcement of policies, of Defendant, and the sanctions for various infractions.

He was first located, in Bethlehem Pennsylvania on Thursday, July 9, 2001. He has not worked for the Target Organization for the last number of years. He is presently a district director for Home Depot, in New Jersey.

He had conversations about Harris performance with Target with ALL of the Target witnesses, including Gillespie, and Hastings. He is the only witness to have attended the Personnel review sessions, where Harris was hired and for every session, each year where Harris performance was

/109

discussed. His testimony will differ, significantly from all of the Defendant's witnesses, who attended those meetings. He will set forth statements made, by Gillespie and others, in Plaintiff's cas, in chief and rebut the Defendant's witnesses in many material areas. He is available to give a deposition in New Jersey, or Pennsylvania, at a mutually convenient time.

Prior to July 19, 2001, his whereabouts, and present address have NEVER been disclosed to Plaintiff, even when the names and addresses of all persons who might be knowledgeable was requested, yet he has been in constant contact, since his departure, from Target with many of Target's primary witnesses, in this cause.

This will not, in any way, disrupt the trial, and there can be no prejudice to Defendant, if his testimony is taken for use at trial. Mark Hastings, a key witness of Defendant has yet to be deposed, and accordingly all necessary or desired discovery, including Plaintiff's expert witness can easily be accomplished, in advance of the trial date.

Wherefore, Plaintiff prays that this Court Order the completion of the discovery of said witnesses, Van Savage and Hastings, and if Defendant desires, Expert witness Stanley Foodman and grant such other relief as the Court deems appropriate.

Respectfully submitted this 20th day of July, 2001.

RICHARD J. BURTON & ASSOCIATES, P.A.
Attorney for PLAINTIFF
Florida Bar No. 179337

**Certificate of Service**

I HEREBY CERTIFY that a true copy of the foregoing Motion was mailed to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131 on July 20, 2001.

RICHARD J. BURTON & ASSOC.,P.A.
18305 Biscayne Blvd., Suite 300
Miami, FL 33160
Ph: (305) 705-0888 Fax: 935-9542

BY_____
Richard J. Burton, FBN 179337

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

V.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/

## AMENDED WITNESS LIST OF WITNESSES WHO MAY BE CALLED TO TESTIFY

The Plaintiff, by and through undersigned counsel, and pursuant to the applicable Petrial Order hereby files his list of witnesses who may testify;

a) Shannon Tetrault-(Coral Springs store, presently)
b) Don Feinkhauser
c) Joe Toscano (Store Team Leader, Green Acres-WPB)
d) Betty Gadson (Deerfield)
e) Karen Napp (Deerfield)
f) Lisa Leffew (Deerfield)
g) Clarissa Howard (Deerfield)
h) Dianne Vasse (Deerfield)
i) Patricia Morris (Deerfield)
j) Eileen Murray (Deerfield)
k) Sandy Rosenberg (Delray Beach)
l) Erica Lyday (Boca Raton)
m) Jackie Scott (Green Acres -WPB)
n) Simone Tripp (Boca Raton)
o) Mr. Joe Murphy- Murphy Retail
p) Johnnie Kianka
q) Terry Gillespie
r) Doug Barth-prior employee
s) Stacy Faulkner

t) Sandy Gryzbak
u) Sunil Harrypersad
v) Mark Hasting
w) Donna Keil
x) Joy Manasek
y) Tina McHugh
z) Natalie McKenna
aa) Kerry Murphy
bb) Howard Ron Raplee
cc) Annette Steinberg
dd) Laurie Wagner
ee) Jeff Warren
ff) Rene Wasco
gg) Tim Blacknik
hh) Janice Harris
ii) Henry Latimer, Esq.-Attorney-Attorneys fees
jj) Dr. Evelina Bestman, Ph.D.-Psychological damages occasioned by Racism
kk) Jose A. Romano-Accountant and auditor-Damages-c/o City of Miami- 444 SW 2nd Ave. Miami, FL, 33130.
ll) Stanley I. Foodman, C.P.A., 1201 Brickell Ave. Suite 610, Miami, FL .
mm) The Plaintiff
nn) Robert Van Savage-Known Rebuttal Witness
oo) All witnesses identified by Defendant
pp) Rebuttal and Impeachment Witnesses

Respectfully Submitted this 20th day of July, 2001.

RICHARD J. BURTON & ASSOCIATES, P.A.
18305 Biscayne Blvd., Suite 300
Miami, FL 33160
Ph: (305) 705-0888  Fax: 935-9542
By: _____
Richard J. Burton, FBN 179337

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Amended Witness List was mailed to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131 on July 20, 2001.

RICHARD J. BURTON & ASSOCIATES, P.A.
18305 Biscayne Blvd., Suite 300
Miami, FL 33160
Ph: (305) 705-0888    Fax: 305-935-9542

By: _____
Richard J. Burton, FBN 179337