UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUL 26 201

HONORABLE WILKIE D. FERGUSON, JR.

CIVIL MINUTES

1. Case No. 00-6107       Date: 7/26/01
2. Style Harris v. Dayton Hudson Corp.
3. Plaintiff's Counsel: Richard Burton
4. Defendant's Counsel: Sheila Caesarono, Renee Gonzalez
5. Type of Proceeding: Hearing on Pending Motions
6. Result of hearing:   Motion Granted ☐   Motion Denied ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes ① Motion for Reconsideration of Order Denying Def's Motion for Summ. Jud.
   a) Disparate treatment re: Joe Tuscano & Shannon Tetrault

② Deposition of Mr. Hastings

③ Move off two-wk trial period of 8/23/01

Law Clerk:        Tori Monroe
Courtroom Deputy: ~~Troy Walker~~ Delores MacIntosh
Courtroom Reporter: Stephen Franklin

110