UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF CONFLICT

Defendant, Target Corporation ("Target"), hereby gives notice that undersigned counsel is scheduled to commence trial in Lisa Willis v. Burger King Corporation, Case No. 00-3488-CIV-HIGHSMITH in the United States District Court for the Southern District of Florida, Miami Division, for the trial term commencing October 9, 2001.

                SHUTTS & BOWEN
                Attorneys for Defendant
                1500 Miami Center
                201 South Biscayne Boulevard
                Miami, Florida 33131
                (305) 358-6300
                (305) 347-7386 (facsimile)

By: _____
      Sheila M. Cesarano
      Florida Bar No. 708364
      Rene J. Gonzalez-LLorens
      Florida Bar No. 0053790

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __14__ day of August, 2001 to:

Richard J. Burton, Esq.
Richard J. Burton & Associates, P.A.
18305 Biscayne Boulevard, Suite 300
Miami, Florida 33160.
Tel: (305) 705-0888
Fax: (305) 935-9542
Attorney for Plaintiff

_____
OF COUNSEL

MIADOCS 449057 1 KLL