UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.

_____/



## **DEFENDANT'S AMENDED NOTICE OF CONFLICT**

Defendant, Target Corporation ("Target"), hereby files its amended ntoice of conflict as follows:

1.    Target withdraws its notice of conflict as to the case of Lisa Willis v. Burger King Corporation, Case No. 00-3488-CIV-HIGHSMITH in the United States District Court for the Southern District of Florida, Miami Division, which has been resolved.

2.    Target amends its prior notice of conflict to request that the trial in this matter be held during the first week of the October 9th trial calendar due to a conflict during the second week of the calendar. Specifically, the undersigned counsel, who is an arbitrator with the American Arbitration Association ("AAA"), is required to attend its annual training in Vancouver, B.C. from October 17 through October



21, 2001 (including necessary travel time) in order to be retained on AAA's list of arbitrators. The undersigned has been registered for the AAA training conference since January 5, 2001 and has pre-paid the conference fee and non-refundable airline ticket. This conflict was not relevant before this case was moved by Court Order on August 8, 2001 to the October 9th trial calendar.

Respectfully submitted,

SHUTTS & BOWEN
Attorneys for Defendant
1500 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-6300
(305) 347-7386 (facsimile)

By: _____
Sheila M. Cesarano
Florida Bar No. 708364

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this $\underline{3\text{v}}$ day of August, 2001 to:

Richard J. Burton, Esq.
Richard J. Burton & Associates, P.A.
18305 Biscayne Boulevard, Suite 300
Miami, Florida 33160.
Tel: (305) 705-0888
Fax: (305) 935-9542
Attorney for Plaintiff

OF COUNSEL

MIADOCS 452303 1 KLL