UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILKIE D. FERGUSON, JR.

FILED by ___ D.C.
OCT 1 200_

CIVIL MINUTES

1. Case No. 00-6107                    Date: 10/1/01
2. Style Harris v. Target
3. Plaintiff's Counsel: Richard Burton & Alex Morgan
4. Defendant's Counsel: Renee Gonzalez
5. Type of Proceeding: Calendar Call
6. Result of hearing:      Motion Granted      Motion Denied
                               ☐                    ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes Trial begins 1:30pm on Tues, 10/9/01

Law Clerk:        Tori Monroe
Courtroom Deputy: Delores MacIntosh
Courtroom Reporter: Stephen Franklin