**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
FT. LAUDERDALE DIVISION

STEVE HARRIS,
     Plaintiff,

vs.

Case No. 00-6107-CIV-FERGURSIB
MAGISTATE JUDGE SNOW

TARGET CORPORATION f/k/a
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES

_____/

**NIGHT BOX**
**FILED**

OCT - 9 2001

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

**Exhibit List**

    **COMES NOW**, the Plaintiff, Steve Harris, hereinafter named "Plaintiff", and

sets forth his exhibit list as set forth in the following:

    RICHARD J. BURTON & ASSOCIATES, P.A.
    Attorney for PLAINTIFF
    Florida Bar No. 179337
    18305 Biscayne Blvd., Suite 300
    Miami, FL 33106
    (305)705-0888  Fax (305)935-9542

By: _____
    C. Annelies Mouring, Of counsel
    FBN 0386669

I HEREBY CERTIFY that a true and correct copy of the foregoing has been
furnished by Facsimile this 8th day of October, 2001 to Sheila M. Cesarano, Esq.
And Rene' Gonzales-Llornez Shutts & Bowen LLP., 1500 Miami Center, 201
South Biscayne Blvd., Miami, FL 33131.

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## Southern District of Florida

Steve Harris

V.

Dayton Hudson Corporation
D/B/A TARGET STORES

EXHIBIT AND WITNESS LIST

CASE NUMBER: 00-6107-CIV-FERGUSO

| PRESIDING JUDGE JUDGE FERGUSON | PLAINTIFF'S ATTORNEY RICHARD BURTON & ASSOC. | DEFENDANT'S ATTORNEY SHUTTS & BOWEN, LLP |
|---|---|---|
| TRIAL DATE(S) OCTOBER 9, 2001 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Target termination request for Steve Harris |
| 2 | | | | | 1995 Mid- Year Preformance Review for Steve Harris |
| 3 | | | | | 1996 Executive Preformance Review for Steve Harris |
| 4 | | | | | 1997 Executive Preformance Review for Steve Harris |
| 5 | | | | | 1998 Mid- Year Preformance Review for Steve Harris |
| 6 | | | | | 1999 Executive Preformance Review for Steve Harris |
| 7 | | | | | Harris 1999 tax return |
| 8 | | | | | Steve Harris benefits file |
| 9 | | | | | Steve Harris personnel file |
| 10 | | | | | 2/26/99 Item inquiry - HarrisTarget |
| 11 | | | | | 10/09/98 reciept - HarrisTarget |
| 12 | | | | | Statements of Donna Keil - HarrisTarget |
| 13 | | | | | Statement of Paula Layne - HarrisTarget |
| 14 | | | | | Statement of Annette Sternberg - HarrisTarget |
| 15 | | | | | Letter from Paintings by Joanne - HarrisTarget |
| 16 | | | | | Statements of Don Fankhauser - HarrisTarget |
| 17 | | | | | Statement of Caryn Knapp - HarrisTarget |
| 18 | | | | | Statement of Sandy Grzbyk - HarrisTarget |
| 19 | | | | | Statements of Shannon Tetrault - HarrisTarget |
| 20 | | | | | Statement of Natalie Mc Kenna - HarrisTarget |
| 21 | | | | | Statement of Dana McHugh - HarrisTarget |
| 22 | | | | | 1/26/99 reciept for towel purchase |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 1 87A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

Steve Harris

Dayton Hudson Corporation
V.   D/B/A TARGET STORES

CASE NUMBER: <u>00-6107-CIV-FERGUSO</u>

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | Letter of resignation from Dyanne Voss |
| 24 | | | | | unsigned statement addressed to Mark       00-6107-CIV-FERGUSO |
| 25 | | | | | Statement of Tim Blacknick - HarrisTarget |
| 26 | | | | | Statement of Evan Feldman - HarrisTarget |
| 27 | | | | | Statement for placement - J Murphy |
| 28 | | | | | Payment for placement fee for Steve Harris for J Murphy |
| 29 | | | | | 1997 travel report |
| 30 | | | | | Harris' Target  credit statements |
| 31 | | | | | Fax from First Union/interim statement/dishonored check statement |
| 32 | | | | | letter from First Union |
| 33 | | | | | Closure letter for Target account |
| 34 | | | | | American Express statement 2/23/99 |
| 35 | | | | | 2/99 Meeting termination notes (unsigned) |
| 36 | | | | | voucher logs - Target |
| 37 | | | | | Shooters reciept - target |
| 38 | | | | | J. Murphy file correspondece, Harris' resume, job interview information -  HarrisTa |
| 39 | | | | | Discount History report for Tim Blacknick - HarrisTarget |
| 40 | | | | | Affidavit of Steve Harris - Harris |
| 41 | | | | | Target executive member handbook - Target |
| 42 | | | | | Target position statement -Target |
| 43 | | | | | Voucher report - Target |
| 44 | | | | | Foodman report; calculation of lost earnings - Harris |
| 45 | | | | | Harris' Diamond scren repair earnings - Harris |
| 46 | | | | | Performance files of Paula Layne - Harris |
| 47 | | | | | e-mails re: Paula Layne |
| 48 | | | | | Transcript of Deposition of Lisa Leffew |
| 49 | | | | | Transcript of Deposition of Terry Gillespie |

AO 1 87A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST - CONTINUATION**

Steve Harris

Dayton Hudson Corporation
V.   D/B/A TARGET STORES

CASE NUMBER: 00-617-CIV-Fergurson

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | | | | Transcript of Deposition of Mark Hastings |
| 51 | | | | | 00-617-CIV-Fergurson<br>Video & Transcript of Deposition of Robert Van Savage |
| 52 | | | | | Transcript of Deposition of Jacquelin Scott |
| 53 | | | | | Transcript of Deposition of Shannon Tetrault |
| 54 | | | | | Transcript of Deposition of Erica Lyday |
| 55 | | | | | Transcript of Deposition of Don Fankhauser |
| 56 | | | | | Transcript of Deposition of Steve Harris |
| 57 | | | | | Transcript of Deposition of Douglas Barth |
| 58 | | | | | Transcript of Deposition of Clarissa Howard |
| 59 | | | | | Transcript of Deposition of Sandra Rosenberg |
| 60 | | | | | Transcript of Deposition of Simone Tripp |
| 61 | | | | | Transcript of Deposition of Karen Napp Lapre |
| 62 | | | | | Transcript of Deposition of Stanley Foodman |
| 63 | | | | | Transcript of Deposition of Patricia Morris |
| 64 | | | | | Transcript of Deposition of Janice Harris |
| 65 | | | | | Any other documents required for impeachment or cross |
| | | | | | |
| | | | | | |

Page _____ of _____ Pages