UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILKIE D. FERGUSON, JR.


FILED by _____ D.C.
OCT 10 2001

CIVIL MINUTES

1. Case No. 00-6107              Date: 10/10/01
2. Style: Harris v. Dayton Hudson Corp. (Target)
3. Plaintiff's Counsel: Richard Burton
4. Defendant's Counsel: Sheila Caesareo, Renee Gonzalez Lorens
5. Type of Proceeding: Trial - Day 1
6. Result of hearing:    Motion Granted ☐    Motion Denied ☐
7. Case Continued to: _____    Trial Set for _____
8. Does the case require mediation? _____

Notes: ① Discussion of time constraints & # of witnesses → Foodman's testimony is limited to expert re: damages NOT liability
② Δ's M/2 Strike π's Exhibit List as Untimely → Denied w/o prejudice to object when π seeks to introduce exhibits into evi.
③ Jury selection
④ Opening Statements
⑤ Witnesses → Kerry Carfio Murphy, Joe Murphy, Tim Blacknik

Law Clerk:            Tori Monroe

Courtroom Deputy:    Delores MacIntosh

Courtroom Reporter: ~~Stephen Franklin~~  Patricia Sanders

126