UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



HONORABLE WILKIE D. FERGUSON, JR.

## CIVIL MINUTES

1. Case No. 00-6107                               Date: 10/11/01
2. Style: Harris v. Dayton Hudson Corp.
3. Plaintiff's Counsel: Richard Burton
4. Defendant's Counsel: Sheila Caesarano, Renee Gonzalez-Llorens
5. Type of Proceeding: Day 2 of Trial
6. Result of hearing:      Motion Granted ☐      Motion Denied ☐
7. Case Continued to: _____  Trial Set for _____
8. Does the case require mediation? _____

Notes: Witnesses → Sandra Rosenberg, etc.

Law Clerk:            Tori Monroe

Courtroom Deputy:     Delores MacIntosh

Courtroom Reporter:   ~~Stephen Franklin~~ Patricia Sanders