UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILKIE D. FERGUSON, JR.



CIVIL MINUTES

1. Case No. **00-6107**   Date: **10/15/01**
2. Style **Harris v. Target**
3. Plaintiff's Counsel: _____
4. Defendant's Counsel: **(same)**
5. Type of Proceeding: **Trial → Day 3**
6. Result of hearing:   Motion Granted ☐   Motion Denied ☐
7. Case Continued to: _____   Trial Set for _____
8. Does the case require mediation? _____

Notes

**Plf. continues case**

**Short day due to 3:00 Calendar Call**

Law Clerk:   Tori Monroe

Courtroom Deputy:   Delores MacIntosh

Courtroom Reporter:   ~~Stephen Franklin~~ **PATRICIA SANDERS**

128