# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## HONORABLE WILKIE D. FERGUSON, JR.



FILED BY _____ D.C.
OCT 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### CIVIL MINUTES

1. Case No. **00-6107**                    Date: **10/16/01**
2. Style **Harris v. Target**
3. Plaintiff's Counsel: **Richard Burton**
4. Defendant's Counsel: **Shiela Cesaran**
5. Type of Proceeding: **Day 4 of Trial**
6. Result of hearing:    Motion Granted ☐    Motion Denied ☐
7. Case Continued to: _____    Trial Set for _____
8. Does the case require mediation? _____

Notes **Plf. continues trial**

---

Law Clerk:    Tori Monroe

Courtroom Deputy:    Delores MacIntosh

Courtroom Reporter:    Stephen Franklin