UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILKIE D. FERGUSON, JR.

CIVIL MINUTES



1. Case No. 00-6107     Date: 10/17/01
2. Style: Harris v. Target
3. Plaintiff's Counsel: Richard Burton
4. Defendant's Counsel: Shiela Cesarano
5. Type of Proceeding: Day 5 of Trial
6. Result of hearing:    Motion Granted ☐    Motion Denied ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes
Plf. continues w/ trial

Law Clerk:           Tori Monroe
Courtroom Deputy:    Delores MacIntosh
Courtroom Reporter:  ~~Stephen Franklin~~ Patricia Sanders