UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILKIE D. FERGUSON, JR.

CIVIL MINUTES

FILED by _____ D.C.
OCT 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1. Case No. 00-6107          Date: 10/18/01
2. Style: Harris v. Target
3. Plaintiff's Counsel: Richard Burton
4. Defendant's Counsel: Sheila Cesarana
5. Type of Proceeding: Day 6 of Trial
6. Result of hearing:   Motion Granted ☐   Motion Denied ☐
7. Case Continued to: _____   Trial Set for _____
8. Does the case require mediation? _____

Notes:
- π rests his case after completing videotape dep.
- Δ moves for directed verdict (Tetrault & Toscano are not valid comparators) → DENIED
- Δ starts presentation of their case.
- Δ rests
- Counsel discusses jury instructions with the Judge
- Closing arguments will begin on Monday

Law Clerk:           Tori Monroe

Courtroom Deputy:    Delores MacIntosh

Courtroom Reporter:  ~~Stephen Franklin~~ Patricia Sanders