UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILKIE D. FERGUSON, JR.


FILED by _____ D.C.
OCT 22 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CIVIL MINUTES

1. Case No. 00-6107                                     Date: 10/22/01
2. Style: Harris v. Target
3. Plaintiff's Counsel: Richard Burton
4. Defendant's Counsel: Sheila Cesarano
5. Type of Proceeding: Trial → Day 7
6. Result of hearing:      Motion Granted ☐      Motion Denied ☐
7. Case Continued to: _____   Trial Set for _____
8. Does the case require mediation? _____

Notes: — Closing Arguments

— Jury Deliberation

— Verdict for Defendant

— Plaintiff wants to move for JNOV → twenty (20) days to file post trial motions

Law Clerk:           Tori Monroe

Courtroom Deputy:    Delores MacIntosh

Courtroom Reporter:  ~~Stephen Franklin~~  Patty Sanders

135