00-6107-CV-WDF

FILED BY ___ D.C.
OCT 22 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

10-22-01   2:45 PM

WHAT IS THE DIFFERENCE IN OUTCOME BETWEEN ANSWERING #1 NO OR #1 YES & #2 YES?

Suzan Chozickovic

THERE IS NO DIFFERENCE.

SEE EXPLANATORY NOTES

FOLLOWING EACH QUESTION.

10-22-01   3:12 P.M.

WDFerguson, Jr.

136