# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 00-6107-CIV-FERGUSON



**STEVE HARRIS,**

   **Plaintiff,**

**vs.**

**DAYTON HUDSON CORPORATION
d/b/a/ TARGET STORES, INC.**

   **Defendant.**
_____/

## VERDICT FORM

   **Do you find from a preponderance of the evidence:**

   1. That the plaintiff's race was a substantial or motivating factor that prompted Target to terminate his employment?

   YES ✗              NO_____

   If your answer is "YES", then proceed to question No. 2. If your answer is "NO", your verdict is for Target and you need not answer the second question.



Case No.00-6107-CIV-FERGUSON

   2.   That the Plaintiff would have been discharged from employment for other reasons even in the absence of consideration of the his race?

          YES__✕__                      NO_____

      If you answer is "Yes" your verdict is for the defendant Target.  If your answer is "NO", your verdict is for the plaintiff Harris on the issue of liability.

**SO SAY WE ALL** this _22ND_ day of _October_, 2001.

_Susan Chiranice_
FOREPERSON

2