# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Steve Harris
Plaintiff(s)

vs.

Dayton Hudson Corp.,
Defendant(s)

Case No. 00-6107-CV-WDF

FILED by _____ D.C.
OCT 22 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☐ Other (Explain): _____

☐ Attachments
(Exhibit List, Order of Court)

SIGNATURE: C. Annelies Mouring
PRINT NAME: C. Annelies Mouring
AGENCY OF FIRM: _____
ADDRESS: 4276 Pine Hollow Cir, Green Acres, Fl 33463
TELEPHONE: (561) 967-4012
DATE: 10-21-01

EXHIBITS RELEASED BY: _____
(Deputy Clerk)

139

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record