# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Steve Harris

Plaintiff(s)

vs.

Dayton Hudson Corp.,

Defendant(s)

Case No. 00-6107-CV-WDF

FILED by _____ D/C.
OCT 22 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): _____

☐ Attachments
   (Exhibit List, Order of Court)

EXHIBITS RELEASED BY: _Delois McIntosh_
(Deputy Clerk)

SIGNATURE: Margaret Bradley Davis
PRINT NAME: Margaret Bradley-Davis
AGENCY OF FIRM: Shutts & Bowen
ADDRESS: 201 S. Biscayne Blvd, #1500
TELEPHONE: 305-347-7361
DATE: 10/22/01

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

140