# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

_____/

## NOTICE OF FILING PROPOSED FINAL JUDGMENT

Defendant, Target Corporation, files a proposed Final Judgment in the above referenced matter.

                                          SHUTTS & BOWEN LLP
                                          Attorneys for Defendant
                                          1500 Miami Center
                                          201 S. Biscayne Blvd.
                                          Miami, Florida 33131
                                          Tel. (305) 358-6300
                                          Fax (305) 347-7386

                                          By: _____
                                          Sheila M. Cesarano
                                          Florida Bar Number 708364
                                          Rene Gonzalez-LLorens
                                          Florida Bar Number 0053790

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 30 day of November 2001, to

Richard J. Burton, Esq.
Richard J. Burton & Associates, P.A.
18305 Biscayne Boulevard, Suite 300
Miami, Florida 33160.
Tel: (305) 705-0888
Fax: (305) 935-9542
Attorney for Plaintiff

_____
OF COUNSEL

MIADOCS 472559.1 MBD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

      Plaintiff,

v.

TARGET CORPORATION,

      Defendant.
_____/

## FINAL JUDGMENT

This action came on for trial before the Court and a jury, Honorable Wilkie D. Ferguson, District Judge, presiding, and the issues having been duly tried, and the jury having duly rendered its verdict,

It is ORDERED and ADJUDGED as follows:

That the Plaintiff, STEVE HARRIS, take nothing, that the action be dismissed on the merits, and that the Defendant, TARGET CORPORATION, recover of the Plaintiff, STEVE HARRIS, its costs of action.

The Court expressly reserves jurisdiction to determine the issue of attorney's fees, if any, to TARGET CORPORATION.

DONE and ORDERED at Miami, Florida, this _____ day of _____, 2001.

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE

CASE NO.: 00-6107-CIV-FERGUSON/SNOW

Copies Furnished To:
Counsel of record