UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,

Case No. 00-6107-CIV-FERGUSON
MAGISTATE JUDGE SNOW

vs.

TARGET CORPORATION f/k/a
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES

_____/

### NOTICE OF FILING OPENING AND CLOSING ARGUMENTS, IN SUPPORT OF THE PLAINTIFF'S MOTION FOR JUDGMENT N.O.V., OR ALTERNATIVELY FOR A NEW TRIAL

The Plaintiff, by and through undersigned counsel, and pursuant to the Fed. R. Civ. Pro. hereby files the Official Transcript of the Opening Argument and the Closing Argument, In support of his Motions for a Judgment, N.O.V. or alternatively for a New Trial.

Respectfully submitted,

BY_____
Richard J. Burton, FBN 179337

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing Notice was mailed to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131 and to Ms. Annelies Mourning Esq., 4276 Pine Hollow Cir., Greenacres, FL 33463, on December 4, 2001.

RICHARD J. BURTON & ASSOC., P.A.
18305 Biscayne Blvd., Suite 300
Miami, FL 33160
Ph: (305) 705-0888    Fax: 935-9542

BY _____
Richard J. Burton, FBN 179337

# NOT

# SCANNED

PLEASE REFER TO COURT FILE