UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by ___ D.C.
MAR 21 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/

DENIED
[signature] FERGUSON, JR.
03/21/02
DATE

## DEFENDANT'S MOTION TO RECONSIDER AND VACATE ORDER GRANTING NEW TRIAL AND INCORPORATED MEMORANDUM OF LAW

Defendant, **TARGET CORPORATION** ("Target"), moves the Court to reconsider its February 20, 2002 Order (the "Order") granting Plaintiff **STEVE HARRIS's** ("Plaintiff") Motion for New Trial, vacate the Order, and reinstate the jury's verdict for Target. In support, Target states as follows:

### INTRODUCTION

The Court has reversed a jury verdict for Target on the grounds that Target introduced "inflammatory" and inadmissible evidence at trial. (Order at 5.) According to the Court, the "inflammatory" and inadmissible evidence included the following:

- Plaintiff borrowed money from employees and failed to repay them.
- Plaintiff used employees to do his personal chores.
- Plaintiff purchased store merchandise through misrepresentation and deceit.
- Plaintiff's financial problems rendered him a security threat. Order at 2, 3.