# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,

Case No. 00-6107-CIV-FERGURSIB
MAGISTATE JUDGE SNOW

vs.

TARGET CORPORATION f/k/a
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES

_____/



## PLAINTIFF'S MOTION FOR ORDER TO RENEW SUBPOENAS

Plaintiff, Steve Harris, moves this Honorable Court for an order directing the Clerk of the Court to renew the subpoenas issued in this case for the trial period commencing April 22nd and allow Plaintiff to serve by mail.
  In support of this motion plaintiff would respectfully show as follows:

1. On February 20, 2002, this Court issued an Order granting a new trial in this action.

2. The Clerk of the District issued subpoenas for the witnesses for trial during the previous trial.

3. Plaintiff believes that these witnesses are essential witnesses. However, re-issuance of the subpoenas would cause further expense to the Plaintiff.

  WHEREFORE, the Plaintiff requests this Court to issue an order directing the renewal of the subpoenas and by allowing service by US mail.

Dated this 4th day of April, 2002

                RICHARD J. BURTON & ASSOCIATES, P.A.
                Attorney for PLAINTIFF
                Florida Bar No.: 179337
                18305 Biscayne Blvd., Suite 300
                Miami, FL 33106
                (305)705-0888  Fax (305)935-9542

        BY: _____
                C. Annelies Mouring
                Florida Bar No.: 0386669

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US Mail and Facsimile this 4th day of April, 2002 to Sheila M. Cesarano, Esq. Shutts & Bowen LLP., 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131.

    RICHARD J. BURTON & ASSOCIATES, P.A.
    Attorney for PLAINTIFF
    Florida Bar No.: 179337
    18305 Biscayne Blvd., Suite 300
    Miami, FL 33106
    (305)705-0888  Fax (305)935-9542

    BY: _____
         C. Annelies Mouring
         Florida Bar No.: 0386669

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
FT. LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,        Case No. 00-6107-CIV-FERGURSIB
                            MAGISTATE JUDGE SNOW
vs.

TARGET CORPORATION f/k/a
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES

_____/

**ORDER GRANTING MOTION TO RENEW SUBPOENAS**

This cause having come before this Court on PLAINTIFF'S MOTION FOR ORDER TO RENEW SUBPOENAS, and having duly considered the motion, it is:

ORDERED AND ADJUDGED that:

1. The Clerk of the Court shall renew the subpoenas issued in this action for the trial calendar commencing April 22, 2002.
2. Plaintiff shall serve copies of this Order by US mail on those having received subpoenas during the previous trial.
3. Persons receiving this Order shall be commanded to appear before this Honorable Court, at the U.S. District Court, at **299 East Broward Boulevard Fort Lauderdale, FL 33301** on **April 22, 2002** at **9 o'clock am** to testify in this action, unless otherwise excused by the attorneys for the Plaintiff or this Court.

DONE AND ORDERED in Chambers at Ft. Lauderdale, FL this _____ day of _____, 2002

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Richard Burton, Esq.
Attorney for the Plaintiff
18305 Biscayne Blvd.

Miami, FL 33160

Rene-Gonzales Llorens, Esq.
1500 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131