UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVE HARRIS,

    Plaintiff,

vs.

DAYTON HUDSON CORPORATION d/b/a
TARGET STORES,

    Defendant.
_____/

Case No. 00-6107-CIV-FERGUSON

FILED by _ad_ D.C.

APR 2 4 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER CHANGING SCHEDULED HEARING AND TRIAL PERIOD

**PLEASE TAKE NOTICE** that the calendar call scheduled for April 15, 2002, has been rescheduled to April 29, 2002, at 4:15 p.m and the two week trial period commencing April 22, 2002, has been changed to the two week trial period commencing May 6, 2002.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 24th day of April, 2002.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Richard J. Burton, Esq.
Sheila M. Cesarano, Esq.

