# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### HONORABLE WILKIE D. FERGUSON, JR.

### CIVIL MINUTES

FILED by ad S.C.
APR 29 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1. Case No. 00-6107   Date: 4/29/02
2. Style: Harris v. Dayton
3. Plaintiff's Counsel: Richard Burton
4. Defendant's Counsel: Sidney Callaway
5. Type of Proceeding: Calendar Call
6. Result of hearing:   Motion Granted ☐   Motion Denied ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes: Trial will begin on May 6, 2002 at 9:30 a.m.

Law Clerk:   Amparo Nisi

Courtroom Deputy:   Karen Gardner

Courtroom Reporter: Call S. Harrell   Telephone: 954-765-5488

155