# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

STEVE HARRIS,

    Plaintiff,

v.

CASE NO. 00-6107-CIV-FERGUSON/SNOW

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.

_____/

## NOTICE OF UNAVAILABILITY

The undersigned attorney for Defendant, Mary Ruth Houston, states that she will be unavailable from June 13, 2002 through July 2, 2002 (and will be out of the country from June 14, 2002 through July 1, 2002) on a previously scheduled trip.

The filing and service of this Notice shall constitute an application and request for continuance, extension of time and/or protective order as appropriately required for the above reasons.

SHUTTS & BOWEN LLP
Attorneys for Defendant
201 South Biscayne Boulevard
1500 Miami Center
Miami, Florida 33131
(305) 358-6300
(305) 347-7386 (facsimile)

By: /s/ Mary Ruth Houston
Mary Ruth Houston
Florida Bar No. 834440
Rene Gonzalez-LLorens
Florida Bar No. 0053790
Sidney C. Calloway
Florida Bar No. 790982

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via hand-delivery this 29 day of April, 2002, upon:

Richard J. Burton, Esq.
Richard J. Burton & Associates, P.A.
18305 Biscayne Boulevard, Suite 300
Miami, Florida 33160.
Tel: (305) 705-0888
Fax: (305) 935-9542
Attorney for Plaintiff

*Mary Ruth Houston*
COUNSEL

ORLDOCS 10116417.1 EMH