UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

    Plaintiff,

vs.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/



### NOTICE OF VACATION

PLEASE TAKE NOTICE that undersigned counsel, Sidney C. Calloway, Esquire, will be on vacation from May 15, 2002 through May 24, 2002. Therefore, the undersigned counsel hereby requests that all counsel of record refrain from setting, scheduling and noticing motions for hearings, taking depositions, or conducting other case activity requiring his attendance during that time.

WE HEREBY CERTIFY that a true and correct copy of the above and foregoing was served by Hand-Delivery at the Call of the Calendar and by U.S. Mail, this 29th day of April, 2002 to: RICHARD J. BURTON, ESQ., Richard J. Burton & Associates, P.A., 18305, Biscayne Boulevard, Suite 300, Miami, FL 33160.

    SHUTTS & BOWEN LLP
    200 East Broward Boulevard
    Suite 2000
    Fort Lauderdale, FL 33301
    Telephone: (954) 524-5505
    Facsimile: (954) 524-5506
    scalloway@shutts-law.com

    By: _____
        Sidney C. Calloway
        Florida Bar No. 790982

FTLDOCS 5057464.1 SDH

