UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6107-CIV-FERGUSON/SNOW



STEVE HARRIS,
    Plaintiff,
vs.
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,
    Defendant.
_____/

### RESPONSE TO DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE IRRELEVANT AND PREJUDICIAL MATERIAL AND INCORPORATED MEMORANDUM OF LAW DATED APRIL 26, 2002

    Plaintiff, **STEVE HARRIS**, moves for the Court to deny Defendant's Motion *IN LIMINE*, which attempts to exclude relevant material and preclude this information from the jury and submits this statement in support of its request that the Motion *IN LIMINE* to exclude irrelevant and prejudicial material filed by defendant **TARGET CORPORATION** be denied.

#### Background

    This Motion is virtually identical to that Motion filed by the Defendant in June of 2001. The Court had ruled on said Motion, during the proceedings culminating in the Trial on the Merits, in October of 2001.

    The Court has already ruled that Mr. Murphy and Mr. Van Savage would be allowed to testify and DID testify, on the subjects admitted, by the Court, in that trial.

    Accordingly, pursuant to the doctrine of Law of the Case and pursuant to the Court's reiteration of those rulings at the Call of the Calendar on Monday April, 29, 2002, the Motion should be denied.

    Respectfully submitted this day of 2nd day of May, 2002

                             _____
                             RICHARD J. BURTON & ASSOCIATES, P.A.
                             Attorney for PLAINTIFF
                             Florida Bar No. 179337
                             18305 Biscayne Blvd., Suite 300
                             Miami, FL 33106
                             (305)705-0888  Fax (305)935-9542

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by fax & US Mail this 2nd day of May, 2002 to Shutts & Bowen LLP., 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131.

_____
RICHARD J. BURTON Esq..