UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,
    Plaintiff,
vs.
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,
    Defendant.
_____/



### RESPONSE TO DEFENDANT'S MOTION TO PERMIT INTRODUCTION OF SEXUAL HARASSMENT INVESTIGATION DATED APRIL 26, 2002

Plaintiff, **STEVE HARRIS**, moves for the Court to deny Defendant's Motion, TO PERMIT INTRODUCTION OF SEXUAL HARASSMENT INVESTIGATION which attempts to admit irrelevant material and poison the jury and submits this statement in support of its request that said Motion filed by defendant **TARGET CORPORATION** be denied.

### Background

This Motion is virtually identical to that attempt, by the Defendant to admit prejudicial heresay "gossip" from a period *prior* to the Plaintiff's promotion to manager.. The Court had ruled on the contents of said Motion, during the proceedings culminating in the Trial on the Merits, in October of 2001.

The Court has already ruled that the Defendant could not admit testimony as to events which preceded his promotion, and certainly not argue, to the jury, or admit into evidence unsubstantiated allegations of sexual misconduct, which were never pursued, by the Defendant, in accordance with Defendant's personnel policies. In fact the Court Ordered a new trial because Counsel for the Defendant 'infected' the trial by arguing just that type of irrelevant and highly inflammatory and prejudicial material after the Court had warned and admonished Counsel, not to make such argument..

Accordingly, pursuant to the doctrine of Law of the Case and pursuant to the Court's reiteration of those rulings at the Call of the Calendar on Monday April, 29, 2002, the Motion should be denied.

Respectfully submitted this day of 2nd day of May, 2002.

_____
RICHARD J. BURTON, Esq. FBN 179337

        Attorney for PLAINTIFF
        Florida Bar No. 179337
        18305 Biscayne Blvd., Suite 300
        Miami, FL 33106
        (305)705-0888  Fax (305)935-9542

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by fax & US Mail this 2nd day of May, 2002 to Shutts & Bowen LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131.

_____
RICHARD J. BURTON & Assoc. P.A.
Attorney for PLAINTIFF
Florida Bar No. 179337
18305 Biscayne Blvd., Suite 300
Miami, FL 33106
    (305)705-0888  Fax (305)935-9542

2