UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

STEVE HARRIS,
    Plaintiff,

Case No. 00-6107-CIV-FERGUSON
MAGISTATE JUDGE SNOW

vs.

TARGET CORPORATION f/k/a
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES

_____/

**NOTICE OF FILING TRIAL TRANSCRIPT**

The Plaintiff, by and through undersigned counsel, hereby Notifies all interested persons that it has delivered a copy of the October, 2001 trial Transcript to the Trial Judge, the Hon. Wilkie D. Ferguson, Jr.

Respectfully submitted this 2nd day of May, 2002.

BY _____
Richard J. Burton, FBN 179337
Attorney for PLAINTIFF
18305 Biscayne Blvd., Suite 300
Miami, FL 33106
(305)705-0888  Fax (305)935-9542

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been furnished by fax & US Mail this 2nd day of May, 2002 to Shutts & Bowen LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131.

_____
RICHARD J. BURTON & Assoc. P.A.