FILED by af D.C.
MAY 07 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**HONORABLE WILKIE D. FERGUSON, JR.**

**CIVIL MINUTES**

1. Case No. 00-6107 Date: 5/6/01
2. Style Harris v Dayton Hudson
3. Plaintiff's Counsel: Richard Burton
4. Defendant's Counsel: Mary Huston
5. Type of Proceeding: Trial Day 1
6. Result of hearing: Motion Granted ☐ Motion Denied ☐
7. Case Continued to: ____ Trial Set for ____
8. Does the case require mediation? ____

Notes Jury was given.
Opening statements made.

Law Clerk: Amparo Nisi

Courtroom Deputy: Karen Gardner

Courtroom Reporter: Paul Haferling Telephone: 305-523-5668

162