## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION



STEVE HARRIS,
    Plaintiff,

Case No. 00-6107-CIV-FERGURSON

vs.

TARGET CORPORATION f/k/a
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES

_____/

### ORDER

IT IS ORDERED AND ADJUDGED that:

1. Plaintiff's counsel, Richard Burton, Esq. shall be permitted to bring into the courtroom a laptop computer and accompanying peripherals during the duration of the above caption trial commencing May 6, 2002.

DONE AND ORDERED in Chambers at Ft. Lauderdale, FL this ___7TH___ day of ___May___, 2002

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Richard Burton, Esq.
Attorney for the Plaintiff
18305 Biscayne Blvd.
Miami, FL 33160

Rene-Gonzales Llorens, Esq.
1500 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131