
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**HONORABLE WILKIE D. FERGUSON, JR.**

FILED by ad D.C.
MAY 07 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CIVIL MINUTES

1. Case No. _CO 6107_   Date: _5/7/02_
2. Style _HARRIS v. DAYTON HUDSON_
3. Plaintiff's Counsel: _RICHARD BURTON_
4. Defendant's Counsel: _MARY HUSTON_
5. Type of Proceeding: _TRIAL DAY 2_
6. Result of hearing:   Motion Granted ☐   Motion Denied ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes _Plaintiff's case presented._

Law Clerk:            Amparo Nisi

Courtroom Deputy:     Karen Gardner

Courtroom Reporter:   _Paul Haferling_            Telephone: _305-523-5668_

164