# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## HONORABLE WILKIE D. FERGUSON, JR.

FILED by _Cw_ D.C.

MAY 10 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CIVIL MINUTES

1.    Case No. _CC -6107_    Date: _5/8/02_

2.    Style _HARRIS v. DAYTON HUDSON_

3.    Plaintiff's Counsel: _Richard Burton_

4.    Defendant's Counsel: _Mary Huston_

5.    Type of Proceeding: _TRIAL   DAY 3_

6.    Result of hearing:    Motion Granted ☐    Motion Denied ☐

7.    Case Continued to: _____ Trial Set for _____

8.    Does the case require mediation? _____

Notes _Plaintiff's case continued_

_____

_____

_____

_____

_____

Law Clerk:    Amparo Nisi

Courtroom Deputy:    Karen Gardner

Courtroom Reporter:    Paul Haferling    Telephone: _305-523-5668_