UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILKIE D. FERGUSON, JR.



FILED by _____ D.C.
MAY 10 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CIVIL MINUTES

1. Case No. *00-6107*    Date: *5/9/02*

2. Style *HARRIS V. DAYTON HUDSON*

3. Plaintiff's Counsel: *Richard Burton*

4. Defendant's Counsel: *Mary Huston*

5. Type of Proceeding: *TRIAL  DAY 4*

6. Result of hearing:  Motion Granted ☐   Motion Denied ☐

7. Case Continued to: _____  Trial Set for _____

8. Does the case require mediation? _____

Notes *Plaintiff's case continued.*

Law Clerk: Amparo Nisi

Courtroom Deputy: Karen Gardner

Courtroom Reporter: *Paul Haferling*     Telephone: *305-523-5663*

*/166*