UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILKIE D. FERGUSON, JR.

FILED by ___ D.C.
MAY 13 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CIVIL MINUTES

1. Case No. 00-6107    Date: 5/13/02

2. Style: Harris v. Dayton Hudson

3. Plaintiff's Counsel: Richard Burton

4. Defendant's Counsel: Mary Huston

5. Type of Proceeding: TRIAL DAY 6

6. Result of hearing:   Motion Granted ☐   Motion Denied ☐

7. Case Continued to: _____  Trial Set for _____

8. Does the case require mediation? _____

Notes: Plaintiff concluded his case. Defendant presented its case.

Law Clerk:  Amparo Nisi

Courtroom Deputy:  Karen Gardner

Courtroom Reporter:  Paul Haferling    Telephone: (305) 523-5668