# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

      Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

      Defendant.

_____/

## DEFENDANT'S PROFFER OF TESTIMONY AND EVIDENCE

Defendant, **TARGET CORPORATION** ("Target"), submits the following proffer of
evidence and testimony which the Court excluded at trial.  In support, Target states as
follows:

## I.    TARGET'S PROFFER OF STATEMENTS AND DOCUMENTS COLLECTED DURING THE INVESTIGATION OF PLAINTIFF.

Doug Barth conducted the investigation of Plaintiff STEVE HARRIS ("Plaintiff").
During the investigation, Barth interviewed Target store employees, collected witness
statements from employees, and received documentation regarding certain improprieties
involving Plaintiff as a store manager.  These witness statements and documents collected
during the investigation are found in Trial Exhibit 85A through 85Z, of which true and
correct copies are attached hereto as Appendix "A."

The witness statements and documents should be admissible under Fed. R. Evid.
801, since the statements and documents are not intended to prove the truth of what the



investigation uncovered, but rather to demonstrate that the decision-makers conducted an investigation in good faith, collected statements and documents during the investigation, the statements and documents collected were reviewed by the three decision-makers (Barth, Gillespie, and Hasting), and the statements and documents collected were relied upon by the decision-makers when making their decision to terminate Plaintiff's employment.

Moreover, the witness statements and documents should be admissible under Fed. R. Evid. 803(6), since these are statements and documents excluded from hearsay under the business records exception: the were collected during an investigation by the head district security investigator when performing his duties.

Should the Court have allowed the following testimony proffer by Barth, Exhibit 85A through 85Z would have been admissible:

Q.    Did you obtain witness statements and documents as part of your investigation of Mr. Harris.
A.    Yes.
Q.    Let me show what has been marked as Exhibits 85A through 85Z. Do you recognize these documents.
A.    Yes.
Q.    Are these the witness statements and documents that were collected during the investigation.
A.    Yes.
Q.    Were the witness statements and documents made by persons with knowledge of, or made from information transmitted by persons with knowledge of, the acts and events appearing in it.
A.    Yes.
Q.    Were the witness statements and documents made at or near the time of the investigation.
A.    Yes.
Q.    Is it the regular practice of Target  to obtain such witness statements from employees and documents when conducting an investigation of an executive.
A.    Yes.
Q.    Were these witness statements and documents kept in the course of a regularly conducted business activity.

A.      Yes.

Q.      Did you rely on these witness statements and documents when you decided to terminate Plaintiff's employment.

A.      Yes.

Q.      Were these the witness statements and documents that you presented to Mark Hasting and Terry Gillespie to assist them in deciding whether to terminate Plaintiff's employment.

A.      Yes.

Q.      Were these the witness statements and documents that Mark Hasting, Terry Gillespie, and you reviewed, considered, and relied upon in meetings to decide whether to terminate Plaintiff's employment.

A.      Yes.


## II.    PROFFER OF PLAINTIFF'S BOUNCED CHECK AND BANK STATEMENT.

One of the reasons that the three decision-makers considered Plaintiff to be a security risk was because of the bank account documents that Plaintiff provided to Target during the investigation. Plaintiff provided a bank letter and bank statement to allegedly prove that a bounced check Plaintiff had presented at Target was a bank error. Under Target's policies, an employee could be terminated for presenting a check with insufficient funds at Target.

Upon reviewing the bank letter and statement (which covered a period from January 11, 1999 to February 22, 1999), the decision-makers discovered that (1) Plaintiff could not demonstrate that the bounced check he had presented at Target was a bank error; (2) Plaintiff had presented 10 checks with insufficient funds during February; and (3) Plaintiff mysteriously deposited $160 on the very next business day after the Shooter's dinner.

The Court should have allowed testimony regarding Plaintiff's bounced check and what the decision-makers discovered when reviewing Plaintiff's bank account statements. The Court should have also allowed the introduction of Exhibits 85W (a dishonored check

notice from Target to Barth and Hasting regarding Plaintiff's bounced check) and 85R (the bank letter and account statement provided by Plaintiff to Target), which are respectively attached hereto as Appendices "B" and "C." The three decision-makers reviewed, considered, and relied upon the internal memorandum and bank account documents in determining whether to terminate Plaintiff's employment. If allowed at trial, Barth's testimony would have been as follows.

Q.   Did an issue involving a bounced check arise during your investigation.
A.   Yes
Q.   Tell us what happened.
A.   I received a memorandum in early February 1999, informing me that Plaintiff had bounced a $30 check he had presented at Target.
Q.   What is Target's policy when an employee provides a bounced check to Target.
A.   Target policy is that an employee may be terminated for providing a bounced check to Target.
Q.   Please turn to Exhibit 85W. Can you identify this document.
A.   Yes. It is the internal memorandum I received from Target regarding Plaintiff's bounced check.
Q.   Who is it addressed to.
A.   The District Team Leader of T310.
Q.   Who was the District Team Leader of T310 at the time.
A.   Mark Hasting.
Q.   Who received a carbon copy:
A.   I did.
Q.   You received a carbon copy in your role as the district assets protection team leader.
A.   Yes.
Q.   What is the purpose of this memorandum.
A.   To inform me and Mark Hasting that an executive employee had violated Target's policies by providing a bounced check at Target.
Q.   Turn to page 2 of that memorandum. Who does the memorandum identify as the Target employee who provided the bounced check.
A.   Plaintiff Steve Harris.
Q.   Turn to Page 3. How much was the bounced check for identified by the document
A.   $30.
Q.   Did you discuss the bounced check with Plaintiff during your investigation.
A.   Yes. We discussed the issue when we met with Plaintiff.
Q.   What did Plaintiff say.
A.   Plaintiff stated that the bounced check was a bank mistake and that he would provide us with documents showing that it was the bank error.

-4-

Q.    Did Plaintiff provide you with any documentation to show that the bounced check was a mistake by the bank.

A.    Yes. Plaintiff provided us with a bank letter and bank account statement.

Q.    Please turn to Exhibit 85X. Do you recognize these documents.

A.    Exhibit 85X is the bank letter and the bank account statement that Plaintiff provided to us during the investigation to allegedly demonstrate that the bounced check was a bank mistake.

Q.    Did Plaintiff also send you his bank account statement.

A.    Yes.

Q.    Can you please turn to the second page of Tab X. Is this the document that Plaintiff provided to you to demonstrate that the $30 bounced check was a bank mistake.

A.    Yes.

Q.    This document is Plaintiff's bank statement for the relevant time period of January and part of February 1999.

A.    Yes.

Q.    Could you tell from this document whether the $30 bounced check Plaintiff had provided to Target was actually a bank mistake.

A.    No.

Q.    Plaintiff's bank account statement has entries from January 11, 1999 to February 22, 1999. How many checks did Plaintiff bounce during that time period.

A.    Ten checks.

Q.    Did you consider the number of bounced checks when making your decision to terminate Plaintiff.

A.    Yes.

Q.    Did you have any concerns upon reviewing the bank statement that Plaintiff had bounced 10 checks during the time period in which he provided the Shooter's Receipt to Target.

A.    Yes. We were concerned that Plaintiff was a security risk given that he had committed certain financial improprieties at Target, such as pocketing money at the Shooter's dinner, deliberately purchasing merchandise at the wrong price, making misrepresentations to his subordinates about the price of a product that he had purchased, and borrowing money from employees. Moreover, the bank statement showed that Plaintiff was having some financial difficulties since he had bounced 10 checks in just a one month period.

Q.    In addition to the 10 bounced checks, did you have any other concerns after reviewing Plaintiff's bank account statement

A.    Also, on the Monday immediately following the Shooter's incident (Friday), Plaintiff deposited a $160 to make his account positive again. This amount is too coincidentally similar and near in time to the amount Plaintiff pocketed at the Shooter's dinner.

Q.    Did the $160 deposit dated Monday February 1st raise suspicions in your investigations given that Plaintiff adds $160 to the Shooter's dinner cost.

A.    Yes.

III.     **PROFFER OF EVIDENCE OF WHITE MANAGERS TERMINATED BY BARTH.**

Barth would have testified at trial that, during the time he was investigating Plaintiff, he was also investigating Ron Rapplee, a White executive at Target.     Barth was investigating Rapplee because he was seen taking coffee at Target without paying for the coffee.  Barth terminated Rapplee for taking coffee without paying.

Clearly, Rapplee is Plaintiff's comparator.  Should Barth have been allowed to testify as to comparator evidence, he would have testified as follows:

Q     At the time that you were investigating Plaintiff from February 1st to March 5th, were you investigating any other Target executive.
A.     Yes.
Q     Who.
A.     Ron Rapplee, who was an executive at another Target store.
Q     What was Mr. Rapplee being investigated for.
A.     He was seen taking coffee from the Target store without paying for the coffee.
Q     Did you take any adverse action against Mr. Rapplee.
A.     Yes.
Q.     What adverse action did you take against Mr. Rapplee.
A.     I terminated Rapplee.
Q     What was Mr. Rapplee's race.
A.     He was White (Caucasian).

IV.     **PROFFER OF TESTIMONY AND DOCUMENTS INVOLVING SEXUAL HARASSMENT INVESTIGATION OF STEVE HARRIS.**

In the Fall of 1996, Terry Gillespie undertook a sexual harassment investigation of Plaintiff based upon employee complaints.  The sexual harassment investigation delayed Plaintiff's appointment to a store team leader position.   The sexual harassment investigation included several employee statements which were identified as Trial Exhibits 9, 10, 11, 12, and 13, and which are attached hereto as Appendix "D."  Should Gillespie

have been allowed to testify about the sexual harassment investigation, he would have

testified as follows:

Q:   Identify the documents marked as Defense Exhibits 9, 10, 11, 12, and 13.
A:   These are statements that were written by Target employees Brandy Svoboda, Laurie Wagner, Liza J. Arrondo, Melissa Jerinsky, and Corrine Roberts in connection with an investigation of a charge of sexual harassment brought against Mr. Harris in the fall of 1996.
Q:   Were you involved in the investigation?
A.   I supervised the investigation and collected the statements.
Q:   At the time you collected these documents, were you responsible in the regular course of your duties for performing such investigations and collecting such documents?
A:   Yes.
Q.   Was it in the regular course of Target's business to collect such documents?
A:   Yes.
Q:   Were these documents collected in the regular course of Target's business?
A:   Yes.
Q:   Was the statements made by a person with knowledge of, or made from information transmitted by a person with knowledge of, the acts and events appearing in it.
A:   Yes.
Q.   Was the statement made at or near the time of the investigation.
A:   Yes.
Q.   Is it the regular practice of Target to obtain such statements from employees when conducting an investigation of an executive.
A:   Yes.
Q.   Were these statements kept in the course of a regularly conducted business activity.
A:   Yes.
Q:   What was the result of the investigation?
A:   Mr. Harris was not formally disciplined; however, he was given feedback and verbally coached about the issues raised.
Q:   Did the sexual harassment investigation have any effect on when Mr. Harris received an assignment to be a store team leader?
A:   Although Mr. Harris was already approved for promotion to the position of store team leader, the investigation caused a delay in his actually receiving an appointment at a store as its store team leader, and he was assigned to Store 391 to further assess his leadership in a new environment.

## CONCLUSION

Defendant, TARGET CORPORATION, requests that the Court adopt the following

proffer.

Respectfully submitted,

SHUTTS & BOWEN LLP
Attorneys for Defendant
1500 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6300
Facsimile: (305) 347-7386

By: _____
    Mary Ruth Houston
    Florida Bar Number 834440
    Sidney C. Calloway
    Florida Bar Number 790982
    Rene Gonzalez-Llorens
    Florida Bar Number 0053790

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand-delivered on this /4 day of May 2002, to

Richard J. Burton, Esq.
Richard J. Burton & Associates, P.A.
18305 Biscayne Boulevard, Suite 300
Miami, Florida 33160.
Tel: (305) 705-0888
Fax: (305) 935-9542
Attorney for Plaintiff

_____
OF COUNSEL

-8-

# DEFENDANT'S COMPOSITE TRIAL EXHIBIT 85

A      Shooter's Restaurant Receipt dated 1/29/99

## STATEMENTS RECEIVED BY TARGET DURING INVESTIGATION

B      Doug Barth
C      Tim Blacknik
D      Don Fankhauser (3 Statements)
E      Evan Feldman - Verbatim Transcription Attached
F      Sandy Gryzbak - Verbatim Transcription Attached
G      Sunil Harrypersad
H      Donna Keil (3 Statements)
I      Caryn Knapp  *1/2/23/0*
J      Paula Layne (2 Statements)  *1/2/26*
K      Tina McHugh
L      Natalie McKenna
M      Annette Sternberg
N      Shannon Tetrault (3 Statements)
O      Dyanne Vass

## DOCUMENTS RECEIVED BY TARGET DURING INVESTIGATION

P      1/30/99 - Vouchers and Receipts for Dinner at Shooter's
Q      12/17/98 - Over and Short Report - $300.00
R      10/9/98 - Receipt for Purchase of Power Wheels Toy
S      Discount History Display for Tim Blacknik re: Power Wheels Toy
T      Item Inquiry Comparison for Power Wheels Toy
U      1/26/99 - Beach Towels Receipt
V      2/23/99 - Print Out dated 2/23/99 of Harris' American Express Corporate Card
            Purchases from 4/98 to12/98 and Print Out dated 2/23/99 of American Express
            Reimbursements for Harris
W     2/8/99 - Target Memorandum re: Harris' Dishonored Check
X      1/20/99 - First Union Bank Letter and Harris' January/February Bank Statement
Y      Harris' Target Credit Card Report
Z      1/27/99 - Contract for Painting Mural and 2/19/99 Vouchers for Payment for Mural



DEFENDANT'S
EXHIBIT
A
00-6107-Civ-Ferg

# DEFENDANT'S COMPOSITE TRIAL EXHIBIT 85

A    Shooter's Restaurant Receipt dated 1/29/99
B    Memo prepared by Doug Barth


## DOCUMENTS RECEIVED BY TARGET DURING INVESTIGATION

P    1/30/99 - Vouchers and Receipts for Dinner at Shooter's
Q    12/17/98 - Over and Short Report - $300.00
R    10/9/98 - Receipt for Purchase of Power Wheels Toy
S    Discount History Display for Tim Blacknik re: Power Wheels Toy
T    Item Inquiry Comparison for Power Wheels Toy
U    1/26/99 - Beach Towels Receipt
V    2/23/99 - Print Out dated 2/23/99 of Harris' American Express Corporate Card
     Purchases from 4/98 to12/98 and Print Out dated 2/23/99 of American Express
     Reimbursements for Harris
W    2/8/99 - Target Memorandum re: Harris' Dishonored Check
X    1/20/99 - First Union Bank Letter and Harris' January/February Bank Statement
Y    Harris' Target Credit Card Report
Z    1/27/99 - Contract for Painting Mural and 2/19/99 Vouchers for Payment for Mural


MIADOCS 462324.1 MBD

```
                 SHOOTERS
              ON THE INTRACOASTAL
              3033 N.E. 32ND AVE.
            FT. LAUDERDALE, FL  33308
               (954) 566 - 2855
                               30660
     BILL  S              Table 231
     Date 01/29/99 at  6:52pm   Gst    5
     ------------------------------------
        4 BUDWEISER        11.12
       11 FL BEER TAX #1    0.55
        1 POTATO SKINS      5.99
        3 SHR  COCKTAIL    25.50
        7 BUD LITE         19.46
        1 PRIME/SCAMPI     15.99
        3 MYSTIC CAB. SAU  14.25
        3 FL LIQ TAX #3     0.60
      c   MARGHERITA              NEG KITCH
        1 SODA              1.75
        1 PRIME/SCAMPI     15.99
        1 9 OZ FILET       16.99
     ------------------------------------
                        SubTotal  128.19

                        Taxes...    7.68


               Total.  135.87
                         100 00
     NOTE:
       COMPS: 7.99
     ******** Gratuity not included***********

      *      Return this receipt for 10%    *
      *      discount on your next          *
      *      purchase at the boutique        *
      *    **********************************
```



 **Target Stores**
D310 Assets Protection

cc:

TO:          Marvin Ellison

FROM:        Doug Barth

DATE:        15 February, 1999

SUBJECT:     Steve Harris - Shooter's Receipt

On 1/29/99, Steve Harris (Stl T393) received $500.00 from the service desk to take his exec. team out to dinner for a going away party for Even Feldman (see exhibit A). That night they went to Shooter's in Ft. Lauderdale. About 5 people showed up for it. The bill came out to $135.87 (See exhibit D). Steve asked Don Fankhauser how much to pay. Don said that $160 should cover it. He did not witness exactly how much was paid. On 1/30, Steve turned in the receipt showing total of $295.87 (See exhibit B) . The service desk rang in the left over money back into the register for $295.87. This was an incorrect amount because on the receipt it was listed as the amount paid. That transaction was voided later that day and rerung with the amount of $205 going back into the store (See exhibit C). The receipt showed a tip of $160 which is more than the original bill of $135. On 2/3, I called Bill S. (waiters name on the receipt) and asked if he remembered the dinner party. He told me that he remember the $135 transaction and sort of thought the tip was about $25. He stated that there was no way it could have been $160 because that would have been a great night and he would have remembered it.



Target/Harris 342

escription: _____

Target/Harris 343

| | | |
|---|---|---|
| | SUBTOTAL | 222.82- |
| DRUG SALE 01/13/2002 222.82- | | |
| 001 09504 REFUND | | .00 |
| APPROVAL | NO TAX | |
| | TOTAL | 222.82- |

222.82-
PURCHASE ORDER CREDIT 123456790
ACCOUNT NUMBER 64900003932610
PURCHASE ORDER#

TLOD Signature    Second Signature

If Over Dollar Limit (District Team Leader)

APPROVED PRIOR TO  Is backup attached? ☐ Yes ☐ No
___ PAYMENT HAVE BACKUP ATTACHED.

If no, reason must be completed _____

| | | |
|---|---|---|
| REG. HRS. | | Record payroll vouchers |
| O.T. HRS. | | and repayments in Payroll |
| VAC. HRS. | | Voucher Log. |
| HRS. | | |

___ Payroll Deduction
___ Manual Repayment
___ Journal Entry (PR Dept)

| | $ | |
| | $ | GROSS $ |
| WH | $ | X 70% |
| WH | $ | NET $ |

CHECK ONE:
☐ PAYOUT MONEY    ☐ RECEIVE MONEY

RING IN INSTRUCTIONS
• Insert Cashier Team Lead Key
• Key Cashier #, press **ADMIN FUNC**
• Key 50, Press ENTER
• If a payout: Key 1, Press **ENTER** or
  If money received: Key 0, Press ENTER
• Key amount [ 5000 ], Press **ENTER**
• Key P.O. # Below, Press ENTER

*Paid Out*

| | STORE/LOC. | EXP. CTR. | PROJECT CODE | |
|---|---|---|---|---|
| 64900039326110 | | | | CHARGES TO CONTROLLABLES |
| 00 | | 3 1 | | FIELD DISCRETIONARY FUNDS ARTS |
| 00 | | 3 2 | | FIELD DISCRETIONARY FUNDS SOCIAL |
| 00 | | 3 3 | | FIELD DISCRETIONARY FUNDS MISC. |
| 00 | | 3 | | GOOD NEIGHBOR CONTRIBUTIONS |
| 00 | | 4 0 0 0 0 | | MISCELLANEOUS INCOME/EXPENSE |
| 0 5 0 1 0 0 0 0 | | | | REPAIR FOR RESALE |
| 0 0 0 0 | | | | GUEST - MINOR CLAIM |
| 00 | | 2 6 1 0 | | PAYROLL CASH VOUCHER |

**TURN OVER AND VALIDATE BACK OF FORM**

overpayment from this voucher I authorize Target
___ unt from a future paycheck.

Payee's Signature and Phone Number
___ S Federal Hwy  Deerfield
Street

STORE COPY

TLOD/S

VOUCHER MUST BE APP___
PAYMENT AND HAVE BA___

If no, reason must ___

| | |
|---|---|
| ___ REG. HRS. | |
| ___ O.T. HRS. | |
| ___ VAC. HRS. | |
| ___ HRS. | |

| | | | | |
|---|---|---|---|---|
| GROSS | | | | |
| FICA | | | | |
| FED. WH | | | | |
| STATE WH | $ | | GROSS | $ |
| | | | X | 70% |
| NET | $ | | NET | $ |

CHECK ONE:
☐ PAYOUT MONEY    ☐ RECEIVE MONEY

RING IN INSTRUCTIONS
• Insert Cashier Team Lead Key
• Key Cashier #, press **ADMIN FUNC**
• Key 50, Press ENTER
• If a payout: Key 1, Press **ENTER** or
  If money received: Key 0, Press ENTER
• Key amount [ 222.82 ], Press **ENTER**
• Key P.O. # Below, Press **ENTER**

| ONE | EXPENSE ACCT. | STORE/LOC. | EXP. CTR. | PROJECT CODE | |
|---|---|---|---|---|---|
| | 64900003932610 | | | | CHARGES TO CONTROLLABLES |
| | 7 7 2 0 0 0 | | 3 1 | | FIELD DISCRETIONARY FUNDS ARTS |
| | 7 7 2 0 0 0 | | 3 2 | | FIELD DISCRETIONARY FUNDS SOCIAL |
| | 7 7 2 0 0 0 | | 3 3 | | FIELD DISCRETIONARY FUNDS MISC. |
| | 7 7 4 0 0 0 | | 3 | | GOOD NEIGHBOR CONTRIBUTIONS |
| | 9 4 9 0 0 0 | | 4 0 0 0 0 | | MISCELLANEOUS INCOME/EXPENSE |
| | 0 8 9 0 4 | 3 0 5 0 1 | 0 0 0 0 | | REPAIR FOR RESALE |
| | 0 7 4 0 0 0 | | 0 0 0 0 | | GUEST - MINOR CLAIM |
| | 8 6 4 0 0 0 | | 2 6 1 0 | | PAYROLL CASH VOUCHER |

• Press **TOTAL**    **TURN OVER AND VALIDATE BACK OF FORM**

In the event of an overpayment from this voucher I authorize Target
to deduct the amount from a future paycheck.

( 427-8888 )

Payee's Signature and Phone Number
Academy Trophy & Track
817 S. Federal Hwy  D.F. Bch.
Street    Fla. 33441

F3239.13 (Rev. 7-98)    STORE COPY

| Left column | Right column |
|---|---|
| description: | Detail description: Going away party |
| OVAL | APPROVAL |
| ignature   Second Signature | TLOD Signature   Second Signature |
| If Over Dollar Limit (District Team Leader) | If Over Dollar Limit (District Team Leader) |

R MUST BE APPROVED PRIOR TO T AND HAVE BACKUP ATTACHED.
Is backup attached? ☒ Yes ☐ No
eason must be completed _____

___ REG. HRS. $
___ O.T. HRS. $
___ VAC. HRS. $
___ HRS. $

Record payroll vouchers and repayments in Payroll Voucher Log.

SS $
___ Payroll Deduction
___ Manual Repayment
___ Journal Entry (PR Dept)

WH $
TE WH $
$

GROSS $
X 70%
NET $

CK ONE:
AYOUT MONEY    ☒ RECEIVE MONEY

IN INSTRUCTIONS
n Cashier Team Lead Key
Cashier #, press ADMIN FUNC
50, Press ENTER
ayout: Key 1, Press ENTER or
received: Key 0, Press ENTER
┌──────────┐
│ 2 0 5 0 0 │ , Press ENTER
└──────────┘
P.O. # Below, Press ENTER

Right column:

VOUCHER MUST BE APPROVED PRIOR TO PAYMENT AND HAVE BACKUP ATTACHED.
Is backup attached? ☒ Yes ☐ No
If no, reason must be completed _____

___ REG. HRS. $
___ O.T. HRS. $
___ VAC. HRS. $
___ HRS. $

Record payroll vouchers and repayments in Payroll Voucher Log.

GROSS
FICA
FED. WH
STATE WH $

___ Payroll Deduction
___ Manual Repayment
___ Journal Entry (PR Dept)

GROSS $
X 70%
NET $

CHECK ONE:
☐ PAYOUT MONEY    ☐ RECEIVE MONEY

RING IN INSTRUCTIONS
• Insert Cashier Team Lead Key
• Key Cashier #, press ADMIN FUNC
• Key 50, Press ENTER
• If a payout: Key 1, Press ENTER or
  If money received: Key 0, Press ENTER
• Key amount ┌──────────┐, Press ENTER
• Key P.O. # Below, Press ENTER

| EXPENSE ACCT. | STORE/LOC. | EXP. CTR. | PROJECT CODE | |
|---|---|---|---|---|
| 7 7 2 0 0 0 | | | | CHARGES TO CONTROLLABLES / FIELD DISCRETIONARY FUNDS ARTS |
| 7 7 2 0 0 0 | | 3 2 | | FIELD DISCRETIONARY FUNDS SOCIAL |
| 7 7 2 0 0 0 | | 3 3 | | FIELD DISCRETIONARY FUNDS MISC. |
| 7 7 4 0 0 0 | | 3 1 0 | | GOOD NEIGHBOR CONTRIBUTIONS |
| 9 4 9 0 0 0 | | 4 0 0 0 0 | | MISCELLANEOUS INCOME/EXPENSE |
| 0 8 0 4 3 0 5 0 1 0 0 0 0 | | | | REPAIR FOR RESALE |
| 0 7 4 0 0 0 | | 0 0 0 0 | | GUEST - MINOR CLAIM |
| 8 6 4 0 0 0 | | 2 6 1 0 | | PAYROLL CASH VOUCHER |

• Press TOTAL    TURN OVER AND VALIDATE BACK OF FORM

In the event of an overpayment from this voucher I authorize Target to deduct the amount from a future paycheck.

Payee's Signature and Phone Number
Street



327089

**SHOOTERS**
ON THE INTRACOASTAL
3033 N.E. 32ND AVE.
FT. LAUDERDALE, FL 33308
(954) 566 - 2855

30660
Table 231
Gst      5

BILL S
Date 01/29/99 at 6:52pm

| | |
|---|---|
| 4 BUDWEISER | 11.12 |
| 11 FL BEER TAX #1 | 0.55 |
| 1 POTATO SKINS | 5.99 |
| 3 SHR COCKTAIL | 25.50 |
| 7 BUD LITE | 19.46 |
| 1 PRIME/SCAMPI | 15.99 |
| 3 MYSTIC CAB. SAU | 14.25 |
| 3 FL LIQ TAX #3 | 0.60 |
| MARGHERITA | 1.75 |
| 1 SODA | 15.99 |
| 1 PRIME/SCAMPI | 16.99 |
| 1 9 OZ FILET | |

NEG KITCH

70%

SubTotal  128.19

Taxes...  7.68

Total.  135.87
100 00
29587

NOTE:
COMPS: 7.99
******** Gratuity not included**********
******* Return this receipt for 10%    *
*       discount on your next          *
*       purchase at the boutique        *
*****************************************

**Target/Harris 345**

MINOR CLAIM

PAYROLL CASH
VOUCHER

TURN OVER AND VALIDATE BACK OF FORM



**TARGET.**

Store No. _343_

## SUPPLEMENTAL STATEMENT

☐ Narrative Supplement     Name Subject # 1 _____

                                 Name Subject # 2 _____

☐ Witness Statement:   Name _Tim BlacKnik_ ___ Address _____ Phone _____

                     Employer _____ Date _3-1-1999_ Time _____ DOB _____

Narrative/Statement: While on my scheduled shift at the front lanes in the month of October in 1998, I was asked to purchase a display of a child size electric race car for the store manager, Steve Harris. Steve would have purchased it himself, but the lanes were backed up and Steve got on the cash only register (#72) to ring. Before getting on the register, he gave me the ~~correct~~ money to purchase the item for him. I do not remember how much it cost. A cashier rang up the electric toy car, and I may have used my employee number for the 10% discount. As I recall, the cart attendant and I loaded the toy car into Steve's car that was parked outside the front doors next to the curb. When I went back into the store Steve was still on register #72. I gave him his change and receipt and have not heard or thought about it since then until questioned about it today March 1st 1999.

Target/Harris 354

Witnesses: _____

Report/Statement by _Tim BlacKnik_

Position/Title _IPS_

age _____ of _____

F 1343.24 (Ed. G-85)

This statement is prepared at the request of Mark Hasting, DTL District 310.

I have been assigned to T393 as APTL since mid. November 1998; during this time I have observed the following incidents or dealt with situations.

Early December, I was talking to Dyane Voss, PPTL. I was inquiring into price changes and the amount of clearance in the store unticketed. The Risk report shows price change as being current. ~~Dyane informed me store changes, she~~ ~~instructed her to activate price changes so it would not show up~~ ~~as late~~. She informed me her team basically just made the tickets and did not have the opportunity to ticket the merchandise. Tickets could be found printed in bags in the various offices.

Late November, freight became a major issue in the store and the ability to get it worked to the floor. We were at times backed up as many as three or four trucks still setting on pallets. I was finding unworked merchandise on the belt in the stock room. I ask several of the team members why the box's were not worked, they informed me Steve told them to just unload the truck and send it upstairs. I found several pallets of softlines shrinked wrapped and placed on the steel in the bulk stock room.

One of the first issues I dealt with at the store was the use of rewrap tickets. The ticket was placed on all terminals to be used for unticketed items. This program replaces the usage of the 999 rings and enhanced the risk report. I spoke to Steve and Shannon about this program. Shannon informed me this was Steve's idea.

During the first of December, credit was being driven hard for the season. A program was put in place to offer 10% off of your purchase just for applying. I talked to the entire staff about this issue and to my knowledge it was not authorized as a program. Steve told me, he had spoken to the DTL and was testing it. Steve said Mark told him to do it for two weeks and let him know how it worked.



TARGET/HARRIS240

January 29,1999 was Evan Feldmans last day, Steve had planned a going way party for him. The party was held at Shooters on the intercostal in Ft. Lauderdale. Natalie McKenna came to close the store so all execs. could attend. Steve had Natalie write a $500 voucher for the expense of the party. The only employees that showed up were Steve, Evan, Shannon and myself. When the bill came, I was setting next to Steve. He said the bill was $135 and asks what 20% of that would be for a tip. I told him to give the waiter $160, that would cover the tip. Steve gave him correct change.

I ask Steve to return the unused portion of the money to the store on Saturday, as that was the last day of the fiscal year. Monday Feb. 1, 1999 I checked the voucher book to follow up on the expense money. I found the money rerang for $295.87 but voided. The next voucher was money rang in for $205.00. I had the cash office get me the original voucher with the receipt. The amount for the party should have been $160 spent and $340 returned. On the receipt a hand written amount of $160 was added in and the total being $295.87.

Respectfully Submitted
Don Fankhauser, APTL T393

Target/Harris 346

This statement is written in regards to an incident occurring on Jan. 29, 1999.

This particular day was ETL Evan Fieldmans last day with Target. A going away party had been planned. The executive staff was going to Shooters on the Intercostal for dinner. At approx. 3:30 p.m. Natalie McKenna, ETL from T638, came to close this store so all executives could attend the party.

STL. Steve Harris instructed Natalie to issue a voucher for $500.00. I stood at the front lanes with Natalie as she wrote the voucher and I signed it. Natalie then walked to the service desk and rang the voucher for the correct amount. Steve was on the phone at lane 1, so Natalie placed the money in an envelope and handed it to me. I then walked to the lane where Steve was standing and verified the money, after Steve finished his phone conversation. I counted the money out to him and then handed the money to him personally. This was the last I saw of the money until he paid the bill at the restaurant. The money being given to Steve is verified on videotape, which I have included with this statement. The ETL's at the dinner were, Steve Harris, Evan Fieldman, Shannon Teteraul and myself. When I arrived Steve and Evan was the only two there. Shannon arrived as the last person. After dinner the waiter brought the bill and handed it to Steve, he looked at it and commented, " whats 20% of $135" I informed him that $160 would cover the bill and the tip. I saw Steve remove money from his pocket and noticed he had an American Express Corporate card. I made comment about it, and he said it was for emergencies. He counted out money from what he had and placed it in the holder with the bill. I know from the denomination of money he had 23 $20's and 4 $10's , he had to leave an even amount. We all then left the restaurant and went our separate ways.


Respectfully submitted

Don Fankhauser

**Target/Harris 353**



Evan Feldman's statement:
March 1st, 1999


I do remember having a conversation with Donna, the logistics
manager, concerning the ride-on motorized toy. I remember coming
in one day and approaching Donna in the TBA (or chalk room)
asking her what had happened to the display that was there that
was supposed to be on the new planogram in toys. I do not recall
all of the details from her response, but I do remember her
saying that she had no idea it was for the new planogram. I also
remember being upset that it was not in TBA a day after I had
seen it. I do not recall any other details about the conversation
I had with Donna.



Target/Harris 355

Evan Feldman's statement:
March 1st, 1999


I do remember having a conversation with Donna, the logistics manager, concerning the
(illegible) motorized toy.  I remember coming in one day and approaching Donna in the TBA
room/bulk room asking her what happened to the display that was there that was supposed to be
on the new planogram in toys.  I do not recall the details from her response, but I do remember
her saying that she had no idea it was for the new planogram.  I also remember being upset that is
was not in TBA a day after I had seen it.  I do not recall any other details about the conversation I
had with Donna.


MIADOCS 459603.1 MBD

**Target Stores**
1890 SW Federal Highway
Deerfield Beach, Florida 33441
Telephone 954-426-2633



2-12-99



1. My second week at 393 I noticed the PC team printing tickets and labels and putting them into bags. They said they would print the tickets/labels for that day and try to work them when they could. I asked if they really worked them, and where did they find the time. They said they had a hard time working them the day and usually didn't do it. They told me management told them to do this so the store wouldn't be on a late report. I asked which managers - they answered all managers. I told them to stop this ASAP. I proceeded to ask Steve if he knew this was going on and he said yes. He said "goes to prove what a bad supervisor Diane (PC/PO6) really was" and why he has started the counseling procedures. I asked why this bagging tickets wasn't stopped - he never answered me.

2. Steve & I walked into bulk room and noticed some team members going through a float of beach towels that clearance tickets on them. I had an LRT and proceeded to scan some of them & noticed some were were ticketed incorrectly - some scanned regular retail & had clearance tickets on them

A Division of the Dayton Hudson Corporation

Printed on recycled paper.

Tab __ .Harris 328

Target Stores
1200 South Federal Highway
Deerfield Beach, Florida 33441
Telephone 954-426-2633

I mentioned to Steve that I will research the towels & re-ticket if necessary — but they will not go to the floor until then.

Angela (Cty Back) and myself pushed the float to an isolated area near Cty Back and put a large sign "Don't touch to be researched".

A few days later I mentioned to Tina (Softlines TL) I had to go and research the beach towels. She said she noticed Steve buying some beach towels the other night

Sandy Przyhdul

Target/Harris 329

A Division of the Dayton Hudson Corporation          Printed on recycled paper.

Harris v. Target
Transcription of Hand-Written Statement by Sandy Gryzbak

2/12/99

1. My second week at 393 I noticed the PC team printing tickets and labels and putting them into bags. They said they would print the tickets/labels for that day and try to work them when they could. I asked if they really worked them and where did they find the time. They said they had a hard time working them the day and usually didn't do it. They told me management told them to do this so the store couldn't be on a late report. I asked which managers - they answered all manager. I told them to stop this ASAP. I proceeded to ask Steve if he knew this was going on and he said yes. He said "goes to prove what a bad supervisor Diane (PC/POG) really was," and why he has started the counseling procedures. I asked why this bagging tickets wasn't stopped - he never answered me.

2. Steve & I walked into the bulk room and noticed some team members going through a float of beach towels that clearance tickets on them. I had an LRT and proceeded to scan some of them & noticed ???some were ticketed incorrectly - some scanned regular retail & had clearance tickets on them.

Page 2

I mentioned to Steve that I will research the towels & reticket if necessary - but they will not go to the floor until then.

Angela (Charge Back) and myself pushed the float to an isolated area near Charge Back and put a large sign "Don't touch to be researched."

A few days later I mentioned to Tina (Softlines TL) I had to go and researched the beach towels. She said she noticed Steve buying some beach towels the other night.

Sandy Gryzbak

MIADOCS 371942.1 MBD



15:22 pm.

Monday 22nd February, 1999.

To Whom This May Concern:

On Thursday 18th February at about 5:00 pm I was in Steve's office touching base on the daily events since we had a visit with Eric Fredrickson. During that time Steve was about to leave and asked me to do him a favor. He said that the artist Joanne would be in to pickup some money that was due to her for the job in the break room and the conference room. He said that she will be in on Friday morning between 8:00-9:00 am. He gave me a copy of the bill proposal and said that she had already received $300.00 for supplies and that she was owed $700.00. He said that I could ring it out of 603 3610.

I have never rang a voucher for this amount and I asked Steve how do I ring the voucher. Should it be rung up split or for the Total $700.00? I also questioned ~~whether~~ Whether we needed Dept permission and he said it was OK to ring split. He also said that he was going to sign the vouchers and leave them in the book. I said that he should not sign them, because Sandy G. and myself would be here Friday morning and we will take care of. I have always been told also that it was never a good idea to leave signed vouchers. This was the other reason why I opted for him not to sign. On Friday Joanne the artist came in to get her money and I filled out the vouchers and took them to Sandy to sign. Sandy asked about the 2 vouchers and I said that Steve asked me to ring them up and pay Joanne

Target/Harris 245

her $700.⁰⁰. I made a comment/question to Sandy asking if we should call the DAPL for any permission. She asked if Steve said to ring them and I said yes. The vouchers were rung up and given to Joanne and she left. All I was doing was following the directions given by my STL.

Not at any given time was it my intention to do or commit an act that is against Target policy. I have been employed with Target for almost 9 years and in that time I have proven myself to be an honest and dedicated team member. I have never had any disciplinary action brought before me and I pride myself on the good job that I do. I questioned and asked whether the voucher should be rung up split or together because I wasn't sure whether it will go thru or through the register because of the amount .

This information is to the best of my knowledge, please feel free to contact me for any future questions.


Sincerely
Sunil Noorgassed

ETL - hardlines





Target/Harris 246

The GSTL was instructed by the STL (Steve Harris) to post at the front lanes the Misc. Softlines rewrap tickets at each register for the purpose of lowering the use of keying 999999. By doing this it caused our B markdown dollar amount to be $2500 to $3500 for a given week. When I challenged this process, the tickets were taken down and I was told that if our 999999 Percent on risk increased I would be held responsible.

The Backroom Captain was instructed by the STL (Steve Harris) to use Exception Pull Sheets on a regular basis. Their ghost percent was at one percent, but this was not a true gage of their backroom integrity. With the sheets they were correcting location errors as they went. When I challenged this, the sheets were taken way and the ghost percent went up.

The PPTL was instructed by the STL (Steve Harris) to just activate price changes so that they would not be late. If you look at T0393's Eaches per Hour, they are two to three times higher than any store in the district.

The Flow Team Leader was instructed by the STL (Steve Harris) to through away hangers and pallets worth of empty repack boxes to free up space in the receiving area. These should have been sent back to the DC on a truck during a sweep week. This was done on several occasions.

The Flow Team Leader was instructed by the STL (Steve Harris) to send upstairs to backstock freight that had not yet been worked. This was done on several occasions.

Shortly after arriving at T0393, Steve asked if I wanted lunch from across the street, I said yes and gave him my order. He said he would go get it, but had no cash on him. I gave him a twenty. After lunch Steve made no attempt to even give me back my change. In front to two other executives I made the comment, "Steve, I don't mind buying the lunch, but can I at least have the change from the twenty back." I had made that comment because I had heard reference to the fact that Steve was always borrowing money and not paying it back. My comment must have caused some embarrassment because he never asked me again. I do know for a fact that he borrowed money on several occasions from Paula Layne and made no attempt to repay.


I hereby make these statements and know them to be true. This day Monday, February 15, 1999.



~~Donna~~ L. Keil

Target/Harris 339

In reference to the night of Dec 12th Steve asked me to go across the street to Denny's to help him pick up an order of food for approx. 32-36 (average meal $6.00) team members for participating in an overnight flow push. He stated that he had $300 and asked if that would cover it. My response was it was more than enough (simple math). When we went across the street I was loading my car with a cook while Steve settled the bill. I was not aware of the exact total. He retained the receipt and the change. At no time were either in my possession.

Another event that I feel I should bring to your attention is that shortly after my arrival at T0393 I was questioning some items that were in the TBA room and their status. I questioned Steve about what appeared to be a Power Wheel display model. Why, what and how long it had been there. He responded to me that it had been in the TBA room since his arrival in April, that it was discontinued and missing parts. He then asked me what price I would give him. He than stated "Don't feel that there is any pressure to give me a good price, just because I am your STL. I told him that I did not know the original price and would have to find that out prior to discounting it. At the service desk I tried to find a description that best fit that model and the highest price I found was $159.99. Based on the info he gave me of discontinued & missing pieces and the listing I had to work from I gave him a discounted price of $50.00.

He walkie-talkied Tim the TPS on duty to bring the Power Wheel to the front of the store. When it came time to go through the lanes to pay he handed Tim money and said he had to jump on another lane (because we were on back up) and could he make the purchase. Tim did using his own discount number, then helped to bring it out to Steve's car. A few days later Evan the ETL-HL came to me asking where the power wheel display had gone. I told him that I sold it to Steve based on what he told me and Evan said that it was a brand new display for the recent reset and that it was back there just waiting for the tech to come in an secure it to the riser. Given this additional information I researched further to find that at the time the price was $249.99 or $259.99 and the correct DPCI. I brought this new information to Steve's attention and his response to me was "Well, that was the discounted price you gave me." With an "Oh well" attitude! I take responsibility for the error that was made on my part, but given his Position and just due to the question of integrity, I expected him to right this wrong. Our current selling price is $218.99.

I hereby make this statement knowing it as the truth, this day Friday, February 26th, 1999.

Donna L. Keil



Target/Harris 356

IN REFERENCE TO THE ISSUE OF PRICE CHANGES. I HAD NOTED THAT THE "EACHES PER HOUR" FOR T0393 WERE TWO TO THREE TIMES HIGHER THAN THE DISTRICT. WHEN I QUESTIONED THE PPTL SHE SAID THAT SHE WAS TOLD TO ACTIVATE THE PRICE CHANGES SO THAT THEY WOULD NOT BE LATE" WHEN I ASKED WHO INSTRUCTED HER TO DO THIS SHE SAID "YOUR BOSS"

I HEREBY MAKE THESE STATEMENTS AND KNOW IT THEM AS TRUE, THIS DAY MONDAY, MARCH 1ST, 1999.

DONNA KEIL



Target/Harris 259

# ⊙ TARGET

## SUPPLEMENTAL STATEMENT

Store No. 393 108

☐ Narrative Supplement

Name Subject # 1 _____
Name Subject # 2 _____

☐ Witness Statement:

Name **Caryn Knapp** _____ Address _____ Phone _____
Employer 393 / Cash. Supervisor   Date _____ Time _____ DOB _____

Narrative/Statement: On 1/30/99, I received a receipt from Steve for $295.87. He also gave me money, saying that he had taken $500 originally for the expense. Thinking that he did an IOU for the $500, I rang a voucher for the $295.87 and put the left over money in the drawer. He also gave me more than the difference, so I gave him more money back. Later in the day, I flipped through the voucher book and saw a voucher paid out to Steve for $500, so I voided the voucher for $295.8 and rang a new voucher for $205.00 (received money).

I don't remember the exact amount of money that was left over. I think that there were some $20's and $10's. I believe t was more than $100, though.

Target/Harris 347

Witnesses: _____
_____

Report/Statement by _____
Position/Title Cashier Supervisor

Page _____ of _____

During my tenure at T0393, Steve Harris borrowed money from me from time to time that he never paid back.

This was a combination of issues to include sending me to buy lunches for the executive staff as well as team members on several different occassions. He told me to pay for it and promised to give me the money when I returned. However, he always had an excuse as to why he didn't have the money at that time, promising to pay me later.

On one occasion, as we were preparing for a major store visit, Steve had told me I could not leave the building until everything was "perfect" for the visit. Fifteen minutes later, he came to me on the floor and said I needed to take him to Delray Beach. I stopped what I was doing and we left. I assumed this was company related. When we were approaching the exit for our Delray Beach store, Steve told me to turn left into the car dealership. I asked him where we were going since Target was on the right. He then informs me that he had had his car detailed and needed to pick it up. He asked me to wait for him while he went inside to pay his bill, "just in case he needed me". He returned in a few minutes explaining he had no money and asked how much cash I had. I told him I had $60.00. He said "ok, let me have that and I'll pay you back". Steve now owed me approximately $220.00. I gave him the money and left, returning to the store.

When Steve returned he handed me a receipt for something he said the store owed him for. He asked me to write up the voucher and have the cashier give me the money. While I don't remember the total amount of the voucher, I do remember that I took $60.00 from the total and gave him the balance so I would be assured of getting that money back.



Target/Harris 340

None of the rest of the money was ever returned.


Paula Layne
ETL, T0630

Target/Harris 341

This statement is being written at the request of Don Fankhauser concerning an event that took place on October 9, 1998.

I was at the front lanes when Steve Harris and Tim Blacknik came up with a motorized Power Wheel vehicle. Steve explained that he needed me to ring it up for him so he didn't have to stand in line. He was in a hurry and we were backed up. Steve then handed Tim Blacknik some money and asked him to pay for the purchase. Steve proceeded to open a register. There had been some confusion over the correct DPCI number for the merchandise, so I waited for Donna Keil to bring me the number.

I was instructed that the price was $179.99 and that I was to discount it 75%. Steve said this was a display model that had been in the stockroom for at least a year, and he was buying it for his son. I rang up the item and Tim gave me the money, total being $42.93. Tim then pushed the item to the front door, and left it there. When Steve finished ringing guests on the register, he asked for Tim's assistance and they together put it in the car that Steve's wife was driving.

While I was at T393 the cashier number assigned to me was 0034.


Paula Layne
ETL T630


Target/Harris 360



VISA
BUSINESS
SCHOOL

On Tuesday, January 26 between
5-6 pm, Steve paged me to the
front of the Store. He was getting
ready to leave for the day. He had
a bag in his hand filled with
beach towels. I asked him, "Oh,
did you buy the towels?" He never
answered me and left the building

Anna McHugh



Target/Harris 331

☐ Narrative Supplement     Name Subject # 1 _____
                           Name Subject # 2 _____

☐ Witness Statement:     Name _Natalie Mckenna_ Address _____ Phone _____
                         Employer _____ Date ____ Time ____ DOB ____

Narrative/Statement: On February 29th, 1999 I was covering T393 while they had an "executive night out" for Evan Feldman's going away party. I was standing in Lane 1 with Steve Harris and Leon Fankhauser. Steve had asked me to get the voucher book so they could get money. I went to the service desk got the voucher book and went back to Lane 1 to write it out. Steve had said to make it out for $500. I said to him and Leon "you know you need DTI approval for anything over $250" and Leon had said "I think it's $500.00". I then said to them "its your store. I don't care" and proceeded to finish the voucher. I was going to ring it up and Leon had asked me to use "cashier number "0095" I think. I went to guest services and rang in the voucher. Leon came up to the service desk. There were alot of bills so I put the money in an envelope and handed it to Leon. He then walked over where Steve was at Lane 1 and handed the money to Steve I believe. They then left shortly afterwards.

**Target/Harris 348**

Wi_____ses: _____     Report/Statement by _Natalie Mckenn__
                                     Position/Title _GSTL T638_

Page_____ of_____

1343.24 (Ed. 6-85)

2-22-99

Today Don asked me to write a statement concerning repack boxes at Christmas time.

Between Thanksgiving and christmas there were a few times I can remember when Steve Harris (STL) threw away approx 1 to 2 pallets of repacks. One of the times was when we were out of bail wire, but for the most part they were thrown in reg garbage regardless. Steve's reasoning to me was we didnt have space to wait for them to be picked up. This also happened with hangers but I only saw a few thrown away.

Thank you

Annette Sternberg
2-22-99



Target/Harris 263



Mark,

    FYI...

85(A)1

- On 12/27/98 I was in charge of working the truck. 5 pallets were not flowed to the floor. Steve instructed us to backstock the unworked pallets.

- On 12/28/98 I worked overnight again and was told to push what I could and then backstock the rest of the merchandise unworked. I decided since we only had the ability w/ 5 people to flow and push half of the truck since there wasn't a truck the following night.

- Approx. Oct. 22 The day of round robin interviews I was closing and Mark was visiting the next day. I asked if I was signed off Steve said I would be happy with the results because they were good. The next day after Mark arrived he told me I didn't get signed off. He just wanted me to keep a positive attitude and get a good zone on the night before a visit.

TARGET/HARRIS227

- Also he often puts one exec. against another exec. with the said she said. One day he told me something Paula said about me when I confronted her, she said she never said it

85 (a)

- She wanted to confront Steve but I was nervous to get in trouble so we didn't.

- On Feb 10, 1999 I went into Steve's office w/ Stacy to confront him on the misc. Siggle tickets he had me tape to every register in the store. He told several people including Don Frankhauser, + Sandy Grzybek I was the one who started the program. While we were all in the office he said he was the one who gave me the instruction to apply the tickets.

- Also in Stacy's presence he said I would have to respect him in order to get transferred out of 393. He said if Mark decided to transfer me w/o Steve's approval he would tell Mark he was responsible for me.

- Also he would often tell one exec's opportunities to the other exec's making us all apprehensive to talk to one another.

TARGET/HARRIS228

- ~~Also~~
- During the month of Dec. he would shrink wrap unworked freight and put it in the steel in TBA.

**REDACTED** 

- From the first week he was in the store he taught the backroom team to do the report to make the ghost % low. I'm not sure which report it is but they were in my office daily printing it

- Another example of a lie Steve told was that he was max. out in vacation and Mark approved him to get vacation pay. He annouced this in the exec. mtg. on 2/8/99. We were all present.

Sherm Titrault

On 12/17/99 I discovered a shortage. This shortage was due to the fact that Steve took 300 to buy breakfast for everyone on the flow team at Denny's

On the following Saturday we were back in receiving throwing boxes into the compactor and I asked him again for the Denny's receipt so I could fill out the voucher. He said he didn't have it but would bring it in later that week.

Later that week I brought it up when I was in his office. He told me he gave it to Ceil, then Caryn, and then Betty. Then he said he really couldn't remember.

According to the voucher book there was never a voucher processed.

I asked Betty she said she remembered something about it, but if she did it she knows Steve never gave her back any change.

Shannon Titrault

**Target/Harris 326**



- On 12/17/98 Steve told me before I closed the building to give him $300. He took the money for Denny's to by the overnight team breakfast. Betty seems to remember processing a voucher but she said she never recieved any change from the rest of the bill.

- Also on another occasion I saw Steve by 2 towels out of charge back. When I questioned him on the towels he told me Maureen Merecka bought about 20 or 30 towels. My service desk team member Mona told me Steve told Angela to take them out of chargeback and sell them.

- Also ~~I asked~~ Steve one day in an exec. meeting w/ Sandy, Don, Juril and myself stated that he e-mailed Mark about the 10% coupon and that it was ok to use the coupon because Mark okayed it. Sandy G. also heard him say it.

This is to the best of my recollection.

Sherum Titrult



**Target/Harris 327**

PAGE NO.

PREPARED BY

DATE

Target/Harris 242

xecutive®

1-24-99

Sandy,

I have decided to end my employment with Target due to medical and personal reasons. My last day of work will be on Friday Feb 5th.

I feel that you will be a positive asset for our store and I know you will bring T-393 back to what it used to be, "a great place to work."

I don't feel that I can give 100% to our current leadership as I feel he has alot to do with the Negative feelings that are abundant. I hope you will be able to turn those feelings into positive feelings. There are many good workers still there and hopefully you will reach them before they take the same route as many of us have. Trust me when I say this was not an easy decision, but I feel it is the right one.

Good Luck! and I know T-393 will be the best again.

Dianne Voss

## CASH & PAYROLL VOUCHER

Store # **1393**    Date **4/29/99**

Pay to: Steve Harris

description: Go away party

APPROVAL

_____    _____
TLOD Signature                         Second Signature

If Over Dollar Limit (District Team Leader)

VOUCHER MUST BE APPROVED PRIOR TO
PAYMENT AND HAVE BACKUP ATTACHED.    Is backup attached? ☑ Yes ☐ No

If no, reason must be completed _____

| | | |
|---|---|---|
| _____ REG. HRS. $ _____ | Record payroll vouchers | |
| _____ O.T. HRS. $ _____ | and repayments in Payroll | |
| _____ VAC. HRS. $ _____ | Voucher Log. | |
| _____ HRS. $ _____ | | |
| GROSS $ _____ | _____ Payroll Deduction | |
| FICA $ _____ | _____ Manual Repayment | |
| FED. WH $ _____ | _____ Journal Entry (PR Dept) | |
| STATE WH $ _____ | GROSS | $ _____ |
| | X | 70% |
| NET $ _____ | NET | $ _____ |

CHECK ONE:

☐ PAYOUT MONEY        ☐ RECEIVE MONEY

RING IN INSTRUCTIONS
• Insert Cashier Team Lead Key
• Key Cashier #, press **ADMIN FUNC**        **Target/Harris 436**
• Key 50, Press **ENTER**
• If a payout: Key 1, Press **ENTER** or
  If money received: Key 0, Press **ENTER**
• Key amount [ 5 0 0 0 ], Press **ENTER**
• Key P.O. # Below, Press **ENTER**

| | EXPENSE ACCT. | STORE/LOC. | EXP. CTR. | PROJECT CODE | |
|---|---|---|---|---|---|
| | 1 0 2 0 | 1 3 9 3 | 2 6 1 0 | | CHARGES TO CONTROLLABLES |
| | 7 7 2 0 0 0 0 | | | 3 1 | FIELD DISCRETIONARY FUNDS ARTS |
| | 7 7 2 0 0 0 0 | | | 3 2 | FIELD DISCRETIONARY FUNDS SOCIAL |
| | 7 7 2 0 0 0 0 | | | 3 3 | FIELD DISCRETIONARY FUNDS MISC. |
| | 7 7 4 0 0 0 0 | | | 3 | GOOD NEIGHBOR CONTRIBUTIONS |
| | 9 4 9 0 0 0 0 | | 4 0 0 0 0 | | MISCELLANEOUS INCOME/EXPENSE |
| | 0 8 9 0 4 3 0 5 0 1 0 0 0 0 | | | | REPAIR FOR RESALE |
| | 0 7 4 0 0 0 0 | | 0 0 0 0 | | GUEST - MINOR CLAIM |
| | 8 6 4 0 0 0 0 | | 2 6 1 0 | | PAYROLL CASH VOUCHER |

• Press **TOTAL**        TURN OVER AND VALIDATE BACK OF FORM

ment of an overpayment from this voucher I authorize Target
the amount from a future paycheck.

_____
Payee's Signature and Phone Number

_____
Street

F3239.13 (Rev. 7-98)        STORE COPY

---

## CASH & PAYROLL VOUCHER

Store # **1393**    Date **1/29/99**

Pay to: Academy Trophies & Awards

Detail description: Trophy for Line-Team

APPROVAL

_____    _____
TLOD Signature                         Second Signature    Rosenberg

If Over Dollar Limit (District Team Leader)

VOUCHER MUST BE APPROVED PRIOR TO
PAYMENT AND HAVE BACKUP ATTACHED.    Is backup attached? ☑ Yes ☐ No

If no, reason must be completed Trophys Fail

| | | |
|---|---|---|
| _____ REG. HRS. $ _____ | Record payroll vouchers | |
| _____ O.T. HRS. $ _____ | and repayments in Payroll | |
| _____ VAC. HRS. $ _____ | Voucher Log. | |
| _____ HRS. $ _____ | | |
| GROSS $ _____ | _____ Payroll Deduction | |
| FICA $ _____ | _____ Manual Repayment | |
| FED. WH $ _____ | _____ Journal Entry (PR Dept) | |
| STATE WH $ _____ | GROSS | $ _____ |
| | X | 70% |
| NET $ _____ | NET | $ _____ |

CHECK ONE:

☐ PAYOUT MONEY        ☐ RECEIVE MONEY

RING IN INSTRUCTIONS
• Insert Cashier Team Lead Key
• Key Cashier #, press **ADMIN FUNC**
• Key 50, Press **ENTER**
• If a payout: Key 1, Press **ENTER** or
  If money received: Key 0, Press **ENTER**
• Key amount [ ], Press **ENTER**
• Key P.O. # Below, Press **ENTER**

| ONE | EXPENSE ACCT. | STORE/LOC. | EXP. CTR. | PROJECT CODE | |
|---|---|---|---|---|---|
| | X 1 0 2 0 | | 3 7 3 2 6 1 0 | | CHARGES TO CONTROLLABLES |
| | 7 7 2 0 0 0 0 | | | 3 1 | FIELD DISCRETIONARY FUNDS ARTS |
| | 7 7 2 0 0 0 0 | | | 3 2 | FIELD DISCRETIONARY FUNDS SOCIAL |
| | 7 7 2 0 0 0 0 | | | 3 3 | FIELD DISCRETIONARY FUNDS MISC. |
| | 7 7 4 0 0 0 0 | | | 3 | GOOD NEIGHBOR CONTRIBUTIONS |
| | 9 4 9 0 0 0 0 | | 4 0 0 0 0 | | MISCELLANEOUS INCOME/EXPENSE |
| | 0 8 9 0 4 3 0 5 0 1 0 0 0 0 | | | | REPAIR FOR RESALE |
| | 0 7 4 0 0 0 0 | | 0 0 0 0 | | GUEST - MINOR CLAIM |
| | 8 6 4 0 0 0 0 | | 2 6 1 0 | | PAYROLL CASH VOUCHER |

• Press **TOTAL**        TURN OVER AND VALIDATE BACK OF FORM

In the event of an overpayment from this voucher I authorize Target
to deduct the amount from a future paycheck.

Academy Trophies & Awards
_____
Payee's Signature and Phone Number

817 S. Federal Hwy.        D.F. Bch
_____
Street        Fla. 33441

F3239.13 (Rev. 7-98)        STORE COPY

DEFENDANT'S EXHIBIT

## CASH & PAYROLL VOUCHER

327089

Store # _____ Date _____

Pay to: _____

Detail description: _____

**APPROVAL**

_____ TLOD Signature          _____ Second Signature

**If Over Dollar Limit (District Team Leader)**

VOUCHER MUST BE APPROVED PRIOR TO PAYMENT AND HAVE BACKUP ATTACHED.    Is backup attached? ☐ Yes ☐ No

If no, reason must be completed _____

| | | |
|---|---|---|
| _____ REG. HRS. $ _____ | Record payroll vouchers and repayments in Payroll Voucher Log. | |
| _____ O.T. HRS. $ _____ | | |
| _____ VAC. HRS. $ _____ | | |
| _____ HRS. $ _____ | _____ Payroll Deduction | |
| GROSS $ _____ | _____ Manual Repayment | |
| FICA $ _____ | _____ Journal Entry (PR Dept) | |
| FED. WH $ _____ | | |
| STATE WH $ _____ | GROSS $ _____ | |
| | X 70% | |
| NET $ _____ | NET $ _____ | |

CHECK ONE:
☐ PAYOUT MONEY    ☐ RECEIVE MONEY

**RING IN INSTRUCTIONS**
• Insert Cashier Team Lead Key
• Key Cashier #, press **ADMIN FUNC**
• Key 50, Press **ENTER**
• If a payout: Key 1, Press **ENTER** or
  If money received: Key 0, Press **ENTER**
• Key amount ⬚⬚⬚⬚⬚⬚ , Press **ENTER**
• Key P.O. # Below, Press **ENTER**

| ONE | EXPENSE ACCT. | STORE/LOC. | EXP. CTR. | PROJECT CODE | CHARGES TO |
|---|---|---|---|---|---|
| | | | | | CHARGES TO CONTROLLABLES |
| | 7 7 2 0 0 0 | | | 3 1 | FIELD DISCRETIONARY FUNDS ARTS |
| | 7 7 2 0 0 0 | | | 3 2 | FIELD DISCRETIONARY FUNDS SOCIAL |
| | 7 7 2 0 0 0 | | | 3 3 | FIELD DISCRETIONARY FUNDS MISC. |
| | 7 7 4 0 0 0 | | | 3 0 | GOOD NEIGHBOR CONTRIBUTIONS |
| | 9 4 9 0 0 0 | | 4 0 0 0 0 | | MISCELLANEOUS INCOME/EXPENSE |
| | 0 8 9 0 4 3 0 5 0 1 | | 0 0 0 0 | | REPAIR FOR RESALE |
| | 0 7 4 0 0 0 | | 0 0 0 0 | | GUEST · MINOR CLAIM |
| | 8 6 4 0 0 0 | | 2 6 1 0 | | PAYROLL CASH VOUCHER |

• Press **TOTAL**        TURN OVER AND VALIDATE BACK OF FORM

In the event of an overpayment from this voucher I authorize Target to deduct the amount from a future paycheck.

_____ Payee's Signature and Phone Number

_____ Street

F3239-13 (Rev. 7-98)

## CASH & PAYROLL VOUCHER

327088

Store # _____ Date _____

Pay to: _____

Detail description: _____

**APPROVAL**

_____ TLOD Signature          _____ Second Signature

**If Over Dollar Limit (District Team Leader)**

VOUCHER MUST BE APPROVED PRIOR TO PAYMENT AND HAVE BACKUP ATTACHED.    Is backup attached? ☑ Yes ☐ No

If no, reason must be completed _____

Target/Harris 439

| | | |
|---|---|---|
| _____ REG. HRS. $ _____ | Record payroll vouchers and repayments in Payroll Voucher Log. | |
| _____ O.T. HRS. $ _____ | | |
| _____ VAC. HRS. $ _____ | | |
| _____ HRS. $ _____ | _____ Payroll Deduction | |
| GROSS $ _____ | _____ Manual Repayment | |
| FICA $ _____ | _____ Journal Entry (PR Dept) | |
| FED. WH $ _____ | | |
| STATE WH $ _____ | GROSS $ _____ | |
| | X 70% | |
| NET $ _____ | NET $ _____ | |

CHECK ONE:
☐ PAYOUT MONEY    ☐ RECEIVE MONEY

**RING IN INSTRUCTIONS**
• Insert Cashier Team Lead Key
• Key Cashier #, press **ADMIN FUNC**
• Key 50, Press **ENTER**
• If a payout: Key 1, Press **ENTER** or
  If money received: Key 0, Press **ENTER**
• Key amount ⬚⬚⬚⬚⬚⬚ , Press **ENTER**
• Key P.O. # Below, Press **ENTER**

| EXPENSE ACCT. | STORE/LOC. | EXP. CTR. | PROJECT CODE | CHARGES TO |
|---|---|---|---|---|
| | | | | CHARGES TO CONTROLLABLES |
| 7 7 2 0 0 0 | | | 3 1 | FIELD DISCRETIONARY FUNDS ARTS |
| 7 7 2 0 0 0 | | | 3 2 | FIELD DISCRETIONARY FUNDS SOCIAL |
| 7 7 2 0 0 0 | | | 3 3 | FIELD DISCRETIONARY FUNDS MISC |
| 7 7 4 0 0 0 | | | 3 0 | GOOD NEIGHBOR CONTRIBUTIONS |
| 9 4 9 0 0 0 | | 4 0 0 0 0 | | MISCELLANEOUS INCOME/EXPENSE |
| 0 8 9 0 4 3 0 5 0 1 | | 0 0 0 0 | | REPAIR FOR RESALE |
| 0 7 4 0 0 0 | | 0 0 0 0 | | GUEST · MINOR CLAIM |
| 8 6 4 0 0 0 | | 2 6 1 0 | | PAYROLL CASH VOUCHER |

• Press **TOTAL**        TURN OVER AND VALIDATE BACK OF FORM

In the event of an overpayment from this voucher I authorize Target to deduct the amount from a future paycheck.

_____ Payee's Signature and Phone Number

_____ Street

OVER AND SHORT REPORT (PART 1)

This page is a faded cashier/register over-and-short report with handwritten notes reading "Voucher for Steve, waiting for receipt." The printed text is largely illegible.

| SALES DATE | LOC | FIELD CHANGE | AMT |
|---|---|---|---|
| 12/02/98 | 123 | CASH PAID | 11.67 |
| 12/08/98 | 123 | INV ISSUED | 17.65 |
| 12/08/98 | 123 | CASH PAID | 111.75 |
| 12/08/98 | 123 | CASH PAID | 116.75 |
| 12/08/98 | 123 | INV RETURNED | 13.89 |
| 12/08/98 | 123 | INV RETURNED | 15.89 |
| 12/08/98 | 123 | INV ISSUED | 143.89 |
| 12/08/98 | 123 | INV ISSUED | 156.29 |

```
00075774 00069339 00014029
10/09/98 0393075 3145 9      15:01 003
001 OVERRIDE  204090590    T   45.00
    REGULAR PRICE  179.99 @ 75% OFF
              SUBTOTAL      45.00
   16865958 TARG DISCOUNT 10%   4.50-
          T=  6.00 % TAX      2.43
              TOTAL         42.93
          CASH PAYMENT      60.00
              CHANGE        17.07
00080067 00069339 00014029
10/09/98 0393075 3146 6      15:03 003
001 203200208 PEPSI SINGLE  T    .94
002 055020249 DUM DUM POPS  T   1.29
003 049080705 LISTERINE     T   3.99
004 063080236 NIVEA         T   3.99
005 063021938 CLAIROL       T   2.99
006 003050764 PLEDGE        T   1.99
007 036000130 3 PK PANTY    T   3.54
```

**Target/Harris 358**



```
HR45                    Cross Company Discounts           Date: 02/26/1999
T39005                  Discount History Display          Time: 08:31:19
   Company Number: 04     TIM BLACKNIK                         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
Discount Number: 000016865958              From: 05/01/1998 thru 12/01/1998
--------------------------------------------------------------------------
                  Company   Register/    Tran    Auth    Gross     Discount
      Date/Time   /Store    Transaction  Type    Code    Dollars   Dollars
05-02-1998/18:31  04/0393   0124/1927    SALE     00       2.87       .29-
05-03-1998/13:41  04/0393   0081/0456    SALE     00      89.93      8.99-
05-03-1998/17:30  04/0393   0114/3665    SALE     00        .99       .10-
05-09-1998/22:07  04/0393   0076/9660    SALE     00       4.84       .48-
05-10-1998/12:50  04/0393   0074/2301    SALE     00      66.27      6.63-
05-11-1998/18:22  04/0393   0074/2419    SALE     00       2.99       .30-
05-18-1998/11:16  04/0829   0077/1600    SALE     00      23.96      2.40-
05-18-1998/17:59  04/0393   0114/4439    SALE     00      21.99      2.20-
05-20-1998/17:46  04/0393   0082/0635    SALE     00       2.00       .20-
05-21-1998/21:53  04/0393   0124/6167    SALE     00      43.98      4.40-
05-22-1998/22:04  04/0393   0073/9706    SALE     00        .99       .10-
05-24-1998/19:46  04/0393   0116/9046    SALE     00        .89       .09-
05-25-1998/18:14  04/0393   0074/4488    SALE     00       1.10       .11-
05-29-1998/21:15  04/0393   0075/0305    SALE     00       3.99       .40-
05-30-1998/18:39  04/0393   0072/0473    SALE     00       2.29       .23-
  F3=Exit              F7=Prevpage    F8=Nextpage    ENTER=Process    MORE:   +
```



DEFENDANT'S
EXHIBIT

Target/Harris 359

```
DEPT: 204    CLASS: 09    ITEM: 590    UPC:  _____        STORE:
STATUS  ITEM                                          STYLE    VENDOR #
        UPC                            COST  CST/QTY            RETAIL
-------------------------------------------------------------------------
   S     590    NINJA ATV    KAWASAKI POWER WHL NCF    74590    221570905
         0 3962874590 1                151.990      1            80.94
   S     590    NINJA ATV    KAWASAKI POWER WHL NCF    74590    221570905
         0 3962874750 9                151.990      1            80.94
   S     590    NINJA ATV    KAWASAKI POWER WHL NCF    74590    221570905
         4 9204090590 0                151.990      1            80.94
   A     605    TOWNHOUSE    CLIMBER #7605 KIDS        7605     439370001
         4 9204090605 1                 69.900      1            99.99
   A     605    TOWNHOUSE    CLIMBER #7605 KIDS        7605     439370001
         7 3353876050 3                 69.980      1            99.99
   S     606    PLAYHOUSE    SWING EXTENSION NCF       7603     439370001
         7 3353876030 5                 86.440      1            32.44
   S     623    BLOCK TABLE  BUILD N STRE ALL NCF      7623     439370002
         7 3353876230 9                 14.420      1             8.94
-------------------------------------------------------------------------

     PF3 - DISPLAY ITEMS        PF1 - PAGE FORWARD        PA1 - EXIT

  I0077  MORE UPCS/ITEMS AVAILABLE FOR THIS DEPARTMENT/CLASS
```

Current as of 2-26



Target/Harris 357

```
026171728            TOTAL        125.99-
026171740 MV# 044000538546670  REFUND   125.99-
026171755 00-91823 0-143072 00000000
026172151 01/26/99 0393124 5788 1    17:21 069
0  172152 001 064040080 BEACH TOWEL   T   1.54
0.  72157 002 00604     DEPT/CLASS    T   2.04
026172253            SUBTOTAL        3.58
026172253   9612813 TARG DISCOUNT 10%      .36-
026172253           T=  6.00 % TAX       .20
026172254            TOTAL           3.42
026172254          CASH PAYMENT       3.42
026172257 00-91481 0-143072 00000000
026172525 01/26/99 0393124 5789 9    17:25 069
026172525 ORIG SALE 01/02/99  0393078  1659
026172526 001 079010541 REFUND   T   11.80-
026172526          CHRKEE SHIRT
026172528 RC = 1 00 NO EXCEPTION
026172533            SUBTOTAL       11.80-
026172533           T=  6.00 % TAX       .71-
```



Target/Harris 330

qryHotel/other98                                                                2/23/99

| Emp ID | Last | first | Date of re | Amount | if current | Description |
|---|---|---|---|---|---|---|
| 9612813 | HAR | STEV | 0 | 25 | 1000 | SERVICE CHARGE - ITEM RETURNED BY BAN |
| 9612813 | HAR | STEV | 0 | 1000 | 1000 | RETURNED CHECK      12/22 |
| 9612813 | HAR | STEV | 0 | -400 | -400 | CHECKLESS PYMT RECEIVED-THANK YOU 12/ |
| 9612813 | HAR | STEV | 42798 | 5.89 | 5.89 | YESTERDAYS FT LAUDERDALE FL |
| 9612813 | HAR | STEV | 50698 | 119.33 | 119.33 | CRABBY JACKS      DEERFIELD BEACH  F |
| 9612813 | HAR | STEV | 50898 | 131.87 | 131.87 | CONCHY JOES SEAFOOD JENSEN BEACH |
| 9612813 | HAR | STEV | 50998 | 8.47 | 8.47 | COURTYARD 1XJ      JENSON BEA     F |
| 9612813 | HAR | STEV | 51498 | -127.13 | -127.13 | PAYMENT RECEIVED - THANK YOU    05/14 |
| 9612813 | HAR | STEV | 51598 | 93.38 | 93.38 | BOOTLEGGERS      FT LAUDERDALE |
| 9612813 | HAR | STEV | 51698 | 29.71 | 29.71 | WELLINGTON COUNTRY CWELLINGTON      F |
| 9612813 | HAR | STEV | 51798 | 86.59 | 86.59 | CITGO0731 MARINA DELDELRAY BEACH     F |
| 9612813 | HAR | STEV | 60398 | 16.25 | 16.25 | HARVEY HOTEL DFW - FIRVING       T |
| 9612813 | HAR | STEV | 60498 | 10.67 | 10.67 | MAGNETISM 4E      DFW       T |
| 9612813 | HAR | STEV | 60498 | 31.42 | 31.42 | HARVEY HOTEL DFW - FIRVING       T |
| 9612813 | HAR | STEV | 60598 | 62.37 | 62.37 | HARVEY HOTEL DFW   IRVING       T |
| 9612813 | HAR | STEV | 60798 | 30 | 30 | GEORGE / STAVROS MOFFORT LAUDERDALE |
| 9612813 | HAR | STEV | 60898 | 3.81 | 3.81 | BLOCKBUSTER VIDEO #1BOCA RATON:FL |
| 9612813 | HAR | STEV | 61098 | 17.14 | 17.14 | PAL'S CAPTAINS TABLEDEERFIELD BEACH  F |
| 9612813 | HAR | STEV | 61098 | 467.59 | 467.59 | PAL'S CAPTAINS TABLEDEERFIELD BEACH  F |
| 9612813 | HAR | STEV | 61198 | 104.09 | 104.09 | BOSTON'S ON THE BCH DEL RAY BEACH    F |
| 9612813 | HAR | STEV | 61198 | -475.24 | -475.24 | PAYMENT RECEIVED - THANK YOU   06/11 |
| 9612813 | HAR | STEV | 61498 | 27 | 27 | MARGATE SHELL      MARGATE      F |
| 9612813 | HAR | STEV | 61698 | 47.69 | 47.69 | TARGET STORES      BOCA RATON     F |
| 9612813 | HAR | STEV | 61798 | -47.69 | -47.69 | TARGET STORES      DEERFIELD BEACH   F |
| 9612813 | HAR | STEV | 62098 | 44.77 | 44.77 | PLANET HOLLYWOOD-RESFT LAUDERDALE |
| 9612813 | HAR | STEV | 62198 | 17.3 | 17.3 | SATHYA INC #      MIAMI      F |
| 9612813 | HAR | STEV | 62198 | 13.51 | 13.51 | RUBY TUESDAYS #2755 BOCA RATON     F |
| 9612813 | HAR | STEV | 62498 | 614.74 | 614.74 | NATIONAL TIRE WHOLESDELRAY BEACH     F |
| 9612813 | HAR | STEV | 62798 | 476.88 | 476.88 | CITY FURNITURE      POMPANO BEACH     F |
| 9612813 | HAR | STEV | 62998 | 271.31 | 271.31 | MAROONE DODGE POMPANPOMPANO BCH |
| 9612813 | HAR | STEV | 70998 | 15 | 15 | ASPE PETROLEUM INC W PALM BEACH     F |
| 9612813 | HAR | STEV | 71198 | 10.68 | 10.68 | HOME DEPOT #204      BOCA RATON     F |
| 9612813 | HAR | STEV | 71198 | 18.23 | 18.23 | HOME DEPOT #204      BOCA RATON     F |
| 9612813 | HAR | STEV | 71998 | 10 | 10 | DEB PETROLEUM      DELRAY BEACH     F |
| 9612813 | HAR | STEV | 72398 | -833.41 | -833.41 | PAYMENT RECEIVED - THANK YOU   07/23 |
| 9612813 | HAR | STEV | 81098 | 44.5 | 44.5 | RAINFOREST CAFE-RETASUNRISE     F |
| 9612813 | HAR | STEV | 81098 | 24 | 24 | RAMKISSOON SINGH   FT LAUDERDALE   F |
| 9612813 | HAR | STEV | 81098 | 48.44 | 48.44 | RAINFOREST CAFE    SUNRISE     F |
| 9612813 | HAR | STEV | 81098 | -5.3 | -5.3 | RAINFOREST CAFE-RETASUNRISE     F |
| 9612813 | HAR | STEV | 81198 | 16 | 16 | CHEVRON #0053535    BOCA RATON     F |
| 9612813 | HAR | STEV | 81298 | 40.01 | 40.01 | WATERS EDGE MARINE BOYNTON BEACH     F |
| 9612813 | HAR | STEV | 81398 | 51.9 | 51.9 | LOW GLOW NEON      orlando     F |
| 9612813 | HAR | STEV | 81498 | 28.07 | 28.07 | THE OLD HOUSE RSTR LANTANA     F |
| 9612813 | HAR | STEV | 81698 | 17.03 | 17.03 | ALAN ROSENBLUM ALTOMIAMI     F |
| 9612813 | HAR | STEV | 82298 | 20 | 20 | MARGATE SHELL      MARGATE      F |
| 9612813 | HAR | STEV | 82398 | 15.1 | 15.1 | ANTONIO ZALDUMBIDE DEERFIELD BEACH |
| 9612813 | HAR | STEV | 82698 | 30.16 | 30.16 | CIELITO LINDO 2 LIGHTHOUSE PT FL |
| 9612813 | HAR | STEV | 82698 | 25 | 25 | ANTONIO ZALDUMBIDE DEERFIELD BEACH |
| 9612813 | HAR | STEV | 82998 | -24.96 | -24.96 | 67 WINE & SPIRITS   BOCA RATON     F |
| 9612813 | HAR | STEV | 82998 | 28 | 28 | 065SEARS AUTO CNTR BOCA RATON     F |
| 9612813 | HAR | STEV | 82998 | -1531.9 | -1531.9 | PAYMENT RECEIVED - THANK YOU   08/29 |
| 9612813 | HAR | STEV | 82998 | 24.96 | 24.96 | 67 WINE & SPIRITS   BOCA RATON     F |
| 9612813 | HAR | STEV | 82998 | 24.96 | 24.96 | 67 WINE & SPIRITS   BOCA RATON     F |
| 9612813 | HAR | STEV | 82998 | 15.32 | 15.32 | DISCOUNT AUTO PARTS DELRAY BEACH     F |
| 9612813 | HAR | STEV | 82998 | 21.17 | 21.17 | THE HOME DEPOT 218 DEERFIELD BCH     F |
| 9612813 | HAR | STEV | 83098 | 67.5 | 67.5 | CITGO0731 MARINA DELDELRAY BEACH     F |
| 9612813 | HAR | STEV | 90198 | 27.5 | 27.5 | THE FINE LINE MUSIC MINNEAPOLIS     M |
| 9612813 | HAR | STEV | 90198 | 11.17 | 11.17 | TOBACCO ROAD INC   MINNEAPOLIS     M |
| 9612813 | HAR | STEV | 90298 | 90.49 | 90.49 | MURRAY'S RESTAURANT MINNEAPOLIS     M |
| 9612813 | HAR | STEV | 90398 | 11 | 11 | GODIVA CHOCOLAT-#301PHILADELPHIA     P |
| 9612813 | HAR | STEV | 90598 | 41.65 | 41.65 | RUBY TUESDAYS #2146 BOCA RATON     F |
| 9612813 | HAR | STEV | 91198 | 41.1 | 41.1 | BOOTLEGGERS      FT LAUDERDALE   F |
| 9612813 | HAR | STEV | 92398 | -289.95 | -289.95 | PAYMENT RECEIVED - THANK YOU   09/23 |
| 9612813 | HAR | STEV | 92398 | 10 | 10 | EXXON COMPANY USA  BOCA RATON     F |
| 9612813 | HAR | STEV | 92398 | 15 | 15 | ANTONIO ZALDUMBIDE DEERFIELD BEACH |



Target/Harris 260

2-23-1999 12:58PM    FROM DHC TRAVEL SERVICES 612 304 0356                                    P.2

qryHotel/other98

2/23/99

| Emp ID | Last | first | Date of re | Amount | F current | Description |
|--------|------|-------|------------|--------|-----------|-------------|
| 9612813 | HAR | STEV | 100198 | 10 | 10 | ASPE PETROLEUM INC  W PALM BEACH      F |
| 9612813 | HAR | STEV | 100198 | 20 | 20 | MORTY DRANOFF      BOCA RATON       F |
| 9612813 | HAR | STEV | 100298 | 27.31 | 27.31 | CHILI'S RESTAURANT CBOCA RATON       F |
| 9612813 | HAR | STEV | 100298 | 136.63 | 136.63 | TIRE KINGDOM #138  BOCA RATON       F |
| 9612813 | HAR | STEV | 100598 | 15 | 15 | DURU CUNEYT      BOCA RTN       F |
| 9612813 | HAR | STEV | 100898 | 20 | 20 | ANTONIO ZALDUMBIDE  DEERFIELD BEACH |
| 9612813 | HAR | STEV | 100998 | 84.75 | 84.75 | BILL WALLACE NISSAN DELRAY BEACH       F |
| 9612813 | HAR | STEV | 101298 | 29 | 29 | ANTONIO ZALDUMBIDE  DEERFIELD BEACH |
| 9612813 | HAR | STEV | 101898 | 10 | 10 | WARNER BROS 00000778BOSTON       M |
| 9612813 | HAR | STEV | 101798 | 62.92 | 62.92 | ASHWORTH HOTEL INC  HAMPTON       N |
| 9612813 | HAR | STEV | 101898 | 175.19 | 175.19 | ASHWORTH HOTEL      HAMPTON       N |
| 9612813 | HAR | STEV | 101898 | 58.6 | 58.6 | ASHWORTH HOTEL INC  HAMPTON       N |
| 9612813 | HAR | STEV | 101898 | 13.65 | 13.65 | HAMPTON X MART      HAMPTON       N |
| 9612813 | HAR | STEV | 102098 | 15.9 | 15.9 | PEMBROKE LAKES GOLF PEMBROKE PINE |
| 9612813 | HAR | STEV | 102198 | 25 | 25 | ANTONIO ZALDUMBIDE  DEERFIELD BEACH |
| 9612813 | HAR | STEV | 102198 | -349.98 | -349.98 | PAYMENT RECEIVED - THANK YOU    10/21 |
| 9612813 | HAR | STEV | 102298 | 529.22 | 529.22 | THE COVE MARINA N REDEERFIELD BCH    F |
| 9612813 | HAR | STEV | 102998 | -200 | -200 | PAYMENT RECEIVED - THANK YOU    10/29 |
| 9612813 | HAR | STEV | 111498 | 19 | 19 | MOBIL OIL 438      DEERFIEL       F |
| 9612813 | HAR | STEV | 112198 | 17 | 17 | 1201 NE 50TH ST   FT LAUDERDALE       F |
| 9612813 | HAR | STEV | 113098 | 11.05 | 11.05 | AMOCO ACA 5204      BOCA RATON       F |
| 9612813 | HAR | STEV | 120698 | -1000 | -1000 | PAYMENT RECEIVED - THANK YOU    12/06 |
| 9612813 | HAR | STEV | 121798 | -600 | -600 | CHECKLESS PYMT RECEIVED-THANK YOU 12/ |
| 9612813 | HAR | STEV | 121798 | -600 | -600 | CHECKLESS PYMT RECEIVED-THANK YOU 12/ |
| 9612813 | HAR | STEV | 121898 | 600 | 600 | CORRECTION-CREDIT WAS POSTED TWICE |
| 9612813 | HAR | STEV | 122298 | 1000 | 1000 | RETURNED CHECK       12/22 |
| 9612813 | HAR | STEV | 122298 | 25 | 1000 | SERVICE CHARGE - ITEM RETURNED BY BAN |

Target/Harris 261

PAGE 1

TARGET STORES TRAVEL REPORT INFORMATION
THIS REPORT PRINTED: 02/23/99

| LAST NAME | FST NAME | EMP ID | FORM NUMBER | LOC | EXP CNTR CODE | PROJ CODE | KEYDATE | PAY DATE | DEPART DATE | RETURN DATE | AMEX PAYMENT | REIMBURSE CHECK | DUE CO. | AIR TKTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HARRIS | STEV | 009612813 | 161030 | 0391 | 2610 | --- | 11/17/1997 | 11/18/1997 | 09301997 | 10021997 | .00 | 126.26 | .00 | .00 |



file

Balance $ 727.50

Target/Harris 276

**CHECK ADMINISTRATION**
P.O. BOX 960
MINNEAPOLIS, MINNESOTA 55440-0960

fax 612-304-7013

DATE:      FEBRUARY 8, 1999

ATTN:      DISTRICT TEAM LEAD  T-310

CC:        DISTRICT ASSETS PROTECTION TEAM LEAD, D- 310

COMMENTS:

THIS IS NOTICE OF AN OCCURRENCE OF A DISHONORED CHECK BY A TEAM
MEMBER.

PLEASE COMPLETE THE ATTACHED NOTICES AND RETURN ONE COPY TO THE
CHECK ADMINISTRATION OFFICE AT C.P.C. AFTER THE INFORMATION IS COVERED
WITH THE TEAM MEMBER. GIVE ONE COPY TO THE TEAM MEMBER AND PLACE
ONE COPY OF THIS NOTICE IN THE TEAM MEMBER'S FILE.

PLEASE CALL AT ONCE IF THE TEAM MEMBER HAS ALREADY TERMINATED OR IF
TEAM MEMBER DISPUTES THIS DEBT. PLEASE REFERENCE THE CHECK
ADMINISTRATION FILE # WITH ANY CONCERNS.

**IN CASES WHERE THE ACCOUNT HAS BEEN PAID PRIOR TO YOUR RECEIVING
THIS NOTICE YOU SHOULD STILL VIEW IT AS AN OCCURRENCE.**

REFER TO POLICY 03-01-11
CONTACT YOUR REGIONAL PERSONNEL REPRESENTATIVE REGARDING ANY
QUESTION TO THE ABOVE POLICY AND PROCEDURES

RETURN COMPLETED FORMS TO LORI
INTERCOMPANY ADDRESS    "CHECK ADMINISTRATION - CPC"
  U.S. MAIL TO ADDRESS ON THE TOP OF THIS FORM



TARGET/HARRIS223

FROM:     LORI   CPC-CHECK ADMINISTRATION   612-304-7292
          (check administration office)
DATE:     FEBRUARY 8, 1999

SUBJECT:  Dishonored Check - Team Member          STEVEN HARRIS EMP#9612813

CHECK ADMINISTRATION FILE #          291730220

TOTAL AMOUNT DUE     $     50.00

SEE ATTACHED FOR DETAILED CHECK INFORMATION

Discuss this with the Team Member and make arrangements for payment, **TOTAL AMOUNT DUE,** within 30 days.
Payment may be made at GUEST SERVICE DESK or mailed to DHC CHECK ADMINISTRATION P.O. BOX 960
MINNEAPOLIS, MN 55440-0960

I understand DHC will not tolerate my cashing checks which are not honored by my bank.  I will make
payment in full at _____ by _____ :
                                 Location
Failure to repay on dishonored checks will be handled according to the Policy  03-01-11  Coaching and Corrective
Action Appendix A #11 Failure to Repay Dishonored Checks/Delinquent Credit Accounts.  Bank errors require a
letter of explanation from the bank.

By signing this form the Team Member is indicating that he/she understands DHC RETURNED CHECK POLICY
and is aware of what corrective action will be taken.

CHECK APPROPRIATE ACTION:          MANAGEMENT RESPONSIBILITY

                                   Counseling
                                   Final Warning
                                   Team Member Terminated
                                   Team Member not Disciplined          (explain below)
                                   Other                                (explain below)

_____

_____    _____    _____
(Team Member's Signature)        (Date)         (Executive Signature)
Copies:   1st - Check Administration   2nd- Personnel File   3rd- Team Member

                                             TARGET/HARRIS224

```
CC18              04.18  Customer Retailer Information         02-08-1999
                                                                 MORE:
Customer Account 291730220  Status A  Status Date 01-29-1999  Empl Y 009612813
Last   HARRIS                          First   STEVEN     MI L
Street 9664 TAVERNIER                  Street 2
City   BOCA RATON            State FL  Zip 33496      Country USA


  Comp   Store   Date    Check #  Check Amt  Srv Chg  Paymt Rcvd  Total Due
  04 01  0393  01/07/99    220      30.00     20.00      0.00       50.00+
```

```
Command:      12=Customer History  13=Payments  14=Returned Checks
              15=Merged Accounts   16=Customer Alias
        F01=HELP F03=END F07=BKWD F08=FWD
```

TARGET/HARRIS225

First Union Corporation
Customer Direct Access Division
Charlotte, North Carolina 28262-4521



January 20, 1999

Steven L Harris
9664 Tavernier
Boca Raton, FL 33496

Dear Steven L Harris:

This letter is to confirm that a bank error was made on the following customer's account:

Account:    1090013000019
Name:       Steven L Harris
            9664 Tavernier
            Boca Raton, FL 33496

This error caused check number 220 in the amount of $30.00 to be returned.

We apologize for this inconvenience and ask that any charges or penalties incurred to our customer be waived. Please contact us if you have any further questions regarding this transaction.

First Union Direct



Target/Harris 257

Jan 8th - $81.00 - Balance
Jan 13th - $258.00 NSF
         - $41.50 NSF
         - $220.00 NSF
Jan 20th - $336.20 NSF
         - $537.27 NSF
         - $400.20 NSF
         - $200.00 Deposit cash
✱ Feb 1st - $160.00 Deposit cash
Feb 5th - $100.00 Deposit cash

Account holder(s):    STEVEN L HARRIS

Account number:        1090013000019
Product description:   RESOURCE CHECKING
Statement dates:       01/08/99 thru 02/08/99
Opening balance:       ($81.88)

Statemented Transactions:

| Post date | Check nbr | Amount | Description | Daily balance |
|---|---|---|---|---|
| 01-11-1999 | | ($29.00) | INSUFFICIENT FUNDS CHARGE | |
| | | | 1 TRANSACTION(S) AT   $29.00 EACH | |
| | | | | ($110.88) |
| 01-13-1999 | | ($58.00) | INSUFFICIENT FUNDS CHARGE | |
| | | | 2 TRANSACTION(S) AT   $29.00 EACH | |
| | | | | ($168.88) |
| 01-14-1999 | | $1,683.32 | COUNTER DEP | |
| 01-14-1999 | 218 | ($61.49) | CHECK | |
| 01-14-1999 | | ($29.00) | INSUFFICIENT FUNDS CHARGE | |
| | | | 1 TRANSACTION(S) AT   $29.00 EACH | |
| | | | | $1,423.95 |
| 01-15-1999 | 294 | ($1,085.00) | CHECK | |
| | | | | $338.95 |
| 01-19-1999 | | ($281.43) | DEBIT MEMO | |
| 01-19-1999 | | ($29.00) | OVERDRAFT CHARGE | |
| | | | 1 TRANSACTION(S) AT   $29.00 | |
| | | | | $28.52 |
| 01-20-1999 | | $200.00 | DEPOSIT | |
| 01-20-1999 | | $29.00 | NSF REFUND BE | |
| | | | | $257.52 |
| 01-21-1999 | | ($87.00) | INSUFFICIENT FUNDS CHARGE | |
| | | | 3 TRANSACTION(S) AT   $29.00 EACH | |
| | | | | $170.52 |
| 01-25-1999 | 195 | ($68.00) | CHECK | |
| 01-25-1999 | | ($29.00) | INSUFFICIENT FUNDS CHARGE | |
| | | | 1 TRANSACTION(S) AT   $29.00 EACH | |
| | | | | $73.52 |
| 01-29-1999 | | ($29.00) | INSUFFICIENT FUNDS CHARGE | |
| | | | 1 TRANSACTION(S) AT   $29.00 EACH | |
| | | | | $44.52 |
| 02-01-1999 | | $160.00 | DEPOSIT | |
| | | | | $204.52 |
| 02-04-1999 | 541 | ($100.00) | CHECK | |
| | | | | $104.52 |
| 02-05-1999 | | $100.00 | DEPOSIT | |
| 02-05-1999 | 219 | ($41.50) | CHECK | |
| | | | | $163.02 |

Service Charge Summary:

| Description | Quantity | Amount | Total |
|---|---|---|---|
| Total | | | $0.00 |
| Average balance | | | |
| Minimum balance | | | |

Unstatemented Transactions:

| Post date | Check nbr | Amount | Description | Daily balance |
|---|---|---|---|---|
| 02-18-1999 | 501 | ($40.00) | CHECK | |
| | | | | $123.02 |
| 02-22-1999 | 542 | ($100.00) | CHECK | |
| | | | | $23.02 |

Target/Harris 258

```
9 902 483 250                     CUSTOMER INQUIRY                    TERMINAL BNCK
     DATE OPENED:  10/25/95  TYPES OPEN:     90
  .NAME/ADDRESS:  10/25/95  AUTH STRAT:  CHAMP
     STEVEN HARRIS                 LIMIT STRAT:  T9001
     9664 TAVERNIER DR             LIMIT SCORE:    168
                                             LANGUAGE: E    DATE       ADVERTISING: 0
     BOCA RATON       FL                       REGARDS: N  00/00    MAIL HANDLE: 1
     33496-2106-64                        CUST INCENTVE               RESTRICT USE: 0
     JOINT USERS: 2            DATE       CERT EARNED N    RESTRICT DELIVERY: 0
     JANICE HARRIS        2   10/25/95        MAILED           RESTRICT BUYERS: 0
                                          AMT TO NEXT   0.00    REGULAR ACCOUNT: N
                                          ORIGINATION: 1     TERMS NOTIFICATION: Z
                                                 GROUP: 1   ACTIVE-INACTIVE FLAG: 0
OPENING POINT SCORE: 001/000   DATE  A/D INSURANCE: N   AUTH/NON-AUTH BUYERS: N
     BANKRUPTCY SCORE: 1146    6/26/96       OLD ACCT #:                    X-SL: N
     COLLECTION SCORE: 000                STATUS INDICATOR: 6      CARD REG:
COLLECTION STRAT CD: TCHMP                 STATUS REASONS: 47/30/47   10/22/97
     NOTICES SENT: 701           LOST/STOLEN INDICATOR: N
     TIMES IN COLL: 001                    HOME PHONE: 561-477-9548
     DATE TO AGENCY: 10/24/97               EMPLOYER:
     DATE TO SUSPENSE:  3/28/97            WORK PHONE: 561-689-3030
     DISTRIBUTION: 00000             SOCIAL SECURITY #: 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
     ACCOUNT SOURCE: 960167               EMPLOYEE #: 0000000
                                   NEXT KEY 990248325010   SCREEN   A
```



**Target/Harris 294**



| | | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | | AMOUNT PAID |
|---|---|---|---|---|---|---|---|
| 109 | | TARGET | 90 | 55.00 | 548.37 | $ | |
| TARGET | | TARGET CARD | | | | $ | |
| | | | | | | $ | |

8356-1 9

RETAILERS NATIONAL BANK
PO BOX 59245
MINNEAPOLIS, MN 55459-0245
*5545902451*

**ADDRESS**

**CITY     ST     ZIP**

**PHONE**
PLEASE INDICATE ANY
ADDRESS OR PHONE
CHANGES ABOVE

**BILLING DATE**
11-28-95
**ACCOUNT NO.**
9-902-483-250

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

MAIL THIS PORTION WITH YOUR PAYMENT

4000550000548379090248325091

| MAIL PAYMENT BY | TO INSURE IT IS RECEIVED BY | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|---|
| 12-23-95 | 12-28-95 | TARGET | 90 | 800 | 251 |
| BILLING DATE | ACCOUNT NO. | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
| 11-28-95 | 9-902-483-250 | | | | |

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 11 02 | 06380819959 | 1 | W. BOCA RATON | - CENTRAL CHECKOUT | |
| | | | | SALE # 9959 0638081 | 32.27 |
| 11 04 | 06380727059 | 1 | W. BOCA RATON | - CENTRAL CHECKOUT | |
| | | | | SALE # 7059 0638072 | 11.36 |
| 11 05 | 06420755643 | 1 | DELRAY BEACH | - CENTRAL CHECKOUT | |
| | | | | SALE # 5643 0642075 | 88.82 |
| 11 05 | 06381154782 | 7 | W. BOCA RATON | - LAWN AND GARDEN | |
| | | | | SALE # 4782 0638115 | 23.29 |
| 11 08 | 06421224747 | 1 | DELRAY BEACH | - CENTRAL CHECKOUT | |
| | | | | SALE # 4747 0642122 | 13.35 |
| 11 09 | 06420723785 | 1 | DELRAY BEACH | - CENTRAL CHECKOUT | |
| | | | | SALE # 3785 0642072 | 47.59 |
| 11 10 | 06420745881 | 1 | DELRAY BEACH | - CENTRAL CHECKOUT | |
| | | | | SALE # 5881 0642074 | 15.81 |
| 11 11 | 03940718116 | 1 | OAKLAND PARK | - CENTRAL CHECKOUT | |
| | | | | SALE # 8116 0394071 | 35.25 |
| 11 14 | 06381226419 | 1 | W. BOCA RATON | - CENTRAL CHECKOUT | |
| | | | | SALE # 6419 0638122 | 2.81 |
| 11 15 | 06420746746 | 1 | DELRAY BEACH | - CENTRAL CHECKOUT | |
| | | | | SALE # 6746 0642074 | 56.99 |
| 11 19 | 06420777857 | 1 | DELRAY BEACH | - CENTRAL CHECKOUT | |
| | | | | SALE # 7857 0642077 | 78.63 |
| 11 20 | 06421165017 | 7 | DELRAY BEACH | - LAWN AND GARDEN | |
| | | | | SALE # 5017 0642116 | 3.68 |
| 11 20 | 06420747592 | 1 | DELRAY BEACH | - CENTRAL CHECKOUT | |
| | | | | SALE # 7592 0642074 | 5.73 |

CONTINUED ON PAGE  2

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| | | | | | | |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| | | | | | | |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY:

103/18 8/94

Target/Harris 295

| J09 | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|-----|---------|------|-------------|-------------|-------------|
| TARGET | TARGET | 90 | 55.00 | 548.37 | $ |
| | TARGET CARD | | | | $ |
| | | | | | $ |

8356-1 9

RETAILERS NATIONAL BANK
PO BOX 59245
MINNEAPOLIS, MN 55459-0245
*5545902451*

ADDRESS

CITY      ST      ZIP

PHONE #
PLEASE INDICATE ANY
ADDRESS OR PHONE #
CHANGES ABOVE

BILLING DATE
11-28-95
ACCOUNT NO.
9-902-483-250

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

MAIL THIS PORTION WITH YOUR PAYMENT

4000550000548379090248325091

| MAIL PAYMENT BY | TO INSURE IT IS RECEIVED BY | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|-----------------|------------------------------|---------|------|-------------|------------------|
| 12-23-95 | 12-28-95 | TARGET | 90 | 800 | 251 |
| BILLING DATE | ACCOUNT NO. | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
| 11-28-95 | 9-902-483-250 | | | | |

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|------|-----------|------|-------|-------------|--------|
| | | | | PAGE  2 | |
| 11121 | 0638157323 | 7 | W. BOCA RATON | - LAWN AND GARDEN | |
| | | | | SALE # 7323 0638115 | 76.30 |
| 11122 | 0638034353 | 1 | W. BOCA RATON | - CENTRAL CHECKOUT | |
| | | | | SALE # 4353 0638083 | 19.06 |
| 11126 | 0638028383 | 1 | W. BOCA RATON | - CENTRAL CHECKOUT | |
| | | | | SALE # 8383 0638082 | 53.91 |
| 11126 | 0638124490 | 1 | W. BOCA RATON | - CENTRAL CHECKOUT    CR | 16.48- |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---------|------|------------------|---------|------------------------|-----------------|-------------|
| TARGET | 90 | 0.00 | 564.85 | 16.48 | | 548.37 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | | 1.65% | 0.00 | | 55.00 |

TO AVOID ADDITIONAL FINANCE CHARGE THE PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY:     12-28-95

107718 8/94

Target/Harris 296

| K09 | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|-----|---------|------|-------------|-------------|-------------|

| ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|---|---|---|---|---|
| 803 TARGET | | | | $ |
| TARGET 90 TARGET CARD | | 78.00 | 772.31 | $ |
| | | | | $ |

10219-1 9

RETAILERS NATIONAL BANK
PO BOX 59245
MINNEAPOLIS, MN 55459-0245
*5545902451*

ADDRESS

CITY          ST          ZIP

PHONE #
PLEASE INDICATE ANY
ADDRESS OR PHONE #
CHANGES ABOVE

BILLING DATE
12-28-95
ACCOUNT NO.
9-902-483-250

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

MAIL THIS PORTION WITH YOUR PAYMENT

9000780000772319090248325091

| MAIL PAYMENT BY | TO INSURE IT IS RECEIVED BY | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|---|
| 01-23-96 | 01-28-96 | TARGET | 90 | 800 | 27 |
| BILLING DATE | ACCOUNT NO. | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
| 12-28-95 | 9-902-483-250 | | | | |

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 11129 | 06381228508 | 11 | W. BOCA RATON | - CENTRAL CHECKOUT | |
| | | | | SALE # 8506 06381228 | 80.29 |
| 11129 | 06420731613 | 1 | DELRAY BEACH | - CENTRAL CHECKOUT | |
| | | | | SALE # 1613 06420731 | 84.82 |
| 12106 | 06420751488 | 1 | DELRAY BEACH | - CENTRAL CHECKOUT | |
| | | | | SALE # 1488 06420751 | 87.82 |
| 12109 | 06380820636 | 11 | W. BOCA RATON | - CENTRAL CHECKOUT | |
| | | | | SALE # 0636 06380820 | 42.93 |
| 12120 | 06381231110 | T0638 | W. BOCA RATON | - PAYMENT - THANK YOU | 200.00- |
| 12123 | 06420763849 | 1 | DELRAY BEACH | - CENTRAL CHECKOUT | |
| | | | | SALE # 3849 06420763 | 115.33 |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| TARGET | 90 | 548.37 | 411.19 | 200.00 | 12.75 | 772.31 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 772.49 | | 78.00 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY:          01-28-96

102718 8/94

Target/Harris 297

| 116 | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|---|---|---|---|---|---|
| TARGET | TARGET | 90 | 71.00 | 706.85 | $ |
| | TARGET CARD | | | | $ |
| | | | | | $ |

9323-1 9

RETAILERS NATIONAL BANK
PO BOX 59245
MINNEAPOLIS, MN 55459-0245
*5545902451*

ADDRESS _____

CITY ____ ST ____ ZIP ____

PHONE #

PLEASE INDICATE ANY
ADDRESS OR PHONE #
CHANGES ABOVE

BILLING DATE
01-28-96
ACCOUNT NO.
9-902-483-250

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

**Mail THIS PORTION WITH YOUR PAYMENT**

0000710000706859090248325091

| MAIL PAYMENT BY | TO INSURE IT IS RECEIVED BY | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|---|
| 02-23-96 | 02-28-96 | TARGET | 90 | 800 | 93 |
| BILLING DATE | ACCOUNT NO. | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
| 01-28-96 | 9-902-483-250 | | | | |

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 01124 | 0642124049 | T0642 | DELRAY BEACH | - PAYMENT - THANK YOU | 78.00- |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| TARGET | 90 | 772.31 | 0.00 | 78.00 | 12.54 | 706.85 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 759.73 | | 71.00 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY: **02-28-96**

107718 8/96

Target/Harris 298

| 116 | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|---|---|---|---|---|---|

```
HR65                    21.15.01 EMPLOYEE PROFILE                02-25-1999
                                                                 Page :  01
                                                                 More :   +
Command V_    View Employee No :  9612813    OR Soc Sec No : 591303184
V=VIEW  B=BLANK  03=EMP ROSTER  BP=BENEFIT PACKAGE

Name and Address :                  Eff Dt :           02/24/1999
HARRIS, STEVE L                     Source :              LEGACY        Target/Harris 299
18303 CLEARBROOK CIR                Soc Sec No :     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
BOCA RATON, FL 33498                Home Phone :   561-218-0115

Birth Date : 10/15/1962    Co Hire Date : 06/09/1994    Pyrl Loc :    0393
Age :                36    Corp Date :   06/09/1994    Exp Ctr :
Gender :           M    Emp Cat :              K    Wk Ctr Grp 002610
                                                      Job Code :   9102
                                                      Hours : 40.00
```

DATE OPENED:  10/25/95    TYPES OPEN:    90
NAME/ADDRESS: 10/25/95    AUTH STRAT: CHAMP
STEVEN HARRIS              LIMIT STRAT: T9001
9664 TAVERNIER DR          LIMIT SCORE:   168

                                    LANGUAGE: E   DATE     ADVERTISING: 0
CA RATON        FL                   REGARDS: N  00/00    MAIL HANDLE: 1
55496-2106-64                    CUST INCENTVE            RESTRICT USE: 0
JOINT USERS: 2          DATE       CERT EARNED N    RESTRICT DELIVERY: 0
JANICE HARRIS          2  10/25/95      MAILED        RESTRICT BUYERS: 0
                                 AMT TO NEXT   0.00    REGULAR ACCOUNT: N
                                  ORIGINATION: 1    TERMS NOTIFICATION: Z
                                        GROUP: 1   ACTIVE-INACTIVE FLAG: 0
OPENING POINT SCORE: 001/000  DATE   A/D INSURANCE: N   AUTH/NON-AUTH BUYERS: N
   BANKRUPTCY SCORE: 1146    6/26/96      OLD ACCT #:            X-SL: N
   COLLECTION SCORE: 000              STATUS INDICATOR: 6       CARD REG:
COLLECTION STRAT CD: TCHMP            STATUS REASONS: 47/30/47  10/22/97
      NOTICES SENT: 701       LOST/STOLEN INDICATOR: N
     TIMES IN COLL: 001                 HOME PHONE: 561-477-9548
    DATE TO AGENCY: 10/24/97             EMPLOYER:
   DATE TO SUSPENSE:  3/28/97          WORK PHONE: 561-689-3030
      DISTRIBUTION: 00000        SOCIAL SECURITY #: 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
    ACCOUNT SOURCE: 960167             EMPLOYEE #: 0000000
                                 NEXT KEY 990248325090  SCREEN    A

Target/Harris 300

CUSTOMER NOTE DISPLAY/UPDATE   TERMINAL AB48
STEVEN HARRIS

01  DATE 11 18 97 MONTHS 08 EMPLOYEE S001084      ENTRY: SNT E LTR


02  DATE 10 30 97 MONTHS 07 EMPLOYEE S001940      ENTRY: PLS SEND ZERO BAL
    LETTER TO THREE CBR


03  DATE 10 24 97 MONTHS 07 EMPLOYEE AGENCY       ENTRY: 00000
    RECALLED AGENCY / ATTORNEY
    REFER TO RECOVERY DEPT  EXT 75801.

04  DATE 10 22 97 MONTHS 07 EMPLOYEE S001940      ENTRY: REQ RTG


NOTE NUMBER    MONTHS TO RETAIN


MORE NOTES TO DISPLAY              NEXT KEY 990248325090   SCREEN    A


_Last activit_ **10/24/97**


Target/Harris 301

CUSTOMER NOTE DISPLAY/UPDATE   TERMINAL ALBAC

STEVEN HARRIS

05 DATE 06 10 97 MONTHS 03 EMPLOYEE AGENCY        ENTRY: 00000
   RECALLED AGENCY / ATTORNEY
   REFER TO RECOVERY DEPT  EXT 75801.

06 DATE 04 30 97 MONTHS 01 EMPLOYEE AGENCY        ENTRY: 02859
   ALLIED INTERSTATE              (612) 595-2200  GARY TVERBERG
   435 FORD RD, STE 800          MINNEPOLIS, MN  55426

NOTE NUMBER    MONTHS TO RETAIN

                              NEXT KEY 990248325090   SCREEN   A

                              Target/Harris 302

```
STEVEN HARRIS                   PAY +=              CHKIN=NUM    CHECK OUTSTAND ADJPN= N
  JANICE HARRIS                HIBAL= 000000 000    N
DATE OPEN = 102595             HIPAY= 000000 000 DEFERD CHARGES  RETURNS
DATE-ACTIV= 102697             LIMIT= 000300    N                     BUREAU DP= N
CHARGE-MTD=                    LIMDT= 092896                          INSURANCE
CREDIT-MTD=                    REQPY=                               STATE= FL
PAYMENTS  =                    REQDT= 000000                        INS    DATE
UNPAID F/C=       11.12        UNPAID DLQ=    58.09                  N
$ OLD TERM=        0.00        TERMS= NEW
M AGE LIMIT      BALANCE      PAYMENT     PAY DUE PAST DUE  CHARGES  CREDITS FINANCE C
```

                              NEXT KEY 990246325090    SCREEN    A

                              **Target/Harris 303**

```
D20
       TARGET
```

| | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|---|---|---|---|---|---|
| | TARGET | 90 | 79.00 | 783.95 | $ |
| | TARGET CARD | | | | $ |
| | | | | | $ |

```
     9163-1 9
```

RETAILERS NATIONAL BANK
PO BOX 59245
MINNEAPOLIS, MN 55459-0245
         *5545902451*

```
ADDRESS                                    ----    ----
                                                   ----
City        St        Zip
PHONE #                                    ----    ----
PLEASE INDICATE ANY                                ----
ADDRESS OR PHONE #
CHANGES ABOVE                                      ----
```

| BILLING DATE | | ---- | ---- |
|---|---|---|---|
| 02-28-96 | STEVEN HARRIS | | |
| ACCOUNT NO. | JANICE HARRIS | | |
| 9-902-483-250 | 9664 TAVERNIER DR | | |
| | BOCA RATON FL 33496-2106 | | |
| | *334962106646* | | |

MAIL THIS PORTION WITH YOUR PAYMENT

7000790000783959090248325091

| MAIL PAYMENT BY 03-23-96 | TO INSURE IT IS RECEIVED BY 03-28-96 | ACCOUNT TARGET | TYPE 90 | CREDIT LINE 800 | AVAILABLE CREDIT 16 |
|---|---|---|---|---|---|
| BILLING DATE 02-28-96 | ACCOUNT NO. 9-902-483-250 | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |

TARGET NOW HAS PAYMENT DROP BOXES AT ALL STORES FOR YOUR CONVENIENCE.

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 02/05 | 06420772384 | 1 | DELRAY BEACH | - CENTRAL CHECKOUT | |
| | | | | SALE # 2384 06420771 | 10.08 |
| 02/06 | 06420752992 | 1 | DELRAY BEACH | - CENTRAL CHECKOUT | |
| | | | | SALE # 2992 06420751 | 26.95 |
| 02/07 | 06420753231 | 1 | DELRAY BEACH | - CENTRAL CHECKOUT | |
| | | | | SALE # 3231 06420751 | 4.98 |
| 02/12 | 06420808491 | 1 | DELRAY BEACH | - CENTRAL CHECKOUT | |
| | | | | SALE # 8491 06420800 | 23.19 |
| 02/15 | 06421222500 | T0642 | DELRAY BEACH | - PAYMENT - THANK YOU | 50.00- |
| 02/15 | 06420774568 | 1 | DELRAY BEACH | - CENTRAL CHECKOUT | |
| | | | | SALE # 4568 06420771 | 45.02 |
| 02/15 | 06421222265 | 1 | DELRAY BEACH | - CENTRAL CHECKOUT | |
| | | | | SALE # 2265 06421221 | 10.00 |
| 02/20 | 06421222985 | 1 | DELRAY BEACH | - CENTRAL CHECKOUT | |
| | | | | SALE # 2985 06421221 | 15.39 |
| 02/28 | 06421220430 | T0642 | DELRAY BEACH | - PAYMENT - THANK YOU | 21.00- |

Target/Harris 304

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| TARGET | 90 | 706.85 | 135.61 | 71.00 | 12.49 | 783.95 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 756.96 | | 79.00 |

TO AVOID ADDITIONAL FINANCE CHARGE  PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY:        03-28-96
10771b 8/94

| F19 | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | | AMOUNT PAID |
|---|---|---|---|---|---|---|
| TARGET | TARGET | 90 | 72.00 | 717.84 | $ | |
| | TARGET CARD | | | | $ | |
| | | | | | $ | |

9120-1 9

RETAILERS NATIONAL BANK
PO BOX 59245
MINNEAPOLIS, MN 55459-0245
*5545902451*

PLEASE INDICATE ANY
ADDRESS OR PHONE
CHANGES ABOVE

| BILLING DATE | STEVEN HARRIS |
|---|---|
| 03-28-96 | JANICE HARRIS |
| ACCOUNT NO | 9664 TAVERNIER DR |
| 9-902-483-250 | BOCA RATON FL 33496-2106 |
| | *334962106646* |

MAIL THIS PORTION WITH YOUR PAYMENT

6000720000717849090248325091

| MAIL PAYMENT BY | TO INSURE IT IS RECEIVED BY | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|---|
| 04-23-96 | 04-28-96 | TARGET | 90 | 800 | 82 |
| BILLING DATE | ACCOUNT NO | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
| 03-28-96 | 9-902-483-250 | | | | |

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 03 28 | T0642T22TT40TT0642T | DELRAY BEACH | PAYMENT - THANK YOU | | 79.00 |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| TARGET | 90 | 783.95 | 0.00 | 79.00 | 12.89 | 717.84 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 781.23 | | 72.00 |

TO AVOID ADDITIONAL FINANCE CHARGE PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY        04-28-96

Target/Harris 305

| G19 | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | | AMOUNT PAID |
|---|---|---|---|---|---|---|
| TARGET | TARGET | 90 | 74.00 | 739.20 | $<br>$<br>$ | . <br><br> . |

9735-1 9

RETAILERS NATIONAL BANK
PO BOX 59245
MINNEAPOLIS, MN 55459-0245
*5545902451*

ADDRESS
CITY          ST          ZIP
PHONE #
PLEASE INDICATE ANY
ADDRESS OR PHONE #
CHANGES ABOVE

---- ----
---- ----
      ----

BILLING DATE
04-28-96
ACCOUNT NO.
9-902-483-250

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

---- ----

----

MAIL THIS PORTION WITH YOUR PAYMENT

3000740000739209090248325091

| MAIL PAYMENT BY<br>05-23-96 | TO INSURE IT IS RECEIVED BY<br>05-28-96 | ACCOUNT<br>TARGET | TYPE<br>90 | CREDIT LINE<br>800 | AVAILABLE CREDIT<br>60 |
|---|---|---|---|---|---|
| BILLING DATE<br>04-28-96 | ACCOUNT NO.<br>9-902-483-250 | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 04108 | 08770750680 | 1 | HOLLYWOOD | CENTRAL CHECKOUT<br>SALE # 0660 0877075 | 62.68 |
| 04111 | 06421220404 | 1 | DELRAY BEACH | - CENTRAL CHECKOUT<br>SALE # 0404 0642122 | 18.05 |
| 04125 | 06421229020 | T0642 | DELRAY BEACH | - PAYMENT - THANK YOU | 72.00- |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| TARGET | 90 | 717.84 | 80.73 | 72.00 | 12.63 | 739.20 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 765.53 | | 74.00 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY:          05-28-96

102716 8/94

Target/Harris 306

| | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|---|---|---|---|---|---|

G02
TARGET

| | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | | AMOUNT PAID |
|---|---|---|---|---|---|---|
| | TARGET | 90 | 164.00 | 897.17 | $ | . |
| | TARGET CARD | | | | $ | |
| | | | | | $ | |

10066-1 9

RETAILERS NATIONAL BANK
PO BOX 0102
MINNEAPOLIS, MN 55440-0102
*5544001029*

ADDRESS

CITY        ST        ZIP

ZONE #
PLEASE INDICATE ANY
ADDRESS OR PHONE #
CHANGES ABOVE

---- ----

---- =

----

BILLING DATE
05-28-96
ACCOUNT NO.
9-902-483-250

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

---- ----

MAIL THIS PORTION WITH YOUR PAYMENT

5001640000897179090248325091

| MAIL PAYMENT BY | TO INSURE IT IS RECEIVED BY | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|---|
| 06-23-96 | 06-28-96 | TARGET | 90 | 800 | |
| BILLING DATE | ACCOUNT NO. | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
| 05-28-96 | 9-902-483-250 | | | | |

```
*********************************************************
* PERHAPS TARGET HAS MADE A MISTAKE, MAYBE THERE HAS BEEN AN OVERSIGHT *
* ON YOUR PART. WHATEVER THE REASON, WE DID NOT RECEIVE YOUR PAYMENT *
* DUE. DELINQUENCY FEES MAY BE ASSESSED IF PAYMENT IS   , RECEIVED *
* WITHIN TEN DAYS OF YOUR MOST RECENT BILLING DATE. IF YOU HAVE MAILED *
* YOUR PAYMENT, THANK YOU AND KINDLY DISREGARD THIS NOTICE. *
*********************************************************
```

TREATSEATS COUPONS OFFER DISCOUNTS TO SOME OF THE BEST FUN IN TOWN.
FOR INFORMATION ON DISCOUNTS TO SPORTS EVENTS, MUSEUMS, ATTRACTIONS AND
FAMILY SHOWS, CALL THE 24-HOUR HOTLINE AT 1-800-4-1-TREAT (418-7328).

THIS STATEMENT SHOWS A CHARGE TO YOUR ACCOUNT FOR YOUR PAYMENT THAT WAS
RETURNED TO US 'UNCOLLECTED'. NSF CHECKS HAVE BEEN PRESENTED TWICE AND
CANNOT BE RE-PRESENTED. IF APPLICABLE, WE HAVE ALSO CHARGED YOUR ACCOUNT
A RETURNED CHECK FEE. YOUR NEXT PAYMENT SHOULD INCLUDE THE AMOUNT OF
YOUR RETURNED CHECK PLUS THE MINIMUM AMOUNT DUE SHOWN ON THIS STATEMENT.
MULTIPLE RETURNED CHECKS ON YOUR ACCOUNT WILL LEAD TO CLOSING THE
ACCOUNT. IT IS IMPORTANT WE RECEIVE PAYMENTS IN GOOD FUNDS TO MAINTAIN
A CURRENT CREDIT RATING ON THIS ACCOUNT. THANK YOU.

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 05101 | 06380751206 | 11W | BOCA RATON | - CENTRAL CHECKOUT | |
| | | | | SALE # 1206 06380075 | 52.56 |
| 05121 | 00278711541 | | CENTRAL CREDIT | - RETURNED CHECK | 72.00 |
| 05121 | 00278711541 | | CENTRAL CREDIT | - RETURNED CHECK FEE | 20.00 |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| TARGET | 90 | 739.20 | 144.56 | 0.00 | 13.41 | 897.17 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 812.79 | 74.00 | 164.00 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY:       06-28-96

103718 5/94

Target/Harris 307

| | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|---|---|---|---|---|---|

I03
TARGET

| ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|---|---|---|---|---|
| 9-902-483-250-90 | TARGET CARD | 329.00 | 926.97 | $ |
| | | | | $ |
| | | | | $ |

13192-9

RETAILERS NATIONAL BANK
PO BOX 0102
MINNEAPOLIS, MN 55440-0102
*5544001029*

PERIOD DATE
06-28-96
ACCOUNT NO

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

MAIL THIS PORTION WITH YOUR PAYMENT

2003290000926979090248325091

| MUST PAYMENT BY | IF PAYMENT IS RECEIVED BY | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|---|
| 07-23-96 | 07-28-96 | 9-902-483-250-90 | | 400 | |
| PERIOD DATE 06-28-96 | ACCOUNT NO | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |

```
***********************************************************
* WE HAVE TEMPORARILY CLOSED YOUR ACCOUNT(S). THE AMOUNT DUE ON YOUR    *
* STATEMENT INCLUDES AN AMOUNT THAT IS PAST DUE.  PLEASE PAY THE ENTIRE  *
* AMOUNT DUE TODAY TO REGAIN CHARGE PRIVILEGES AND AVOID FURTHER REPORTS *
* TO THE CREDIT BUREAU.  PLEASE CALL 1-800-621-2410.                     *
***********************************************************
```

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|---|
| 06107 | | | CENTRAL CREDIT | - LATE PAYMENT FEE | | 15.00 |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE | |
|---|---|---|---|---|---|---|---|
| TARGET | 90 | 897.17 | 15.00 | 0.00 | 14.80 | 926.97 | |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE | |
| TARGET | 90 | 19.8% | 1.65% | 897.17 | 236.00 | 329.00 | |

TO AVOID ADDITIONAL FINANCE CHARGE PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY            07-28-96

**Target/Harris 308**

| | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | | AMOUNT PAID |
|---|---|---|---|---|---|---|
| H13 TARGET | 9-902-483-250-90 TARGET CARD | | 63.00 | 624.95 | $ $ $ | · · |

14419-2 9

RETAILERS NATIONAL BANK
PO BOX 0102
MINNEAPOLIS, MN 55440-0102
*5544001029*

ADDRESS
CITY          ST          ZIP
PHONE #
PLEASE INDICATE ANY
ADDRESS OR PHONE #
CHANGES ABOVE

---- ----
---- ----
---- ----

BILLING DATE
07-28-96
ACCOUNT NO.

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

---- ----

**MAIL THIS PORTION WITH YOUR PAYMENT**

4000630000624959090248325091

| MAIL PAYMENT BY | TO INSURE IT IS RECEIVED BY | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|---|
| 08-23-96 | 08-28-96 | 9-902-483-250-90 | | 400 | |
| BILLING DATE | ACCOUNT NO. | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
| 07-28-96 | | | | | |

*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆
☆THANK YOU FOR BRINGING YOUR ACCOUNT CURRENT.  WE INVITE YOU TO VISIT  ☆
☆OUR STORES TO SHOP FOR ALL YOUR FASHION, HOME AND ENTERTAINMENT NEEDS.☆
*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆*☆
FOR YOUR PROTECTION TARGET REQUIRES THAT YOUR CARD BE PRESENT WHEN
CHARGING ON YOUR ACCOUNT.  TARGET STORES DO NOT HAVE ACCESS TO YOUR
ACCOUNT NUMBER.  THANK YOU.

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|---|
| 07T09 | 005017002391 | | CENTRAL CREDIT | - PAYMENT - THANK YOU | | 300.00- |
| 07I28 | 063812461601 | T0638 | W. BOCA RATON | - PAYMENT - THANK YOU | | 29.00- |
| 07I08 | | | CENTRAL CREDIT | - LATE PAYMENT FEE | | 15.00 |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| TARGET | 90 | 926.97 | 15.00 | 329.00 | 11.98 | 624.95 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 726.00 | | 63.00 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY:      08-28-96
107718 8/94

Target/Harris 309

| D12 | | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|---|---|---|---|---|---|---|
| TARGET | | 9-902-483-250-90 | | 127.00 | 635.26 | $ |
| | | TARGET CARD | | | | $ |
| | | | | | | $ |

16049-2 9

RETAILERS NATIONAL BANK
PO BOX 0102
MINNEAPOLIS, MN 55440-0102
*5544001029*

ADDRESS
CITY        ST        ZIP

PHONE
PLEASE INDICATE ANY
ADDRESS OR PHONE
CHANGES ABOVE

BILLING DATE
08-28-96
ACCOUNT NO.

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

MAIL THIS PORTION WITH YOUR PAYMENT

80012700006352690902483250 91

| MAIL PAYMENT BY | TO INSURE IT IS RECEIVED BY | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|---|
| 09-23-96 | 09-28-96 | 9-902-483-250-90 | | 400 | |
| BILLING DATE | ACCOUNT NO. | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
| 08-28-96 | | | | | |

```
***********************************************************************
*  AT THIS TIME A PORTION OF YOUR TARGET ACCOUNT IS PAST DUE AND YOUR  *
*  ACCOUNT IS TEMPORARILY CLOSED.  PLEASE PAY THE PAST DUE AMOUNT TODAY *
*  TO AVOID PAST DUE PAYMENT REPORTS TO THE CREDIT BUREAU, AND TO REGAIN*
*  YOUR CHARGE PRIVILEGES.  DELINQUENCY FEES MAY BE ASSESSED IF PAYMENT *
*  IS NOT RECEIVED WITHIN TEN DAYS OF YOUR MOST RECENT BILLING DATE.    *
*  PLEASE CALL US AT 1-800-621-2410.                                   *
***********************************************************************
```

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| TARGET | 90 | 624.95 | 0.00 | 0.00 | 10.31 | 635.26 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 624.95 | 63.00 | 127.00 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY:    09-28-96

1102718 8/94

Target/Harris 310

| D05 | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|------|---------|------|-------------|-------------|-------------|
| TARGET | 9-902-483-250-90 | | 194.00 | 660.74 | $ |
| | TARGET CARD | | | | $ |
| | | | | | $ |

17412-2 9

**ADDRESS**

**CITY**        **ST**        **ZIP**

**PHONE #**
**PLEASE INDICATE ANY**
**ADDRESS OR PHONE #**
**CHANGES ABOVE**

RETAILERS NATIONAL BANK
PO BOX 0102
MINNEAPOLIS, MN 55440-0102
*5544001029*

**BILLING DATE**
09-28-96
**ACCOUNT NO.**

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

MAIL THIS PORTION WITH YOUR PAYMENT

7001940000660749090248325091

| MAIL PAYMENT BY | TO INSURE IT IS RECEIVED BY | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|-----------------|----------------------------|---------|------|-------------|------------------|
| 10-23-96 | 10-28-96 | 9-902-483-250-90 | | 300 | |
| **BILLING DATE** | **ACCOUNT NO.** | **ACCOUNT** | **TYPE** | **CREDIT LINE** | **AVAILABLE CREDIT** |
| 09-28-96 | | | | | |

```
******************************************************************
* WE HAVE TEMPORARILY CLOSED YOUR ACCOUNT(S).  THE AMOUNT DUE ON YOUR  *
* STATEMENT INCLUDES AN AMOUNT THAT IS PAST DUE.  PLEASE PAY THE ENTIRE *
* AMOUNT DUE TODAY TO REGAIN CHARGE PRIVILEGES AND AVOID FURTHER REPORTS *
* TO THE CREDIT BUREAU.  PLEASE CALL 1-800-621-2410.                *
******************************************************************
```

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|------|-----------|------|-------|-------------|--------|
| 09107 | | | CENTRAL CREDIT | - LATE PAYMENT FEE | 15.00 |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---------|------|------------------|---------|-----------------------|-----------------|-------------|
| TARGET | 90 | 635.26 | 15.00 | 0.00 | 10.48 | 660.74 |
| **ACCOUNT** | **TYPE** | **ANNUAL PERCENTAGE RATE** | **PERIODIC RATE** | **COMPUTED ON THE AVG DAILY BALANCE** | **AMOUNT PAST DUE** | **MINIMUM DUE INCLUDES AMOUNT PAST DUE** |
| TARGET | 90 | 19.8% | 1.65% | 635.26 | 127.00 | 194.00 |

TO AVOID ADDITIONAL FINANCE CHARGE PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY        10-28-96

Target/Harris 311

| D07 | | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|-----|--|---------|------|-------------|-------------|-------------|
| TARGET | | 9-902-483-250-90 TARGET CARD | | 263.00 | 686.64 | $ $ $ |

18056-2 9

RETAILERS NATIONAL BANK
PO BOX 0102
MINNEAPOLIS, MN 55440-0102
*5544001029*

PLEASE INDICATE ANY
ADDRESS OR PHONE
CHANGES ABOVE

BILLING DATE
10-28-96
ACCOUNT NO

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

MAIL THIS PORTION WITH YOUR PAYMENT

2002630000686649090248325091

| MAIL PAYMENT BY 11-23-96 | TO INSURE IT IS RECEIVED BY 11-28-96 | ACCOUNT 9-902-483-250-90 | TYPE | CREDIT LINE 300 | AVAILABLE CREDIT |
|---|---|---|---|---|---|
| BILLING DATE 10-28-96 | ACCOUNT NO. | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |

```
☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆
☆  THE AMOUNT DUE ON YOUR TARGET ACCOUNT INCLUDES AN AMOUNT THAT IS   ☆
☆  SERIOUSLY PAST DUE.  TO REGAIN CHARGE PRIVILEGES AND STOP REPORTS OF ☆
☆  DELINQUENCY TO THE CREDIT BUREAU PLEASE PAY THE ENTIRE AMOUNT DUE   ☆
☆  TODAY.  PLEASE CALL US AT 1-800-621-2410.                           ☆
☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆
```

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|------|-----------|------|-------|-------------|--------|
| 10 08 | | | CENTRAL CREDIT | LATE PAYMENT FEE | 15.00 |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---------|------|------------------|---------|------------------------|------------------|-------------|
| TARGET | 90 | 660.74 | 15.00 | 0.00 | 10.90 | 686.64 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 660.74 | 194.00 | 263.00 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY:    11-28-96

102710 8194

Target/Harris 312

CO9
TARGET

19744-2 9

| | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|---|---|---|---|---|---|
| | 9-902-483-250-90 | | 335.00 | 713.14 | $ |
| | TARGET CARD | | | | $ |
| | | | | | $ |

RETAILERS NATIONAL BANK
PO BOX 0102
MINNEAPOLIS, MN 55440-0102
*5544001029*

---- ----
--- ----

**BILLING DATE**
11-28-96
ACCOUNT NO.

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

---- ----

MAIL THIS PORTION WITH YOUR PAYMENT

6003350000713149090248325091

| MAIL PAYMENT BY | TO INSURE IT IS RECEIVED BY | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|---|
| 12-23-96 | 12-28-96 | 9-902-483-250-90 | | 300 | |
| BILLING DATE | ACCOUNT NO. | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
| 11-28-96 | | | | | |

```
**************************************************************
* YOUR TARGET ACCOUNT BALANCE IS SERIOUSLY DELINQUENT.    UNLESS  *
* SATISFACTORY ARRANGEMENTS ARE MADE IN THE NEXT 5 DAYS WE MAY BE LEFT *
* WITH NO CHOICE BUT TO REFER YOUR ACCOUNT TO OUR ATTORNEYS OR TO A *
* COLLECTION AGENCY.  COLLECTION DEPARTMENT PHONE NUMBER: 1-800-621-2410.* 
**************************************************************
```

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 11107 | | | CENTRAL CREDIT | - LATE PAYMENT FEE | 15.00 |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| TARGET | 90 | 686.64 | 15.00 | 0.00 | 11.50 | 713.14 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 696.80 | 263.00 | 335.00 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NE    BALANCE MI   BE RECEIVED BY:    12-28-96
107718 8/94

Target/Harris 313

| I19 TARGET | ACCOUNT   TYPE 9-902-483-250-90 TARGET CARD | MINIMUM DUE 354.00 | NEW BALANCE 689.67 | AMOUNT PAID |

27950-2

RETAILERS NATIONAL BANK
PO BOX 0102
MINNEAPOLIS, MN 55440-0102
*5544001029*

ADDRESS

PLEASE INDICATE ANY
ADDRESS OR PHONE
CHANGES ABOVE

BILLING DATE
12-28-96
ACCOUNT NO

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

MAIL THIS PORTION WITH YOUR PAYMENT

30035400006896790902483250091

| MAIL PAYMENT BY 01-23-97 | TO INSURE IT IS RECEIVED BY 01-28-97 | ACCOUNT   TYPE 9-902-483-250-90 | CREDIT LINE 300 | AVAILABLE CREDIT |
| BILLING DATE 12-28-96 | ACCOUNT NO. | ACCOUNT   TYPE | CREDIT LINE | AVAILABLE CREDIT |

```
*****************************************************************
* YOUR TARGET ACCOUNT BALANCE IS SERIOUSLY DELINQUENT.   UNLESS  *
* SATISFACTORY ARRANGEMENTS ARE MADE IMMEDIATELY TO IMPROVE THIS DELINQ- *
* UENCY YOU RISK THE POSSIBILITY OF A BAD DEBT RATING ON YOUR CREDIT *
* FILE.  CONTACT US TODAY REGARDING THIS MATTER, CALL 1-800-621-2410. *
*****************************************************************
```

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|------|-----------|------|-------|-------------|--------|
| 12|09 | 100403500003 | | CENTRAL CREDIT | - PAYMENT - THANK YOU | 25.00- |
| 12|20 | 100406600024 | | CENTRAL CREDIT | - PAYMENT - THANK YOU | 25.00- |
| 12|08 | | | CENTRAL CREDIT | - LATE PAYMENT FEE | 15.00 |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---------|------|------------------|---------|-----------------------|-----------------|-------------|
| TARGET | 90 | 713.14 | 15.00 | 50.00 | 11.53 | 689.67 |

| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
|---------|------|------------------------|---------------|-----------------------------------|-----------------|--------------------------------------|
| TARGET | 90 | 19.8% | 1.65% | 698.97 | 285.00 | 354.00 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY:   01-28-97

107718 8/9/

Target/Harris 314

| H07 | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|---|---|---|---|---|---|
| TARGET | 9-902-483-250-90 | | 399.00 | 691.06 | |
| | TARGET CARD | | | | |

29416-2 9

RETAILERS NATIONAL BANK
PO BOX 0102
MINNEAPOLIS, MN 55440-0102
*5544001029*

PLEASE INDICATE ANY
ADDRESS OR PHONE
CHANGES ABOVE

BILLING DATE
01-28-97
ACCOUNT NO

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

MAIL THIS PORTION WITH YOUR PAYMENT

8003990000691069090248325091

| MAIL PAYMENT BY | TO INSURE IT IS RECEIVED BY | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|---|
| 02-23-97 | 02-28-97 | 9-902-483-250-90 | | 300 | |
| BILLING DATE | ACCOUNT NO | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
| 01-28-97 | | | | | |

```
**************************************************************
*  YOUR ACCOUNT BALANCE IS SERIOUSLY DELINQUENT.   UNLESS SATISFACTORY  *
*  ARRANGEMENTS ARE MADE IMMEDIATELY, YOU RISK THE POSSIBILITY OF A BAD  *
*  DEBT RATING ON YOUR CREDIT BUREAU FILE.                              *
*  CONTACT US TODAY REGARDING THIS MATTER, CALL 1-800-621-2410.         *
**************************************************************
```

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 01 17 | 00434700021 | | CENTRAL CREDIT | - PAYMENT - THANK YOU | 25.00- |
| 01 07 | | | CENTRAL CREDIT | - LATE PAYMENT FEE | 15.00 |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| TARGET | 90 | 689.67 | 15.00 | 25.00 | 11.39 | 691.06 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 690.15 | 329.00 | 399.00 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY:    02-28-97

107718 B/94

Target/Harris 315

| G19 | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|-----|---------|------|-------------|-------------|-------------|
| TARGET | 9-902-483-250-90 | | 416.00 | 667.18 | $ |
| | TARGET CARD | | | | $ |

28746-2 9

RETAILERS NATIONAL BANK
PO BOX 0102
MINNEAPOLIS, MN 55440-0102
*5544001029*

PLEASE INDICATE ANY
ADDRESS OR PHONE *
CHANGES ABOVE

BILLING DATE
02-28-97
ACCOUNT NO.

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

MAIL THIS PORTION WITH YOUR PAYMENT

6004160000667189090248325091

| MAIL PAYMENT BY | TO INSURE IT IS RECEIVED BY | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|-----------------|------------------------------|---------|------|-------------|------------------|
| 03-23-97 | 03-28-97 | 9-902-483-250-90 | | 300 | |
| BILLING DATE | ACCOUNT NO. | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
| 02-28-97 | | | | | |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*  YOUR ACCOUNT IS IN JEOPARDY OF BEING LISTED AS A BAD DEBT.  THIS RATING*
*  IS REPORTED ON YOUR CREDIT BUREAU FILE FOR 7 YEARS.  CALL US TODAY FOR *
*  ARRANGEMENTS TO PREVENT THIS ACTION AND THE PERMANENT LOSS OF YOUR     *
*  CHARGE PRIVILEGES IN OUR STORES.  CALL US TODAY AT 313-443-6010        *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|------|-----------|------|-------|-------------|--------|
| 0210 | 00423800003 | | CENTRAL CREDIT | - PAYMENT - THANK YOU | 25.00- |
| 0211 | 00515000351 | | CENTRAL CREDIT | - PAYMENT - THANK YOU | 25.00- |
| 0210 | | | CENTRAL CREDIT | - LATE PAYMENT FEE | 15.00 |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---------|------|------------------|---------|------------------------|-----------------|-------------|
| TARGET | 90 | 691.06 | 15.00 | 50.00 | 11.12 | 667.18 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 673.80 | 349.00 | 416.00 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY:   03-28-97

102718 8/94

Target/Harris 316

| G13 | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|---|---|---|---|---|---|
| TARGET | 9-902-483-250-90 | | 667.18 | 667.18 | $ |
| | TARGET CARD | | | | $ |

STATEMENT PAGE NOT PRINTED

RETAILERS NATIONAL BANK
PO BOX 0102
MINNEAPOLIS, MN 55440-0102
       *5544001029*

---- ----

PLEASE INDICATE ANY
ADDRESS OR PHONE
CHANGES ABOVE

| BILLING DATE | STEVEN HARRIS |
|---|---|
| 03-28-97 | JANICE HARRIS |
| ACCOUNT NO. | 9664 TAVERNIER DR |
| | BOCA RATON FL 33496-2106 |
| | *334962106646* |

---- ----

MAIL THIS PORTION WITH YOUR PAYMENT

6006671800667189090248325091

| MAIL PAYMENT BY | TO INSURE IT IS RECEIVED BY | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|---|
| 04-23-97 | 04-28-97 | 9-902-483-250-90 | | | |
| BILLING DATE | ACCOUNT NO. | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
| 03-28-97 | | | | | |

```
***************************************************************
*  YOUR ACCOUNT IS BEING HANDLED BY OUR SPECIAL COLLECTIONS DEPARTMENT. *
*  IF YOU HAVE NOT ALREADY DONE SO, PLEASE CONTACT ONE OF OUR *
*  REPRESENTATIVES TODAY TO MAKE ARRANGEMENTS TO SATISFY THIS ACCOUNT. *
*  SPECIAL COLLECTIONS DEPARTMENT PHONE NUMBER: 1-800-743-2036. *
***************************************************************
```

NOTICE: EFFECTIVE APRIL 28, 1997, THE **ANNUAL PERCENTAGE RATE **
USED TO COMPUTE THE FINANCE CHARGE, IF ANY, WILL BE **21%**. THE LATE
PAYMENT FEE WILL BE $20 WHEN AN AMOUNT REMAINS PAST DUE FOR 10 DAYS.
THE EXISTING APR AND LATE FEE PROVISIONS WILL CONTINUE TO APPLY UNTIL
YOU MAKE A PURCHASE AFTER THE EFFECTIVE DATE.

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| TARGET | 90 | 667.18 | 0.00 | 0.00 | 0.00 | 667.18 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 0.00 | 416.00 | 667.18 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY:        04-28-97

102/18 8/94

Target/Harris 317

| | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|---|---|---|---|---|---|
| K20 TARGET | 9-902-483-250-90 TARGET CARD | | 642.18 | 642.18 | |

323-0 9

RETAILERS NATIONAL BANK
PO BOX 0102
MINNEAPOLIS, MN 55440-0102
*5544001029*

02859

PLEASE INDICATE ANY
ADDRESS OR PHONE
CHANGES ABOVE

BILLING DATE
04-28-97
ACCOUNT NO

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

MAIL THIS PORTION WITH YOUR PAYMENT

9006421800642189090248325091

| MAIL PAYMENT BY | TO INSURE IT IS RECEIVED BY | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|---|
| 05-23-97 | 05-28-97 | 9-902-483-250-90 | | | |
| BILLING DATE | ACCOUNT NO | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
| 04-28-97 | | | | | |

```
****************************************************************
*  YOUR ACCOUNT IS BEING HANDLED BY OUR SPECIAL COLLECTIONS DEPARTMENT. *
*  IF YOU HAVE NOT ALREADY DONE SO, PLEASE CONTACT ONE OF OUR  *
*  REPRESENTATIVES TODAY TO MAKE ARRANGEMENTS TO SATISFY THIS ACCOUNT. *
*  SPECIAL COLLECTIONS DEPARTMENT PHONE NUMBER: 1-800-743-2036. *
****************************************************************
```

NOTICE: EFFECTIVE MAY 28, 1997, THE **ANNUAL PERCENTAGE RATE **
USED TO COMPUTE THE FINANCE CHARGE, IF ANY, WILL BE **21%**. THE LATE
PAYMENT FEE WILL BE $20 WHEN AN AMOUNT REMAINS PAST DUE FOR 10 DAYS.
THE EXISTING APR AND LATE FEE PROVISIONS WILL CONTINUE TO APPLY UNTIL
YOU MAKE A PURCHASE AFTER THE EFFECTIVE DATE.

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 04107 | 1005180002451 | | CENTRAL CREDIT | - PAYMENT - THANK YOU | 25.00 |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| TARGET | 90 | 667.18 | 0.00 | 25.00 | | 642.18 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 0.00 | 642.18 | 642.18 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY:    05-28-97

Target/Harris 318

| C25 | | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|---|---|---|---|---|---|---|
| | TARGET | 9-902-483-250-90 | | 642.18 | 642.18 | $ |
| | | TARGET CARD | | | | $ |

STATEMENT PAGE NOT PRINTED

RETAILERS NATIONAL BANK                                      02859
PO BOX 0102
MINNEAPOLIS, MN 55440-0102
          *5544001029*

ADDRESS

CITY          ST          ZIP

PHONE #
PLEASE INDICATE ANY
ADDRESS OR PHONE #
CHANGES ABOVE

BILLING DATE
05-28-97
ACCOUNT NO.

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
          *334962106646*

MAIL THIS PORTION WITH YOUR PAYMENT

90064218006421890902483250091

| MAIL PAYMENT BY 06-23-97 | TO INSURE IT IS RECEIVED BY 06-28-97 | ACCOUNT 9-902-483-250-90 | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|---|
| BILLING DATE 05-28-97 | ACCOUNT NO. | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |

```
*****************************************************************
*  YOUR ACCOUNT IS BEING HANDLED BY OUR SPECIAL COLLECTIONS DEPARTMENT.  *
*  IF YOU HAVE NOT ALREADY DONE SO, PLEASE CONTACT ONE OF OUR  *
*  REPRESENTATIVES TODAY TO MAKE ARRANGEMENTS TO SATISFY THIS ACCOUNT.  *
*  SPECIAL COLLECTIONS DEPARTMENT PHONE NUMBER: 1-800-743-2036.  *
*****************************************************************
```

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| TARGET | 90 | 642.18 | 0.00 | 0.00 | | 642.18 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 0.00 | 642.18 | 642.18 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY:      06-28-97

102718 8/96

Target/Harris 319

| D25 | | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|---|---|---|---|---|---|---|

| | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|---|---|---|---|---|---|
| J24 | 9-902-483-250-90 | | 642.18 | 642.18 | $ |
| TARGET | TARGET CARD | | | | $ |

STATEMENT PAGE NOT PRINTED
**

RETAILERS NATIONAL BANK
PO BOX 59231
MINNEAPOLIS, MN 55459-0231
»5545902316»

PLEASE INDICATE ANY
ADDRESS OR PHONE
CHANGES ABOVE

BILLING DATE
06-28-97
ACCOUNT NO

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
»334962106646»

MAIL THIS PORTION WITH YOUR PAYMENT

9006421800642189090248325091

| MAIL PAYMENT BY | TO INSURE IT IS RECEIVED BY | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|---|
| 07-23-97 | 07-28-97 | 9-902-483-250-90 | | | |
| BILLING DATE | ACCOUNT NO | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
| 06-28-97 | | | | | |

```
**********************************************************************
*  YOUR ACCOUNT IS BEING HANDLED BY OUR SPECIAL COLLECTIONS DEPARTMENT.  *
*  IF YOU HAVE NOT ALREADY DONE SO, PLEASE CONTACT ONE OF OUR            *
*  REPRESENTATIVES TODAY TO MAKE ARRANGEMENTS TO SATISFY THIS ACCOUNT.   *
*  SPECIAL COLLECTIONS DEPARTMENT PHONE NUMBER: 1-800-743-2036.          *
**********************************************************************
```

DATE | REFERENCE | DEPT | STORE                    DESCRIPTION

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| TARGET | 90 | 642.18 | 0.00 | 0.00 | | 642.18 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 0.00 | 642.18 | 642.18 |

TO AVOID ADDITIONAL FINANCE CHARGE PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY     07-28-97

Target/Harris 320

| F 10 | | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|------|------|---------|------|-------------|-------------|-------------|
| | TARGET | 9-902-483-250-90 | | 642.18 | 642.18 | $ |
| | | TARGET CARD | | | | $ |

STATEMENT PAGE NOT PRINTED
**

RETAILERS NATIONAL BANK
PO BOX 59231
MINNEAPOLIS, MN 55459-0231
*5545902316*

---- ----

PLEASE INDICATE ANY
ADDRESS OR PHONE
CHANGES ABOVE

| BILLING DATE | STEVEN HARRIS | ---- |
| 07-28-97 | JANICE HARRIS | |
| ACCOUNT NO | 9664 TAVERNIER DR | |
| | BOCA RATON FL 33496-2106 | |
| | *334962106646* | |

MAIL THIS PORTION WITH YOUR PAYMENT

900642180064218909024832509t

| MAIL PAYMENT BY | TO INSURE IT IS RECEIVED BY | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|-----------------|------------------------------|---------|------|-------------|------------------|
| 08-23-97 | 08-28-97 | 9-902-483-250-90 | | | |
| BILLING DATE | ACCOUNT NO | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |
| 07-28-97 | | | | | |

```
**************************************************************
*  YOUR ACCOUNT IS BEING HANDLED BY OUR SPECIAL COLLECTIONS DEPARTMENT.  *
*  IF YOU HAVE NOT ALREADY DONE SO, PLEASE CONTACT ONE OF OUR  *
*  REPRESENTATIVES TODAY TO MAKE ARRANGEMENTS TO SATISFY THIS ACCOUNT.  *
*  SPECIAL COLLECTIONS DEPARTMENT PHONE NUMBER: 1-800-743-2036.  *
**************************************************************
```

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|------|-----------|------|-------|-------------|--------|

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---------|------|------------------|---------|------------------------|-----------------|-------------|
| TARGET | 90 | 642.18 | 0.00 | 0.00 | | 642.18 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 0.00 | 642.18 | 642.18 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY      08-28-97

Target/Harris 321

| C12 | | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|-----|--|---------|------|-------------|-------------|-------------|
| | TARGET | 9-902-483-250-90 | | 642.18 | 642.18 | $ |
| | | TARGET CARD | | | | $ |

STATEMENT PAGE NOT PRINTED
**

RETAILERS NATIONAL BANK
PO BOX 59231
MINNEAPOLIS, MN 55459-0231
*5545902316*

ADDRESS _____
CITY ____ ST ____ ZIP ____
PHONE #
PLEASE INDICATE ANY
ADDRESS OR PHONE #
CHANGES ABOVE                                    ---- ----

BILLING DATE
08-28-97                    STEVEN HARRIS              ----
ACCOUNT NO.                 JANICE HARRIS
                           9664 TAVERNIER DR
                           BOCA RATON FL 33496-2106
                           *334962106646*

MAIL THIS PORTION WITH YOUR PAYMENT

9006421800642189090248325091

| MAIL PAYMENT BY 09-23-97 | TO INSURE IT IS RECEIVED BY 09-28-97 | ACCOUNT 9-902-483-250-90 | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|---|
| BILLING DATE 08-28-97 | ACCOUNT NO. | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |

```
**********************************************************************
*  YOUR ACCOUNT IS BEING HANDLED BY OUR SPECIAL COLLECTIONS DEPARTMENT.  *
*  IF YOU HAVE NOT ALREADY DONE SO, PLEASE CONTACT ONE OF OUR           *
*  REPRESENTATIVES TODAY TO MAKE ARRANGEMENTS TO SATISFY THIS ACCOUNT.  *
*  SPECIAL COLLECTIONS DEPARTMENT PHONE NUMBER: 1-800-743-2036.         *
**********************************************************************
```

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|------|-----------|------|-------|-------------|--------|
| | | | | | |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---------|------|------------------|---------|----------------------|-----------------|-------------|
| TARGET | 90 | 642.18 | 0.00 | 0.00 | | 642.18 |

| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
|---------|------|------------------------|---------------|-----------------------------------|-----------------|--------------------------------------|
| TARGET | 90 | 19.8% | 1.65% | 0.00 | 642.18 | 642.18 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY:        09-28-97

107718 8/94

Target/Harris 322

| HO1 | | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|---|---|---|---|---|---|---|
| | TARGET | 9-902-483-250-90 | | 642.18 | 642.18 | $ |
| | | TARGET CARD | | | | $ |

STATEMENT PAGE NOT PRINTED
**

RETAILERS NATIONAL BANK
PO BOX 59231
MINNEAPOLIS, MN 55459-0231
*5545902316*

ADDRESS

CITY          ST          ZIP

PHONE #
PLEASE INDICATE ANY
ADDRESS OR PHONE #
CHANGES ABOVE

---- ----

BILLING DATE
09-28-97
ACCOUNT NO.

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

----

MAIL THIS PORTION WITH YOUR PAYMENT

900642180064218909024832509l

| MAIL PAYMENT BY 10-23-97 | TO INSURE IT IS RECEIVED BY 10-28-97 | ACCOUNT 9-902-483-250-90 | TYPE | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|---|
| BILLING DATE 09-28-97 | ACCOUNT NO. | ACCOUNT | TYPE | CREDIT LINE | AVAILABLE CREDIT |

```
**********************************************************************
*  YOUR ACCOUNT IS BEING HANDLED BY OUR SPECIAL COLLECTIONS DEPARTMENT.  *
*  IF YOU HAVE NOT ALREADY DONE SO, PLEASE CONTACT ONE OF OUR            *
*  REPRESENTATIVES TODAY TO MAKE ARRANGEMENTS TO SATISFY THIS ACCOUNT.   *
*  SPECIAL COLLECTIONS DEPARTMENT PHONE NUMBER: 1-800-743-2036.          *
**********************************************************************
```

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| TARGET | 90 | 642.18 | 0.00 | 0.00 | | 642.18 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 0.00 | 642.18 | 642.18 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY:    10-28-97
102718 8/94

Target/Harris 323

B19

| | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | | AMOUNT PAID |
|---|---|---|---|---|---|---|
| TARGET | 9-902-483-250-90 | | .00 | .00 | S | |
| | TARGET CARD | | | | S | |

STATEMENT PAGE NOT PRINTED
**

RETAILERS NATIONAL BANK
PO BOX 59231
MINNEAPOLIS, MN 55459-0231
*5545902316*

ADDRESS

CITY          ST          ZIP

PLEASE INDICATE ANY
ADDRESS OR PHONE #
CHANGES ABOVE

BILLING DATE
10-28-97
ACCOUNT NO.

STEVEN HARRIS
JANICE HARRIS
9664 TAVERNIER DR
BOCA RATON FL 33496-2106
*334962106646*

MAIL THIS PORTION WITH YOUR PAYMENT

| MAIL PAYMENT BY 11-23-97 | TO INSURE IT IS RECEIVED BY 11-28-97 | ACCOUNT          TYPE 9-902-483-250-90 | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|
| BILLING DATE 10-28-97 | ACCOUNT NO | ACCOUNT          TYPE | CREDIT LINE | AVAILABLE CREDIT |

| DATE | REFERENCE | DEPT | STORE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 10126 | 1005028004291 | | CENTRAL CREDIT | - PAYMENT - THANK YOU | 642.18- |

| ACCOUNT | TYPE | PREVIOUS BALANCE | CHARGES | PAYMENTS/CREDITS (CR) | FINANCE CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| TARGET | 90 | 642.18 | 0.00 | 642.18 | | 0.00 |
| ACCOUNT | TYPE | ANNUAL PERCENTAGE RATE | PERIODIC RATE | COMPUTED ON THE AVG DAILY BALANCE | AMOUNT PAST DUE | MINIMUM DUE INCLUDES AMOUNT PAST DUE |
| TARGET | 90 | 19.8% | 1.65% | 0.00 | | 0.00 |

TO AVOID ADDITIONAL FINANCE CHARGE, PAYMENT
OF YOUR NEW BALANCE MUST BE RECEIVED BY:          11-28-97

**Target/Harris 324**

C19

| | ACCOUNT | TYPE | MINIMUM DUE | NEW BALANCE | AMOUNT PAID |
|---|---|---|---|---|---|

*paintings by joanne*

Residential & Commercial Art
murals, sensonal window painting,
lettering & texturized wall art

954 421-6417

633 2610

$700 00

1/27/99

Att. Steve Harris
Target
Store Manager—Deerfield Beach

As per our conversation in regard to the painting of a mural in your Target Conference Room.

We have agreed on $1,000.00. I am anticipating this will be completed within a week, however it may or may not run over a few days.

I will need an advance of $300.00 as soon as possible, to purchase materials.

I can be reached at 421-6417. Please let me know if this is agreeable with you.

Thank you,
Joanne Moccon

Target/Harris 247

Split $300 n
400.00

Janne   8.00 9.00

Friday

Target/Harris 248

Store # _____   Date _____

Pay to: _____

Detail description _____

**PROVAL**

VOUCHER MUST BE APPROVED PRIOR TO PAYMENT AND HAVE DATED BACKUP ATTACHED.    Is backup attached? ☒ Yes ☐ No

If no, reason must be complete.

Record payroll vouchers in Payroll Voucher Log.

| REG. HRS. | $ | CHECK ONE: |
|---|---|---|
| O.T. HRS. | $ | Payroll Advance |
| V.O. HRS. | $ | Manual Repayment |
| OTHER HRS. | $ | Journal Entry (PR Dept) |
| TIPS | $ | |
| FICA | $ | |
| FEDERAL | $ | CHECK ONE: |
| STATE | $ | Payout Money |
| | | Receive Money |

total

$300.00

**Target/Harris 243**

Feb 17  19:19     Fax :

CASH & PAYROLL VOUCHER        013408

Store # Q395    Date 2/19/99 017

Payto: Joanne (Planting)

Detail description. OT

APPROVAL

Team Leader    Second Signature

If Over Limit (Senior Team Leader)

Is backup attached? ☒ Yes ☐ No

If no, reason, must be completed.

Record payroll vouchers in Payroll Voucher Log.

| | REG. HRS. | $ | | CHECK ONE: |
|---|---|---|---|---|
| | O.T. HRS. | $ | | Payroll Advance |
| | VAC. HRS. | $ | | Manual Repayment |
| | OTHER HRS | $ | | Journal Entry (PH Dept) |
| GROSS | | $ | | |
| FICA | | $ | | |
| FEDERAL | | $ | | CHECK ONE: |
| STATE | | $ | | Payout Money |
| | | | | Receive Money |
| NET | | $ | | |

RING IN INSTRUCTIONS
• Insert Cashier Team Lead Key
• Key Cashier #, press ADMIN FUNC
• Key 50, Press ENTER
• If a payout: Key 1, Press ENTER or
  If money received: Key 5, press ENTER
• Key amount |_|_|X|0|0|0|0|, Press ENTER
• Key P.O. # below, Press ENTER

* Press TOTAL.        TURN OVER AND VALIDATE BACK OF FORM

In the event of an overpayment from this voucher I authorize Target
to deduct the amount from a future paycheck.

Joanne Moscowi
Team's Signature and Phone Number

1320 SE 3rd (4#4)
Street

Pompano Beach, FL    ZIP 33441

Target/Harris 244



**CHECK ADMINISTRATION**
P.O. BOX 960
MINNEAPOLIS, MINNESOTA 55440-0960

fax 612-304-7013

DATE:      FEBRUARY 8, 1999

ATTN:      DISTRICT TEAM LEAD  T-310

CC:        DISTRICT ASSETS PROTECTION TEAM LEAD, D- 310

COMMENTS:

THIS IS NOTICE OF AN OCCURRENCE OF A DISHONORED CHECK BY A TEAM MEMBER.

PLEASE COMPLETE THE ATTACHED NOTICES AND RETURN ONE COPY TO THE CHECK ADMINISTRATION OFFICE AT C.P.C. AFTER THE INFORMATION IS COVERED WITH THE TEAM MEMBER. GIVE ONE COPY TO THE TEAM MEMBER AND PLACE ONE COPY OF THIS NOTICE IN THE TEAM MEMBER'S FILE.

PLEASE CALL AT ONCE IF THE TEAM MEMBER HAS ALREADY TERMINATED OR IF TEAM MEMBER DISPUTES THIS DEBT. PLEASE REFERENCE THE CHECK ADMINISTRATION FILE # WITH ANY CONCERNS.

**IN CASES WHERE THE ACCOUNT HAS BEEN PAID PRIOR TO YOUR RECEIVING THIS NOTICE YOU SHOULD STILL VIEW IT AS AN OCCURRENCE.**

REFER TO POLICY 03-01-11
CONTACT YOUR REGIONAL PERSONNEL REPRESENTATIVE REGARDING ANY QUESTION TO THE ABOVE POLICY AND PROCEDURES

RETURN COMPLETED FORMS TO LORI
INTERCOMPANY ADDRESS    "CHECK ADMINISTRATION - CPC"
  U.S. MAIL TO ADDRESS ON THE TOP OF THIS FORM



TARGET/HARRIS223

**FROM:**    **LORI    CPC-CHECK ADMINISTRATION    612-304-7292**
(check administration office)
**DATE:**    **FEBRUARY 8, 1999**

**SUBJECT:    Dishonored Check - Team Member**        **STEVEN HARRIS EMP#9612813**

**CHECK ADMINISTRATION FILE #**        **291730220**

**TOTAL AMOUNT DUE    $    50.00**

SEE ATTACHED FOR DETAILED CHECK INFORMATION

Discuss this with the Team Member and make arrangements for payment, **TOTAL AMOUNT DUE,** within 30 days.
Payment may be made at GUEST SERVICE DESK or mailed to DHC CHECK ADMINISTRATION P.O. BOX 960
MINNEAPOLIS, MN 55440-0960

I understand DHC will not tolerate my cashing checks which are not honored by my bank. I will make
payment in full at _____ by _____ .
                                              Location

Failure to repay on dishonored checks will be handled according to the Policy 03-01-11 Coaching and Corrective
Action Appendix A #11 Failure to Repay Dishonored Checks/Delinquent Credit Accounts. Bank errors require a
letter of explanation from the bank.

By signing this form the Team Member is indicating that he/she understands DHC RETURNED CHECK POLICY
and is aware of what corrective action will be taken.

### MANAGEMENT RESPONSIBILITY

CHECK APPROPRIATE ACTION:

Counseling
Final Warning
Team Member Terminated
Team Member not Disciplined        (explain below)
Other        (explain below)

_____

_____
(Team Member's Signature)        (Date)        (Executive Signature)
Copies:    1st - Check Administration    2nd- Personnel File    3rd- Team Member

TARGET/HARRIS224

```
CC18               04.18  Customer Retailer Information        02-08-1999
                                                                MORE:
Customer Account 291730220  Status A  Status Date 01-29-1999  Empl Y 009612813
Last  HARRIS                            First   STEVEN      MI L
Street 9664 TAVERNIER                   Street 2
City  BOCA RATON              State FL  Zip 33496      Country USA


  Comp   Store   Date    Check #  Check Amt  Srv Chg  Paymt Rcvd  Total Due
  04 01  0393   01/07/99    220     30.00     20.00      0.00       50.00+
```

```
Command:    12=Customer History  13=Payments  14=Returned Checks
            15=Merged Accounts  16=Customer Alias
F01=HELP F03=END F07=BKWD F08=FWD
```

TARGET/HARRIS225



```
00075774 00069339 00014029
10/09/98 0393075 3145 9        15:01 003
001 OVERRIDE    204090590       T    45.00
     REGULAR PRICE  179.99   @ 75% OFF
                    SUBTOTAL        45.00
  16865958 TARG DISCOUNT 10%        4.50-
            T= 6.00 % TAX           2.43
                    TOTAL           42.93
                    CASH PAYMENT    60.00
                    CHANGE          17.07
00080067 00069339 00014029
10/09/98 0393075 3146 6        15:03 003
001 203200208 PEPSI SINGLE    T     .94
002 055020249 DUM DUM POPS    T    1.29
003 049080705 LISTERINE       T    3.99
004 063080236 NIVEA           T    3.99
005 063021938 CLAIROL         T    2.99
006 003050764 PLEDGE          T    1.99
007 036000130 3 PK PANTY      T    3.54
```

**Target/Harris 358**







**SUPPLEMENTAL STATEMENT**

Store No. 638

☐ Narrative Supplement

Name Subject # 1 _____

Name Subject # 2 _____

CONFIDENTIAL

☐ Witness Statement:  Name _Brandy Svoboda_ ___ Address _____ Phone _____

Employer _Target_ _____ Date _____ Time _____ DOB _____

Narrative/Statement: I was in Food Ave behind the cash register and saw Steve Harris and Corrine Robbins talking. The light went out for a few seconds and came back on. Steve Harris said it we was having a romantic dinner with corrin. said made her feel uncomfortable. I was also interviewing for my level 3 position in Steve's office with him. when he saw a piece of paper that was request for time off that had corrine name on it. it had read she need time off to go away with her fiancé for a few weeks. He said she told me she was married he lied. he asked me to wait a few minutes and tried to call her she was not home at the time and I thought that was odd

Witnesses: _Brandy Svoboda_

_Ron Kyler APTL_

Report/Statement by _Brandy Svoboda_

Position/Title _Food Ave Team Le_

Page _1_ of _1_

F 1343.24 (Ed. 6-85)

DEFENDANT'S EXHIBIT 9

00-6107-Civ-Ferguson

TARGET/HARRIS191

**TARGET**

SUPPLEMENTAL STATEMENT

Store No. 698

| ☐ Narrative Supplement | Name Subject # 1  Steve Harris |
| | Name Subject # 2  Corrine Roberts |

| ☐ Witness Statement: | Name  Laurie Wagner  Address _____ Phone _____ |
| | Employer _____ Date _____ Time _____ DOB _____ |

Narrative/Statement: ___ I was never present when Steve Harris touched Corrine Roberts. She was working with us on the pull team and did come to our team at break-time to tell us how Steve Harris put his arm around her while explaining something he wanted her to do. She joked about it but you could tell that it bothered her.

I do remember one other instance where we were having a conversation with Steve Harris and somehow he brought up how he wanted to take Corrine Roberts home. I can't really remember how this came up in conversation but we all felt it was odd & inappropriate.

Witnesses: Don Ryder APTL

Report/Statement by  Laurie Wagner

Position/Title  Pull team

ge  1  of  1

43.24 (Ed. 6-85)

DEFENDANT'S
EXHIBIT
10
00-6107-Civ-Ferguson

TARGET/HARRIS192

Store No. _____

## SUPPLEMENTAL STATEMENT

☐ Narrative Supplement          Name Subject # 1 _____

                                Name Subject # 2 _____

☐ Witness Statement:  Name __LIZA J. ARRONDO__   Address _9290 NW 40 st C.S._  Phone _341-3140_

                      Employer __TARGET__   Date _9-16_  Time _12:00pm_  DOB _08/05/70_

Narrative/Statement: The other day I was walking Brandy out to her __car__ in order to say hello to Corrine's daughter. I asked Corrine if she was going to return to work or if she had quit. She then informed me that she was not returning to work until Steve's transfer was complete. I asked her why. She then stated to me that Steve was harassing her & that was why she took a leave of absence. I told her she should have told an executive like Erika or Robert or David. She said that she was afraid she would loose her job and if her boyfriend found out that he would kill Steve. I told her that no one should have to live scared of their boss. I also asked her to describe some of the behaviors that made her think that Steve was acting inappropriately. She said that he had made comments to her about how beautiful she was and how she could move in with him & he would take care of her & her baby. She also stated that he always had his arm around her and touched her. She also mentioned that he phoned her at home on several occasions. A few days later I ran into Corrine again at Food Ave & I asked her how she was. She told me that she was going to have dinner at the Cove & saw Steve docking his boat so she ran out of the restaurant. I said she shouldn't have to live that way and maybe she should talk to Erika. She asked me to talk to Erika first so she wouldn't feel so uncomfortable. At that time I informed Erika & Ron of the situation.

Witnesses: _Ron Raylee APT_          Report/Statement by _Liza J. Arrondo_

                                       Position/Title _173_

DEFENDANT'S
EXHIBIT
11
8:00-6107-Civ-Ferguson

Page _1_ of _1_

F 1343.24 (Ed. 6-85)                    TARGET/HARRIS193

**CONFIDENTIAL**

(407) 369-4559

Wednesday Oct 9 10:30 AM
#638
<u>Interview with</u> Melissa Jzrinsky (McCabe)

CONFIDENTIAL

<u>Robert</u> asked that this conversation be kept completely confidential. We are on a fact-finding process, only. She should completely relax.

Q: As a rule, how do you feel that Steve treated you?

A: Business-oriented. Not overly-friendly. Never asked me about my personal life

Q: Have you ever heard any other employee comments about how Steve treated them?

A: Feel he is a big pain. Drives people to get a lot done.

Q: Do you know of anyone feeling uncomfortable around him?

A: Not that I know of. Always gives people the benefit of the doubt.

DEFENDANT'S EXHIBIT
12
00-6107-Civ-Ferguso

TARGET/HARRIS194

Q: Did Steve ever promise you anything?

A: None – nothing... he never promised to promote me or anything like that...

Q: You do not feel that Steve tried to get personal with you?

A: None at all. He even forgot to not schedule me on my wedding day.

Q: Did you ever feel, or did you ever overhear another employee feel that he was invading their space? Disgruntled with Steve in any way.

A: None at all. Steve kind of used me as a backup – a secretary. I never saw nor heard him being overly nice to anyone, and I work around a lot of people.

Q: How do you view Steve?

A: I saw him as someone older, that I respected and admired. Did everything for the benefit of the company. Always talks about his boat and baby. I never heard him say anything...

TARGET/HARRIS195

Q: Did you ever hear anyone say anything about not liking the way he looks at them, etc?

A: Not at all. He refused to go out with the employees in their groups because he felt it would lead to trouble. The only thing I heard about was Corrine, when I was working in the back, Marie told me that Corrine felt Steve was hitting on her. I never felt that way at all. There was several times I've asked if Steve wanted to go out, but he always said no.

Corrine told me she was really mad about not getting the level II position. She told me she was upset, I told her to go ask Steve about why she did not get the position. I told her she was tardy on several days and that it may be the reason. Corrine stated that Jennifer Apperson had been late also, and she got the job.

TARGET/HARRIS196

Q: Did Corrine ever tell you she was going to "get Steve" in any way?

A: No. I would definitly remember something like that ... in fact, I would have told Steve about it, and she would probably realize that and not come to me about something like that because she knows I would have told him. I know Corrine talked to Mike V. a lot.

Q: When was the last time you have spoken to Steve?

A: About four times since he has left Boca. I call them just to talk and see how things are going.

Robert told her she was not to mention this conversation to anyone including Steve. That it was completly confidential and did not leave the ATF's office.

TARGET/HARRIS197



## SUPPLEMENTAL STATEMENT

Store No. 658

| | |
|---|---|
| ☐ Narrative Supplement | Name Subject # 1 _____ |
| | Name Subject # 2 _____ |

*CONFIDENTIAL*

☐ Witness Statement:  Name **Corinne Robbins**  Address _____ Phone _____

Employer **C. Robbins**  Date _____ Time _____ DOB **03-23-7**

Narrative/Statement: Steve Harris asked me if I was married. I told him yes. A couple weeks later I asked for a vacation and on the paper I wrote fiance surprised me with tickets. So Steve called my friend Brandy into his office and was asking her all kinds of questions like why did Corinne lie to me? He asked her for my home phone # where I live with my fiance. He kept calling my house trying to find out why I lied to him. But I avoided all his phone calls because I was nervous & didn't know what this had to do with my boss or the way I perform my job. So the next day I came to work and he confronted me why did you lie to me? And things to that effect. On another occasion in food ave he sat me down and started talking to me in the course of this conversation he asked for me & my daughter to come live with him to ~~xxxx xx~~ a week and he would make a responsible woman out of me. Another time in food ave he sat me down for another 30 min. talk and the lights went out and came right back on and he said to me "Oh I was just about to get romantic!"

Witnesses: Ron Rples APL

Report/Statement by: Corinne Robbins

Position/Title: _____

DEFENDANT'S EXHIBIT
13
1:00-6107-Civ-Ferguson

Page 1 of 2

F 1343.24 (Ed. 6-85)

TARGET/HARRIS198



**TARGET**

**SUPPLEMENTAL STATEMENT**

Store No. 638

☐ Narrative Supplement          Name Subject # 1 _____
                                Name Subject # 2 _____

☐ Witness Statement:   Name _____  Address _____  Phone _____
                       Employer _Corine Robbins_ Date _____ Time _____ DOB _____

Narrative/Statement: One time he called me in his office, and I cant remember what for But while I was up there, I complemented his wife. I said "Is that your wife, she's pretty" And Steve said "yeah pretty fucking ugly And there are other occasions Where he said little things like always complementing me, not on how I work & how good i'm doing at my job But how I look & personal things. He would always put his arm around me. He always made me feel uncomfortable, He would brag to me about his possesions (his boat And how his wife can't go out on it because of the baby & she's jealus. He told me about his personal relationships with other women. (His ex wife) Things my other Bosses dont take me out of work to talk to me about.

Witnesses: _Dan Replee_ APTL          Report/Statement by _Corine Robbins_
                                       Position/Title _____

Page 2 of 2

F1343.24 (Ed. 6-85)                          TARGET/HARRIS199