UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILKIE D. FERGUSON, JR.

CIVIL MINUTES



FILED by _____ D.C.
MAY 14 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1. Case No. 00-6107  Date: 5/14/02
2. Style: Harris v. Dayton Hudson
3. Plaintiff's Counsel: Richard Burton
4. Defendant's Counsel: Mary Huston
5. Type of Proceeding: TRIAL 6th DAY
6. Result of hearing:   Motion Granted ☐   Motion Denied ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes: Defendant continues presentation of its case.
Plaintiff's closing statement.
Defendant's closing statement.
Jury instruction & deliberation.

Law Clerk:             Amparo Nisi

Courtroom Deputy:      Karen Gardner

Courtroom Reporter: Anita LaRocca    Telephone: (954) 769-5565