

00-6107-CIV-FERGUSON

STEVE HARRIS Vs. DAYTON HUDSON CORPORAT

JURY NOTES



Request by Juror,  5/15/2002
 10 AM.

We would like to see the document to/from Mr. Murphy asking for a fee reduction/discount to hire Mr. Harris that specifies Mr. Harris as the African American interviewed.

Foreman
Niles Tagliamonte

Your honor,                                   5-15-02
                                              12:45

REGARDING QUESTIONS 2 AND 3, we
as the jury collectively believe
based on the evidence & testimony
provided are unable to make A
UNANIMOUS decision

Most Respectfully,

Niles Tagliamente
Foreman

5-16-02
1:40 pm

We have reached a unanimous decision.

Foreman
Miles Tagliamonte