UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6107-CIV-FERGUSON

VERDICT



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON

STEVE HARRIS,

    Plaintiff,

vs.

DAYTON HUDSON CORPORATION,

    Defendant.
_____/

## VERDICT FORM

**Do you find from a preponderance of the evidence:**

1. That the plaintiff suffered an adverse employment action?

    YES ✓        NO _____

[If your answer is "YES" then proceed to question no. 2]

2. That the plaintiff's race was a substantial or motivating factor that prompted Target to take the adverse employment action?

    YES ✓        NO _____

[If your answer is "YES" then proceed to question no. 3]

CASE NO. 00-6107-CIV-FERGUSON
Verdict Form
Page 2

3. That Target would have taken the same adverse employment action against Harris for other reasons even in the absence of consideration of his race?

YES ✓            NO _____

[If your answer is "YES" your verdict is for the defendant Target. If your answer is "NO" your verdict is for the plaintiff Harris on the issue of liability.]

**SO SAY WE ALL** this __16__ day of May, 2002.

_[signature]_
FOREPERSON