

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVE HARRIS
    Plaintiff,

Vs.                            Case No. 00-6107-CIV-FERGUSON

DAYTON HUDSON CORPORATION
    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** came on for trial by jury. After an eight-day trial a verdict was returned finding for the defendant. A copy of the verdict is attached and made part of this judgment. Accordingly, final judgment is hereby entered for the defendant and the plaintiff shall take nothing in this action.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this _16th_ day of May 2002.

                                                      _____
                                                      WILKIE D. FERGUSON, JR.,
                                                      UNITED STATES DISTRICT JUDGE

c:

Richard Burton, Esq.,
Mary Houston, Esq.,
Sidney Calloway, Esq.,
Rene Gonzales-Llorens, Esq.,

