# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAY 16 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Steve Harris
Plaintiff(s)

Case No. 00-6107-CV-FERGUSON

vs.

Dayton Hudson Corporation
Defendant(s)

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): DEFENDANT'S TRIAL EXHIBITS
_____

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: RENE GONZALEZ-LLORENS
AGENCY OF FIRM: SHUTTS & BOWEN
ADDRESS: _____
TELEPHONE: _____
DATE: 5/16/02

EXHIBITS RELEASED
BY: _____
   (Deputy Clerk)

ORIGINAL-Court File
cc:  Records Section
     Courtroom Deputy
     Counsel of Record