AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

FILED by _____ D.C.
MAY 20 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

STEVE HARRIS
v.
DAYTON HUDSON CORPORATION d/b/a Target Stores

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6107-CIV-FERGUSON

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WILKIE D. FERGUSON, JR. | Richard Burton, Esq., | Mary Houston, Esq., |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| May 6,7,8,9,13,14,15 & 16 | Anita LaRocca | Karen Gardner |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/6/02 | | | W1-Mr. Van Savage |
| | | 5/6/02 | | | W2_ Lisa Leffew (Former Target employee) |
| | | 5/6/02 | | | W3- Timothy Blacknik |
| | | 5/7/02 | | | W4- Joseph Murphy - Executive Search Firm |
| | | 5/7/02 | | | W5-Carrie Cavalos - |
| | | 5/7/02 | | | W6-Shannon Tetrault -Target Employee |
| | | 5/7/02 | | | W7- MR. Gillespie |
| | | 5/8/02 | | | W8-Annette Sternberg |
| | | 5/8/02 | | | W9- Steve Harris -Plaintiff |
| | | 5/8/02 | | | W10- Doug Barth |
| | | 5/13/02 | | | W11-Don Fankhauser |
| | | 5/13/02 | | | W12 - Marcus Hastings |
| | | 5/13/02 | | | W13-Rene Wasco |
| | | 5/13/02 | | | W14-Donna Keil |
| | | 5/14/02 | | | W15 - MR. Gillespie |
| | | 5/14/02 | | | W16-Paula Layne |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

STEVE HARRIS vs Dayton Corporation ("TARGET STORES)  CASE NO. 00-6106-CIV-WDF

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/6/02 | | | E1-Receipt |
| | | 5/7/02 | | | E2-Letter |
| | | 5/7/02 | | | E3-Exhibit #52 J.MURPHY file correspondence |
| | | | | | E4-Defendant's exhibit #6 pages 1337-1351 |
| | | | | | E5-Supplemental STatement of Tim Blacknik |
| | | | | | E6-Original Voucher Books; pages 361-454/772-823 |
| | | | | | E7-Exhibit 85C STatement of Tim Blacknik |
| | | | | | E8-Receipt for purchase of POwer Wheel Toy |
| | | 5/14/02 | | | E9-Defense Exhibit 85 (H) (2) |
| | | 5/14/02 | | | E10-Defense Exhibit 85J |
| | | 5/14/02 | | | E11 - Defense Exhibit 85 (j)(1) |

Page   of   Page