UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/



### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, **TARGET CORPORATION** ("Target"), respectfully moves this Court to enter an Order extending the time to serve its response to Plaintiff's Renewed Motion for Judgment as a Matter of Law, *et al.* ("Plaintiff's Motion"), and states as follows: .

1. Plaintiff's counsel certified that Plaintiff's Motion was served to undersigned counsel "by mail [on the] 31st day of May, 2002." (Pl.'s Motion at 25.) This is a misrepresentation. The envelope enclosing Plaintiff's Motion reveals that it was mailed on June 3, 2002, three days after Plaintiff's certification date.

2. Due to the misrepresentation, Target's Response to Plaintiff's Motion is due by Monday, June 17, 2002. However, should the true date of service be considered, Target's Response to Plaintiff's Motion would be due by Thursday, June 20, 2002.

3. Target requests that the Court grant it until Thursday, June 20, 2002, the correct due date, within which to serve its Response to Plaintiff's Motion.

4. This Court may for good cause shown and upon timely motion enlarge the time within which an act shall otherwise be done.

5. This Motion for Enlargement of Time is not made for the purpose of delay and Plaintiff will not be prejudiced by this enlargement.

6. Undersigned counsel has contacted Plaintiff's attorney through a letter, but has not obtained any response.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting it an enlargement of time until Thursday, June 20, 2002, within which to serve its response to Plaintiff's Motion.

Respectfully submitted,

SHUTTS & BOWEN LLP
Attorneys for Defendant
201 S. Biscayne Boulevard
1500 Miami Center
Miami, Florida 33131
(305) 358-6300
(305) 347-7386 (facsimile)

By: _____
Sheila M. Cesarano
Florida Bar No. 708364
Rene J. Gonzalez-LLorens
Florida Bar No. 053790

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 14th day of June, 2002, to:

Richard J. Burton, Esq.
Richard J. Burton & Associates, P.A.
18305 Biscayne Boulevard, Suite 300
Miami, Florida 33160.
Tel: (305) 705-0888
Fax: (305) 935-9542
Attorney for Plaintiff

_____
RENE GONZALEZ LLORENS