UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/

NIGHT BOX
FILED
JUN 14 2002
CLARENCE ADDOX
CLERK, USDC/SDFL/FTL

### DEFENDANT'S NOTICE OF FILING OFFER OF JUDGMENT

Defendant, **TARGET CORPORATION**, by and through undersigned counsel, hereby files the original Offer of Judgment served on Plaintiff's counsel on August 29, 2001. The original Offer is attached hereto as Exhibit A.

                          Respectfully submitted,

                          SHUTTS & BOWEN LLP
                          Attorneys for Defendant
                          1500 Miami Center
                          201 South Biscayne Boulevard
                          Miami, Florida 33131
                          Telephone: (305) 358-6300
                          Facsimile: (305) 347-7386

                          By: _____
                          René Gonzalez-LLorens
                          Florida Bar Number 0053790

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 17th day of June, 2002, to

Richard J. Burton, Esq.
Richard J. Burton & Associates, P.A.
18305 Biscayne Boulevard, Suite 300
Miami, Florida 33160.
Tel: (305) 705-0888
Fax: (305) 935-9542
Attorney for Plaintiff

OF COUNSEL

MIADOCS 524292.1 MED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/

## DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Defendant, **DAYTON HUDSON CORPORATION d/b/a TARGET STORES** ("Target"), pursuant to Fed. R. Civ. P. 68 ("Rule 68"), hereby proposes to settle this action with Plaintiff, **STEVE HARRIS** ("Plaintiff"), in the total amount of TEN THOUSAND DOLLARS AND NO CENTS ($10,000.00), and states:

1. This Offer of Judgment is made by Target to Plaintiff.

2. This Offer of Judgment shall resolve all claims against Target arising out of the allegations that are the subject of the above styled action.

3. There are no conditions attached to this Offer of Judgment, other than those applicable under the provisions of Rule 68. Acceptance of this Offer of Judgment by Plaintiff shall release all claims and causes of action that Plaintiff has asserted or could assert against Target arising out of the allegations that are the subject of the above styled action.

4. The total amount of this Offer of Judgment is TEN THOUSAND DOLLARS AND NO CENTS ($10,000.00), which includes any and all damages sought by Plaintiff in this action, including any and all claims for monetary damages, punitive damages, costs, expenses, interest, and attorneys' fees. There are no non-monetary terms other than as may be required by Rule 68.

5. This Offer of Judgment proposes to settle Plaintiff's claim for punitive damages.

6. This Offer of Judgment is inclusive of all of Plaintiff's claims for costs and attorney's fees.

    SHUTTS & BOWEN LLP
    Attorneys for Defendant
    201 South Biscayne Boulevard
    1500 Miami Center
    Miami, Florida 33131
    (305) 358-6300
    (305) 347-7386 (facsimile)

By: _____
    Sheila M. Cesarano
    Florida Bar Number 708364
    Rene J. Gonzalez-LLorens
    Florida Bar No. 0053790

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed and faxed on this 24 day of August, 2001 to:

Richard J. Burton, Esq.
Richard J. Burton & Associates, P.A.
18305 Biscayne Boulevard, Suite 300
Miami, Florida 33160.
Tel: (305) 705-0888
Fax: (305) 935-9542
Attorney for Plaintiff

_____
OF COUNSEL

MIADOCS 452002.1 KLL

-3-