# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

     Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

     Defendant.

_____/



## DEFENDANT'S NOTICE OF FILING AFFIDAVIT
## IN SUPPORT OF MOTION TO TAX COSTS AND ATTORNEYS' FEES

Defendant, TARGET CORPORATION, hereby files the original Supplemental Affidavit of

Rene Gonzalez-LLorens in support of Defendant's Motion to Tax Costs and Attorneys' Fees.

Respectfully submitted,

SHUTTS & BOWEN LLP
Attorneys for Defendant
1500 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6300
Facsimile: (305) 347-7386

By: _____
    Sheila M. Cesarano
    Florida Bar Number 708364
    Mary Ruth Houston
    Florida Bar Number 834440
    Sidney C. Calloway
    Florida Bar Number 790982
    Rene Gonzalez-LLorens
    Florida Bar Number 0053790

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this
13 day of June 2002, to:

Richard J. Burton, Esq.
Richard J. Burton & Associates, P.A.
18305 Biscayne Boulevard, Suite 300
Miami, Florida 33160.
Tel: (305) 705-0888
Fax: (305) 935-9542
Attorney for Plaintiff

OF COUNSEL

MIADOCS 524577.1 MED

-2-

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

      Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

      Defendant.

_____/

### SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION TO TAX COSTS AND ATTORNEYS' FEES

STATE OF FLORIDA    )
                              ) SS.
COUNTY OF DADE     )

BEFORE ME, the undersigned authority, personally appeared **RENÉ J. GONZÁLEZ-LLORENS** who is personally known to me and who, after being first duly sworn, deposes and states:

      1.    I am an attorney in the law firm of Shutts & Bowen LLP, which represents Defendant, Target Corporation ("Target").  I have been personally involved in the defense of this matter.

      2.    I have reviewed the billing records and files to determine the costs and attorneys' fees incurred in the above-referenced matter.  I make this Affidavit based on my personal knowledge and a review of the billing records and files.

## COSTS

3.     Target expended $862.00 in process server fees incurred in serving deponents, depositions *duces tecum,* and trial subpoenas.  These process server fees have been solely and necessarily incurred for the purposes of this litigation, and, therefore, are well grounded in fact and justified:

| 8/1/00 | Rosadel Executive Services | $30.00 |
| 10/9/00 | Process Server<br>Service on Saks Fifth Avenue | $25.00 |
| 10/13/00 | Process Server<br>Service on J. Murphy Management | $70.00 |
| 10/13/00 | Process Server<br>Service on Zayre | $18.00 |
| 10/20/00 | Process Server<br>Service on Marshalls | $80.00 |
| 3/7/01 | Process Server<br>Service on S. Foodman | $36.00 |
| 3/16/01 | Process Server<br>Service on J. Harris | $70.00 |
| 6/15/01 | Process Server<br>Service on S. Gryzbak | $25.00 |
| 6/15/01 | Process Server<br>Service on J. Murphy | $35.00 |
| 6/15/01 | Process Server<br>Service on S. Tetrault | $25.00 |
| 6/15/01 | Process Server<br>Service on P. Layne | $25.00 |
| 6/15/01 | Process Server<br>Service on D. Barth | $35.00 |

SHUTTS & BOWEN LLP

MIAMI          FORT LAUDERDALE          WEST PALM BEACH          ORLANDO          TALLAHASSEE          AMSTERDAM          LONDON

| | | |
|---|---|---|
| 6/15/01 | Process Server<br>Service on C. Lapre | $35.00 |
| 6/15/01 | Process Server<br>Service on E. Lyday | $35.00 |
| 6/15/01 | Process Server<br>Service on D. Keil | $35.00 |
| 7/6/01 | Process Server<br>Service on S. Rosenberg | $35.00 |
| 7/31/01 | Process Server<br>Service on EEOC | $18.00 |
| 4/15/02 | Process Server<br>Service of trial subpoena on D. Keil | $35.00 |
| 4/15/02 | Process Server<br>Service on D. Barth | $35.00 |
| 4/15/02 | Process Server<br>Service on S. Gryzbak | $25.00 |
| 4/15/02 | Process Server<br>Service on C. Lapre | $25.00 |
| 4/15/02 | Process Server<br>Service on S. Tetrault | $25.00 |
| 4/15/02 | Process Server<br>Service on J. Manasek | $25.00 |
| 4/26/02 | Process Server<br>Service on P. Daly | $25.00 |
| 4/26/02 | Process Server<br>Service on R. Wasco | $35.00 |

**TOTAL:**                                **$862.00**

True and correct copies of the invoices and checks evidencing the fees paid to process servers are

attached as Exhibit "A."

-3-

4.    Target incurred $5,279.54 in deposition costs (court reporter fees and transcripts) in taking/defending depositions.  These deposition costs have been incurred solely and necessarily for the purposes of this litigation, and, therefore, are well grounded in fact and justified:

| 7/6/00 | Veritext LLC<br>Deposition of Plaintiff | $1,126.50 |
| 7/25/00 | Worldwide Reporting Service<br>Deposition of Terry Gillespie | $415.85 |
| 10/31/00 | Worldwide Reporting Service<br>Depositions of Clarissa Howard, Caryn Lapre, Patricia Morris | $792.65 |
| 3/6/01 | Armstrong Okey<br>Deposition of Don Fankhauser | $601.19 |
| 3/23/01 | Veritext LLC<br>Deposition of Janice Harris | $292.45 |
| 4/4/01 | Worldwide Reporting Service<br>Deposition of Doug Barth | $263.60 |
| 4/4/01 | Worldwide Reporting Service<br>Depositions of J. Scott, E. Lyday, S. Tetrault | $552.80 |
| 9/4/01 | Moore Henderson Allen Thomas<br>Deposition of Mark Hasting | $390.00 |
| 9/30/01 | Veritext LLC<br>Deposition of Stanley Foodman | $224.00 |
| 10/15/01 | Schulman Wasserman<br>Deposition of Robert Van Savage | $620.50 |

**TOTAL:**                                    **$5,27954**

True and correct copies of the invoices and checks evidencing the deposition costs are attached as Exhibit "B."

5.    Target incurred $4,147.00 in costs to obtain the trial transcript in this case. The trial transcript was necessarily obtained for use in this case, specifically impeaching Plaintiff and

Plaintiff's witnesses, and, therefore, are well grounded in fact and justified. True and correct copies of the checks evidencing the trial transcript costs are attached as Exhibit "C."

      6.    Target incurred $980.00 in fees for trial and witness subpoenas. These fees also include $300 paid to Plaintiff's expert, Stanley Foodman, so that he would testify. The trial and witness subpoena fees were solely and necessarily incurred for the purposes of this litigation, and, therefore, are well grounded in fact and justified:

| 3/2/01 | Janice Harris<br>Attendance at deposition | $40.00 |
|--------|--------------------------------------------|--------|
| 5/7/01 | Doug Barth<br>Trial Subpoena | $40.00 |
| 5/7/01 | Sandy Gryzbak<br>Trial Subpoena | $40.00 |
| 5/7/01 | Donna Keil<br>Trial Subpoena | $40.00 |
| 5/7/01 | Caryn Lapre<br>Trial Subpoena | $40.00 |
| 5/7/01 | Paula Layne<br>Trial Subpoena | $40.00 |
| 5/7/01 | Erika Lyday<br>Trial Subpoena | $40.00 |
| 5/7/01 | Joe Murphy<br>Trial Subpoena | $40.00 |
| 5/7/01 | Sandy Rosenberg<br>Trial Subpoena | $40.00 |
| 5/7/01 | Shannon Tetrault<br>Trial Subpoena | $40.00 |
| 6/7/01 | EEOC - Rec. Custodian<br>Trial Subpoena | $40.00 |

SHUTTS & BOWEN LLP

MIAMI      FORT LAUDERDALE      WEST PALM BEACH      ORLANDO      TALLAHASSEE      AMSTERDAM      LONDON

| 9/5/01 | Stanley Foodman CPA<br>Expert Witness Fee for deposition | $200.00 |
|--------|--------|--------|
| 9/5/01 | Stanley Foodman CPA<br>Expert Witness Fee for deposition | $100.00 |
| 3/26/02 | Doug Barth<br>Trial Subpoena | $40.00 |
| 3/26/02 | Sandy Gryzbak<br>Trial Subpoena | $40.00 |
| 3/26/02 | Shannon Tetrault<br>Trial Subpoena | $40.00 |
| 3/26/02 | Paula Daly<br>Trial subpoena | $40.00 |
| 3/26/02 | Rene Wasco<br>Trial subpoena | $40.00 |
| 3/26/02 | Caryn Lapre<br>Trial subpoena | $40.00 |

**TOTAL:**                                            **$980.00**

True and correct copies of the checks evidencing the trial and witness subpoena fees are attached as

Exhibit "D."

      7.     Target incurred $7,001.30 in costs for copies of papers. These papers include the

following:

- Costs of $2,293.00 for photocopies used before trial preparation  These costs were incurred from April to September 2, 2001.

- Costs of $1,970.80 for photocopies used in preparing witnesses immediately before the trial and for the first trial. These costs were incurred from September 4, 2001 to October 15, 2001, the date that the first trial ended.

- Costs of $2,737.50 for photocopies used for preparing witnesses for the second trial and expended as a result of the second trial. These costs were incurred from October 16, 2001 through May 16, 2002.

SHUTTS & BOWEN LLP

MIAMI          FORT LAUDERDALE          WEST PALM BEACH          ORLANDO          TALLAHASSEE          AMSTERDAM          LONDON

True and correct copies of Shutts & Bowen's internal disbursement forms evidencing the photocopy costs are attached as Exhibit "E."

8.    Target incurred $287.55 in costs for demonstrative exhibits used at trial. These exhibits included three Boards which contained the Shooter's Receipt and certain Target policies. A true and correct copy of the invoice and check evidencing the demonstrative exhibit cost is attached as Exhibit "F."

9.    Target incurred $204.75 in mediation costs. A true and correct copy of the invoice and check evidencing the mediation cost is attached as Exhibit "G."

10.    Target incurred $3,909.33 in travel expenses to defend depositions taken by Plaintiff in other states. Target's counsel traveled to Oregon to defend the deposition of Mark Hasting and incurred travel expenses (including airfare) of $1,619.79; Target's counsel traveled to Ohio to defend the deposition of Don Fankhauser and incurred travel expenses (including airfare) of $1,209.29; and Target's counsel traveled to New Jersey to defend the deposition of Robert Van Savage, and incurred travel expenses (including airfare) of $1,080.25. These travel expenses were necessary since the depositions were all noticed by Plaintiff in other states, even though Target's counsel proposed telephonic depositions of Hasting and Fankhauser. True and correct copies of the checks evidencing the travel costs are attached as Exhibit "G."

11.    Accordingly, Target has incurred $22,671.47 in taxable costs since the inception of this lawsuit.

SHUTTS & BOWEN LLP

MIAMI        FORT LAUDERDALE        WEST PALM BEACH        ORLANDO        TALLAHASSEE        AMSTERDAM        LONDON

FURTHER AFFIANT SAYETH NOT.

RENÉ J. GONZÁLEZ-LLORENS

STATE OF FLORIDA )
                  ) SS.
COUNTY OF DADE )

The foregoing instrument was acknowledged before me on this 17th day of June 2002 by René J. González-LLorens, who is personally known to me and who did/did not take an oath.


Notary Public,
State of Florida at Large.

My Commission expires:
(SEAL)

MIADOCS 524873.1 RGL

MARGARET BRADLEY-DAVIS
MY COMMISSION # CC 790076
EXPIRES: November 11, 2002
1-800-4-NOTARY   Fla. Notary Service & Bonding Co.

-8-

A

| DATE | | DESCR. N | | AMOUNT | NET AMOUNT |
|------|--|----------|--|--------|------------|
| 8/1/00 | 0007043 | Service of process WPB | | 30.00 | 30.00 |

| CHECK DATE 09/12/2000 | CONTROL NUMBER 109870 | TOTALS ➡ | | | $30.00 |
|---|---|---|---|---|---|

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

SUNTRUST   SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660

CHECK NO. **0109870**

PAY   *THIRTY AND 00/100 DOLLARS*

| TO THE ORDER OF | DATE 09/12/2000 | CONTROL NO. 109870 | AMOUNT $30.00 |
|---|---|---|---|

Rosedel Executive Service

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

NON-NEGOTIABLE

VOID AFTER 90 DAYS

⑈109870⑈ ⑆066000604⑆ 0189001202986⑈

# INVOICE

*Rosadel Executive Services*

*P. O. Box 144923, Coral Gables, Florida 33114*

*Phone: (305) 541-5253*

*Pager: (305) 201-7409*

July 22, 2000                                              No. 00-07-043

TO:   Sheila M. Cesarano,  Esq.
      Jeannette E. Albo, Esq.
      Shutts & Bowen LLP
      1500 Miami Center
      201 South Biscayne Boulevard
      Miami, Florida 33131

RE:   Steve Harris v. Dayton Hudson Corporation d/b/a Target Stores
      Case No.  00-6107 CIV-FERGUSON

| Subpoena | Date | County | Service Fee | Total |
|----------|------|--------|-------------|-------|
| RC/Dr. Roger Albert Levy | 07/17/00 | Palm Beach | 30.00 | 30.00 |

TOTAL DUE      $30.00

*Please make check payable to: Rosadel Executive Services*

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|------|-------------|--------|------------|
| 10/9/00 | 20000753 SMC/ 13512-0006- Service on Saks Fifth Avenue | 25.00 | 25.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | |
|------------|----------------|----------|---|---|
| 10/30/2000 | 129227 | | | $25.00 |

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SUNTRUST BANK MIAMI, N.A.
FLORIDA
83-60/680

**129227**

CHECK NO.

PAY     *TWENTY-FIVE AND 00/100 DOLLARS*

TO THE
ORDER OF

| | DATE | CONTROL NO. | AMOUNT |
|---|------|-------------|--------|
| | 10/30/00 | 129227 | $25.00 |

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL  33131

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈129227⑈ ⑆060⑆ 604⑆ 0105001202986⑈

## INVOICE

**JUAN TAPANES, PROCESS SERVER**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL  33131**
**Phone: (305) 710-5546**

Inv. # 2000000753
10-09-2000

Shiela M. Cesarano, Esquire
SHUTTS & BOWEN
201 South Biscayne Boulevard
15th Floor
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received:  9/29/2000    Completed: 10/2/2000
To be served on: Saks Fifth Avenue

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Broward - Subpoena | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |

**BALANCE DUE:**                                          **$25.00**

Copyright © 1992-1998 Database Services, Inc. - Process Server's Toolbox V6.3u

CHECK NO. 129226

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|---|---|---|---|
| 10/13/00 | 000000769 SMC- 13512-0006- Service on J. Murphy Mgmt. | 70.00 | 70.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | |
|---|---|---|---|---|
| 10/30/2000 | 129226 | | | $70.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SunTrust   SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-80/660
**129226**

CHECK NO.

PAY   *SEVENTY AND 00/100 DOLLARS*

TO THE
ORDER OF

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 10/30/00 | 129226 | $70.00 |

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL 33131

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈129226⑈ ⑈660⑈ 8040 0150001202986⑈

# INVOICE

**JUAN TAPANES, PROCESS SERVER**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL 33131**
**Phone: (305) 710-5546**

Inv. # 2000000769
10-13-2000

Shiela M. Cesarano, Esquire
SHUTTS & BOWEN
201 South Biscayne Boulevard
15th Floor
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received: 10/2/2000    Completed: 10/10/2000
To be served on: J. Murphy Management of Florida

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Boca Raton - Subpoena | 2.00 | 35.00 | 70.00 |
| TOTAL CHARGED: | | | $70.00 |

| | | | |
|---|---|---|---|
| **BALANCE DUE:** | | | **$70.00** |

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3u

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|------|-------------|--------|------------|
| 10/13/00 | 200000767 SMC/13512-0006 - Service on Zayre | 18.00 | 18.00 |

| CHECK DATE | CONTROL NUMBER | | | |
|------------|----------------|---|---|---|
| 10/30/2000 | 129228 | TOTALS ➡ | | $18.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SUNTRUST    SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660

CHECK NO.    **129228**

PAY    *EIGHTEEN AND 00/100 DOLLARS*

| | DATE | CONTROL NO. | AMOUNT |
|---|------|-------------|--------|
| TO THE ORDER OF | 10/30/00 | 129228 | $18.00 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL 33131

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈129228⑈  ⑆:060  604⑆ 0165004202986⑈

## INVOICE

**JUAN TAPANES, PROCESS SERVER**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL 33131**
**Phone: (305) 710-5546**

Inv. # 2000000767
10-13-2000

Shiela M. Cesarano, Esquire
SHUTTS & BOWEN
201 South Biscayne Boulevard
15th Floor
Miami FL 33131

**Case Number:** Southern **00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received: 10/2/2000     Completed: 10/12/2000
To be served on: Zayre

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Dade - Subpoena | 1.00 | 18.00 | 18.00 |
| TOTAL CHARGED: | | | $18.00 |

**BALANCE DUE** $18.00

Copyright © 1992-1998 Database Services, Inc. - Process Server's Toolbox V5.3u

| DATE | DESCR | AMOUNT | NET AMOUNT |
|------|-------|--------|------------|
| 10/20/00 | 200000711 SMC-13512-0006- Service on Marshalls | 80.00 | 80.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | |
|------------|----------------|----------|---|---|
| 10/30/2000 | 129224 | | | $80.00 |

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SunTrust    SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660
**129224**

CHECK NO.

PAY  *EIGHTY AND 00/100 DOLLARS*

TO THE
ORDER OF

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 10/30/00 | 129224 | $80.00 |

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL  33131

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈129224  ⑆060⑈ 604⑈ 0157001202986⑈

# INVOICE

**JUAN TAPANES, PROCESS SERVER**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL 33131**
**Phone: (305) 710-5546**

Inv. # 2000000711
10-20-2000

Shiela M. Cesarano, Esquire
SHUTTS & BOWEN
201 South Biscayne Boulevard
15th Floor
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received: 10/2/2000   Completed: 10/6/2000
To be served on: Marshalls

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| MA - Subpoena | 1.00 | 65.00 | 65.00 |
| UPS | 1.00 | 15.00 | 15.00 |
| **TOTAL CHARGED:** | | | $80.00 |
| **BALANCE DUE:** | | | $80.00 |

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V6.3u

| | | | AMOUNT | NET AMOUNT |
|---|---|---|---|---|
| 3/7/01 | 2001000306 | Service on S. Friedman. 13512-00006 SHC . | 36.00 | 36.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | |
|---|---|---|---|---|
| 03/21/2001 | 137536 | | | $36.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SUNTRUST       SUNTRUST BANK, MIAMI, N.A.
                FLORIDA
                63-80/660  **137536**

CHECK NO.

PAY   *THIRTY-SIX AND 00/100 DOLLARS*

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/21/01 | 137536 | $36.00 |

TO THE
ORDER OF

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL  33131

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

VOID AFTER 90 DAYS

**NON-NEGOTIABLE**

⑈137536⑈ ⑆066000660⑆ 0189001202986⑈

## INVOICE

**JUAN TAPANES, PROCESS SERVER**
600 Brickell Avenue
Suite 203-A
Miami, FL  33131
Phone: (305) 345-1746

Inv. # 2001000306
03-07-2001

Shiela M. Cesarano, Esquire
SHUTTS & BOWEN
201 South Biscayne Boulevard
15th Floor
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received:  3/5/2001     Completed: 3/6/2001
To be served on: Foodman CPA, Stanley I.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Dade - Subpoena | 2.00 | 18.00 | 36.00 |
| TOTAL CHARGED: | | | $36.00 |

| | |
|---|---|
| BALANCE DUE: | $36.00 |

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V6.3u

| | | AMOUNT | NET AMOUNT |
|---|---|---|---|
| 3/16/01 | 2001000263 Service on Janice Harris. | 70.00 | 70.00 |

| CHECK DATE | CONTROL NUMBER | | NET AMOUNT |
|---|---|---|---|
| 04/16/2001 | 138985 | **TOTALS ▶** | $70.00 |

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SUNTRUST   SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/650   **138985**

CHECK NO.

PAY    *SEVENTY AND 00/100 DOLLARS*

| | | DATE | CONTROL NO. | AMOUNT |
|---|---|---|---|---|
| TO THE ORDER OF | | 04/16/01 | 138985 | $70.00 |

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL  33131

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈138985⑈ ⑆066000604⑆ 018900120298⑈

## INVOICE

**JUAN TAPANES, PROCESS SERVER**
600 Brickell Avenue
Suite 203-A
Miami, FL  33131
Phone: (305) 345-1746

Inv. # 2001000283
03-16-2001

Shiela M. Cesarano, Esquire
SHUTTS & BOWEN
201 South Biscayne Boulevard
15th Floor
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received:  3/5/2001    Completed: 3/14/2001
To be served on: Harris, Janice

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Delray - Subpoena | 1.00 | 70.00 | 70.00 |
| TOTAL CHARGED: | | | $70.00 |

**BALANCE DUE:** $70.00

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V6.3u

| | | | | AMOUNT | | NET AMOUNT |
|---|---|---|---|---|---|---|
| | 2001000525 Service on S.Gtyzbak. 13512-0006 SMC | | | 25.00 | | 25.00 |

| CHECK DATE | CONTROL NUMBER | | | | | |
|---|---|---|---|---|---|---|
| 06/15/2001 | 142229 | TOTALS ➡ | | | | $25.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

**SunTrust** SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-50/680 **142229**

CHECK NO.

PAY    *TWENTY-FIVE AND 00/100 DOLLARS*

TO THE
ORDER OF

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/15/01 | 142229 | $25.00 |

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A        **SHUTTS & BOWEN, LLP - OPERATING ACCOUNT**
Miami, FL  33131

VOID AFTER 90 DAYS        **NON-NEGOTIABLE**

⑆142229⑆ ⑈068008064⑈ 019900120298⑈

## INVOICE

**JUAN TAPANES, PROCESS SERVER**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL  33131**
**Phone: (305) 345-1746**

Inv. # 2001000525
05-24-2001

Rene J. Gonzalez-Llorens
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received:  5/10/2001     Completed: 5/21/2001
To be served on: GRYZBAK, SANDY

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Service Fee | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |

**BALANCE DUE:**                                                    **$25.00**

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V6.9u

6/15/01    2001000574  Service on J. Murphy.19512-006 SMC          35.00              35.00

| CHECK DATE 06/15/2001 | CONTROL NUMBER 142230 | TOTALS ➡ | | $35.00 |
|---|---|---|---|---|

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

**SunTrust**   SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660 **142230**

CHECK NO.

PAY   *THIRTY-FIVE AND 00/100 DOLLARS*

TO THE
ORDER OF

| | DATE | CONTROL NO. | AMOUNT |
|---|---|---|---|
| | 06/15/01 | 142230 | $35.00 |

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL  33131

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈142230⑈  ⑆0660006064⑆ 0159001202986⑆

## INVOICE

**JUAN TAPANES, PROCESS SERVER**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL  33131**
**Phone: (305) 345-1746**

Inv. # 2001000524
05-24-2001

Rene J. Gonzalez-Llorens
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received:  5/10/2001    Completed: 5/21/2001
To be served on: MURPHY, JOE

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Service Fee | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |

**BALANCE DUE:**                                                   $35.00

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3u

8/15/01     276-100050: Service on S. Tetrault.33512 0F06 SM:          25.00          25.00

| CHECK DATE | CONTROL NUMBER | | | | |
|---|---|---|---|---|---|
| 06/15/2001 | 142231 | **TOTALS ➡** | | | $25.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

**SunTrust**   SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660 **142231**

CHECK NO.

PAY     *TWENTY-FIVE AND 00/100 DOLLARS*

TO THE
ORDER OF

| | DATE | CONTROL NO. | AMOUNT |
|---|---|---|---|
| | 06/15/01 | 142231 | $25.00 |

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A                                    SHUTTS & BOWEN, LLP - OPERATING ACCOUNT
Miami, FL  33131

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑆142231⑆ ⑈063000060⑈ 018900120 2986⑆

## INVOICE

**JUAN TAPANES, PROCESS SERVER**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL  33131**
**Phone: (305) 345-1746**

Inv. # 2001000505
05-18-2001

Rene J. Gonzalez-Llorens
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received:  5/10/2001    Completed: 5/17/2001
To be served on: TETRAULT, SHANNON

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |

**BALANCE DUE:**                                                                              **$25.00**

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V6 3u

| | | | AMOUNT | NET AMOUNT |
|---|---|---|---|---|
| 6.15.00 | 000100150: Service on P. Layne. 1352-000: SMC | | 25.00 | 25.00 |

| CHECK DATE | CONTROL NUMBER | | | |
|---|---|---|---|---|
| 06/15/2001 | 142232 | **TOTALS** ➡ | | $25.00 |

DETACH AND RETAIN THIS STATEMENT

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

**SunTrust** SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660 **142232**

CHECK NO.

PAY     *TWENTY-FIVE AND 00/100 DOLLARS*

TO THE
ORDER OF

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/15/01 | 142232 | $25.00 |

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL 33131

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

NON-NEGOTIABLE

VOID AFTER 90 DAYS

⑈142232⑈  ⑆660000604⑆ 013900120298⑈

## INVOICE

**JUAN TAPANES, PROCESS SERVER**
**800 Brickell Avenue**
**Suite 203-A**
**Miami, FL  33131**
**Phone: (305) 345-1748**

Inv. # 2001000504
05-18-2001

Rene J. Gonzalez-Llorens
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received:  5/10/2001    Completed: 5/17/2001
To be served on: LAYNE, PAULA

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Service Fee (Local) | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |

**BALANCE DUE:** $25.00

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3u

| | | | AMOUNT | NET AMOUNT |
|---|---|---|---|---|
| 06/15/01 | 3001000535 | Service on D. Harth. 156120006  SMC | 35.00 | 35.00 |

| CHECK DATE | CONTROL NUMBER | | | |
|---|---|---|---|---|
| 06/15/2001 | 142233 | **TOTALS ➡** | | $35.00 |

DETACH AND RETAIN THIS STATEMENT

IF ANY OF THE ABOVE IS IN ERROR, OR FOR THE SERVICES DESCRIBED ABOVE, IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

**SUNTRUST** SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/630 **142233**

CHECK NO.

PAY   *THIRTY-FIVE AND 00/100 DOLLARS*

TO THE
ORDER OF

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/15/01 | 142233 | $35.00 |

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL  33131

**SHUTTS & BOWEN, LLP - OPERATING ACCOUNT**

NON-NEGOTIABLE

VOID AFTER 90 DAYS

142233   ⑆063000540⑆ 0160012029880⑈

## INVOICE

**JUAN TAPANES, PROCESS SERVER**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL  33131**
**Phone: (305) 345-1746**

Inv. # 2001000535
05-29-2001

Rene J. Gonzalez-Llorens
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received:  5/10/2001    Completed: 5/24/2001
To be served on: BARTH, DOUG

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Service Fee (Local) | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |
| **BALANCE DUE:** | | | **$35.00** |

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V6.4m

| | | AMOUNT | NET AMOUNT |
|---|---|---|---|
| Feb 15, 01   2001000534   Service on C. Lapte. 13512-0006 SMC | | 35.00 | 35.00 |

| CHECK DATE | CONTROL NUMBER | | | |
|---|---|---|---|---|
| 06/15/2001 | 142234 | **TOTALS** ➡ | | $35.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

**SunTrust** SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-80/660 **142234**

CHECK NO.

PAY    *THIRTY-FIVE AND 00/100 DOLLARS*

TO THE
ORDER OF

| | DATE | CONTROL NO. | AMOUNT |
|---|---|---|---|
| Juan Tapanes, Process Server | 06/15/01 | 142234 | $35.00 |
| 600 Brickell Ave | | | |
| Suite 203-A | **SHUTTS & BOWEN, LLP - OPERATING ACCOUNT** | | |
| Miami, FL  33131 | | | |

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈142234⑈  ⑆0660003804⑈ 0169001202986⑈

# INVOICE

**JUAN TAPANES, PROCESS SERVER**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL 33131**
**Phone: (305) 345-1746**

Inv. # 2001000534
05-29-2001

Rene J. Gonzalez-Llorens
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received: 5/10/2001   Completed: 5/24/2001
To be served on: LAPRE, CARYN

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |

**BALANCE DUE:** $35.00

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V6.4m

| | | | | COUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 15/01 | 2001000533 Service on E. Byday. 13512-006 JRH | | | 35.00 | 35.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | | $35.00 |
|---|---|---|---|---|---|
| 06/15/2001 | 142235 | | | | |

DETACH AND RETAIN THIS STATEMENT

IF ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

**SunTrust**   SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-80/680 **142235**

CHECK NO.

PAY

*THIRTY-FIVE AND 00/100 DOLLARS*

TO THE
ORDER OF

| | DATE | CONTROL NO. | AMOUNT |
|---|---|---|---|
| | 06/15/01 | 142235 | $35.00 |

```
Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL  33131
```

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

NON-NEGOTIABLE

VOID AFTER 90 DAYS

⑈142235⑈ ⑆066000305⑆ 0139001202986⑈

## INVOICE

JUAN TAPANES, PROCESS SERVER
600 Brickell Avenue
Suite 203-A
Miami, FL  33131
Phone: (305) 345-1746

Inv. # 2001000533
05-29-2001

Rene J. Gonzalez-Llorens
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received:  5/10/2001    Completed: 5/24/2001
To be served on: LYDAY, ERIKA

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |

**BALANCE DUE:**  $35.00

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.4m

| | | | AMOUNT | NET AMOUNT |
|---|---|---|---|---|
| 6/25/01 | 2001000566 Service on D.Reil.13512-0006 SMC | | 35.00 | 35.00 |

| CHECK DATE | CONTROL NUMBER | | | |
|---|---|---|---|---|
| 06/18/2001 | 142330 | **TOTALS ➡** | | $35.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

**SunTrust**  SUNTRUST BANK MIAMI, N.A.
FLORIDA
88-60/600 **142330**

CHECK NO.

**PAY**   *THIRTY-FIVE AND 00/100 DOLLARS*

TO THE
ORDER OF

| | DATE | CONTROL NO. | AMOUNT |
|---|---|---|---|
| | 06/18/01 | 142330 | $35.00 |

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL  33131

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

VOID AFTER 90 DAYS

NON-NEGOTIABLE

⑈142330⑈  ⑉066000504⑈  0 18900 ⑈20 2986⑈

## INVOICE

**JUAN TAPANES, PROCESS SERVER**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL  33131**
**Phone: (305) 345-1746**

Inv. # 2001000586
06-07-2001

Rene J. Gonzalez-Llorens
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received:  5/8/2001    Completed: 5/25/2001
To be served on: KEIL, DONNA

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide) | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |

**BALANCE DUE:** $35.00

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.4m

| | | DESCRIPTION | AMOUNT | NET AMOUNT |
|---|---|---|---|---|
| 7/6/01 | 2001000603 | Service of process on Sandy Rosenberg.<br>13512-0006 smc | 35.00 | 35.00 |

| CHECK DATE<br>07/06/2001 | CONTROL NUMBER<br>143182 | TOTALS ➡ | | $35.00 |
|---|---|---|---|---|

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

**SunTrust** SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660 **143182**

CHECK NO.

PAY     *THIRTY-FIVE AND 00/100 DOLLARS*

| | DATE | CONTROL NO. | AMOUNT |
|---|---|---|---|
| TO THE<br>ORDER OF | 07/06/01 | 143182 | $35.00 |

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL 33131

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈143182⑈ ⑆066000860⑈: 0189001202986⑈

000289

# MIAMI
## DISBURSEMENT FORM

RECEIVED IN ACCOUNTING
2001 JUL -3 AM 11 19

**REQUEST FOR:** ☒ Office Check   ☒ Trust Check   ☒ Petty Cash
**CHARGE TO:** ☒ Client   ☒ Firm   ☒ Personal

| Client No. | Client Name: |
|---|---|
| 1 135112 | Target |

| Matter No. | Matter Name: |
|---|---|
| 0 006 | Harris |

| Mo/Day/Yr | Date: July 3, 2001 |
|---|---|

| Amount | Amount: $ 35 — |
|---|---|

☐ j1  Abstract Contuation    ☐ 08  Doc. Preparation    ☐ W1  Meals    ☐ L1  Publication Fees

---

## INVOICE

**JUAN TAPANES, PROCESS SERVER**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL 33131**
**Phone: (305) 345-1746**

Inv. # 2001000603
06-19-2001

Rene J. Gonzalez-Llorens
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

**Plaintiff:**
**Steve Harris,**

**Defendant:**
**Dayton Hudson Corporation d/b/a Target Stores,**

**Received:** 6/14/2001   **Completed:** 6/17/2001
To be served on: ROSENBERG, SANDY

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amou |
|---|---|---|---|
| Service Fee (Statewide) | 1.00 | 35.00 | 35.0 |
| TOTAL CHARGED: | | | $35.0 |

| BALANCE DUE: | | | $35.0 |

| DATE | CONTROL NUMBER | DESCRIPTION | AMOUNT | NET AMOUNT |
|------|------|------|------|------|
| 7/31/01 | 2001000684 | Service of trial subpoena on EEOC. 13512-0006 smc | 18.00 | 18.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | $18.00 |
|------|------|------|------|------|
| 07/31/2001 | 144477 | | | |

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 38131**

SunTrust   SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/630 **144477**

CHECK NO.

*EIGHTEEN AND 00/100 DOLLARS*

PAY

| TO THE ORDER OF | | DATE | CONTROL NO. | AMOUNT |
|------|------|------|------|------|
| Juan Tapanes, Process Server 600 Brickell Ave Suite 203-A Miami, FL  33131 | | 07/31/01 | 144477 | $18.00 |

**SHUTTS & BOWEN, LLP - OPERATING ACCOUNT**

## NON-NEGOTIABLE

VOID AFTER 90 DAYS

⑆144477⑆ ⑈066000604⑈ 018900120 2986⑆

# INVOICE

**JUAN TAPANES, PROCESS SERVER**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL  33131**
**Phone: (305) 345-1746**

Inv. # 2001000684
07-17-2001

Original Date: 7/13/2001

Rene J. Gonzalez-Llorens
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received:  7/11/2001     Completed: 7/12/2001
To be served on: U.S. EQUAL EMPLOYMENT

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 18.00 | 18.00 |
| TOTAL CHARGED: | | | $18.00 |
| **BALANCE DUE:** | | | **$18.00** |

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V6.4m

6/15/01    2001000566  Service on D.Keil.13512-0006 SMC          35.00          35.00

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | | | 35.00 |
|------------|----------------|----------|---|---|---|-------|
| 06/18/2001 | 142330 | | | | | |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

**SunTrust**    SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660  **142330**

CHECK NO.

PAY    *THIRTY-FIVE AND 00/100 DOLLARS*

TO THE
ORDER OF

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 06/18/01 | 142330 | $35.00 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL  33131

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑆142330⑆  ⑈066000660⑈ 0189001202986⑈

## INVOICE

**JUAN TAPANES, PROCESS SERVER**
600 Brickell Avenue
Suite 203-A
Miami, FL  33131
Phone: (305) 345-1746

Inv. # 2001000586
06-07-2001

Rene J. Gonzalez-Llorens
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received:  5/8/2001    Completed: 5/25/2001
To be served on: KEIL, DONNA

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide) | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |

**BALANCE DUE:** $35.00

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V6.4m

| | | | AMOUNT | | NET AMOUNT |
|---|---|---|---|---|---|
| | 000000535 Service on D. Barth. 05120006  SMC | | 5.00 | | 35.00 |

| CHECK DATE | CONTROL NUMBER | | | | |
|---|---|---|---|---|---|
| 06/15/2001 | 142233 | TOTALS ➡ | | | $35.00 |

DETACH AND RETAIN THIS STATEMENT

DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SunTrust  SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/680 **142233**

CHECK NO.

PAY     *THIRTY-FIVE AND 00/100 DOLLARS*

TO THE
ORDER OF

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL  33131

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/15/01 | 142233 | $35.00 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

NON-NEGOTIABLE

VOID AFTER 90 DAYS

142233  ⑆063006306⑆ 0164001202986⑆

## INVOICE

**JUAN TAPANES, PROCESS SERVER**
600 Brickell Avenue
Suite 203-A
Miami, FL  33131
Phone: (305) 345-1746

Inv. # 2001000535
05-29-2001

Rene J. Gonzalez-Llorens
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received:  5/10/2001    Completed: 5/24/2001
To be served on: BARTH, DOUG

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |
| **BALANCE DUE:** | | | **$35.00** |

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V6.4m

| | 2001000525 Service on S.Gryzbak. 13512-0006 SMC | 25.00 | 25.00 |

| CHECK DATE 06/15/2001 | CONTROL NUMBER 142229 | **TOTALS ➡** | | $25.00 |

DETACH AND RETAIN THIS STATEMENT

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

**SunTrust**  SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660 **142229**

CHECK NO.

PAY    *TWENTY-FIVE AND 00/100 DOLLARS*

TO THE
ORDER OF

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL  33131

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 06/15/01 | 142229 | $25.00 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈142229⑈  ⑆⑆060008044⑆ 0189001202988⑈

## INVOICE

**JUAN TAPANES, PROCESS SERVER**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL  33131**
**Phone: (305) 345-1746**

Inv. # 2001000525
05-24-2001

Rene J. Gonzalez-Llorens
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received: 5/10/2001    Completed: 5/21/2001
To be served on: GRYZBAK, SANDY

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |
| **BALANCE DUE:** | | | **$25.00** |

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V6.3u

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

CHECK NO. **157410**

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|---|---|---|---|
| 4/15/02 | 2002000308  Service of trial subpoena on C. Lapre.  13512-0006 smc | 25.00 | 25.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | |
|---|---|---|---|---|
| 04/17/2002 | 157410 | | | $25.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

**SunTrust**    SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660

CHECK NO.  **157410**

PAY    *TWENTY-FIVE AND 00/100 DOLLARS*

| | DATE | CONTROL NO. | AMOUNT |
|---|---|---|---|
| TO THE ORDER OF | 06/17/02 | 157410 | $25.00 |

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL  33131

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑆157410⑈ ⑆066000604⑈ 0189001217220⑈

# INVOICE

**JUAN TAPANES, PROCESS SERVER**
600 Brickell Avenue
Suite 203-A
Miami, FL 33131
Phone: (305) 345-1746

Inv. # 2002000308
04-08-2002

Rene J. Gonzalez-Llorens
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received: 3/27/2002    Completed: 4/5/2002
To be served on: Lapre, Caryn

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |

| | | | |
|---|---|---|---|
| **BALANCE DUE:** | | | **$25.00** |

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V6.4t

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

CHECK NO. **157411**

| DATE | | DESCRIPTION | AMOUNT | NET AMOUNT |
|------|---|-------------|--------|------------|
| 4/15/02 | 2002000309 | Service of trial subpoena on S. Tetrault. 13512-0006 smc | 25.00 | .25.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | |
|------------|----------------|----------|---|---|
| 04/17/2002 | 157411 | | | $25.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

SUNTRUST    SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660

CHECK NO. **157411**

PAY    *TWENTY-FIVE AND 00/100 DOLLARS*

TO THE
ORDER OF

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 04/17/02 | 157411 | $25.00 |

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL 33131

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 60 DAYS

⑈157411⑈ ⑆066000604⑆ 0189001217220⑈

# INVOICE

**JUAN TAPANES, PROCESS SERVER**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL 33131**
**Phone: (305) 345-1746**

Inv. # 2002000309
04-08-2002

Rene J. Gonzalez-Llorens
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received: 3/27/2002    Completed: 4/5/2002
To be served on: Tetravit, Shannon

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$25.00** |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

CHECK NO. **157412**

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|------|-------------|--------|------------|
| 4/15/02 | 2002000310 Service of trial subpoena on J. Manasek. 13512-0006 smc | 25.00 | 25.00 |

| CHECK DATE | CONTROL NUMBER | | | |
|------------|----------------|---|---|---|
| 04/17/2002 | 157412 | **TOTALS ➡** | | $25.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SunTrust SUNTRUST BANK MIAMI, N.A. FLORIDA
00-00/000

CHECK NO. **157412**

PAY *TWENTY-FIVE AND 00/100 DOLLARS*

TO THE ORDER OF

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL 33131

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 04/17/02 | 157412 | $25.00 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈157412⑈ ⑆066000804⑆ 0189001217220⑈

# INVOICE

**JUAN TAPANES, PROCESS SERVER**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL 33131**
**Phone: (305) 345-1746**

Inv. # 2002000310
04-08-2002

Rene J. Gonzalez-Llorens
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received: 3/27/2002   Completed: 4/5/2002
To be served on: Manasek, Joy

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |
| | | | |
| BALANCE DUE: | | | $25.00 |

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V6.4t

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT          CHECK NO. **157912**

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|------|-------------|--------|------------|
| 4/26/02 | 2002000324 Service of trial subpoena on P. Daily. 13512-0006 SMC | 25.00 | 25.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | |
|------------|----------------|----------|---|---|
| 04/29/2002 | 157912 | | | $25.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SunTrust   SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660

CHECK NO. **157912**

PAY     *TWENTY-FIVE AND 00/100 DOLLARS*

TO THE
ORDER OF

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 04/29/02 | 157912 | $25.00 |

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL  33131

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈157912⑈ ⑆066000604⑆ 0189001217220⑈

# INVOICE

**JUAN TAPANES, PROCESS SERVER**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL  33131**
**Phone: (305) 345-1746**

Inv. # 2002000324
04-13-2002

Rene J. Gonzalez-Llorens
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received:  3/27/2002     Completed: 4/9/2002
To be served on: Daly, Paula

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Service Fee | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |

**BALANCE DUE:**                                                        **$25.00**

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V6.4t

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

CHECK NO. **157913**

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|------|-------------|--------|------------|
| 4/26/02 | 2002000338  Service of trial subpoena on R. Wasco.<br>13512-0006 SNC | 35.00 | 35.00 |

| CHECK DATE | CONTROL NUMBER | | | |
|------------|----------------|--|--|--|
| 04/29/2002 | 157913 | TOTALS ➡ | | $35.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

---

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

SunTrust   SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-50/630

CHECK NO.  **157913**

PAY   *THIRTY-FIVE AND 00/100 DOLLARS*

| | DATE | CONTROL NO. | AMOUNT |
|--|------|-------------|--------|
| TO THE<br>ORDER OF | 04/29/02 | 157913 | $35.00 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

Juan Tapanes, Process Server
600 Brickell Ave
Suite 203-A
Miami, FL 33131

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈157913⑈ ⑆0650006064⑆ 0189001217280⑈

# INVOICE

**JUAN TAPANES, PROCESS SERVER**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL 33131**
**Phone: (305) 345-1746**

Inv. # 2002000338
04-16-2002

Rene J. Gonzalez-Llorens
Shutts & Bowen
1500 Miami Center
201 South Biscayne Blvd.
Miami FL 33131

**Case Number: Southern 00-6107 CIV-FERGUSON**

Plaintiff:
**Steve Harris,**

Defendant:
**Dayton Hudson Corporation d/b/a Target Stores,**

Received: 4/9/2002    Completed: 4/10/2002
To be served on: Wasco, Rene

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Service Fee | 1.00 | 35.00 | 35.00 |
| **TOTAL CHARGED:** | | | **$35.00** |
| **BALANCE DUE:** | | | **$35.00** |

B

**VERITEXT, L.L.C.**

19 West Flagler Street, Suite 1020, Miami, Florida 33130-4447
REGISTERED PROFESSIONAL REPORTERS
Member: National Court Reporters Association • Florida Court Reporters Association

H. ALLEN BENOWITZ & ASSOCIATES
TEL.: (305) 373-9997
FAX: (305) 577-1180
E-MAIL BENOWITZ@BELLSOUTH.NET
WEBSITE WWW.BENOWITZ.NET

JESSICA R. BIRNBAUM & ASSOCIATES
TEL.: (305) 661-4650
FAX: (305) 577-1180

PEGGY ANN COOK & ASSOCIATES
TEL.: (305) 371-1894
FAX: (305) 577-1180
E-MAIL BIRNBIRT@VERITEXT.COM

MATZ, TRAKTMAN, FELDMAN & WILDMAN
TEL.: (305) 377-1914
FAX: (305) 577-1180

Bill to:

SHEILA CESARANO, ESQ.
SHUTTS AND BOWEN
201 SOUTH BISCAYNE BLVD
SUITE 1500
MIAMI, FL 33131

Indicate Invoice Number When Remitting

**INVOICE    20673**

| DATE | CLIENT | REFERENCE |
|------|--------|-----------|
| 06/21/2000 | 671 | HAB/18267 |

Re: HARRIS, STEVE          VS.    DAYTON HUDSON CORP. (TARGET)
Assignment Date: June 05, 2000          Client Ref. #: 00-667 CIV-FERGUSON

DEPOSITION OF STEVE HARRIS

| | | | |
|---|---|---|---|
| ORIGINAL & ONE COPY | 256.0 | Pages | 960.00 |
| ASCII AND COMPRESSED | | | 40.00 |
| ATTD OF REPORTER /AM & PM | | | 120.00 |
| COURIER | | | 6.50 |

|  | |
|---|---|
| Total Amount $ | 1,126.50 |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00 |
| Less Paid To Date $ | 0.00 |
| Total due $ | 1,126.50 |

MT/DEVITO
Thank you.  We appreciate your business.

Terms: Payable upon receipt 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.

**Please Make Checks Payable To:**
VERITEXT/FLORIDA REPORTING CO.,L.L.C.
Deposition Suites Available in: Miami • Broward County • Palm Beach County

Tax Number
52-2094893

**Method of Payment:**

☐ Check Enclosed payable to: Veritext, L.L.C.

Signature (as it appears on your Credit Card)

☐ Charge my Credit Card   ☐ Visa   ☐ Master Card   ☐ Am. Ex.

Print Name (as it appears on your Credit Card)

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐      ☐☐ ☐☐
Credit Card #                              Exp. Date

Daytime Phone



100 South Biscayne Boulevard
Suite 915
Miami, Florida 33131

Tel (305) 377-DEPO
Fax (305) 377-4WRS
1 (800) 248-4WRS

## Worldwide Reporting Service

SHUTTS & BOWEN
Attn: SHEILA M. CESARANO, ESQ.
201 SOUTH BISCAYNE BLVD.
STE 1500
MIAMI, FL  33131-4328

Date       07/17/2000
Invoice #   31576
Client#     291
            SW127

Re: STEVE HARRIS v. DAYTON HUDSON   CORP.
Assignment Date: May 22, 2000

DEPOSITION(S) OF TERRY GILLESPIE

| | | | |
|---|---|---|---|
| COPY REGULAR-DELIVERY | 127.0 Pages @ | 2.95 | 374.65 |
| PHOTOCOPIES | 93.0 @ | 0.40 | 37.20 |
| POSTAGE | 0.8 @ | 5.00 | 4.00 |

Total Amount $    415.85
Interest $    0.00
Less Paid To Date $    0.00
Total due $    415.85

THANK YOU

Worldwide Reporting Service
Federal Tax Id#: 65-0209217

| | | DESC | | | NET AMOUNT |
|---|---|---|---|---|---|
| 10/31/00 | 32071 | SKC/13512-0005- Depos of C.Howard, K | 792.65 | | 792.65 |
| | | Lapte P Morris | | | |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | | |
|---|---|---|---|---|---|
| 12/20/2000 | 131746 | | | | $792.65 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

SunTrust    SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-80/660

**131746**

CHECK NO.

PAY
TO THE    SEVEN HUNDRED NINETY-TWO AND 65/100 DOLLARS    DATE
ORDER OF

| | DATE | CONTROL NO. | AMOUNT |
|---|---|---|---|
| | 12/20/00 | 131746 | $792.65 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

Worldwide Reporting Service
100 South Biscayne Boulevard
Suite 915
Miami, FL  33131
VOID AFTER 90 DAYS

**NON-NEGOTIABLE**

⑈131746⑈ ⑆0660⑆ 8040 0165001202986⑈



100 South Biscayne Boulevard
Suite 915
Miami, Florida 33131

Tel (305) 377-DEPO
Fax (305) 377-4WRS
1 (800) 248-4WRS

## Worldwide Reporting Service

SHUTTS & BOWEN
Attn: RENE J. LLORENS, ESQ.
201 SOUTH BISCAYNE BLVD.
STE 1500
MIAMI, FL 33131

Date  #   10/31/2000
Invoice #   32071
Client#     291
                MK

Re: STEVE HARRIS v. DAYTON HUDSON
Assignment Date: October 13, 2000

DEPOSITION(S) OF CLARISSA HOWARD, KAREN NAPP LAPRE, PATRICIA MORRIS

| | | | | |
|---|---|---|---|---|
| COPY REGULAR-DELIVERY | 267.0 | Pages @ | 2.95 | 787.65 |
| POSTAGE | 1.0 | @ | 5.00 | 5.00 |

Total Amount $   792.65
Interest $   0.00
Less Paid To Date $   0.00
Total due $   792.65

CLARISSA HOWARD 30 PGS, KAREN NAPP LAPRE 45 PGS, PATRICIA MORRIS22 PGS
SANDRA ROSENBERG 57 PGS, SIMONE TRIPP 48 PGS, LISA LEFFEW 65 PGS

Worldwide Reporting Service
Federal Tax Id#: 65-0209217

| DATE | | DESCR | | | | NET AMOUNT |
|------|---|-------|---|---|---|------------|
| 3/6/01 | 156746 | Depo transcript of Mr. Fankhauser.<br>SMC | | 601.19 | | 601.19 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | | |
|-----------|----------------|----------|---|---|---|
| 03/07/2001 | 136749 | | | | $601.19 |

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SunTrust   SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/680

**136749**

CHECK NO.

PAY   *SIX HUNDRED ONE AND 19/100 DOLLARS*

TO THE
ORDER OF

| | DATE | CONTROL NO. | AMOUNT |
|---|------|-------------|--------|
| | 03/07/01 | 136749 | $601.19 |

Armstrong & Okey
185 South 5th Street
Suite 101
Columbus, OH  43215-5201

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈136749⑈ ⑆0660⑆ 604⑆ 018900 1 20 2986⑈



# ARMSTRONG AND OKEY
**Professional Reporters**

185 South Fifth Street, Suite 101 / (Columbus, Ohio 43215-5201)
(614) 224-9481 / (800) 223-9481
FAX: (614) 224-5724

TAX I.D. NO.: 31-1017868

---

## COURT REPORTING
## INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 156746 | 03/06/01 | 1-38422 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/12/01 | SPENHI | 006107CIV |

| CASE CAPTION |
|---|
| Steve Harris vs. Dayton Hudson Co |

| TERMS |
|---|
| Net 30 Days-+1.5% monthly |

---

Sheila M. Cesarano
Shutts & Bowen, LLP
201 South Biscayne Boulevard
1500 Miami Center
Miami, FL 33131

---

1 COPY OF TRANSCRIPT OF:
Don Fankhauser

| | |
|---|---|
| 241 PGS @ 2.25/PAGE | 542.25 |
| EXPRESS DELIVERY | 36.44 |
| C.O.D. EXPENSES | 15.00 |
| COPYING EXPENSES | 7.50 |

**T O T A L  D U E >>>>** 601.19

| DATE | CHECK NO | AMOUNT | NET AMOUNT |
|---|---|---|---|
| 3/23/01 | 57465 Depo transcript onf Janice Harris. | 292.45 | 292.45 |

| CHECK DATE | CONTROL NUMBER | | AMOUNT | NET AMOUNT |
|---|---|---|---|---|
| 03/28/2001 | 137838 | TOTALS ➡ | | $292.45 |

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

SUNTRUST   SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660  **137838**

CHECK NO.

PAY    *TWO HUNDRED NINETY-TWO AND 45/100 DOLLARS*

| | DATE | CONTROL NO. | AMOUNT |
|---|---|---|---|
| TO THE ORDER OF | 03/28/01 | 137838 | $292.45 |

Veritext, LLC
19 West Flagler Street
Suite 1020
Miami, FL 33130-4449

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈137838⑈ ⑆066000604⑆ 0189001202986⑈

Video Depositions        Videoconferencing        Teleconferencing        Litigation Support        Computerized Transcription

**. ERITEXT, L.L.C.**
19 West Flagler Street, Suite 1020, Miami, Florida 33130-4447
REGISTERED PROFESSIONAL REPORTERS
Member: National Court Reporters Association • Florida Court Reporters Association

H. ALLEN BENOWITZ & ASSOCIATES
TEL: (305) 373-9977
FAX: (305) 371-1109
E-MAIL: benowitz@gate.net
WEBSITE: WWW.BENOWITZ.COM

JESSICA R. BREMAN & ASSOCIATES
TEL: (305) 651-4530
FAX: (305) 377-1109

PEGGY ANN COOK & ASSOCIATES
TEL: (305) 371-4594
FAX: (305) 373-1109
E-MAIL: pharry@veritext.com

MATZ, TRAATTMAN, FELDMAN & WILDMER
TEL: (305) 377-4514
FAX: (305) 377-1109

Bill to:

RENE GONZALEZ-LLORENS, ESQ.
SHUTTS AND BOWEN
201 SOUTH BISCAYNE BLVD
SUITE 1500
MIAMI, FL  33131

Indicate Invoice Number When Remitting

**INVOICE**    57465

| DATE | CLIENT | REFERENCE |
|------|--------|-----------|

03/16/2001    668    HAB/33464

Re: HARRIS, STEVE        Vs.    DAYTON HUDSON CORP., (TARGET)
Assignment Date: March 15, 2001        Client Ref. #: 00-6107

DEPOSITION OF JANICE HARRIS

| | | | |
|---|---|---|---|
| ONE COPY | 67.0 | Pages | 190.95 |
| ASCII AND COMPRESSED | | | 35.00 |
| ATTENDANCE OF REPORTER | | | 60.00 |
| SHIPPING & HANDLING | | | 6.50 |
| | | | ========== |
| | | Total Amount $ | 292.45 |
| | Interest At A Rate Of 1.50% After 30 Days $ | | 0.00 |
| | | Less Paid To Date $ | 0.00 |
| | | Total due $ | 292.45 |

sh/MCKAY

**THRU THE MONTH OF APRIL, 2001, WE WILL OFFER A 5% DISCOUNT
IF PAID WITHIN 20 DAYS OF DATE OF INVOICE**THANK YOU.

Terms: Payable upon
receipt 1.5% per month.
Accounts unpaid after
90 days agree to pay all
collection costs,
including reasonable
attorney's fees.

**Tax Number**
**52-2094893**

Deposition Suites Available in: Miami • Broward County • Palm Beach County

**Method of Payment:**        VERITEXT/FLORIDA REPORTING CO., L.L.C.

☐ Check Enclosed payable to: Veritext, L.L.C.

☐ Charge my Credit Card    ☐ Visa    ☐ Master Card    ☐ Am. Ex.

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐    ☐☐☐☐
Credit Card #                            Exp. Date

Signature (as it appears on your Credit Card)

Print Name (as it appears on your Credit Card)

(Daytime Phone)

| DATE | | DESCRIPTION | AMOUNT | NET AMOUNT |
|------|--|-------------|--------|------------|
| 4/4/01 | 32907 | Depo Transcripts of D. Barth. 13512-0006 SMC. | 263.60 | 263.60 |

| CHECK DATE 04/05/2001 | CONTROL NUMBER 138421 | TOTALS ➡ | | $263.60 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP
OPERATING ACCOUNT
MIAMI, FLORIDA 33131**

SunTrust  SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-604/630  **138421**

CHECK NO.

PAY
TWO HUNDRED SIXTY-THREE AND 60/100 DOLLARS

TO THE
ORDER OF

| | DATE 04/05/01 | CONTROL NO. 138421 | AMOUNT $263.60 |

Worldwide Reporting Service
100 South Biscayne Boulevard
Suite 915
Miami, FL 33131

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈138421⑈ ⑆0660006040⑆ 0189001202986⑈



100 South Biscayne Boulevard
Suite 915
Miami, Florida 33131

Tel (305) 377-DEPO
Fax (305) 377-4WRS
1 (800) 248-4WRS

## Worldwide Reporting Service

SHUTTS & BOWEN
Attn: RENE GONZALEZ, ESQ.
201 SOUTH BISCAYNE BLVD.
STE 1500
MIAMI, FL  33131

Date  #   03/28/2001
Invoice #   32907
Client#      291
           PS87

Re: STEVE HARRIS v. DAYTON HUDSON
Assignment Date: March 12, 2001

DEPOSITION(S) OF DOUGLAS S. BARTH

| | | | | |
|---|---|---|---|---|
| COPY REGULAR-DELIVERY | 87.0 | Pages @ | 2.95 | 256.65 |
| POSTAGE | 1.0 | @ | 6.95 | 6.95 |

Total Amount $   263.60
Interest $   0.00
Less Paid To Date $   0.00
Total due $   263.60

THANK YOU

Worldwide Reporting Service
Federal Tax Id#: 65-0209217

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|------|-------------|--------|------------|
| 4/4/01 | 32791 Depo Transcripts of J. Scott, S. Lyday, S. Tetrault. 13512-0006 SMC | 552.80 | 552.80 |

| CHECK DATE 04/05/2001 | CONTROL NUMBER 138422 | TOTALS ➡ | | $552.80 |
|---|---|---|---|---|

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SunTrust  SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660  **138422**

CHECK NO.

PAY    *FIVE HUNDRED FIFTY-TWO AND 80/100 DOLLARS*

| | DATE | CONTROL NO. | AMOUNT |
|---|------|-------------|--------|
| TO THE ORDER OF | 04/05/01 | 138422 | $552.80 |

Worldwide Reporting Service
100 South Biscayne Boulevard
Suite 915
Miami, FL  33131

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈138422⑈ ⑆066000604⑆ 0189001202986⑈

Case 0:00-cv-06107-WDF    Document 384    Entered on FLSD Docket 06/19/2002    Page 74 of 130



100 South Biscayne Boulevard
Suite 915
Miami, Florida 33131

Tel (305) 377-DEPO
Fax (305) 377-4WRS
1 (800) 248-4WRS

## Worldwide Reporting Service

SHUTTS & BOWEN
Attn: RENE J. LLORENS, ESQ.
201 SOUTH BISCAYNE BLVD.
STE 1500
MIAMI, FL  33131

Date    #   03/19/2001
Invoice #    32791
Client#        291
        SW183

Re: STEVE HARRIS v. DAYTON HUDSON
Assignment Date: February 15, 2001

DEPOSITION(S) OF JACQUELIN SCOTT, ERICA LYDAY & SHANNON TETRAULT

| | | | | |
|---|---|---|---|---|
| COPY REGULAR-DELIVERY | 183.0 | Pages @ | 2.95 | 539.85 |
| EXHIBITS | 15.0 | @ | 0.40 | 6.00 |
| POSTAGE | 1.0 | @ | 6.95 | 6.95 |

Total Amount $    552.80
Interest $      0.00
Less Paid To Date $      0.00
Total due $    552.80

THANK YOU

Worldwide Reporting Service
Federal Tax Id#: 65-0209217

| | | | AMOUNT | | L AMOUNT |
|---|---|---|---|---|---|
| 4/14/01 | 09/14/01-SMC | Depo transcripts of Mark Hasting. 13512-0006 | 390.00 | | 390.00 |

| CHECK DATE 09/14/2001 | CONTROL NUMBER 146837 | TOTALS ➡ | | | $390.00 |
|---|---|---|---|---|---|

DETACH AND RETAIN THIS STATEMENT

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SunTrust    SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/630 **146837**

CHECK NO.

PAY    *THREE HUNDRED NINETY AND 00/100 DOLLARS*

| TO THE ORDER OF | | DATE 09/14/01 | CONTROL NO. 146837 | AMOUNT $390.00 |
|---|---|---|---|---|
| | Moore Henderson Allen & Thomas | | | |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈146837⑈ ⑆066000804⑆ 0189001202986⑈



**MOORE HENDERSON ALLEN & THOMAS**
Professional Court Reporting & Videography

621 SW Morrison, Suite 425
Portland, Oregon 97205
503.228.3315
1.800.982.7308
Fax 503.273.0109
depo@moorehenderson.com



Kimberly K. Allen
Amber B. Cranford
Gene B. Di Cristo
Amy A. Damon
Jennifer J. DeOgny
Richard Harriman
Jake Henderson
Julie K. Hits
Keith J. Hudson
Neal G. Johnson
Ann Moore
Keri M. Meth
Kati Prestrud
Dawnell Robertson
Aaron N. Thomas

7 September 2001



Ms. Sheila Cesarano
Shutts & Bowen, LLP
1500 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131

Re:  HARRIS vs. DAYTON HUDSON CORPORATION, et al.

Dear Ms. Cesarano:

My estimate of your costs of the deposition transcript
of Mr. Mark Hasting taken on September 7, 2001 is
$390.  This includes the transcript and
postage/delivery costs.  Please send a check to the
attention of our office manager, Keith Hudson, at the
address below for the above amount with the case name
and the date of the proceedings on the check.  We will
then deliver them to you.

If you have any questions, please do not hesitate to
contact me, or our office manager, Keith Hudson, at
the number above.  Thank you for your prompt attention
to this matter.

Very truly yours,

Aaron N. Thomas
Moore Henderson Allen & Thomas



| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|---|---|---|---|
| 09/30/01 | 70758 Depo of Foodman. 13512-0006 JEA | 224.00 | 224.00 |

| CHECK DATE | CONTROL NUMBER | | | |
|---|---|---|---|---|
| 09/30/2001 | 147828 | **TOTALS →** | | $224.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

SunTrust  SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/690

CHECK NO.  **147828**

PAY

TO THE   *TWO HUNDRED TWENTY-FOUR AND 00/100 DOLLARS* DATE
ORDER OF

Veritext, LLC
19 West Flagler Street
Suite 1020
Miami, FL 33130-4449

VOID AFTER 90 DAYS

| | DATE | CONTROL NO. | AMOUNT |
|---|---|---|---|
| | 09/30/01 | 147828 | $224.00 |
| | | SHUTTS & BOWEN, LLP - OPERATING ACCOUNT | |

**NON-NEGOTIABLE**

⑈147828⑈ ⑆066000604⑆ 0189 0 20 2986⑈

**VERITEXT, L.L.C.**
19 West Flagler Street, Suite 1020, Miami, Florida 33130-4447
REGISTERED PROFESSIONAL REPORTERS
Member: National Court Reporters Association • Florida Court Reporters Association

H. ALLEN BENOWITZ & ASSOCIATES
TEL.: (305) 373-9997
FAX (305) 377-1188
E-MAL: BENOWITZ@VERI.NET
Visit us www.veri.net

JESSICA R. BERMAN & ASSOCIATES
TEL.: (305) 631-4230
FAX (305) 377-1188

PEGGY ANN COOK & ASSOCIATES
TEL.: (305) 371-8884
FAX (305) 377-1188
E-MAIL: SHARET@VERINET.COM

MATZ, TRAKTMAN, FELDMAN & WILDMAN
TEL.: (305) 377-1514
FAX (305) 377-1188

Bill to:

JEANNETTE E. ALBO, ESQ.
SHUTTS AND BOWEN
201 S. BISCAYNE BOULEVARD
SUITE 1500
MIAMI, FL  33131

Indicate Invoice Number When Remitting

**INVOICE**
70758

| DATE | CLIENT | REFERENCE |
|------|--------|-----------|
| 09/24/2001 | 1685 | HAB/42204 |

Re: HARRIS          VS   DAYTON
Assignment Date: September 05, 2001

DEPOSITION OF STANLEY FOODMAN

| | | |
|---|---|---|
| ORIGINAL & ONE COPY | 42.0  Pages | 157.50 |
| ATTENDANCE OF REPORTER | | 60.00 |
| COURIER | | 6.50 |

Total Amount $ 224.00
Interest At A Rate Of 1.50% After 30 Days $ 0.00
Less Paid To Date $ 0.00
Total due $ 224.00

MB/AMATO

Terms: Payable upon
receipt 1.5% per month.
Accounts unpaid after
80 days agree to pay all
collection costs,
including reasonable
attorney's fees.

Tax Number
52-2004893

Deposition Suites Available in: Miami • Broward County • Palm Beach County

**Method of Payment:**      VERITEXT/FLORIDA REPORTING CO., L.L.C.

☐ Check Enclosed payable to: Veritext, L.L.C.       Signature (as it appear on your Credit Card)

☐ Charge my Credit Card    ☐ Visa   ☐ Master Card   ☐ Am. Ex.    Print Name (as it appear on your Credit Card)

☐☐☐☐  ☐☐☐☐  ☐☐☐☐  ☐☐☐☐    Exp. Date    (Daytime Phone)
Credit Card #

| | | | |
|---|---|---|---|
| | 4. Depo of R. Van Damage. 13512-0000 smc | 620.50 | 620.50 |

| CHECK DATE 10/25/2001 | CONTROL NUMBER 148888 | **TOTALS ➡** | | $620.50 |
|---|---|---|---|---|

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP
OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

**SunTrust** SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-606/660

CHECK NO.   **148888**

PAY   *SIX HUNDRED TWENTY AND 50/100 DOLLARS*

TO THE
ORDER OF

Schulman Weigmann & Assoc.

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 10/25/01 | 148888 | $620.50 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈148888⑈ ⑆066000604⑆ 0189 ⑈31 20 2986⑈

SCHULMAN, WIEGMANN & ASSOC    ES
CERTIFIED SHORTHAND REPORTERS
NEW MARKET CROSSINGS
216 STELTON ROAD, SUITE C-1
PISCATAWAY, NEW JERSEY 08854

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 9/26/2001 | 2394 |

732-752-7800 FAX 732-752-7188

INVOICE TO:

SHUTTS & BOWEN, LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BLVD.
MIAMI, FLORIDA 33131
ATTN:  JEANNETTE E. ALBO, ESQ.

| LITIGATION TITLE | DEPOSITION DATE |
|------------------|-----------------|
| HARRIS VS TARGET | 8/29/2001 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| TRANSCRIPT, ONE COPY | 516.25 |
| REPORTER:  KELLY A. HART, CSR | |
| | |
| ASCII DISK | 5.00 |
| ABBREVIATED TRANSCRIPT WITH WORD INDEXING | 24.00 |
| COPY OF VIDEO | 50.00 |
| U.S. EXPRESS MAIL SERVICE | 25.25 |
| | |
| WITNESS:  ROBERT VAN SAVAGE | |
| | |
| U.S. DISTRICT COURT CASE    NO FREE COPY | |
| TRANSCRIPT, VIDEO, ASCII, REDUCED AND INDEX PREVIOUSLY | |
| DELIVERED | |

THANK YOU FOR YOUR BUSINESS.
FEDERAL TAX I.D. 22-3774999

| | | |
|---|---|---|
| | TOTAL | $620.50 |
| TERMS | Net 30 | |
| | BALANCE DUE | $620.50 |

C

| DATE | DESCRI... | ...NT | NET AMOUNT |
|---|---|---|---|

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | |
|---|---|---|---|---|
| 11/26/00 | 150377 | | | $204.60 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

**SUNTRUST**  SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660

CHECK NO.  **150377**

PAY    TWO HUNDRED FOUR AND 60/100 DOLLARS

TO THE
ORDER OF

Patricia Sanders

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 11/26/01 | 150377 | $204.60 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈150377⑈ ⑆066000634⑆ 0189301202986⑈

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

CHECK NO. **157693**

| DATE | | DESCRIPTION | AMOUNT | NET AMOUNT |
|---|---|---|---|---|
| 4/23/02 | 04/23/02SMC | 1160 pages-trial transcripts.<br>13512-0006smc | 3,828.00 | 3,828.00 |

| CHECK DATE | CONTROL NUMBER | | | |
|---|---|---|---|---|
| 04/23/2002 | 157693 | **TOTALS ➡** | | $3,828.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

**SunTrust**  SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-80/660

CHECK NO. **157693**

PAY   *THREE THOUSAND EIGHT HUNDRED TWENTY-EIGHT AND 00/100 DOLLARS*

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 04/23/02 | 157693 | $3,828.00 |

TO THE
ORDER OF

Patricia Sanders

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈157693⑈ ⑆066000060⑆ 0189001217220⑈

SHUTTS & BOWEN, LLP - OPERATING    CO~~T

CHECK NO. **158635**

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|------|-------------|--------|------------|
| 5/10/02 | 05/10/02-SNC Trial Opening. 13512-0006 | 114.40 | 114.40 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | |
|------------|----------------|----------|--|--|
| 05/10/2002 | 158635 | | | $114.40 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

**SunTrust**  SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-40/630

CHECK NO.  **158635**

**PAY**   ONE HUNDRED FOURTEEN AND 40/100 DOLLARS

| | DATE | CONTROL NO. | AMOUNT |
|---|------|-------------|--------|
| TO THE ORDER OF | 05/10/02 | 158635 | $114.40 |

Paul Haferlinge

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑆158635⑆ ⑆063000604⑆ 0189001217220⑆

D

CHECK NO. 136564

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|------|-------------|--------|------------|
| 3/2/01 | 13512-0006 | | 40.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | | |
|------------|----------------|----------|---|---|
| 3/2/01 | 136564 | $40.00 | | |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

SunTrust   SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660

**136564**

CHECK NO.

PAY   Forty & 00/100..........Dollars

TO THE
ORDER OF

Janice Hamtis

DATE          CONTROL NO.          AMOUNT
3/2/01          136564          $40.00

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

NON-NEGOTIABLE

VOID AFTER 90 DAYS

⑈136564⑈ ⑆06600⑆604⑈ 018900140 2986⑈

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|------|-------------|--------|-----------|
| 5/7/01 | 05/07/01-SMC  Trial witness fee.  13512-0006 SMC | 40.00 | 40.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | $40.00 |
|------------|----------------|----------|--|--------|
| 05/07/2001 | 139964 | | | |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SunTrust  SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-80/630 **139964**

CHECK NO.

PAY   *FORTY AND 00/100 DOLLARS*

TO THE
ORDER OF

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 05/07/01 | 139964 | $40.00 |

Doug Barth

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑆139964⑆ ⑆066000604⑆ 018900120298611⑆

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|---|---|---|---|
| 5/7/01 | 05/07/01-SMC* Trial witness fee. 13512-0006 SMC | 40.00 | 40.00 |

| CHECK DATE | CONTROL NUMBER | | |
|---|---|---|---|
| 05/07/2001 | 139965 | **TOTALS ➡** | $40.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SunTrust   SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660   **139965**

CHECK NO.

PAY   *FORTY AND 00/100 DOLLARS*

TO THE
ORDER OF

| | DATE | CONTROL NO. | AMOUNT |
|---|---|---|---|
| Sandy Gryzbak | 05/07/01 | 139965 | $40.00 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈139965⑈ ⑆0660006064⑆ 018900120298611⑈

| | DESCRIPTION | AMOUNT | NET AMOUNT |
|---|---|---|---|
| 5/7/01 05/07/01-SMC** Trial witness fee. 13512-0006 SMC | | 40.00 | 40.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▮▷ | | |
|---|---|---|---|---|
| 05/07/2001 | 139966 | | | $40.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SunTrust  SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660  **139966**

CHECK NO.

PAY   *FORTY AND 00/100 DOLLARS*

TO THE
ORDER OF

Donna Keil

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/07/01 | 139966 | $40.00 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈139966⑈ ⑆0660006604⑆ 0189001202986⑈

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|---|---|---|---|
| 5/7/01 5/07/01-SMC*** Trial witness fee. 13512-0006 SMC | | 40.00 | 40.00 |

| CHECK DATE | CONTROL NUMBER | | | |
|---|---|---|---|---|
| 05/07/2001 | 139967 | TOTALS ➡ | | $40.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

Sun**Trust**    SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660  **139967**

CHECK NO.

PAY    *FORTY AND 00/100 DOLLARS*

TO THE
ORDER OF

Caryn Larpe

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/07/01 | 139967 | $40.00 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈139967⑈  ⑆066000604⑆  0189001202986⑈

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|---|---|---|---|
| 5/7/01 /07/01-SMC**** Trial witness fee. 13512-0006 SMC | | 40.00 | 40.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | $40.00 |
|---|---|---|---|---|
| 05/07/2001 | 139968 | | | |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SunTrust    SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660    **139968**

CHECK NO.

PAY    *FORTY AND 00/100 DOLLARS*

TO THE
ORDER OF    Paula Layne

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/07/01 | 139968 | $40.00 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈139968⑈ ⑆066000604⑆ 01890012029866⑈

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|------|-------------|--------|------------|
| 5/7/01 | 05/07/01-SMC  Trial witness fee.  13512-0006 SMC | 40.00 | 40.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | |
|------------|----------------|----------|---|---|
| 05/07/2001 | 139969 | | | $40.00 |

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SunTrust     SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-80/660  **139969**

CHECK NO.

**PAY**     *FORTY AND 00/100 DOLLARS*

TO THE
ORDER OF

Erika Lyday

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 05/07/01 | 139969 | $40.00 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈139969⑈ ⑆066000604⑆ 0189001202986⑈

| | DESCRIPTION | UNIT | NET AMOUNT |
|---|---|---|---|
| 5/7/01 7/01-SMC****** Trial witness fee. 13512-0006 SMC | | 40.00 | 40.00 |

| CHECK DATE | CONTROL NUMBER | | | |
|---|---|---|---|---|
| 05/07/2001 | 139970 | **TOTALS ▷** | | $40.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

**SunTrust** SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/630 **139970**

CHECK NO.

PAY    *FORTY AND 00/100 DOLLARS*

TO THE
ORDER OF

| | DATE | CONTROL NO. | AMOUNT |
|---|---|---|---|
| | 05/07/01 | 139970 | $40.00 |

Joe Murphy

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈139970⑈ ⑆063000304⑆ 018400 20 2586⑈

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|---|---|---|---|
| 5/7/01 | 05/07/01-SMC Trial witness fee. 13512-0006 SMC | 40.00 | 40.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | |
|---|---|---|---|
| 05/07/2001 | 139971 | | $40.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SunTrust** SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

**139971**

CHECK NO.

PAY   *FORTY AND 00/100 DOLLARS*

TO THE
ORDER OF

Sandy Rosenberg

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 05/07/01 | 139971 | $40.00 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈139971⑈ ⑆066000604⑆ 018900120298⑈

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|------|-------------|--------|------------|
| 5/7/01 | 01-SMC********  Trial witness fee.   13512-0006 SMC | 40.00 | 40.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | |
|------------|----------------|----------|---|---|
| 05/07/2001 | 139972 | | | $40.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SunTrust  SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-80/660  **139972**

CHECK NO.

PAY     *FORTY AND 00/100 DOLLARS*

TO THE
ORDER OF

| | DATE | CONTROL NO. | AMOUNT |
|--|------|-------------|--------|
| Shannon Tetrault | 05/07/01 | 139972 | $40.00 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈139972⑈ ⑆066000604⑆ 0189001202986⑈



| CHECK DATE | CONTROL NUMBER | | |
|---|---|---|---|
| 06/08/2001 | 141690 | **TOTALS ➡** | $40.00 |

DETACH AND RETAIN THIS STATEMENT

IF ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

**SunTrust**  SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660 **141690**

CHECK NO.

PAY   FORTY AND 00/100 DOLLARS

TO THE
ORDER OF

U.S. Equal Employment Opportunity
Commission, Records Custodian

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 06/08/01 | 141690 | $40.00 |

**SHUTTS & BOWEN, LLP - OPERATING ACCOUNT**

NON-NEGO TABLE

VOID AFTER 90 DAYS

⑆141690⑆  ⑆063000021⑆  016900120298⑈

| | | AMOUNT | NET AMOUNT |
|---|---|---|---|
| | | 200.00 | 200.00 |

| CHECK DATE 09/05/2001 | CONTROL NUMBER 146389 | TOTALS ➡ | | $200.00 |
|---|---|---|---|---|

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SunTrust  SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60480  **146389**

CHECK NO.

*TWO HUNDRED AND 00/100 DOLLARS*

PAY

TO THE
ORDER OF

Stanley Foodman, CPA

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 09/05/01 | 146389 | $200.00 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑆146389⑆ ⑈066000604⑈ 0189012029860⑆

| | | AMOUNT | NET AMOUNT |
|---|---|---|---|
| Expense ... | 100.00 | 100.00 |

| CHECK DATE 09/05/2001 | CONTROL NUMBER 146390 | TOTALS ➡ | | | $100.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

**SunTrust** SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-20/630 **146390**

CHECK NO.

PAY   *ONE HUNDRED AND 00/100 DOLLARS*

TO THE
ORDER OF

| | DATE | CONTROL NO. | AMOUNT |
|---|---|---|---|
| | 09/05/01 | 146390 | $100.00 |

Stanley Foodman, CPA

**SHUTTS & BOWEN, LLP - OPERATING ACCOUNT**

VOID AFTER 90 DAYS

**NON-NEGOTIABLE**

⑆146390⑈ ⑆066000604⑆ 0189001202986⑈

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

CHECK NO. 156248

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|------|-------------|--------|------------|
| 3/26/02 | 03/26/02.SMC Trial Subpoenas-4/22/02-.13512.0001.SMC | 40.00 | 40.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | |
|------------|----------------|----------|--|--|
| 03/26/2002 | 156248 | | | $40.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

SUNTRUST    SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-30/630

CHECK NO. **156248**

PAY    *FORTY AND 00/100 DOLLARS*

TO THE
ORDER OF

Doug Barth

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 03/26/02 | 156248 | $40.00 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑆156248⑆ ⑈063000604⑈ 0189001202986⑆

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

CHECK NO. 156249

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|---|---|---|---|
| 3/26/02 | 03/26/01.SMC Trial<br>Subpoenas-4/22/02-.13512.0001.SMC | 40.00 | 40.00 |

| CHECK DATE | CONTROL NUMBER | | | |
|---|---|---|---|---|
| 03/26/2002 | 156249 | TOTALS ▷ | | $40.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

SHUTTS & BOWEN, LLP
OPERATING ACCOUNT
MIAMI, FLORIDA 33131

SunTrust    SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-3/630

CHECK NO. 156249

PAY    FORTY AND 00/100 DOLLARS

TO THE
ORDER OF

Sandy Gryzbeth

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
| 03/26/02 | 156249 | $40.00 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

NON-NEGOTIABLE

VOID AFTER 90 DAYS

⑈156249⑈ ⑆063000604⑆ 0189001202986⑈

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT                                  CHECK NO.   156250

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|------|-------------|--------|------------|
| 3/26/02 | 03/26/01.SMO  Trial<br>Subpoenas-4/22/02-.13512.0001.SMC | 40.00 | 40.00 |

| CHECK DATE | CONTROL NUMBER | | | | |
|------------|----------------|---|---|---|---|
| 03/26/2002 | 156250 | TOTALS ⏵ | | | $40.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

SHUTTS & BOWEN, LLP
OPERATING ACCOUNT
MIAMI, FLORIDA 33131

SunTrust        SUNTRUST BANK MIAMI, N.A.
                FLORIDA
                63-60/660

CHECK NO.    156250

PAY    FORTY AND 00/100 DOLLARS

TO THE
ORDER OF

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 03/26/02 | 156250 | $40.00 |

Shannon Tetreault
Target Store T1337
1200 S. Federal Highway
Deerfield Beach, FL  33441

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

NON-NEGOTIABLE

VOID AFTER 90 DAYS

⑈156250⑈ ⑆066000604⑆ 018900120298⑈

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

CHECK NO. **156251**

| DATE | | DESCRIPTION | AMOUNT | | NET AMOUNT |
|------|---|-------------|--------|---|------------|
| 3/26/02 | 03/26/01.SMC | Trial | 40.00 | | 40.00 |
| | | Subpoenas-4/22/02-.13512.0001.SMC | | | |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | | |
|------------|----------------|----------|---|---|---|
| 03/26/2002 | 156251 | | | | $40.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

SunTrust   SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/630

CHECK NO. **156251**

PAY   *FORTY AND 00/100 DOLLARS*

TO THE
ORDER OF

| | DATE | CONTROL NO. | AMOUNT |
|---|------|-------------|--------|
| Paula Daly | 03/26/02 | 156251 | $40.00 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑆156251⑆ ⑈066000604⑈ 0189001202986⑈

SHUTTS & BOWEN LLP OPERATING ACCOUNT

CHECK NO. 96252

| DATE | | DESCRIPTION | AMOUNT | | NET AMOUNT |
|------|--|-------------|--------|--|------------|
| 3/26/02 | 03/26/01.SMC | Trial<br>subpoenas-4/22/02-.13512.0001.SMC | 40.00 | | 40.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | | |
|------------|----------------|----------|--|--|--|
| 03/26/2002 | 156252 | | | | $40.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

SUNTRUST   SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/060

CHECK NO. **156252**

PAY   FORTY AND 00/100 DOLLARS

| | DATE | CONTROL NO. | AMOUNT |
|--|------|-------------|--------|
| | 03/26/02 | 156252 | $40.00 |

TO THE
ORDER OF

    Rene Wasco
    Target 642
    1200 Linton Blvd.
    Delray, FL  33444

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈156252⑈ ⑆066000604⑆ 018900120298⑈

SHUTTS & BOWEN, LLP - OPERATING / OUNT

CHECK NO. **156398**

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|------|-------------|--------|------------|
| 3/27/02 | 03/27/02-SMC Trial 4/22/02.  13512-0006 | 40.00 | 40.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ⟹ | | |
|------------|----------------|----------|--|--|
| 03/27/2002 | 156398 | | | $40.00 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

SunTrust   SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660

CHECK NO. **156398**

PAY   *FORTY AND 00/100 DOLLARS*

TO THE
ORDER OF

Caryn Lapre

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 03/27/02 | 156398 | $40.00 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈156398⑈ ⑆066000604⑆ 018900120298⑈

E

6/4/02
10:35 AM

Shutts & Bowen, LLP

Report: DISB02
Req'd By: NES
Currency: US

**Disbursement Subsidiary Report**

Includes: Hard, Soft, Billed, Unbilled
Parameter Set: DETAILDISB

Periods: 180001 To 200206  Dates: 1/1/1800 To 6/3/02

| Trans Date | Disb | Description | Inv/Ck Req # | Disb ID | Reference | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/30/01 | 05 | Photocopies | | 1238891 | | 237209 | 8/10/01 | $15.50 | $15.50 | $15.50 |
| 7/31/01 | 22 | Other Miscellaneous Expense | 2001000684 | 1237975 | | 237209 | 8/10/01 | $18.00 | $18.00 | $18.00 |
| 8/6/01 | 05 | Photocopies | | 1247579 | | 240273 | 9/10/01 | $4.00 | $4.00 | $4.00 |
| 8/6/01 | 05 | Photocopies | | 1247650 | | 240273 | 9/10/01 | $0.25 | $0.25 | $0.25 |
| 8/6/01 | 05 | Photocopies | | 1247683 | | 240273 | 9/10/01 | $6.00 | $6.00 | $6.00 |
| 8/7/01 | 05 | Photocopies | | 1250105 | | 240273 | 9/10/01 | $4.75 | $4.75 | $4.75 |
| 8/9/01 | 31 | Courier | 9967 | 1252690 | | 240273 | 9/10/01 | $9.00 | $9.00 | $9.00 |
| 8/9/01 | 31 | Courier | 9967 | 1252691 | | 240273 | 9/10/01 | $31.50 | $31.50 | $ |
| 8/9/01 | 05 | Photocopies | | 1252774 | | 240273 | 9/10/01 | $3.75 | $3.75 | $3.75 |
| 8/9/01 | 05 | Photocopies | | 1252888 | | 240273 | 9/10/01 | $10.00 | $10.00 | $10.00 |
| 8/9/01 | 05 | Photocopies | | 1253019 | | 240273 | 9/10/01 | $1.00 | $1.00 | $1.00 |
| 8/14/01 | 05 | Photocopies | | 1258428 | | 240273 | 9/10/01 | $0.75 | $0.75 | $0.75 |
| 8/14/01 | 05 | Photocopies | | 1258433 | | 240273 | 9/10/01 | $3.25 | $3.25 | $3.25 |
| 8/15/01 | 05 | Photocopies | | 1266887 | | 240273 | 9/10/01 | $16.00 | $16.00 | $16.00 |
| 8/15/01 | 31 | Courier | 505064240 | 1273164 | | 240273 | 9/10/01 | $14.05 | $14.05 | $14.05 |
| 8/20/01 | 05 | Photocopies | | 1267385 | | 240273 | 9/10/01 | $0.50 | $0.50 | $0.50 |
| 8/20/01 | 05 | Photocopies | | 1267462 | | 240273 | 9/10/01 | $77.25 | $77.25 | $77.25 |
| 8/20/01 | 05 | Photocopies | | 1267484 | | 240273 | 9/10/01 | $0.25 | $0.25 | $0.25 |
| 8/20/01 | 05 | Photocopies | | 1267551 | | 240273 | 9/10/01 | $0.50 | $0.50 | $0.50 |
| 8/20/01 | 05 | Photocopies | | 1267601 | | 240273 | 9/10/01 | $0.25 | $0.25 | $0.25 |
| 8/20/01 | 31 | Courier | 505064240 | 1273211 | | 240273 | 9/10/01 | $15.57 | $15.57 | $15.57 |
| 8/21/01 | 07 | Long Distance Telephone Calls | | 1277884 | | 240273 | 9/10/01 | $0.58 | $0.58 | $ |
| 8/22/01 | 31 | Courier | 10047 | 1265287 | | 240273 | 9/10/01 | $9.00 | $9.00 | $9.00 |
| 8/23/01 | 05 | Photocopies | | 1268036 | | 240273 | 9/10/01 | $0.50 | $0.50 | $0. |
| 8/29/01 | 05 | Photocopies | | 1277349 | | 240273 | 9/10/01 | $14.25 | $14.25 | $14.25 |
| 8/30/01 | 37 | Travel Expense | 8/29/01JEA | 1278328 | | 240273 | 9/10/01 | $1,080.25 | $1,080.25 | $1,080.25 |
| 8/30/01 | 05 | Photocopies | | 1278829 | | 240273 | 9/10/01 | $5.25 | $5.25 | $5.25 |
| 8/30/01 | 22 | Other Miscellaneous Expense | 062001 | 1279854 | | 240273 | 9/10/01 | $40.70 | $40.70 | $40.70 |
| 8/31/01 | 22 | Other Miscellaneous Expense | 08/31/01-SMC | 1279879 | | 240273 | 9/10/01 | $70.40 | $70.40 | $70.40 |
| 9/4/01 | 05 | Photocopies | | 1281541 | | 242679 | 10/10/01 | $34.00 | $34.00 | $34.00 |
| 9/4/01 | 05 | Photocopies | | 1281778 | | 242679 | 10/10/01 | $3.25 | $3.25 | $3.25 |
| 9/5/01 | 30 | Witness Fee | 09/05/01-SMC | 1282930 | | 242679 | 10/10/01 | $200.00 | $200.00 | $200.00 |

6/4/02
10:35 AM

Req'd By: NES

Currency: USD

Shuts & Bowen, LLP

**Disbursement Subsidiary Report**

Periods: 180001 To 200206  Dates: 1/1/1800 To 6/3/02

Includes: Hard, Soft, Billed, Unbilled

Parameter Set: DETAILDISB

| Trans Date | Disb | Description | Disb ID | Inv/Ck Req # | Reference | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/5/01 | 30 | Witness Fee | 1282931 | 0905001/SMC | | 242679 | 10/10/01 | $100.00 | $100.00 | $100.00 |
| 9/5/01 | 05 | Photocopies | 1283362 | | | 242679 | 10/10/01 | $0.50 | $0.50 | $0.50 |
| 9/5/01 | 05 | Photocopies | 1283433 | | | 242679 | 10/10/01 | $8.50 | $8.50 | $8.50 |
| 9/14/01 | 22 | Other Miscellaneous Expense | 1292257 | 09/14/01-SMC | | 242679 | 10/10/01 | $390.00 | $390.00 | $390.00 |
| 9/14/01 | 22 | Other Miscellaneous Expense | 1292319 | 09/14/01*SMC | | 242679 | 10/10/01 | $1,619.79 | $1,619.79 | $1,619.79 |
| 9/19/01 | 05 | Photocopies | 1297008 | | | 242679 | 10/10/01 | $11.00 | $11.00 | $11.00 |
| 9/19/01 | 05 | Photocopies | 1297038 | | | 242679 | 10/10/01 | $10.50 | $10.50 | $10.50 |
| 9/19/01 | 05 | Photocopies | 1297127 | | | 242679 | 10/10/01 | $18.25 | $18.25 | $18.25 |
| 9/20/01 | 05 | Photocopies | 1298404 | | | 242679 | 10/10/01 | $23.50 | $23.50 | |
| 9/20/01 | 31 | Courier | 1315512 | 505654325 | | 245590 | 11/10/01 | $10.40 | $10.40 | $10.40 |
| 9/21/01 | 05 | Photocopies | 1299814 | | | 242679 | 10/10/01 | $0.75 | $0.75 | $0.75 |
| 9/21/01 | 05 | Photocopies | 1299840 | | | 242679 | 10/10/01 | $7.75 | $7.75 | $7.75 |
| 9/21/01 | 05 | Photocopies | 1299870 | | | 242679 | 10/10/01 | $2.25 | $2.25 | $2.25 |
| 9/21/01 | 22 | Other Miscellaneous Expense | 1302323 | 091301 | | 242679 | 10/10/01 | $35.00 | $35.00 | $35.00 |
| 9/21/01 | 22 | Other Miscellaneous Expense | 1303957 | 091301 | | 242679 | 10/10/01 | $57.00 | $57.00 | $57.00 |
| 9/24/01 | 05 | Photocopies | 1300900 | | | 242679 | 10/10/01 | $36.00 | $36.00 | $36.00 |
| 9/24/01 | 31 | Courier | 1315549 | 505654325 | | 245590 | 11/10/01 | $10.40 | $10.40 | $10.40 |
| 9/25/01 | 05 | Photocopies | 1302714 | | | 242679 | 10/10/01 | $3.00 | $3.00 | $3.00 |
| 9/25/01 | 05 | Photocopies | 1302719 | | | 242679 | 10/10/01 | $4.00 | $4.00 | $4.00 |
| 9/26/01 | 05 | Photocopies | 1304036 | | | 242679 | 10/10/01 | $8.25 | $8.25 | $8.25 |
| 9/26/01 | 05 | Photocopies | 1304045 | | | 242679 | 10/10/01 | $1.00 | $1.00 | $1.00 |
| 9/26/01 | 05 | Photocopies | 1304075 | | | 242679 | 10/10/01 | $21.00 | $21.00 | $21.00 |
| 9/26/01 | 05 | Photocopies | 1304080 | | | 242679 | 10/10/01 | $0.50 | $0.50 | $0.50 |
| 9/26/01 | 05 | Photocopies | 1304086 | | | 242679 | 10/10/01 | $3.50 | $3.50 | $3.50 |
| 9/26/01 | 05 | Photocopies | 1304096 | | | 242679 | 10/10/01 | $2.00 | $2.00 | $2.00 |
| 9/26/01 | 05 | Photocopies | 1304102 | | | 242679 | 10/10/01 | $1.75 | $1.75 | $1.75 |
| 9/26/01 | 05 | Photocopies | 1304125 | | | 242679 | 10/10/01 | $4.75 | $4.75 | $4.75 |
| 9/26/01 | 05 | Photocopies | 1304181 | | | 242679 | 10/10/01 | $2.00 | $2.00 | $2.00 |
| 9/26/01 | 05 | Photocopies | 1304440 | | | 242679 | 10/10/01 | $52.00 | $52.00 | $52.00 |
| 9/28/01 | 05 | Photocopies | 1307305 | | | 242679 | 10/10/01 | $4.25 | $4.25 | $4.25 |
| 9/30/01 | 15 | Court Reporter | 1308116 | 70758 | | 242679 | 10/10/01 | $224.00 | $224.00 | $224.00 |
| 10/1/01 | 05 | Photocopies | 1308417 | | | 245590 | 11/10/01 | $1.00 | $1.00 | $1.00 |

Page: 14

6/4/02
10:35 AM
Report: DISB02
Req'd By: NES
Currency: USD

Shutts & Bowen, LLP
Disbursement Subsidiary Report
Periods: 180001 To 200206  Dates: 1/1/1800 To 6/3/02

Includes: Hard, Soft, Billed, Unbilled
Parameter Set: DETAILDISB

| Trans Date | Disb | Description | Disb ID | Reference | Inv/Ck Req # | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/01 | 05 | Photocopies | 1308446 | | | 245590 | 11/10/01 | $32.00 | $32.00 | $32.00 |
| 10/2/01 | 05 | Photocopies | 1309643 | | | 245590 | 11/10/01 | $0.50 | $0.50 | $0.50 |
| 10/2/01 | 05 | Photocopies | 1309652 | | | 245590 | 11/10/01 | $43.00 | $43.00 | $43.00 |
| 10/2/01 | 31 | Courier | 1340411 | | 505862464 | 245590 | 11/10/01 | $10.10 | $10.10 | $10.10 |
| 10/3/01 | 05 | Photocopies | 1311028 | | | 245590 | 11/10/01 | $0.50 | $0.50 | $0.50 |
| 10/3/01 | 05 | Photocopies | 1311058 | | | 245590 | 11/10/01 | $0.50 | $0.50 | $0.50 |
| 10/3/01 | 05 | Photocopies | 1311299 | | | 245590 | 11/10/01 | $11.00 | $11.00 | $11.00 |
| 10/3/01 | 10 | West Law | 1337748 | | | 245590 | 11/10/01 | $137.33 | $137.33 | $ |
| 10/3/01 | 10 | West Law | 1337754 | | | 245590 | 11/10/01 | $115.08 | $115.08 | $115.06 |
| 10/4/01 | 05 | Photocopies | 1312094 | | | 245590 | 11/10/01 | $1.00 | $1.00 | $1.00 |
| 10/4/01 | 05 | Photocopies | 1312128 | | | 245590 | 11/10/01 | $1.75 | $1.75 | $1.75 |
| 10/4/01 | 05 | Photocopies | 1312140 | | | 245590 | 11/10/01 | $14.50 | $14.50 | $14.50 |
| 10/4/01 | 05 | Photocopies | 1312195 | | | 245590 | 11/10/01 | $15.50 | $15.50 | $15.50 |
| 10/4/01 | 05 | Photocopies | 1312202 | | | 245590 | 11/10/01 | $47.50 | $47.50 | $47.50 |
| 10/4/01 | 05 | Photocopies | 1312245 | | | 245590 | 11/10/01 | $47.00 | $47.00 | $47.00 |
| 10/4/01 | 05 | Photocopies | 1312319 | | | 245590 | 11/10/01 | $5.25 | $5.25 | $5.25 |
| 10/4/01 | 05 | Photocopies | 1312491 | | | 245590 | 11/10/01 | $1.00 | $1.00 | $1.00 |
| 10/5/01 | 22 | Other Miscellaneous Expense | 1313793 | 100301 | | 245590 | 11/10/01 | $25.00 | $25.00 | $25.00 |
| 10/5/01 | 22 | Other Miscellaneous Expense | 1313794 | 100301 | | 245591 | 11/10/01 | $12.00 | $12.00 | $12.00 |
| 10/5/01 | 22 | Other Miscellaneous Expense | 1313795 | 100301 | | 245591 | 11/10/01 | $30.00 | $30.00 | $30.00 |
| 10/5/01 | 22 | Other Miscellaneous Expense | 1313799 | 100301 | | 245590 | 11/10/01 | $55.00 | $55.00 | $55.00 |
| 10/5/01 | 22 | Other Miscellaneous Expense | 1313810 | 100301 | | 245591 | 11/10/01 | $57.00 | $57.00 | $57.00 |
| 10/5/01 | 22 | Other Miscellaneous Expense | 1313813 | 100301 | | 245590 | 11/10/01 | $20.00 | $20.00 | $20.00 |
| 10/5/01 | 22 | Other Miscellaneous Expense | 1313818 | 100301 | | 245591 | 11/10/01 | $20.00 | $20.00 | $20.00 |
| 10/5/01 | 22 | Other Miscellaneous Expense | 1313822 | 100301 | | 245591 | 11/10/01 | $50.00 | $50.00 | $50.00 |
| 10/5/01 | 05 | Photocopies | 1313969 | | | 245590 | 11/10/01 | $8.25 | $8.25 | $8.25 |
| 10/5/01 | 05 | Photocopies | 1313986 | | | 245590 | 11/10/01 | $0.75 | $0.75 | $0.75 |
| 10/5/01 | 05 | Photocopies | 1314028 | | | 245590 | 11/10/01 | $275.25 | $275.25 | $275.25 |
| 10/5/01 | 05 | Photocopies | 1314032 | | | 245590 | 11/10/01 | $37.00 | $37.00 | $37.00 |
| 10/5/01 | 05 | Photocopies | 1314068 | | | 245590 | 11/10/01 | $1.00 | $1.00 | $1.00 |
| 10/5/01 | 05 | Photocopies | 1314089 | | | 245590 | 11/10/01 | $71.00 | $71.00 | $71.00 |
| 10/5/01 | 05 | Photocopies | 1314124 | | | 245590 | 11/10/01 | $9.00 | $9.00 | $9.00 |

6/4/02
10:35 AM

Shutts & Bowen, LLP

**Disbursement Subsidiary Report**

Periods: 180001 To 200206  Dates: 1/1/1800 To 6/3/02

Report: DISB02
Req'd By: NES
Currency: USD

Includes: Hard, Soft, Billed, Unbilled
Parameter Set: DETAILDISB

| Trans Date | Disb | Description | Inv/Ck Req # | Disb ID | Reference | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/5/01 | 05 | Photocopies | | 1314144 | | 245590 | 11/10/01 | $25.50 | $25.50 | $25.50 |
| 10/5/01 | 05 | Photocopies | | 1314173 | | 245590 | 11/10/01 | $3.00 | $3.00 | $3.00 |
| 10/5/01 | 05 | Photocopies | | 1314219 | | 245590 | 11/10/01 | $0.25 | $0.25 | $0.25 |
| 10/5/01 | 05 | Photocopies | | 1314241 | | 245590 | 11/10/01 | $1.25 | $1.25 | $1.25 |
| 10/5/01 | 05 | Photocopies | | 1314266 | | 245590 | 11/10/01 | $180.25 | $180.25 | $180.25 |
| 10/5/01 | 05 | Photocopies | | 1314286 | | 245590 | 11/10/01 | $41.00 | $41.00 | $41.00 |
| 10/5/01 | 05 | Photocopies | | 1314314 | | 245590 | 11/10/01 | $103.75 | $103.75 | $103.75 |
| 10/5/01 | 05 | Photocopies | | 1314328 | | 245590 | 11/10/01 | $2.50 | $2.50 | $2.50 |
| 10/5/01 | 05 | Photocopies | | 1314339 | | 245590 | 11/10/01 | $38.00 | $38.00 | $38.00 |
| 10/5/01 | 05 | Photocopies | | 1314344 | | 245590 | 11/10/01 | $47.00 | $47.00 | $47.00 |
| 10/6/01 | 05 | Photocopies | | 1315248 | | 245591 | 11/10/01 | $13.75 | $13.75 | $13.75 |
| 10/6/01 | 05 | Photocopies | | 1315249 | | 245590 | 11/10/01 | $2.25 | $2.25 | $2.25 |
| 10/6/01 | 05 | Photocopies | | 1315250 | | 245590 | 11/10/01 | $0.75 | $0.75 | $0.75 |
| 10/7/01 | 05 | Photocopies | | 1315254 | | 245590 | 11/10/01 | $1.00 | $1.00 | $1.00 |
| 10/7/01 | 05 | Photocopies | | 1315256 | | 245590 | 11/10/01 | $0.75 | $0.75 | $0.75 |
| 10/8/01 | 05 | Photocopies | | 1316200 | | 245590 | 11/10/01 | $0.75 | $0.75 | $0.75 |
| 10/8/01 | 05 | Photocopies | | 1316245 | | 245591 | 11/10/01 | $2.00 | $2.00 | $2.00 |
| 10/8/01 | 05 | Photocopies | | 1316264 | | 245590 | 11/10/01 | $1.00 | $1.00 | $1.00 |
| 10/8/01 | 05 | Photocopies | | 1316271 | | 245591 | 11/10/01 | $0.50 | $0.50 | $0.50 |
| 10/8/01 | 05 | Photocopies | | 1316272 | | 245590 | 11/10/01 | $0.75 | $0.75 | $0.75 |
| 10/8/01 | 05 | Photocopies | | 1316366 | | 245590 | 11/10/01 | $335.50 | $335.50 | $335.50 |
| 10/8/01 | 05 | Photocopies | | 1316510 | | 245591 | 11/10/01 | $22.50 | $22.50 | $22.50 |
| 10/8/01 | 05 | Photocopies | | 1316596 | | 245591 | 11/10/01 | $1.25 | $1.25 | $1.25 |
| 10/9/01 | 05 | Photocopies | | 1317328 | | 245591 | 11/10/01 | $3.50 | $3.50 | $3.50 |
| 10/9/01 | 05 | Photocopies | | 1317346 | | 245591 | 11/10/01 | $14.50 | $14.50 | $14.50 |
| 10/9/01 | 05 | Photocopies | | 1317417 | | 245591 | 11/10/01 | $5.00 | $5.00 | $5.00 |
| 10/9/01 | 05 | Photocopies | | 1317487 | | 245591 | 11/10/01 | $43.50 | $43.50 | $43.50 |
| 10/9/01 | 05 | Photocopies | | 1317498 | | 245591 | 11/10/01 | $7.25 | $7.25 | $7.25 |
| 10/9/01 | 05 | Photocopies | | 1317749 | | 245591 | 11/10/01 | $4.00 | $4.00 | $4.00 |
| 10/9/01 | 05 | Photocopies | | 1317750 | | 245591 | 11/10/01 | $3.50 | $3.50 | $3.50 |
| 10/9/01 | 05 | Photocopies | | 1317763 | | 245591 | 11/10/01 | $14.75 | $14.75 | $14.75 |
| 10/9/01 | 07 | Long Distance Telephone Calls | | 1322163 | | 245591 | 11/10/01 | $0.11 | $0.11 | $0.11 |

Page: 16

Report: DISB02
Req'd By: NES
Currency: USD

3/11/02
10:35 AM

**Shutts & Bowen, LLP**
**Disbursement Subsidiary Report**
Periods: 180001 To 200206  Dates: 1/1/1800 To 6/3/02

Includes: Hard, Soft, Billed, Unbilled
Parameter Set: DETAILDISB

| Trans Date | Disb | Description | Inv/Ck Req # | Disb ID | Reference | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/10/01 | 05 | Photocopies | | 1318358 | | 245591 | 11/10/01 | $1.25 | $1.25 | $1.25 |
| 10/10/01 | 05 | Photocopies | | 1318684 | | 245591 | 11/10/01 | $19.00 | $19.00 | $19.00 |
| 10/10/01 | 05 | Photocopies | | 1318707 | | 245591 | 11/10/01 | $5.50 | $5.50 | $5.50 |
| 10/10/01 | 05 | Photocopies | | 1318874 | | 245591 | 11/10/01 | $11.75 | $11.75 | $11.75 |
| 10/12/01 | 37 | Travel Expense | 100101 | 1320719 | | 245591 | 11/10/01 | $20.00 | $20.00 | $20.00 |
| 10/12/01 | 37 | Travel Expense | 100101 | 1320733 | | 245591 | 11/10/01 | $40.00 | $40.00 | $40.00 |
| 10/12/01 | 37 | Travel Expense | 100101 | 1320734 | | 245591 | 11/10/01 | $40.00 | $40.00 | $40.00 |
| 10/12/01 | 22 | Other Miscellaneous Expense | 100101 | 1320754 | | 245591 | 11/10/01 | $20.00 | $20.00 | $2?.?? |
| 10/12/01 | 37 | Travel Expense | 100101 | 1320761 | | 245591 | 11/10/01 | $20.00 | $20.00 | $2?.?? |
| 10/12/01 | 22 | Other Miscellaneous Expense | 100101 | 1320765 | | 245591 | 11/10/01 | $30.39 | $30.39 | $30.39 |
| 10/12/01 | 22 | Other Miscellaneous Expense | 100101 | 1320774 | | 245591 | 11/10/01 | $60.00 | $60.00 | $80.00 |
| 10/12/01 | 22 | Other Miscellaneous Expense | 100101 | 1320777 | | 245591 | 11/10/01 | $53.00 | $53.00 | $53.00 |
| 10/12/01 | 22 | Other Miscellaneous Expense | 100101 | 1320780 | | 245591 | 11/10/01 | $40.00 | $40.00 | $40.00 |
| 10/12/01 | 22 | Other Miscellaneous Expense | 100101 | 1320781 | | 245591 | 11/10/01 | $12.00 | $12.00 | $12.00 |
| 10/12/01 | 22 | Other Miscellaneous Expense | 100101 | 1320782 | | 245591 | 11/10/01 | $40.00 | $40.00 | $40.00 |
| 10/12/01 | 22 | Other Miscellaneous Expense | 100101 | 1320783 | | 245591 | 11/10/01 | $40.00 | $40.00 | $40.00 |
| 10/12/01 | 22 | Other Miscellaneous Expense | 100101 | 1320787 | | 245591 | 11/10/01 | $48.00 | $48.00 | $48.00 |
| 10/12/01 | 05 | Photocopies | | 1320886 | | 245591 | 11/10/01 | $3.00 | $3.00 | $3.00 |
| 10/12/01 | 05 | Photocopies | | 1321024 | | 245591 | 11/10/01 | $0.50 | $0.50 | $0.50 |
| 10/14/01 | 05 | Photocopies | | 1321833 | | 245591 | 11/10/01 | $15.75 | $15.75 | $15.75 |
| 10/14/01 | 05 | Photocopies | | 1321834 | | 245591 | 11/10/01 | $0.75 | $0.75 | $0.75 |
| 10/14/01 | 05 | Photocopies | | 1321836 | | 245591 | 11/10/01 | $1.50 | $1.50 | $1.50 |
| 10/14/01 | 05 | Photocopies | | 1321837 | | 245591 | 11/10/01 | $1.25 | $1.25 | $1.25 |
| 10/14/01 | 05 | Photocopies | | 1321838 | | 245591 | 11/10/01 | $3.50 | $3.50 | $3.50 |
| 10/14/01 | 05 | Photocopies | | 1321839 | | 245591 | 11/10/01 | $2.00 | $2.00 | $2.00 |
| 10/14/01 | 05 | Photocopies | | 1321840 | | 245591 | 11/10/01 | $1.00 | $1.00 | $1.00 |
| 10/15/01 | 22 | Other Miscellaneous Expense | 2394. | 1323004 | | 245591 | 11/10/01 | $620.50 | $620.50 | $620.00 |
| 10/15/01 | 05 | Photocopies | | 1323042 | | 245591 | 11/10/01 | $1.50 | $1.50 | $1.50 |
| 10/15/01 | 05 | Photocopies | | 1323308 | | 245591 | 11/10/01 | $3.00 | $3.00 | $3.00 |
| 10/15/01 | 05 | Photocopies | | 1323496 | | 245590 | 11/10/01 | $0.25 | $0.25 | $0.25 |
| 10/16/01 | 22 | Other Miscellaneous Expense | 10/16/01-SMC | 1324323 | | 245591 | 11/10/01 | $10.00 | $10.00 | $10.00 |
| 10/16/01 | 22 | Other Miscellaneous Expense | RGL | 1324333 | 7 | 245591 | 11/10/01 | $222.42 | $222.42 | $222.41 |

Page: 17

Report: DISB02
Req'd By: NES
Currency: US

10:35 AM

Shutts & Bowen, LLP

**Disbursement Subsidiary Report**

Periods: 180001 To 200206  Dates: 1/1/1800 To 6/3/02

Includes: Hard, Soft, Billed, Unbilled
Parameter Set: DETAILDISB

| Trans Date | Disb | Description | Inv/Ck Req # | Disb ID | Reference | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/01 | 05 | Photocopies | | 1324593 | | 245591 | 11/10/01 | $1.75 | $1.75 | $1.75 |
| 10/16/01 | 05 | Photocopies | | 1324874 | | 245591 | 11/10/01 | $3.75 | $3.75 | $3.75 |
| 10/16/01 | 05 | Photocopies | | 1324692 | | 245591 | 11/10/01 | $15.75 | $15.75 | $15.75 |
| 10/17/01 | 05 | Photocopies | | 1325247 | | 245591 | 11/10/01 | $5.25 | $5.25 | $5.25 |
| 10/17/01 | 05 | Photocopies | | 1325261 | | 245591 | 11/10/01 | $2.50 | $2.50 | $2.50 |
| 10/17/01 | 05 | Photocopies | | 1325270 | | 245592 | 11/10/01 | $1.50 | $1.50 | $1.50 |
| 10/17/01 | 05 | Photocopies | | 1325279 | | 245591 | 11/10/01 | $0.25 | $0.25 | $0.25 |
| 10/17/01 | 05 | Photocopies | | 1325281 | | 245591 | 11/10/01 | $0.75 | $0.75 | $0.75 |
| 10/17/01 | 05 | Photocopies | | 1325553 | | 245591 | 11/10/01 | $5.25 | $5.25 | $5.25 |
| 10/17/01 | 05 | Photocopies | | 1325558 | | 245591 | 11/10/01 | $2.50 | $2.50 | $2.50 |
| 10/17/01 | 05 | Photocopies | | 1325565 | | 245591 | 11/10/01 | $15.00 | $15.00 | $15.00 |
| 10/17/01 | 05 | Photocopies | | 1325570 | | 245591 | 11/10/01 | $0.50 | $0.50 | $0.50 |
| 10/18/01 | 22 | Other Miscellaneous Expense | 10/18/01-SMC | 1327140 | | 245592 | 11/10/01 | $18.00 | $18.00 | $18.00 |
| 10/18/01 | 22 | Other Miscellaneous Expense | 101501 | 1327178 | | 245592 | 11/10/01 | $4.69 | $4.69 | $4.69 |
| 10/18/01 | 22 | Other Miscellaneous Expense | 101501 | 1327179 | | 245592 | 11/10/01 | $40.00 | $40.00 | $40.00 |
| 10/18/01 | 22 | Other Miscellaneous Expense | 101501 | 1327181 | | 245592 | 11/10/01 | $60.00 | $60.00 | $60.00 |
| 10/18/01 | 22 | Other Miscellaneous Expense | 101501 | 1327188 | | 245592 | 11/10/01 | $20.00 | $20.00 | $20.00 |
| 10/18/01 | 22 | Other Miscellaneous Expense | 101501 | 1327189 | | 245592 | 11/10/01 | $40.00 | $40.00 | $40.00 |
| 10/18/01 | 22 | Other Miscellaneous Expense | 101501 | 1327192 | | 245592 | 11/10/01 | $21.45 | $21.45 | $21.45 |
| 10/18/01 | 22 | Other Miscellaneous Expense | 101501 | 1327193 | | 245592 | 11/10/01 | $45.00 | $45.00 | $45.00 |
| 10/18/01 | 22 | Other Miscellaneous Expense | 101501 | 1327194 | | 245592 | 11/10/01 | $24.00 | $24.00 | $24.00 |
| 10/18/01 | 22 | Other Miscellaneous Expense | 101501 | 1327195 | | 245592 | 11/10/01 | $40.00 | $40.00 | $40.00 |
| 10/18/01 | 22 | Other Miscellaneous Expense | 101501 | 1327197 | | 245592 | 11/10/01 | $40.00 | $40.00 | $40.00 |
| 10/18/01 | 22 | Other Miscellaneous Expense | 101501 | 1327198 | | 245592 | 11/10/01 | $40.00 | $40.00 | $40.00 |
| 10/18/01 | 05 | Photocopies | | 1327296 | | 245591 | 11/10/01 | $0.75 | $0.75 | $0.75 |
| 10/18/01 | 05 | Photocopies | | 1327415 | | 245592 | 11/10/01 | $33.00 | $33.00 | $33.00 |
| 10/18/01 | 05 | Photocopies | | 1327419 | | 245592 | 11/10/01 | $5.00 | $5.00 | $5.00 |
| 10/23/01 | 22 | Other Miscellaneous Expense | 10-23-01 | 1328866 | | 245592 | 11/10/01 | $262.43 | $262.43 | $262.43 |
| 10/23/01 | 22 | Other Miscellaneous Expense | OCT.23,01 | 1328866 | | 245592 | 11/10/01 | $166.22 | $166.22 | $166.22 |
| 10/23/01 | 22 | Other Miscellaneous Expense | 10/23/01SMC | 1328868 | | 245592 | 11/10/01 | $568.00 | $568.00 | $568.00 |
| 10/26/01 | 22 | Other Miscellaneous Expense | 10/26/01SMC | 1334904 | | 245592 | 11/10/01 | $112.77 | $112.77 | $112.77 |
| 10/26/01 | 05 | Photocopies | | 1335126 | | 245592 | 11/10/01 | $1.75 | $1.75 | $1.75 |

Page: 18

6/4/02
10:35 AM

Report: DISB02
Req'd By: NES
Currency: USD

Shuts & Bowen, LLP

**Disbursement Subsidiary Report**

Includes: Hard, Soft, Billed, Unbilled    Periods: 180001 To 200206  Dates: 1/1/1800 To 6/3/02

Parameter Set: DETAILDISB

| Trans Date | Disb | Description | Disb ID | Inv/Ck Req # | Reference | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/29/01 | 31 | Courier | 1336022 | 10553 | | 245592 | 11/10/01 | $9.00 | $9.00 | $9.00 |
| 10/29/01 | 31 | Courier | 1336023 | 10553 | | 245592 | 11/10/01 | $9.00 | $9.00 | $9.00 |
| 10/29/01 | 31 | Courier | 1336024 | 10553 | | 245592 | 11/10/01 | $16.00 | $16.00 | $16.00 |
| 10/29/01 | 31 | Courier | 1336025 | 10553 | | 245591 | 11/10/01 | $9.00 | $9.00 | $9.00 |
| 10/31/01 | 32 | Meals | 1341469 | 35997 | | 245592 | 11/10/01 | $29.55 | $29.55 | $29.55 |
| 10/31/01 | 21 | Local Transportation | 1341480 | 35997 | | 245592 | 11/10/01 | $20.00 | $20.00 | $20.00 |
| 10/31/01 | 32 | Meals | 1341481 | 35997 | | 245592 | 11/10/01 | $20.00 | $20.00 | $20.00 |
| 10/31/01 | 37 | Travel Expense | 1341579 | 35997 | | 245592 | 11/10/01 | $20.00 | $20.00 | $2?.?? |
| 10/31/01 | 37 | Travel Expense | 1341630 | 35997 | | 245592 | 11/10/01 | $60.00 | $60.00 | $... |
| 10/31/01 | 37 | Travel Expense | 1341671 | 35997 | | 245592 | 11/10/01 | $27.00 | $27.00 | $27.00 |
| 10/31/01 | 22 | Other Miscellaneous Expense | 1341692 | 35997 | | 245592 | 11/10/01 | $20.00 | $20.00 | $20.00 |
| 11/1/01 | 22 | Other Miscellaneous Expense | 1341136 | 130546 | | 248746 | 12/10/01 | $38.03 | $38.03 | $38.03 |
| 11/2/01 | 22 | Other Miscellaneous Expense | 1342777 | 102901 | | 248746 | 12/10/01 | $17.75 | $17.75 | $17.75 |
| 11/7/01 | 22 | Other Miscellaneous Expense | 1346379 | 5373 | | 248746 | 12/10/01 | $287.55 | $287.55 | $287.55 |
| 11/13/01 | 05 | Photocopies | 1351899 | | | 248746 | 12/10/01 | $7.00 | $0.00 | $0.2? |
| 11/13/01 | 05 | Photocopies | 1351900 | | | 248746 | 12/10/01 | $3.50 | $0.00 | $0.00 |
| 11/14/01 | 32 | Meals | 1353197 | 11/14/01 | | 248746 | 12/10/01 | $35.00 | $35.00 | $35.00 |
| 11/26/01 | 22 | Other Miscellaneous Expense | 1361813 | 112601-SMC | | 248746 | 12/10/01 | $204.60 | $204.60 | $204.60 |
| 11/26/01 | 05 | Photocopies | 1361999 | | | 248746 | 12/10/01 | $0.25 | $0.25 | $0.2? |
| 11/27/01 | 05 | Photocopies | 1363381 | | | 248746 | 12/10/01 | $2.50 | $2.50 | $2.50 |
| 11/27/01 | 05 | Photocopies | 1363388 | | | 248746 | 12/10/01 | $31.25 | $31.25 | $31.2? |
| 11/27/01 | 10 | West Law | 1367282 | | | 248746 | 12/10/01 | $46.50 | $46.50 | $0.00 |
| 1/10/02 | 05 | Photocopies | 1402828 | | | 255175 | 2/10/02 | $1.25 | $1.25 | $1.00 |
| 1/22/02 | 22 | Other Miscellaneous Expense | 1426186 | | | 255175 | 2/10/02 | $7.98 | $7.98 | $7.9? |
| 1/29/02 | 05 | Photocopies | 1427064 | | | 257542 | 3/10/02 | $6.50 | $6.50 | $6.5? |
| 1/29/02 | 05 | Photocopies | 1427067 | | | 257542 | 3/10/02 | $1.00 | $1.00 | $1.0? |
| 1/29/02 | 05 | Photocopies | 1427069 | | | 257542 | 3/10/02 | $2.50 | $2.50 | $2.5? |
| 1/29/02 | 05 | Photocopies | 1427085 | | | 257542 | 3/10/02 | $1.75 | $1.75 | $1.7? |
| 2/7/02 | 05 | Photocopies | 1437934 | | | 257542 | 3/10/02 | $1.00 | $1.00 | $1.00 |
| 2/8/02 | 05 | Photocopies | 1438934 | | | 257542 | 3/10/02 | $0.75 | $0.75 | $0.7? |
| 2/22/02 | 05 | Photocopies | 1451597 | | | 257542 | 3/10/02 | $6.00 | $6.00 | $6.00 |
| 2/26/02 | 05 | Photocopies | 1455808 | | | 257542 | 3/10/02 | $16.50 | $16.50 | $16.5? |

Page: 19

6/4/02
10:35 AM

Includes: Hard, Soft, Billed, Unbilled
Parameter Set: DETAILDISB

Report: DISB02
Req'd By: NES
Currency: USD

**Shutts & Bowen, LLP**
**Disbursement Subsidiary Report**
Periods: 180001 To 200206  Dates: 1/1/1800 To 6/3/02

| Trans Date | Disb | Description | Inv/Ck Req # | Disb ID | Reference | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/26/02 | 05 | Photocopies | | 1455967 | | 257542 | 3/1/02 | $16.00 | $16.00 | $16.00 |
| 3/1/02 | 05 | Photocopies | | 1460009 | | 260561 | 4/10/02 | $27.25 | $27.25 | $17.86 |
| 3/5/02 | 05 | Photocopies | | 1464050 | | 260561 | 4/10/02 | $4.50 | $4.50 | $2.95 |
| 3/6/02 | 05 | Photocopies | | 1465664 | | 260561 | 4/10/02 | $16.00 | $16.00 | $10.48 |
| 3/6/02 | 05 | Photocopies | | 1465694 | | 260561 | 4/10/02 | $0.50 | $0.50 | $0.33 |
| 3/6/02 | 06 | Faxes | | 1466139 | | 260561 | 4/10/02 | $0.50 | $0.50 | $0.00 |
| 3/6/02 | 07 | Long Distance Telephone Calls | | 1466280 | | 260561 | 4/10/02 | $0.10 | $0.10 | $0.00 |
| 3/6/02 | 34 | Postage | | 1466636 | | 260561 | 4/10/02 | $0.68 | $0.68 | $0.00 |
| 3/6/02 | 34 | Postage | | 1466644 | | 260561 | 4/10/02 | $0.80 | $0.80 | $0.80 |
| 3/7/02 | 05 | Photocopies | | 1466964 | | 260561 | 4/10/02 | $68.25 | $68.25 | $44.72 |
| 3/7/02 | 05 | Photocopies | | 1467042 | | 260561 | 4/10/02 | $26.00 | $26.00 | $17.04 |
| 3/7/02 | 05 | Photocopies | | 1467074 | | 260561 | 4/10/02 | $1.50 | $1.50 | $0.98 |
| 3/10/02 | 31 | Courier | 11867 | 1490979 | | 260561 | 4/10/02 | $9.00 | $9.00 | $9.00 |
| 3/10/02 | 31 | Courier | 11867 | 1490980 | | 260561 | 4/10/02 | $14.25 | $14.25 | $14.25 |
| 3/11/02 | 05 | Photocopies | | 1469252 | | 260561 | 4/10/02 | $34.25 | $34.25 | $22.44 |
| 3/11/02 | 05 | Photocopies | | 1469261 | | 260561 | 4/10/02 | $75.25 | $75.25 | $49.31 |
| 3/11/02 | 05 | Photocopies | | 1469344 | | 260561 | 4/10/02 | $46.50 | $46.50 | $30.47 |
| 3/11/02 | 31 | Courier | 136336 | 1500388 | 0255-054 | 263947 | 5/10/02 | $6.00 | $6.00 | $6.00 |
| 3/14/02 | 05 | Photocopies | | 1473654 | | 260561 | 4/10/02 | $48.00 | $48.00 | $31.45 |
| 3/14/02 | 05 | Photocopies | | 1473749 | | 260561 | 4/10/02 | $18.00 | $18.00 | $11.79 |
| 3/14/02 | 07 | Long Distance Telephone Calls | | 1474475 | | 260561 | 4/10/02 | $3.46 | $3.46 | $0.00 |
| 3/15/02 | 05 | Photocopies | | 1474887 | | 260561 | 4/10/02 | $3.75 | $3.75 | |
| 3/15/02 | 05 | Photocopies | | 1474983 | | 260561 | 4/10/02 | $11.00 | $11.00 | $7.21 |
| 3/15/02 | 05 | Photocopies | | 1475117 | | 260561 | 4/10/02 | $25.50 | $25.50 | $16.71 |
| 3/15/02 | 05 | Photocopies | | 1475125 | | 260561 | 4/10/02 | $12.75 | $12.75 | $8.35 |
| 3/19/02 | 05 | Photocopies | | 1477623 | | 260561 | 4/10/02 | $6.00 | $6.00 | $3.93 |
| 3/19/02 | 05 | Photocopies | | 1477649 | | 260561 | 4/10/02 | $0.75 | $0.75 | $0.49 |
| 3/19/02 | 05 | Photocopies | | 1477932 | | 260561 | 4/10/02 | $1.50 | $1.50 | $0.98 |
| 3/20/02 | 05 | Photocopies | | 1479118 | | 260561 | 4/10/02 | $0.50 | $0.50 | $0.33 |
| 3/21/02 | 05 | Photocopies | | 1480471 | | 260561 | 4/10/02 | $23.25 | $23.25 | $15.23 |
| 3/22/02 | 05 | Photocopies | | 1481814 | | 260561 | 4/10/02 | $2.50 | $2.50 | $1.64 |
| 3/22/02 | 31 | Courier | 136653 | 1500688 | 0259-056 | 263947 | 5/10/02 | $6.00 | $6.00 | $6.00 |

Page: 20

6/4/02
10:35 AM

Shutts & Bowen, ___

Req'd By: NES

Currency: USD

**Disbursement Subsidiary Report**

Includes: Hard, Soft, Billed, Unbilled

Periods: 180001 To 200206  Dates: 1/1/1800 To 6/3/02

Parameter Set: DETAILDISB

| Trans Date | Disb | Disb | Description | Inv/Ck Req # | Reference | Disb ID | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/25/02 | 05 | | Photocopies | | | 1484117 | 260561 | 4/10/02 | $2.25 | $2.25 | $1.47 |
| 3/26/02 | 22 | | Other Miscellaneous Expense | 03/26/02 SMC | | 1485445 | 260561 | 4/10/02 | $40.00 | $40.00 | $40.00 |
| 3/26/02 | 22 | | Other Miscellaneous Expense | 03/26/01.SMC | | 1485447 | 260561 | 4/10/02 | $40.00 | $40.00 | $40.00 |
| 3/26/02 | 22 | | Other Miscellaneous Expense | 03/26/01.SMC | | 1485448 | 260561 | 4/10/02 | $40.00 | $40.00 | $40.00 |
| 3/26/02 | 22 | | Other Miscellaneous Expense | 03/26/01.SMC | | 1485449 | 260561 | 4/10/02 | $40.00 | $40.00 | $40.00 |
| 3/26/02 | 22 | | Other Miscellaneous Expense | 03/26/01.SMC | | 1485451 | 260561 | 4/10/02 | $40.00 | $40.00 | $40.00 |
| 3/26/02 | 22 | | Other Miscellaneous Expense | 03/26/01.SMC | | 1485453 | 260561 | 4/10/02 | $40.00 | $40.00 | $40.00 |
| 3/27/02 | 30 | | Witness Fee | 03/27/02-SMC | | 1486940 | 260561 | 4/10/02 | $40.00 | $40.00 | $ |
| 3/27/02 | 30 | | Witness Fee | 03/27/02SMC | | 1486941 | 260561 | 4/10/02 | $6.25 | $6.25 | $4.10 |
| 3/27/02 | 05 | | Photocopies | | | 1487184 | 260561 | 4/10/02 | $82.25 | $82.25 | $53.89 |
| 3/27/02 | 05 | | Photocopies | | | 1487285 | 260561 | 4/10/02 | $0.25 | $0.25 | $0.16 |
| 3/27/02 | 05 | | Photocopies | | | 1487345 | 260561 | 4/10/02 | $18.00 | $18.00 | $11.79 |
| 3/27/02 | 05 | | Photocopies | | | 1487349 | 260561 | 4/10/02 | $114.00 | $114.00 | $74.70 |
| 3/27/02 | 05 | | Photocopies | | | 1487381 | 260561 | 4/10/02 | $0.50 | $0.50 | $0.33 |
| 3/27/02 | 05 | | Photocopies | | | 1487388 | 260561 | 4/10/02 | $16.75 | $16.75 | $10.98 |
| 3/27/02 | 05 | | Photocopies | | | 1487447 | 260561 | 4/10/02 | $8.50 | $8.50 | $5.57 |
| 3/27/02 | 05 | | Photocopies | | | 1487462 | 260561 | 4/10/02 | $8.50 | $8.50 | $5.57 |
| 3/27/02 | 05 | | Photocopies | | | 1487547 | 260561 | 4/10/02 | $3.75 | $3.75 | $2.46 |
| 3/27/02 | 05 | | Photocopies | | | 1487611 | 260561 | 4/10/02 | $0.25 | $0.25 | $0.16 |
| 3/27/02 | 05 | | Photocopies | | | 1487613 | 260561 | 4/10/02 | $19.25 | $19.25 | $12.61 |
| 3/28/02 | 05 | | Photocopies | | | 1488686 | 260561 | 4/10/02 | $23.00 | $23.00 | $ |
| 3/28/02 | 05 | | Photocopies | | | 1488699 | 260561 | 4/10/02 | $1.00 | $1.00 | $0.68 |
| 3/28/02 | 05 | | Photocopies | | | 1488782 | 260561 | 4/10/02 | $0.50 | $0.50 | $0.33 |
| 3/28/02 | 05 | | Photocopies | | | 1488807 | 260561 | 4/10/02 | $0.76 | $0.76 | $0.76 |
| 3/29/02 | 07 | | Long Distance Telephone Calls | | | 1490632 | 263947 | 5/10/02 | $1.23 | $1.23 | $1.23 |
| 3/29/02 | 07 | | Long Distance Telephone Calls | | | 1490633 | 263947 | 5/10/02 | $7.50 | $7.50 | $7.50 |
| 4/1/02 | 05 | | Photocopies | | | 1491462 | 264468 | 5/10/02 | $8.25 | $8.25 | $8.25 |
| 4/1/02 | 05 | | Photocopies | | | 1491463 | 264468 | 5/10/02 | $49.25 | $49.25 | $49.25 |
| 4/1/02 | 05 | | Photocopies | | | 1491573 | 264468 | 5/10/02 | $19.75 | $19.75 | $19.75 |
| 4/1/02 | 05 | | Photocopies | | | 1491577 | 264468 | 5/10/02 | $3.00 | $3.00 | $3.00 |
| 4/1/02 | 05 | | Photocopies | | | 1491768 | 264468 | 5/10/02 | $0.25 | $0.25 | $0.25 |
| 4/1/02 | 05 | | Photocopies | | | 1491813 | 264468 | 5/10/02 | | | |

Page: 21

6/4/02
10:35 AM

Shutts & Bowen, LLP
**Disbursement Subsidiary Report**

Rec'd By: NES
Currency: USD

Includes: Hard, Soft, Billed, Unbilled
Parameter Set: DETAILDISB

Periods: 180001 To 200206  Dates: 1/1/1800 To 6/3/02

| Trans Date | Disb | Description | Reference | Disb ID | Inv/Ck Req # | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/02 | 05 | Photocopies | | 1491814 | | 264468 | 5/10/02 | $1.00 | $1.00 | $1.00 |
| 4/1/02 | 05 | Photocopies | | 1493850 | | 264468 | 5/10/02 | $225.50 | $225.50 | $225.50 |
| 4/1/02 | 05 | Photocopies | | 1493854 | | 264468 | 5/10/02 | $1.00 | $1.00 | $1.00 |
| 4/1/02 | 05 | Photocopies | | 1493857 | | 264468 | 5/10/02 | $250.75 | $250.75 | $250.75 |
| 4/2/02 | 22 | Other Miscellaneous Expense | 040102 | 1492569 | | 264468 | 5/10/02 | $20.00 | $20.00 | $20.00 |
| 4/2/02 | 22 | Other Miscellaneous Expense | 040102 | 1492571 | | 264468 | 5/10/02 | $20.00 | $20.00 | $20.00 |
| 4/2/02 | 22 | Other Miscellaneous Expense | 040102 | 1492576 | | 264468 | 5/10/02 | $20.00 | $20.00 | $20.00 |
| 4/2/02 | 05 | Photocopies | | 1492661 | | 264468 | 5/10/02 | $9.50 | $9.50 | $9.50 |
| 4/2/02 | 05 | Photocopies | | 1492778 | | 264468 | 5/10/02 | $44.25 | $44.25 | $4. |
| 4/2/02 | 07 | Long Distance Telephone Calls | | 1493561 | | 264468 | 5/10/02 | $0.76 | $0.76 | $0.76 |
| 4/2/02 | 22 | Other Miscellaneous Expense | 040102 | 1502214 | | 264468 | 5/10/02 | $31.50 | $31.50 | $31.50 |
| 4/2/02 | 22 | Other Miscellaneous Expense | 040102 | 1502220 | | 264468 | 5/10/02 | $21.50 | $21.50 | $21.50 |
| 4/3/02 | 05 | Photocopies | | 1493907 | | 264468 | 5/10/02 | $28.75 | $28.75 | $28.75 |
| 4/3/02 | 05 | Photocopies | | 1494113 | | 264468 | 5/10/02 | $0.25 | $0.25 | $0.25 |
| 4/3/02 | 31 | Courier | | 1505554 | 507833429 | 264468 | 5/10/02 | $27.52 | $27.52 | $27.52 |
| 4/3/02 | 31 | Courier | 0262-522 | 1521494 | I37356 | 264468 | 5/10/02 | $12.00 | $12.00 | $12.00 |
| 4/4/02 | 05 | Photocopies | | 1495213 | | 264468 | 5/10/02 | $29.50 | $29.50 | $29.50 |
| 4/4/02 | 05 | Photocopies | | 1495218 | | 264468 | 5/10/02 | $15.75 | $15.75 | $15.75 |
| 4/4/02 | 05 | Photocopies | | 1495221 | | 264468 | 5/10/02 | $0.25 | $0.25 | $0.25 |
| 4/4/02 | 05 | Photocopies | | 1495225 | | 264468 | 5/10/02 | $13.50 | $13.50 | $13.50 |
| 4/4/02 | 05 | Photocopies | | 1495392 | | 264468 | 5/10/02 | $89.75 | $89.75 | $89.75 |
| 4/4/02 | 05 | Photocopies | | 1495403 | | 264468 | 5/10/02 | $73.25 | $73.25 | $ |
| 4/4/02 | 05 | Photocopies | | 1495421 | | 264468 | 5/10/02 | $43.75 | $43.75 | $43.75 |
| 4/4/02 | 05 | Photocopies | | 1495474 | | 264468 | 5/10/02 | $0.50 | $0.50 | $0.50 |
| 4/4/02 | 05 | Photocopies | | 1496018 | | 264468 | 5/10/02 | $0.58 | $0.58 | $0.58 |
| 4/4/02 | 07 | Long Distance Telephone Calls | | 1505381 | 507833425 | 264468 | 5/10/02 | $18.74 | $18.74 | $18.74 |
| 4/4/02 | 31 | Courier | | 1505382 | 507833425 | 264468 | 5/10/02 | $16.32 | $16.32 | $16.32 |
| 4/5/02 | 22 | Other Miscellaneous Expense | 48141 | 1496117 | | 264468 | 5/10/02 | $36.00 | $36.00 | $0.00 |
| 4/5/02 | 05 | Photocopies | | 1496328 | | 264468 | 5/10/02 | $1.25 | $1.25 | $1.25 |
| 4/5/02 | 05 | Photocopies | | 1496505 | | 264468 | 5/10/02 | $2.00 | $2.00 | $2.00 |
| 4/8/02 | 05 | Photocopies | | 1497557 | | 264468 | 5/10/02 | $3.75 | $3.75 | $3.75 |
| 4/8/02 | 05 | Photocopies | | 1497616 | | 264468 | 5/10/02 | $12.00 | $12.00 | $12.00 |

Page: 22

Report: DISBU2
Req'd By: NES
Currency: USD

Shutts & Bowen, LLP
**Disbursement Subsidiary Report**
Periods: 180001 To 200206  Dates: 1/1/1800 To 6/3/02

10:35 AM
Includes: Hard, Soft, Billed, Unbilled
Parameter Set: DETAILDISB

| Trans Date | Disb | Description | Inv/Ck Req # | Disb ID | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| 4/8/02 | 05 | Photocopies | | 1497727 | 264468 | 5/10/02 | $3.25 | $3.25 | $3.25 |
| 4/8/02 | 34 | Postage | | 1498528 | 264468 | 5/10/02 | $0.34 | $0.34 | $0.00 |
| 4/8/02 | 31 | Courier | 507833425 | 1505407 | 264468 | 5/10/02 | $9.08 | $9.08 | $9.08 |
| 4/9/02 | 22 | Other Miscellaneous Expense | 0054085 | 1498592 | 264468 | 5/10/02 | $201.00 | $201.00 | $201.00 |
| 4/9/02 | 05 | Photocopies | | 1498673 | 264468 | 5/10/02 | $9.00 | $9.00 | $9.00 |
| 4/9/02 | 05 | Photocopies | | 1498680 | 264468 | 5/10/02 | $22.00 | $22.00 | $22.00 |
| 4/9/02 | 05 | Photocopies | | 1498713 | 264468 | 5/10/02 | $79.75 | $79.75 | $79.75 |
| 4/9/02 | 05 | Photocopies | | 1498761 | 264468 | 5/10/02 | $6.75 | $6.75 | ? |
| 4/9/02 | 05 | Photocopies | | 1498765 | 264468 | 5/10/02 | $5.75 | $5.75 | $5.75 |
| 4/9/02 | 05 | Photocopies | | 1498768 | 264468 | 5/10/02 | $0.25 | $0.25 | $0.25 |
| 4/9/02 | 05 | Photocopies | | 1498868 | 264468 | 5/10/02 | $8.00 | $8.00 | $8.00 |
| 4/9/02 | 05 | Photocopies | | 1498873 | 264468 | 5/10/02 | $15.50 | $15.50 | $15.50 |
| 4/9/02 | 05 | Photocopies | | 1498913 | 264468 | 5/10/02 | $5.25 | $5.25 | $5.25 |
| 4/9/02 | 31 | Courier | 507833427 | 1505538 | 264468 | 5/10/02 | $11.11 | $11.11 | $11.11 |
| 4/10/02 | 05 | Photocopies | | 1501149 | 264468 | 5/10/02 | $10.50 | $10.50 | $10.50 |
| 4/10/02 | 05 | Photocopies | | 1501294 | 264468 | 5/10/02 | $3.00 | $3.00 | $3.00 |
| 4/11/02 | 22 | Other Miscellaneous Expense | 04.11.02 | 1502189 | 264468 | 5/10/02 | $1,111.00 | $1,111.00 | $1,111.00 |
| 4/11/02 | 05 | Photocopies | | 1502291 | 264468 | 5/10/02 | $3.00 | $3.00 | $3.00 |
| 4/11/02 | 34 | Postage | | 1547000 | 0 | 6/10/02 | $0.34 | $0.34 | $0.34 |
| 4/12/02 | 05 | Photocopies | | 1503546 | 264468 | 5/10/02 | $7.50 | $7.50 | $7.50 |
| 4/12/02 | 05 | Photocopies | | 1503597 | 264465 | 5/10/02 | $108.75 | $108.75 | $108.75 |
| 4/12/02 | 05 | Photocopies | | 1503608 | 264468 | 5/10/02 | $3.50 | $3.50 | $3.00 |
| 4/12/02 | 05 | Photocopies | | 1503651 | 264468 | 5/10/02 | $78.75 | $78.75 | $78.75 |
| 4/12/02 | 05 | Photocopies | | 1503668 | 264468 | 5/10/02 | $37.00 | $37.00 | $37.00 |
| 4/15/02 | 22 | Other Miscellaneous Expense | 04/15/02-MRH | 1505713 | 264468 | 5/10/02 | $238.79 | $238.79 | $238.79 |
| 4/15/02 | 22 | Other Miscellaneous Expense | 2002000288 | 1505738 | 264468 | 5/10/02 | $35.00 | $35.00 | $35.00 |
| 4/15/02 | 22 | Other Miscellaneous Expense | 2002000287 | 1505739 | 264468 | 5/10/02 | $35.00 | $35.00 | $35.00 |
| 4/15/02 | 22 | Other Miscellaneous Expense | 2002000307 | 1505740 | 264468 | 5/10/02 | $25.00 | $25.00 | $25.00 |
| 4/15/02 | 22 | Other Miscellaneous Expense | 2002000308 | 1505741 | 264468 | 5/10/02 | $25.00 | $25.00 | $25.00 |
| 4/15/02 | 22 | Other Miscellaneous Expense | 2002000309 | 1505742 | 264468 | 5/10/02 | $25.00 | $25.00 | $25.00 |
| 4/15/02 | 22 | Other Miscellaneous Expense | 2002000310 | 1505743 | 264468 | 5/10/02 | $25.00 | $25.00 | $25.00 |
| 4/15/02 | 05 | Photocopies | | 1506177 | 264468 | 5/10/02 | $0.25 | $0.25 | $0.25 |

Page: 23

Report: DISB02
10:35 AM
Includes: Hard, Soft, Billed, Unbilled
Parameter Set: DETAILDISB

Req'd By: NES
Currency: USD

**Shutts & Bowen, LLP**

**Disbursement Subsidiary Report**

Periods: 180001 To 200206  Dates: 1/1/1800 To 6/3/02

| Trans Date | Disb | Description | Inv/Ck Req # | Disb ID | Reference | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/15/02 | 34 | Postage | | 1547188 | | 0 | 6/10/02 | $0.34 | $0.34 | $0.34 |
| 4/16/02 | 05 | Photocopies | | 1507461 | | 284468 | 5/10/02 | $46.75 | $46.75 | $46.75 |
| 4/17/02 | 07 | Long Distance Telephone Calls | | 1509747 | | 284468 | 5/10/02 | $95.05 | $95.05 | $95.05 |
| 4/18/02 | 22 | Other Miscellaneous Expense | 0054334 | 1510042 | | 284468 | 5/10/02 | $180.00 | $180.00 | $180.00 |
| 4/18/02 | 05 | Photocopies | | 1510203 | | 284468 | 5/10/02 | $6.00 | $6.00 | $6.00 |
| 4/18/02 | 07 | Long Distance Telephone Calls | | 1517781 | | 284468 | 5/10/02 | $1.15 | $1.15 | $1.15 |
| 4/18/02 | 07 | Long Distance Telephone Calls | | 1517782 | | 284468 | 5/10/02 | $1.15 | $1.15 | $1.15 |
| 4/18/02 | 07 | Long Distance Telephone Calls | | 1517783 | | 284468 | 5/10/02 | $1.15 | $1.15 | $1.15 |
| 4/18/02 | 07 | Long Distance Telephone Calls | | 1517784 | | 284468 | 5/10/02 | $8.07 | $8.07 | |
| 4/19/02 | 05 | Photocopies | | 1511677 | | 284468 | 5/10/02 | $0.75 | $0.75 | $0.75 |
| 4/22/02 | 32 | Meals | 49218 | 1512708 | | 284468 | 5/10/02 | $30.50 | $30.50 | $0.00 |
| 4/22/02 | 05 | Photocopies | | 1512756 | | 284468 | 5/10/02 | $2.25 | $2.25 | $2.25 |
| 4/22/02 | 05 | Photocopies | | 1516733 | | 284468 | 5/10/02 | $1.25 | $1.25 | $1.25 |
| 4/22/02 | 31 | Courier | 507935385 | 1534284 | | 0 | 6/10/02 | $14.44 | $14.44 | $14.44 |
| 4/23/02 | 09 | Transcripts | 04/23/02SMC | 1513595 | | 284468 | 5/10/02 | $3,828.00 | $3,828.00 | $3,828.00 |
| 4/23/02 | 05 | Photocopies | | 1515809 | | 284468 | 5/10/02 | $0.25 | $0.25 | $0.25 |
| 4/23/02 | 05 | Photocopies | | 1515873 | | 284468 | 5/10/02 | $49.00 | $49.00 | $49.00 |
| 4/23/02 | 34 | Postage | | 1547904 | | 0 | 6/10/02 | $0.34 | $0.34 | $0.34 |
| 4/24/02 | 05 | Photocopies | | 1516210 | | 284468 | 5/10/02 | $0.25 | $0.25 | $0.25 |
| 4/24/02 | 05 | Photocopies | | 1516237 | | 284468 | 5/10/02 | $0.25 | $0.25 | $0.25 |
| 4/24/02 | 31 | Courier | I38292 | 1543268 | 0268-960 | 0 | 6/10/02 | $18.75 | $18.75 | $18.75 |
| 4/25/02 | 05 | Photocopies | | 1516239 | | 284468 | 5/10/02 | $191.25 | $191.25 | $19?.?5 |
| 4/25/02 | 05 | Photocopies | | 1516315 | | 284468 | 5/10/02 | $0.50 | $0.50 | |
| 4/25/02 | 31 | Courier | 508034941 | 1534714 | | 0 | 6/10/02 | $22.47 | $22.47 | $22.47 |
| 4/26/02 | 22 | Other Miscellaneous Expense | 2002000324 | 1518342 | | 284468 | 5/10/02 | $25.00 | $25.00 | $25.00 |
| 4/26/02 | 22 | Other Miscellaneous Expense | 2002000338 | 1518343 | | 284468 | 5/10/02 | $35.00 | $35.00 | $35.00 |
| 4/26/02 | 37 | Travel Expense | 04/26/02 | 1518347 | | 284468 | 5/10/02 | $74.85 | $74.85 | $74.85 |
| 4/26/02 | 31 | Courier | 12203 | 1518403 | | 284468 | 5/10/02 | $16.00 | $16.00 | $16.00 |
| 4/26/02 | 05 | Photocopies | | 1518569 | | 284468 | 5/10/02 | $1.00 | $1.00 | $1.00 |
| 4/26/02 | 05 | Photocopies | | 1518661 | | 284468 | 5/10/02 | $25.75 | $25.75 | $25.75 |
| 4/26/02 | 05 | Photocopies | | 1518675 | | 284468 | 5/10/02 | $14.25 | $14.25 | $14.25 |
| 4/26/02 | 06 | Faxes | | 1518911 | | 284468 | 5/10/02 | $4.00 | $4.00 | $0.00 |

10:35 AM

Report: DISB02
Req'd By: NES
Currency: USD

**Shutts & Bowen, LLP**
**Disbursement Subsidiary Report**
Periods: 180001 To 200206  Dates: 1/1/1800 To 6/3/02

Includes: Hard, Soft, Billed, Unbilled
Parameter Set: DETAILDISB

| Trans Date | Disb | Description | Reference | Disb ID | Inv/Ck Req # | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/26/02 | 06 | Faxes | | 1518925 | | 284468 | 5/10/02 | $20.00 | $20.00 | $0.00 |
| 4/26/02 | 06 | Faxes | | 1519056 | | 284468 | 5/10/02 | $20.00 | $20.00 | $0.00 |
| 4/26/02 | 07 | Long Distance Telephone Calls | | 1519207 | | 284468 | 5/10/02 | $0.70 | $0.70 | $0.70 |
| 4/26/02 | 34 | Postage | | 1538564 | | 0 | 6/10/02 | $1.03 | $1.03 | $1.03 |
| 4/29/02 | 05 | Photocopies | | 1519863 | | 284468 | 5/10/02 | $8.50 | $8.50 | $8.50 |
| 4/29/02 | 05 | Photocopies | | 1519865 | | 284468 | 5/10/02 | $2.00 | $2.00 | $2.00 |
| 4/29/02 | 05 | Photocopies | | 1520032 | | 284468 | 5/10/02 | $1.00 | $1.00 | $1.00 |
| 4/29/02 | 34 | Postage | | 1521294 | | 284468 | 5/10/02 | $1.03 | $1.03 | $0.00 |
| 4/29/02 | 34 | Postage | | 1521301 | | 284468 | 5/10/02 | $0.34 | $0.34 | $.. |
| 4/29/02 | 37 | Travel Expense | 49693 | 1521326 | | 284468 | 5/10/02 | $40.00 | $40.00 | $40.00 |
| 4/29/02 | 07 | Long Distance Telephone Calls | | 1532430 | | 0 | 6/10/02 | $0.58 | $0.58 | $0.58 |
| 4/29/02 | 07 | Long Distance Telephone Calls | | 1532431 | | 0 | 6/10/02 | $0.58 | $0.58 | $0.58 |
| 4/29/02 | 31 | Courier | | 1534678 | 507985323 | 0 | 6/10/02 | $69.19 | $69.19 | $69.19 |
| 4/30/02 | 05 | Photocopies | | 1522000 | | 284468 | 5/10/02 | $4.25 | $4.25 | $4.25 |
| 4/30/02 | 05 | Photocopies | | 1522102 | | 284468 | 5/10/02 | $0.50 | $0.50 | $0.50 |
| 4/30/02 | 05 | Photocopies | | 1522107 | | 284468 | 5/10/02 | $0.25 | $0.25 | $0.25 |
| 4/30/02 | 05 | Photocopies | | 1522250 | | 284468 | 5/10/02 | $0.50 | $0.50 | $0.50 |
| 4/30/02 | 06 | Faxes | | 1522546 | | 284468 | 5/10/02 | $5.00 | $5.00 | $0.00 |
| 4/30/02 | 06 | Faxes | | 1522547 | | 284468 | 5/10/02 | $3.00 | $3.00 | $0.00 |
| 4/30/02 | 07 | Long Distance Telephone Calls | | 1522732 | | 284468 | 5/10/02 | $0.23 | $0.23 | $0.23 |
| 4/30/02 | 07 | Long Distance Telephone Calls | | 1522733 | | 284468 | 5/10/02 | $0.13 | $0.13 | $0.13 |
| 4/30/02 | 07 | Long Distance Telephone Calls | | 1522871 | | 284468 | 5/10/02 | $1.23 | $1.23 | $..23 |
| 4/30/02 | 07 | Long Distance Telephone Calls | | 1522883 | | 284468 | 5/10/02 | $1.23 | $1.23 | $..23 |
| 4/30/02 | 07 | Long Distance Telephone Calls | | 1523072 | | 284468 | 5/10/02 | $0.28 | $0.28 | $0.28 |
| 4/30/02 | 07 | Long Distance Telephone Calls | | 1523077 | | 284468 | 5/10/02 | $2.18 | $2.18 | $2.18 |
| 5/1/02 | 05 | Photocopies | | 1523855 | | 0 | 6/10/02 | $8.25 | $8.25 | $8.25 |
| 5/1/02 | 07 | Long Distance Telephone Calls | | 1524613 | | 0 | 6/10/02 | $0.16 | $0.16 | $0.16 |
| 5/1/02 | 07 | Long Distance Telephone Calls | | 1524649 | | 0 | 6/10/02 | $0.10 | $0.10 | $0.10 |
| 5/1/02 | 07 | Long Distance Telephone Calls | | 1524703 | | 0 | 6/10/02 | $0.28 | $0.28 | $0.28 |
| 5/1/02 | 07 | Long Distance Telephone Calls | | 1524706 | | 0 | 6/10/02 | $0.16 | $0.16 | $0.16 |
| 5/1/02 | 07 | Long Distance Telephone Calls | | 1524780 | | 0 | 6/10/02 | $0.10 | $0.10 | $0.10 |
| 5/1/02 | 31 | Courier | | 1534920 | 508034945 | 0 | 6/10/02 | $17.93 | $17.93 | $17.93 |

Page: 25

Report: DISB02
Req'd By: NES
Currency: USD

10:35 AM

Shutts & Bowen, LLP

**Disbursement Subsidiary Report**

Periods: 180001 To 200206  Dates: 1/1/1800 To 6/3/02

Includes: Hard, Soft, Billed, Unbilled

Parameter Set: DETAILDISB

| Trans Date | Disb | Description | Inv/Ck Req # | Disb ID | Reference | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/2/02 | 07 | Long Distance Telephone Calls | | 1532434 | | 0 | 6/10/02 | $0.58 | $0.58 | $0.58 |
| 5/3/02 | 05 | Photocopies | | 1526246 | | 0 | 6/10/02 | $11.50 | $11.50 | $11.50 |
| 5/3/02 | 05 | Photocopies | | 1526431 | | 0 | 6/10/02 | $89.00 | $89.00 | $89.00 |
| 5/3/02 | 05 | Photocopies | | 1526457 | | 0 | 6/10/02 | $4.75 | $4.75 | $4.75 |
| 5/3/02 | 05 | Photocopies | | 1526509 | | 0 | 6/10/02 | $5.00 | $5.00 | $5.00 |
| 5/3/02 | 05 | Photocopies | | 1526519 | | 0 | 6/10/02 | $1.50 | $1.50 | $1.50 |
| 5/3/02 | 05 | Photocopies | | 1526693 | | 0 | 6/10/02 | $34.00 | $34.00 | $34.00 |
| 5/3/02 | 05 | Photocopies | | 1526712 | | 0 | 6/10/02 | $1.50 | $1.50 | $1.50 |
| 5/3/02 | 05 | Photocopies | | 1526713 | | 0 | 6/10/02 | $0.25 | $0.25 | $0.25 |
| 5/3/02 | 07 | Long Distance Telephone Calls | | 1527261 | | 0 | 6/10/02 | $0.10 | $0.10 | $0.10 |
| 5/4/02 | 05 | Photocopies | | 1545015 | | 0 | 6/10/02 | $29.25 | $29.25 | $29.25 |
| 5/4/02 | 05 | Photocopies | | 1545016 | | 0 | 6/10/02 | $16.00 | $16.00 | $16.00 |
| 5/4/02 | 05 | Photocopies | | 1545017 | | 0 | 6/10/02 | $6.25 | $6.25 | $6.25 |
| 5/4/02 | 05 | Photocopies | | 1545018 | | 0 | 6/10/02 | $1.75 | $1.75 | $1.75 |
| 5/6/02 | 22 | Other Miscellaneous Expense | 13512-0006MRH | 1527442 | | 0 | 6/10/02 | $40.00 | $40.00 | $40.00 |
| 5/6/02 | 22 | Other Miscellaneous Expense | 417220 | 1527459 | | 0 | 6/10/02 | $44.78 | $44.78 | $44.78 |
| 5/6/02 | 05 | Photocopies | | 1527484 | | 0 | 6/10/02 | $2.00 | $2.00 | $2.00 |
| 5/6/02 | 05 | Photocopies | | 1527489 | | 0 | 6/10/02 | $11.00 | $11.00 | $11.00 |
| 5/6/02 | 05 | Photocopies | | 1527685 | | 0 | 6/10/02 | $4.50 | $4.50 | $4.50 |
| 5/6/02 | 05 | Photocopies | | 1527813 | | 0 | 6/10/02 | $9.25 | $9.25 | $9.25 |
| 5/6/02 | 05 | Photocopies | | 1527892 | | 0 | 6/10/02 | $2.75 | $2.75 | $2.75 |
| 5/7/02 | 32 | Meals | 50373 | 1528639 | | 0 | 6/10/02 | $11.07 | $11.07 | $ |
| 5/7/02 | 05 | Photocopies | | 1528878 | | 0 | 6/10/02 | $3.50 | $3.50 | $3.50 |
| 5/7/02 | 05 | Photocopies | | 1528888 | | 0 | 6/10/02 | $2.00 | $2.00 | $2.00 |
| 5/7/02 | 05 | Photocopies | | 1528892 | | 0 | 6/10/02 | $0.50 | $0.50 | $0.50 |
| 5/7/02 | 05 | Photocopies | | 1529034 | | 0 | 6/10/02 | $0.25 | $0.25 | $0.25 |
| 5/7/02 | 05 | Photocopies | | 1529035 | | 0 | 6/10/02 | $1.50 | $1.50 | $1.50 |
| 5/7/02 | 05 | Photocopies | | 1529320 | | 0 | 6/10/02 | $0.25 | $0.25 | $0.25 |
| 5/7/02 | 07 | Long Distance Telephone Calls | | 1536099 | | 0 | 6/10/02 | $1.08 | $1.08 | $1.08 |
| 5/7/02 | 07 | Long Distance Telephone Calls | | 1536100 | | 0 | 6/10/02 | $0.22 | $0.22 | $0.22 |
| 5/7/02 | 07 | Long Distance Telephone Calls | | 1536101 | | 0 | 6/10/02 | $0.54 | $0.54 | $0.54 |
| 5/7/02 | 07 | Long Distance Telephone Calls | | 1536126 | | 0 | 6/10/02 | $0.10 | $0.10 | $0.10 |

Page: 26

Report: DISB02
Req'd By: NES
Currency: USD

10:35 AM

Shutts & Bowen, LLP
**Disbursement Subsidiary Report**
Periods: 180001 To 200206  Dates: 1/1/1800 To 6/3/02

Includes: Hard, Soft, Billed, Unbilled
Parameter Set: DETAILDISB

| Trans Date | Disb | Description | Inv/Ck Req # | Disb ID | Reference | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/8/02 | 05 | Photocopies | | 1530253 | | 0 | 6/10/02 | $2.50 | $2.50 | $2.50 |
| 5/8/02 | 05 | Photocopies | | 1530433 | | 0 | 6/10/02 | $2.00 | $2.00 | $2.00 |
| 5/8/02 | 05 | Photocopies | | 1530722 | | 0 | 6/10/02 | $4.50 | $4.50 | $4.50 |
| 5/9/02 | 05 | Photocopies | | 1531542 | | 0 | 6/10/02 | $0.50 | $0.50 | $0.50 |
| 5/9/02 | 05 | Photocopies | | 1531717 | | 0 | 6/10/02 | $1.25 | $1.25 | $1.25 |
| 5/9/02 | 07 | Long Distance Telephone Calls | | 1536168 | | 0 | 6/10/02 | $1.62 | $1.62 | $1.62 |
| 5/9/02 | 07 | Long Distance Telephone Calls | | 1536169 | | 0 | 6/10/02 | $0.22 | $0.22 | $0.22 |
| 5/9/02 | 07 | Long Distance Telephone Calls | | 1536170 | | 0 | 6/10/02 | $0.22 | $0.22 | $0.22 |
| 5/10/02 | 22 | Other Miscellaneous Expense | 05/10/02-RGL | 1532684 | | 0 | | $108.00 | $108.00 | $108.00 |
| 5/10/02 | 09 | Transcripts | 05/10/02-SMC | 1532693 | | 0 | 6/10/02 | $114.40 | $114.40 | $114.40 |
| 5/10/02 | 22 | Other Miscellaneous Expense | 051002-RGL | 1532709 | | 0 | 6/10/02 | $103.00 | $103.00 | $103.00 |
| 5/10/02 | 05 | Photocopies | | 1532771 | | 0 | 6/10/02 | $0.50 | $0.50 | $0.50 |
| 5/10/02 | 05 | Photocopies | | 1532852 | | 0 | 6/10/02 | $26.00 | $26.00 | $26.00 |
| 5/10/02 | 05 | Photocopies | | 1532931 | | 0 | 6/10/02 | $0.50 | $0.50 | $0.50 |
| 5/10/02 | 05 | Photocopies | | 1533166 | | 0 | 6/10/02 | $1.75 | $1.75 | $1.75 |
| 5/10/02 | 05 | Photocopies | | 1533277 | | 0 | 6/10/02 | $0.25 | $0.25 | $0.25 |
| 5/10/02 | 05 | Photocopies | | 1533529 | | 0 | 6/10/02 | $0.75 | $0.75 | $0.75 |
| 5/10/02 | 05 | Photocopies | | 1533531 | | 0 | 6/10/02 | $10.50 | $10.50 | $10.50 |
| 5/10/02 | 32 | Meals | 05/10/02RGL | 1534183 | | 0 | 6/10/02 | $230.03 | $230.03 | $230.03 |
| 5/11/02 | 05 | Photocopies | | 1534162 | | 0 | 6/10/02 | $3.25 | $3.25 | $3.25 |
| 5/13/02 | 22 | Other Miscellaneous Expense | 13512-0006SMC | 1534209 | | 0 | 6/10/02 | $1,224.04 | $1,224.04 | $1,224.04 |
| 5/13/02 | 05 | Photocopies | | 1535086 | | 0 | 6/10/02 | $5.00 | $5.00 | |
| 5/13/02 | 05 | Photocopies | | 1535090 | | 0 | 6/10/02 | $5.75 | $5.75 | $5.75 |
| 5/13/02 | 05 | Photocopies | | 1535549 | | 0 | 6/10/02 | $16.50 | $16.50 | $16.50 |
| 5/13/02 | 05 | Photocopies | | 1535577 | | 0 | 6/10/02 | $0.50 | $0.50 | $0.50 |
| 5/13/02 | 05 | Photocopies | | 1535579 | | 0 | 6/10/02 | $8.25 | $8.25 | $8.25 |
| 5/14/02 | 05 | Photocopies | | 1536548 | | 0 | 6/10/02 | $30.00 | $30.00 | $30.00 |
| 5/14/02 | 05 | Photocopies | | 1536549 | | 0 | 6/10/02 | $2.00 | $2.00 | $2.00 |
| 5/14/02 | 05 | Photocopies | | 1536636 | | 0 | 6/10/02 | $13.00 | $13.00 | $13.00 |
| 5/14/02 | 05 | Photocopies | | 1536769 | | 0 | 6/10/02 | $8.25 | $8.25 | $8.25 |
| 5/15/02 | 22 | Other Miscellaneous Expense | 050102 | 1539130 | | 0 | 6/10/02 | $40.00 | $40.00 | $40.00 |
| 5/15/02 | 22 | Other Miscellaneous Expense | 050102 | 1539131 | | 0 | 6/10/02 | $40.00 | $40.00 | $40.00 |

Page: 27

Report: DISB02
10:35 AM
Includes: Hard, Soft, Billed, Unbilled
Parameter Set: DETAILDISB

Shutts & Bowen, LLP
**Disbursement Subsidiary Report**
Periods: 180001 To 200206   Dates: 1/1/1800 To 6/3/02

Req'd By: NES
Currency: US

| Trans Date | Disb | Description | Inv/Ck Req # | Disb ID | Reference | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/15/02 | 22 | Other Miscellaneous Expense | 050102 | 1539132 | | 0 | 6/10/02 | $10.00 | $10.00 | $10.00 |
| 5/15/02 | 22 | Other Miscellaneous Expense | 050102 | 1539144 | | 0 | 6/10/02 | $40.00 | $40.00 | $40.00 |
| 5/15/02 | 22 | Other Miscellaneous Expense | 050102 | 1539145 | | 0 | 6/10/02 | $40.00 | $40.00 | $40.00 |
| 5/15/02 | 22 | Other Miscellaneous Expense | 050102 | 1539146 | | 0 | 6/10/02 | $40.00 | $40.00 | $40.00 |
| 5/15/02 | 22 | Other Miscellaneous Expense | 050102 | 1539147 | | 0 | 6/10/02 | $60.00 | $60.00 | $60.00 |
| 5/17/02 | 22 | Other Miscellaneous Expense | 0054599 | 1541746 | | 0 | 6/10/02 | $15.00 | $15.00 | $15.00 |
| 5/17/02 | 05 | Photocopies | | 1541936 | | 0 | 6/10/02 | $1.00 | $1.00 | $1.00 |
| 5/17/02 | 06 | Faxes | | 1542448 | | 0 | 6/10/02 | $2.00 | $2.00 | $2.00 |
| 5/17/02 | 07 | Long Distance Telephone Calls | | 1542594 | | 0 | 6/10/02 | $0.17 | $0.17 | $0.17 |
| 5/17/02 | 07 | Long Distance Telephone Calls | | 1542756 | | 0 | 6/10/02 | $0.52 | $0.52 | $0.52 |
| 5/17/02 | 31 | Courier | 508119540 | 1558896 | | 0 | 6/10/02 | $8.54 | $8.54 | $8.54 |
| 5/20/02 | 05 | Photocopies | | 1543562 | | 0 | 6/10/02 | $0.25 | $0.25 | $0.25 |
| 5/21/02 | 34 | Postage | | 1550230 | | 0 | 6/10/02 | $0.34 | $0.34 | $0.34 |
| 5/23/02 | 22 | Other Miscellaneous Expense | 13512-0006 | 1551835 | | 0 | 6/10/02 | $2,053.77 | $2,053.77 | $2,053.77 |
| 5/23/02 | 22 | Other Miscellaneous Expense | 13512-0006RGL | 1551836 | | 0 | 6/10/02 | $103.75 | $103.75 | $103.75 |
| 5/23/02 | 22 | Other Miscellaneous Expense | 05/23/02 | 1551853 | | 0 | 6/10/02 | $914.29 | $914.29 | $914.29 |
| 5/23/02 | 05 | Photocopies | | 1552297 | | 0 | 6/10/02 | $10.00 | $10.00 | $10.00 |
| 5/28/02 | 22 | Other Miscellaneous Expense | 51986 | 1554660 | | 0 | 6/10/02 | $20.00 | $20.00 | $20.00 |
| 5/29/02 | 22 | Other Miscellaneous Expense | 052402 | 1557228 | | 0 | 6/10/02 | $7.82 | $7.82 | $7.82 |
| 5/29/02 | 22 | Other Miscellaneous Expense | 052402 | 1557243 | | 0 | 6/10/02 | $40.00 | $40.00 | $40.00 |
| 5/29/02 | 22 | Other Miscellaneous Expense | 052402 | 1557245 | | 0 | 6/10/02 | $40.00 | $40.00 | $40.00 |
| 5/31/02 | 30 | Witness Fee | | 1559319 | | 0 | 6/10/02 | ($40.00) | ($40.00) | ($40.00) |
| 5/31/02 | 10 | West Law | | 1561340 | | 0 | 6/10/02 | $75.25 | $75.25 | $75.25 |
| 5/31/02 | 10 | West Law | | 1561341 | | 0 | 6/10/02 | $42.00 | $42.00 | $42.00 |
| 6/3/02 | 22 | Other Miscellaneous Expense | 13512-0006-SMC | 1561271 | | 0 | 6/10/02 | $144.96 | $144.96 | $0.00 |
| Matter 0006 Totals: | | | | | | | | $35,167.65 | $35,157.15 | $34,342.44 |
| Client 13512 Totals: | | | | | | | | $35,167.65 | $35,157.15 | $34,342.44 |
| Report Totals: | | | | | | | | $35,167.65 | $35,157.15 | $34,342.44 |

Start Time: 10:35 AM
End Time: 10:35 AM

F

| DATE | DESCRIPTION | AMOUNT | NET AMOUNT |
|------|-------------|--------|------------|
| 11/7/01 | 5373 Trial Exhibit. 13512-0006 SMC | 287.55 | 287.55 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | |
|------------|----------------|----------|--|--|
| 11/08/2001 | 149651 | | | $287.55 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 23131**

SunTrust  SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-603/630

CHECK NO.  **149651**

PAY   *TWO HUNDRED EIGHTY-SEVEN AND 55/100 DOLLARS*

TO THE
ORDER OF

| DATE | CONTROL NO. | AMOUNT |
|------|-------------|--------|
| 11/08/01 | 149651 | $287.55 |

A1A Document Service Inc.
2520 SW 22nd St
Ste 2-304
Miami, FL  33145

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈149651⑈ ⑆063000604⑆ 0189 ⑈04 20 2986⑈

ATA DOCUMENT SERVICE , INC.

# Invoice

2520 S.W 22ND ST. STE # 2-304
MIAMI, FL 33145

| DATE | INVOICE # |
|------|-----------|
| 10/22/2001 | 5373 |

BILL TO

Shutts & Bowen
201 So. Biscayne Blvd. 4th Floor
Miami, Fl 33131

SHIP TO

Shutts & Bowen
201 So. Biscayne Blvd. 4th Floor
Miami, Fl 33131

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| SEP-108 | Net 15 | AD | 10/22/2001 | ATA | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 3 | EXIBIT-POSTER | EXIBIT POSTERS | 90.00 | 270.00T |
| | | ORDERED BY: MARGARETE BRADLEY REF: _____ | | |
| | | SALES TAX | 6.50% | 17.55 |

/3512 - 0007

Thank you for your business
FEID# 65-0606610.

## Total

$287.55

G

| | | AMOUNT | NET AMOUNT |
|---|---|---|---|
| 2/23/01  IL#00-40781-D1  Mediation Fee<br>SMC/13512-0006 | | 204.75 | 204.75 |

| CHECK DATE | CONTROL NUMBER | | | |
|---|---|---|---|---|
| 03/20/2001 | 137462 | TOTALS ➡ | | $204.75 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SunTrust  SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660  **137462**

CHECK NO.

PAY  *TWO HUNDRED FOUR AND 75/100 DOLLARS*

TO THE
ORDER OF

| | DATE | CONTROL NO. | AMOUNT |
|---|---|---|---|
| Florida Mediation Group | 03/20/01 | 137462 | $204.75 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈137462⑈ ⑆066000604⑆ 018900120298⑈

STATEMENT FOR MEDIATION SERVICES

Florida Mediation Group
28 W. Flagler St.
Tenth Floor
Miami, FL. 33130

Date: February 23, 2001

FMG FILE #: 0-40781-d1

Bill Prepared For:

Sheila M. Cesarano, Esq.
Shutts & Bowen
201 South Biscayne Boulevard
Suite 1500
Miami, FL 33131

305-358-6300 Fax 305-347-7386

CASE NAME: _ _ STEVE HARRIS

VS.

TARGET

CASE/CLAIM #:  00-6107-CIV-FERGUSON /
MEDIATOR:    Martin A. Soll, Esq.
CONF DATE:   02-26-2001 15:00

BILL RECEIVED BY:    NAME _____
                     (NAME OF THE PERSON WHO RECEIVED THIS BILL)

TOTAL HOURS:      *1.5*

YOUR FEE:         *$204.75*

AMOUNT RECEIVED:  *$204.75*

AMOUNT DUE:       *$204.75*

MAKE CHECK PAYABLE TO FLORIDA MEDIATION GROUP, INC. (tax id #65-0124636)
PLEASE WRITE THE FMG # 0-40781-P1 ON YOUR CHECK OR RETURN WHITE COPY WITH
PAYMENT. KEEP YELLOW COPY FOR YOUR RECORDS

1. WAS THE MEDIATION INSTRUMENTAL IN REACHING A SETTLEMENT? (_)YES (_)NO
2. IF NOT SETTLED AT MEDIATION, HAS THE CASE NOW SETTLED? (_)YES (_)NO
3. PLEASE RATE THE MEDIATOR:    EXCELLENT    GOOD    FAIR    POOR

PROFESSIONALISM & COURTESY        _____    _____   _____   _____
IMPARTIALITY & FAIRNESS           _____    _____   _____   _____
EFFECTIVE, PERSUASIVE TECHNIQUES  _____    _____   _____   _____
SUBJECT MATTER KNOWLEDGE          _____    _____   _____   _____
CONTROL OF THE PROCESS            _____    _____   _____   _____

COMMENTS: _____

Contact Florida Mediation Group
Phone/Fax: 305-579-9990, 305-579-9991
Web Site: FloridaMediationGroup.com
Email: Billing@FloridaMediationGroup.com
BILLEVAL.01

| DATE | | DESCRIPTION | AMOUNT | | NET AMOUNT |
|---|---|---|---|---|---|
| 9/14/01 | 39/14/01*SMC | Travel to Portland for Hasting depo. 13512-0006 SMC | 1,619.79 | | 1,619.79 |
| 9/14/01 | 9/14/01SMC@ | Travel to San Diego for Ms. Mehir depo. C2524-0461. SMC | 1,420.12 | | 1,420.12 |

| CHECK DATE | CONTROL NUMBER | | | | |
|---|---|---|---|---|---|
| 09/17/2001 | 146870 | **TOTALS ➡** | | | $3,039.91 |

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
MIAMI, FLORIDA 33131

SunTrust  SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-804/670  **146870**

CHECK NO.

PAY    *THREE THOUSAND THIRTY-NINE AND 91/100 DOLLARS*

TO THE
ORDER OF

|  | DATE | CONTROL NO. | AMOUNT |
|---|---|---|---|
| Sheila M. Casarano | 09/17/01 | 146870 | $3,039.91 |

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈146870⑈ ⑆066000804⑈ 0189001202986⑈

| DATE | DESCRIPTION | QTY | NET AMOUNT |
|---|---|---|---|
| 2/27/01 | 2/27EXP SMC-travel to columbus, oh for depo of fankhauser | 1,209.29 | 1,209.29 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | |
|---|---|---|---|
| 03/02/2001 | 136589 | | $1,209.29 |

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

SUNTRUST   SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/660

CHECK NO.   **136589**

PAY   *ONE THOUSAND TWO HUNDRED NINE AND 29/100 DOLLARS*

TO THE
ORDER OF

| | DATE | CONTROL NO. | AMOUNT |
|---|---|---|---|
| | 03/02/01 | 136589 | $1,209.29 |

Sheila M. Cesarano

**SHUTTS & BOWEN, LLP - OPERATING ACCOUNT**

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑆136589⑆ ⑈06607 6014⑈ 018900120298 6⑆

| | | | AMOUNT | NET AMOUNT |
|---|---|---|---|---|
| 08/30/01 | 8/29/01 JEA Depo. of Mr. Von Savage. 13512-0008 JEA | | 1,080.25 | 1,080.25 |

| CHECK DATE | CONTROL NUMBER | TOTALS ➡ | | |
|---|---|---|---|---|
| 08/30/2001 | 146259 | | | $1,080.25 |

**DETACH AND RETAIN THIS STATEMENT**

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**SHUTTS & BOWEN, LLP**
**OPERATING ACCOUNT**
**MIAMI, FLORIDA 33131**

**SunTrust** SUNTRUST BANK MIAMI, N.A.
FLORIDA
63-60/600 **146259**

CHECK NO.

PAY    ONE THOUSAND EIGHTY AND 25/100 DOLLARS

|  | DATE | CONTROL NO. | AMOUNT |
|---|---|---|---|
| TO THE ORDER OF | 08/30/01 | 146259 | $1,080.25 |

Jeannette E. Albo

SHUTTS & BOWEN, LLP - OPERATING ACCOUNT

**NON-NEGOTIABLE**

VOID AFTER 90 DAYS

⑈146259⑈ ⑆0660006040⑆ 0189001202986⑈