UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STEVE HARRIS,
        Plaintiff,

V.

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

        Defendant.
_____/

NIGHT BOX
FILED
JUN 21 2002
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

### NOTICE OF UNAVAILABILITY

**PLEASE TAKE NOTICE** that the undersigned will be out-of-the United States from **June 25, 2002 through July 12, 2002.**

Counsel respectfully requests that no hearings or depositions be scheduled during this time, and that no motions, notices to produce, interrogatories, or other pleadings be filed which require a timely response during this time; and that all pleadings matters remain in status quo during this period of time.

The filing and service of this Notice of Unavailability shall constitute an application and request for continuance, extension, of time and/or for a protective order as appropriately required for the above states reason.

Respectfully submitted this 21st day of June, 2002.

RICHARD J. BURTON & ASSOCIATES, P.A.
18305 Biscayne Blvd., Suite 300
Miami, FL 33160
Ph: (305) 705-0888    Fax: 935-9542

By: _____
Richard J. Burton, FBN 179337

1

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing was mailed June 21st, 2002, to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131.

RICHARD J. BURTON & ASSOCIATES, P.A.
18305 Biscayne Blvd., Suite 300
Miami, FL 33160
Ph: (305) 705-0888   Fax: 935-9542

By: _____
      Richard J. Burton, FBN 179337