UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STEVE HARRIS,
      Plaintiff,

V.

CASE NO. 00-6107-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

TARGET CORPORATION f/k/a/
DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,
_____/



## PLAINTIFF'S OPPOSED MOTION FOR ENLARGMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR TAXING COSTS, and FILING REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR NEW TRIAL

PLAINTIFF, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure hereby requests an enlargement of time up until and including July 20, 2002, to file the opposition to the Defendant's Motion for Taxing Costs and for Filing a Reply to Defendants Response to Plaintiff's Motion for New Trial .

    The reasons for the requested enlargement are stated below:

1. On June 18, 2002, the Counsel for the Defendant mailed Plaintiff its filed a Motion to tax Costs. This was received by Counsel for Plaintiff on Friday afternoon, June 21, 2002.

2. On June 19, 2002, the Counsel for the Defendant mailed Plaintiff its filed a Motion to tax Costs. This was received by Counsel for Plaintiff on Monday afternoon, June 24, 2002.

3. The Counsel for Plaintiff is a Single Practitioner. He advised opposing Counsel, and the Court of his vacation schedule on numerous occasions. That schedule has him leaving for a vacation, out of the United States on Wednesday, June 26, 2002 and returning to his practice on Monday, July 15, 2002.

4. This Motion for extension is being made in good faith and not for purposes of delay. Such enlargement of time would, be in the interest of justice and would not be prejudicial to the parties.

5. Pursuant to Local Rule 7. I.A.3., counsel represents he made a good faith effort to contact opposing counsel to ascertain if there was any objection to the filing of this motion and was advised that the opposing counsel did *object* to the enlargement of time, without providing any reason for the objection. In this case the initial trial was rescheduled, at least 3 times due to Sheila Ceasarano's personal and medical schedules.

Therefore, PLAINTIFF, hereby moves for an Order of enlargement of time until and including July 20, 2002, in which to respond and file his the opposition to the Defendant's Motion for Taxing Costs and for Filing a Reply to Defendants Response to Plaintiff's Motion for New Trial, and grant such other relief as is just and equitable.

WHEREFORE, PLAINTIFF, respectfully requests this Court to grant this Motion for Enlargement of Time, and issue an order stating same.

Respectfully submitted,

RICHARD J. BURTON & ASSOCIATES, P.A.
Attorney for Plaintiff
18305 Biscayne Boulevard, Suite 300
Miami, FL 33160

_____
Richard J. Burton
F.B.N. 179337

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was placed in the U.S. mail this 25th day of June, 2002 to Sheila Caesarano, Esq., SHUTTS & BOWEN LLP, 1500 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131.

>   RICHARD J. BURTON & ASSOCIATES, P.A.
>   18305 Biscayne Boulevard, Suite 300
>   Miami, FL 33160
>   Tel: (305) 705-0888
>   Fax: (305) 935-9542
>
>   By:_____
>   Richard J. Burton F.B.N. 179337