

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVE HARRIS,                        Case No. 00-6107-CIV-FERGUSON

       Plaintiff,

vs.

DAYTON HUDSON CORPORATION d/b/a
TARGET STORES,

       Defendant.
_____/

## OMNIBUS ORDER

**THIS CAUSE** is before the Court on the various motions. Having duly considered the motions and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Renewed Motion for Judgment as a Matter of Law, Motion for Mistrial or in the Alternative for New Trial [D.E.178] is **DENIED**.

2. Defendant's Emergency Motion to Enjoin Plaintiff's Counsel from Unethical Conduct by Contacting Jurors and Motion to Strike Affidavits [D.E.179] is **GRANTED**. Contact with jurors is prohibited unless authorized by the Court. S.D. Fla. L.R. 11.1E. Defendant's Emergency Motion for Sanctions [D.E.179] is **DENIED** without prejudice.

3. Defendant's Motion for Enlargement of Time [D.E.180] is **DISMISSED** as moot.



Page 2                                             UNITED STATES DISTRICT COURT
                                                   SOUTHERN DISTRICT OF FLORIDA

4.   Plaintiff's Unopposed Motion for Enlargement of Time to File Opposition to Defendant's Motion for Taxing Costs and Filing Reply to Defendant's Response to Plaintiff's Motion for New Trial [D.E.188] is **GRANTED**.

5.   Defendant's Motion to Strike Plaintiff's Reply to Defendant's Response for Judgment as a Matter of Law [D.E.192] is **DENIED**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 23RD day of August, 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Richard J. Burton, Esq.
Sheila M. Cesarano, Esq.