

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVE HARRIS,                                          Case No. 00-6107-CIV-FERGUSON

      Plaintiff,

vs.

DAYTON HUDSON CORPORATION d/b/a
TARGET STORES,

      Defendant.
_____/

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

**THIS CAUSE** is before the court <u>sua sponte</u>. Pursuant to 28 U.S.C. § 636 and the

Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Tax Costs and Attorneys' Fees

[D.E.182], Defendant's Motion to Strike Plaintiff's Response to Defendant's Motion to Tax Costs,

and in the Alternative, Defendant's Reply to Plaintiff's Response to Motion to Tax Costs [D.E.193]

and Defendant's Motion to Strike Plaintiff's Response to Defendant's Motion to Tax Attorneys' Fees,

and in the Alternative, Defendant's Reply to Plaintiff's Response to Motion to Tax Attorney's' Fees

[D.E.194] are **REFERRED** for a Report and Recommendation to this Court.

The parties are notified that all subsequent pleadings regarding matters referred to the

Magistrate Judge shall be so designated by setting forth beneath the case number the identity of the

Magistrate Judge to which the matter has been referred.

Page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 23rd day of August,

2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Lurana S. Snow, U.S. Magistrate Judge
Richard J. Burton, Esq.
Sheila M. Cesarano, Esq.