

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON

STEVE HARRIS,

    Plaintiff,

vs.

DAYTON HUDSON CORPORATION,

    Defendant.

_____/

### NOTICE OF APPEAL

Notice is hereby given that STEVE HARRIS, Plaintiff in the above-styled case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on the 16th day of May, 2002, Omnibus Order denying motion for judgment as a matter of law, dated August 23, 2002.

Dated this 19th day of September, 2002.

                              GELLER, GELLER, SHIENVOLD,
                              FISHER & GARFINKEL, L.L.P.
                              Attorneys for Plaintiff
                              2411 Hollywood Boulevard
                              Hollywood, FL 33020
                              Telephone:    954-920-2300/305-949-6600
                              Fax:             954-920-6885

BY: _____
            PEGGY FISHER
            Florida Bar No. 198994



CASE NO. 00-6-07-CIV-FERGUSON

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail on this ___16th___ day of September, 2002, to SHEILA CESARANO, ESQ., Shutts & Bowen LLP, 1500 Miami Center, 201 South Biscayne Boulevard, Miami, FL 33131.

_____
PEGGY FISHER

W:\csilver\harris\pleadings\notice of appeal