## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON/SNOW

STEVE HARRIS,

    Plaintiff,

v.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/



### DEFENDANT'S CROSS NOTICE OF APPEAL

Notice is hereby given that TARGET CORPORATION, Defendant in the above styled case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an Amended Order on Defendant's Motion for Summary Judgment entered on August 10, 2001 which denied Summary Judgment, and an Order on Plaintiff's Motion for Judgment as a Matter of Law or, in the Alternative, Motion for New Trial, entered on February 20, 2002, which granted a second trial.

Final Judgment was entered in this action on May, 16, 2002, and such judgment became final on August 23, 2002, through an Omnibus Order denying Plaintiff's Motion for Judgment as a Matter of Law. Plaintiff served his Notice of Appeal on September 19, 2002.

---

**SHUTTS & BOWEN LLP**

MIAMI     FORT LAUDERDALE     WEST PALM BEACH     ORLANDO     TALLAHASSEE     AMSTERDAM     LONDON

Respectfully submitted,

SHUTTS & BOWEN LLP
Attorneys for Defendant
1500 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6300
Facsimile: (305) 347-7386

By: _____
Sheila M. Cesarano
Florida Bar Number 708364
Rene Gonzalez-LLorens
Florida Bar Number 0053790

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this __25__ day of September 2002, to:

**Peggy Fisher, Esq.**
Geller Geller Shienvold et al.
2411 Hollywood Boulevard
Hollywood, Florida 33020
(954) 920-2300
(954) 920-6885 (facsimile)
Attorneys for Plaintiff

_____
OF COUNSEL

MIADOCS 547728.1 RGL