UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Steve Harris
_____,
Plaintiff./Petitioner,

CASE NO. 00 CV 6107-WDF

MAGISTRATE JUDGE _____

V.

Dayton Hudson Corp. d/b/a
_____,
Defendant/Respondent,

Target Stores
_____,

**CLERK'S NOTICE OF
RECEIPT OF FILING FEE**

FILED by ___ D.C.

OCT 17 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The Clerk notifies the Court that on 10-17-02 the filing fee of $ 105.00 was received, receipt number 526450.

DONE at Fort Lauderdale, Florida, this 10-17-02 day of _____, 2000.

CLARENCE MADDOX
CLERK OF COURT

By: _____
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff

206