UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-cv WDF

STEVE HARRIS,

    Plaintiff,

VS.

DAYTON HUDSON CORPORATION,
d/b/a TARGET STORES,

    Defendant.

**ORIGINAL**

FILED by _____ D.C. APPEALS
OCT 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

- - -

TRIAL HELD OCTOBER 11, 2001

BEFORE THE HONORABLE WILKIE FERGUSON

UNITED STATES DISTRICT JUDGE

- - -

APPEARANCES:

RICHARD J. BURTON & ASSOCIATES, P.A.
RICHARD J. BURTON, ESQUIRE
18305 Biscayne Boulevard, Suite 300
Miami, Florida  33160
on behalf of the Plaintiff

SHUTTS & BOWEN LLP
SHEILA M. CESARANO, ESQUIRE
RENE GONZALEZ LLORENS, ESQUIRE
201 South Biscayne Boulevard
Miami, Florida  33131
on behalf of the Defendant


REPORTED BY:
PATRICIA SANDERS, RPR

Proceedings recorded by mechanical stenography, transcript produced by computer aided transcription.

```
                          I N D E X

WITNESS                DIRECT  CROSS  REDIRECT  RECROSS

SANDRA ROSENBERG
BY MR. BURTON            13              28
BY MR. GONZALEZ                  25                29

ANNETTE STEINBERG
BY MR. BURTON            30              42
BY MR. GONZALEZ                  38                43

TERRY GILLESPIE
BY MR. BURTON            44

BETTY GADSON
BY MR. BURTON           102             112
BY MR. GONZALEZ                 111               113

STEVE HARRIS
BY MR. BURTON           126

DOUGLAS BARTH
BY MR. BURTON           160
BY MR. GONZALEZ                 207
```

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE