UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-cv WDF

FILED by _____ D.C.
APPEALS
OCT 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

STEVE HARRIS,
       Plaintiff,

VS.

DAYTON HUDSON CORPORATION,
d/b/a TARGET STORES,
       Defendant.

**ORIGINAL**

- - -

TRIAL HELD OCTOBER 22, 2001

BEFORE THE HONORABLE WILKIE FERGUSON

UNITED STATES DISTRICT JUDGE

- - -

APPEARANCES:

RICHARD J. BURTON & ASSOCIATES, P.A.
RICHARD J. BURTON, ESQUIRE
18305 Biscayne Boulevard, Suite 300
Miami, Florida 33160
on behalf of the Plaintiff

SHUTTS & BOWEN LLP
SHEILA M. CESARANO, ESQUIRE
RENE GONZALEZ LLORENS, ESQUIRE
201 South Biscayne Boulevard
Miami, Florida 33131
on behalf of the Defendant


REPORTED BY:
PATRICIA SANDERS, RPR

Proceedings recorded by mechanical stenography, transcript produced by computer aided transcription.