**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

```
Clerk's Office - Appeal #02-15216-A      Date: November 19, 2002
U.S. Court of Appeals - Eleventh Circuit  USDC # 00-6107-CV-WDF
56 Forsyth St., N.W.                      USCA # 02-15216-A
Atlanta, GA  30303

IN RE:  Harris v. Dayton Hudson Corp.
```

==================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

    **6** Volumes of Pleadings
    **7** Volumes of Transcripts

    **X** Exhibits:

        **2** Accordion Folders (Depositions)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
    Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*



```
                                                    LSS      CLOSED
                                                    APPEAL
              U.S. District Court
      Southern District of Florida (FtLauderdale)

         CIVIL DOCKET FOR CASE #: 00-CV-6107
```

Harris v. Dayton Hudson                              Filed: 01/21/00
Assigned to: Judge Wilkie D. Ferguson, Jr.   Jury demand: Both
Demand: $0,000                               Nature of Suit: 442
Lead Docket: None                            Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:2000 Job Discrimination (Race)


STEVE HARRIS                        Richard Jay Burton
     plaintiff                      FTS 935-9542
                                    [COR LD NTC]
                                    Richard J. Burton & Associates,
                                    P.A.
                                    18305 Biscayne Boulevard
                                    Suite 300
                                    Miami, FL 33160
                                    305-705-0888

   v.


DAYTON HUDSON CORPORATION           Sheila Marie Cesarano
dba                                 FTS 347-7386
Target Stores, Inc.                 305-379-9103
     defendant                      [COR LD NTC]
                                    Rene J. Gonzalez-Llorens
                                    FTS 347-7837
                                    305-347-7337
                                    [COR LD NTC]
                                    Shutts & Bowen
                                    201 S Biscayne Boulevard
                                    Suite 1500 Miami Center
                                    Miami, FL 33131
                                    305-358-6300

------------------------

Docket as of November 14, 2002 11:01 am                    Page 1

*Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida*
By Dominique [signature], Deputy Clerk
Date 11-19-02

```
Proceedings include all events.                                    LSS
0:00cv6107 Harris v. Dayton Hudson                         CLOSED APPEAL

STEVE HARRIS

          plaintiff

    v.

DAYTON HUDSON CORPORATION, Doing business as Target Stores,
Inc.

          defendant
```

```
Proceedings include all events.                                      LSS
0:00cv6107 Harris v. Dayton Hudson                          CLOSED APPEAL

1/21/00   1    COMPLAINT filed;    FILING FEE $150.00  RECEIPT # 815902
               A-7 LSS (nt) [Entry date 01/24/00]

1/21/00   --   Magistrate identification:  Magistrate Judge Lurana S. Snow
               (nt) [Entry date 01/24/00]

1/21/00   2    SUMMONS(ES) issued for Dayton Hudson (nt)
               [Entry date 01/24/00]

2/11/00   3    MOTION by Dayton Hudson to extend time to answer
               complaint (dp) [Entry date 02/14/00]

2/11/00   4    RETURN OF SERVICE executed for Dayton Hudson on 1/25/00
               Answer due on 2/14/00 for Dayton Hudson (dp)
               [Entry date 02/15/00]

2/22/00   5    ORDER granting [3-1] motion to extend time to answer
               complaint ( Signed by Judge Wilkie D. Ferguson Jr. on
               2/22/00) CCAP [EOD Date: 2/23/00] (dp) [Entry date 02/23/00]

2/22/00   6    ORDER advising the parties of the Court's expectations as
               to certain procedures ( Signed by Judge Wilkie D. Ferguson
               Jr. on 2/22/00) CCAP [EOD Date: 2/23/00] (dp)
               [Entry date 02/23/00]

2/22/00   7     ORDER SETTING STATUS CONFERENCE   Status conference set
               for 4:15 4/3/00  before Judge Wilkie D. Ferguson Jr. (
               Signed by Judge Wilkie D. Ferguson Jr. on 2/22/00) CCAP
               [EOD Date: 2/23/00] CCAP (dp) [Entry date 02/23/00]

3/7/00    8    Answer and affirmative defenses by Dayton Hudson jury
               demand (dp) [Entry date 03/08/00]

3/7/00    9    MOTION with memorandum in support by Dayton Hudson to
               dismiss Count III (dp) [Entry date 03/08/00]

3/14/00   10   NOTICE of Unavailability by Dayton Hudson (dp)
               [Entry date 03/15/00]

3/30/00   11   Joint Scheduling Report of Scheduling Meeting  by Steve
               Harris, Dayton Hudson (dp) [Entry date 04/03/00]

4/3/00    12   Minutes of status conference held  before Judge Wilkie D.
               Ferguson Jr. on 4/3/00;  Court Reporter Name or Tape #:
               Paul Haferling (dp) [Entry date 04/04/00]

4/3/00    --   Status conference  held (dp) [Entry date 04/04/00]

4/10/00   13   SCHEDULING ORDER setting Deadline for filing of all motions
               by 1/15/01 Jury trial set for 3/12/01 Pretrial Stipulation
               due on or before 1/29/01 Calendar call set for 4:15 3/5/01
               Discovery cutoff 1/2/01 ; Pretrial conference for 4:15
               2/5/01 ; ( Signed by Judge Wilkie D. Ferguson Jr. on
               4/9/00) CCAP [EOD Date: 4/11/00]  CCAP (dp)

Docket as of November 14, 2002 11:01 am                      Page 3
```

```
Proceedings include all events.                                    LSS
0:00cv6107 Harris v. Dayton Hudson                         CLOSED APPEAL
```

|  |  |  |
|---|---|---|
| | | [Entry date 04/11/00] |
| 4/10/00 | (14) | ORDER referring case to mediation. 15 days to appoint mediator ( Signed by Judge Wilkie D. Ferguson Jr. on 4/9/00) CCAP [EOD Date: 4/11/00] (dp) [Entry date 04/11/00] |
| 5/1/00 | (15) | NOTICE of selection of Martin A. Soll as Mediator by Martin A. Soll (dp) [Entry date 05/02/00] |
| 6/1/00 | (16) | JOINT MOTION by Steve Harris, Dayton Hudson for confidentiality order (dp) [Entry date 06/02/00] |
| 6/21/00 | (17) | ORDER granting [16-1] joint motion for confidentiality order ( Signed by Judge Wilkie D. Ferguson Jr. on 6/21/00) CCAP [EOD Date: 6/22/00] (dp) [Entry date 06/22/00] |
| 7/12/00 | (18) | NOTICE of Unavailability by Steve Harris for dates of: 7/13-7/31 (dp) |
| 8/2/00 | (19) | MOTION by Dayton Hudson to compel responses to 2nd request for production (dp) [Entry date 08/03/00] |
| 9/27/00 | (20) | RESPONSE by Steve Harris to [19-1] motion to compel responses to 2nd request for production (dp) [Entry date 09/28/00] |
| 10/17/00 | (21) | ORDER OF REFERENCE Referring Motion(s) [19-1] motion to compel responses to 2nd request for production referred to Magistrate Judge Lurana S. Snow (signed by Judge Wilkie D. Ferguson Jr. on 10/17/00) [EOD Date: 10/18/00] (ss) [Entry date 10/18/00] |
| 10/19/00 | (22) | ORDER denying [19-1] motion to compel responses to 2nd request for production ( Signed by Magistrate Judge Lurana S. Snow on 10/19/00) CCAP [EOD Date: 10/25/00] (jl) [Entry date 10/25/00] |
| 10/26/00 | (23) | NOTICE of Unavailability by Steve Harris for dates of: 10/30-11/22 (dp) [Entry date 10/27/00] |
| 11/8/00 | (24) | NOTICE of filing list of expert witnesses by Steve Harris (dp) |
| 11/20/00 | (25) | MOTION by Dayton Hudson to extend time to designate experts (dp) [Entry date 11/21/00] |
| 11/22/00 | (26) | ORDER granting [25-1] motion to extend time to designate experts ( Signed by Judge Wilkie D. Ferguson Jr. on 11/22/00) CCAP [EOD Date: 11/22/00] (dp) |
| 11/27/00 | (27) | MOTION by Steve Harris to extend time to respond to interrogatories and to allow filing of supplemental expert witness list (dp) [Entry date 11/28/00] |

```
Proceedings include all events.                                    LSS
0:00cv6107 Harris v. Dayton Hudson                          CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 11/27/00 | (28) | NOTICE of filing supplemental list of expert witnesses by Steve Harris (dp) [Entry date 11/28/00] |
| 11/28/00 | (29) | ORDER granting [27-1] motion to extend time to respond to interrogatories and to allow filing of supplemental expert witness list ( Signed by Judge Wilkie D. Ferguson Jr. on 11/28/00) CCAP [EOD Date: 11/29/00] (dp) [Entry date 11/29/00] |
| 12/4/00 | (30) | NOTICE of filing amended list of expert witnesses by Steve Harris (dp) [Entry date 12/05/00] |
| 12/6/00 | (31) | Notice of Witness list by Dayton Hudson (dp) [Entry date 12/07/00] |
| 12/12/00 | (32) | Witness list by Dayton Hudson (dp) [Entry date 12/14/00] |
| 12/21/00 | (33) | Witness list by Steve Harris (dp) |
| 12/26/00 | (34) | MOTION by Steve Harris to extend time to complete discovery (dp) |
| 1/4/01 | (35) | ORDER granting [34-1] motion to extend time to complete discovery ( Signed by Judge Wilkie D. Ferguson Jr. on 1/4/01) CCAP [EOD Date: 1/5/01] (dp) [Entry date 01/05/01] |
| 1/30/01 | (36) | Joint Pretrial Report: by Steve Harris, Dayton Hudson (dp) [Entry date 01/31/01] |
| 2/2/01 | (37) | NOTICE of filing exhibit list by Dayton Hudson (dp) [Entry date 02/05/01] |
| 2/5/01 | (38) | Minutes of pretrial conference held before Judge Wilkie D. Ferguson Jr. on 2/5/01; Court Reporter Name or Tape #: Paul Haferling (dp) [Entry date 02/06/01] |
| 2/5/01 | -- | Pre-trial conference held before Judge Wilkie D. Ferguson Jr. (dp) [Entry date 02/06/01] |
| 2/5/01 | (39) | MOTION by Dayton Hudson to continue trial and for special setting of trial (dp) [Entry date 02/06/01] |
| 2/5/01 | (40) | ORDER granting [39-1] motion to continue trial and for special setting of trial reset Jury trial for 6/18/01 before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 2/5/01) CCAP [EOD Date: 2/6/01] (dp) [Entry date 02/06/01] |
| 2/5/01 | (41) | MOTION with memorandum in support by Dayton Hudson for summary judgment (dp) [Entry date 02/06/01] |
| 2/5/01 | (42) | Statement of Rule 7.5 by Dayton Hudson re: [41-1] motion for summary judgment (dp) [Entry date 02/06/01] |

Proceedings include all events.                                          LSS
0:00cv6107 Harris v. Dayton Hudson                              CLOSED APPEAL

| Date | # | Entry |
|---|---|---|
| 2/5/01 | 43 | NOTICE of filing deposition transcripts by Dayton Hudson (dp) [Entry date 02/06/01] |
| 2/5/01 | 44 | Transcript filed re: deposition of Steve Harris by Dayton Hudson (dp) [Entry date 02/06/01] |
| 2/5/01 | 45 | Transcript filed re: deposition of Terry Gillespie held by Dayton Hudson (dp) [Entry date 02/06/01] *See Accar. 1* |
| 2/6/01 | 46 | NOTICE by Steve Harris to take deposition of Don Frankhauser 2/12/01 at 9:30 (dp) [Entry date 02/07/01] |
| 2/7/01 | 47 | MOTION by Steve Harris to extend time to complete discovery and for order changing name of defendant (dp) [Entry date 02/08/01] |
| 2/9/01 | 48 | ORDER granting [47-1] motion to extend time to complete discovery and for order changing name of defendant ( Signed by Judge Wilkie D. Ferguson Jr. on 2/9/01) CCAP [EOD Date: 2/9/01] (dp) |
| 2/9/01 | 49 | ORDER dismissing [9-1] motion to dismiss Count III ( Signed by Judge Wilkie D. Ferguson Jr. on 2/8/01) CCAP [EOD Date: 2/12/01] (dp) [Entry date 02/12/01] |
| 2/16/01 | 50 | MOTION by Steve Harris to extend time to respond to motion for summary judgment (dp) [Entry date 02/20/01] |
| 2/16/01 | 51 | RESPONSE by Dayton Hudson to [41-1] motion for summary judgment (dp) [Entry date 02/20/01] |
| 3/1/01 | 52 | FINAL report of Mediator. Disposition: Impasse (dp) [Entry date 03/02/01] |
| 3/2/01 | 53 | MOTION with memorandum in support by Dayton Hudson to bifurcate trial (dp) [Entry date 03/05/01] |
| 3/2/01 | 54 | NOTICE by Steve Harris to take deposition of Mark Hastings 3/14/01 at 9:00 (dp) [Entry date 03/05/01] |
| 3/2/01 | 55 | NOTICE by Steve Harris to take deposition of Doug Barth 3/12/01 at 1:00 (dp) [Entry date 03/05/01] |
| 3/9/01 | 56 | MOTION by Steve Harris to extend time to file opposition to motion for motion to bifurcate (dp) [Entry date 03/12/01] |
| 3/12/01 | 57 | ORDER granting [56-1] motion to extend time to file opposition to motion for motion to bifurcate ( Signed by Judge Wilkie D. Ferguson Jr. on 3/12/01) CCAP [EOD Date: 3/13/01] (dp) [Entry date 03/13/01] |
| 3/20/01 | 58 | RESPONSE by Steve Harris to [41-1] motion for summary judgment (dp) [Entry date 03/21/01] |

Proceedings include all events.                                    LSS
0:00cv6107 Harris v. Dayton Hudson                          CLOSED APPEAL

| Date | # | Description |
|---|---|---|
| 3/20/01 | 59 | AFFIDAVIT by Steve Harris  Re: [58-1] motion response (dp) [Entry date 03/21/01] |
| 3/20/01 | 60 | NOTICE of filing affidavit of Harris and depositions in opposition to motion for summary judgment by Steve Harris (dp) [Entry date 03/21/01]  *See Accord. #2* |
| 3/28/01 | 61 | REPLY by Dayton Hudson to response to [41-1] motion for summary judgment (dp) [Entry date 03/29/01] |
| 4/6/01 | 62 | MOTION with memorandum in support by Dayton Hudson in limine precluding testimony of plaintiff's expert (dp) [Entry date 04/09/01] |
| 4/6/01 | 63 | MOTION by Steve Harris for leave to file supplemental affidavit of Harris and deposition of Barth (dp) [Entry date 04/09/01] |
| 4/6/01 | 64 | MOTION by Steve Harris for contempt and that a Rule to Show Cause be issued (dp) [Entry date 04/09/01] |
| 4/6/01 | 65 | AFFIDAVIT by Steve Harris  Re: Opposition to  [41-1] motion for summary judgment (dp) [Entry date 04/09/01] |
| 4/6/01 | 66 | NOTICE of Unavailability by Steve Harris  for dates of: 4/7-4/13 (dp) [Entry date 04/09/01] |
| 4/6/01 | 67 | AFFIDAVIT by Steve Harris (dp) [Entry date 04/09/01] |
| 4/6/01 | 70 | NOTICE of supplemental affidavit of Harris and deposition of Doug Barth by Steve Harris (dp) [Entry date 04/10/01] |
| 4/6/01 | 71 | Transcript filed re: deposition of Douglas Barth held 3/12/01 by Steve Harris (dp) [Entry date 04/10/01]  *See Accord. #2* |
| 4/9/01 | 68 | MOTION by Dayton Hudson to stay proceedings pending resolution of summary judgment motion (dp) [Entry date 04/10/01] |
| 4/9/01 | 69 | RESPONSE by Steve Harris  to [53-1] motion to bifurcate trial (dp) [Entry date 04/10/01] |
| 4/10/01 | 72 | NOTICE of objections to motion to stay by Steve Harris (dp) |
| 4/11/01 | 73 | REPLY by Dayton Hudson  to response to [53-1] motion to bifurcate trial (dp) [Entry date 04/12/01] |
| 4/19/01 | 74 | MOTION with memorandum in support by Dayton Hudson to strike [63-1] motion for leave to file supplemental affidavit of Harris and deposition of Barth, [65-1] supplemental affidavit (ss) [Entry date 04/20/01] |

Docket as of November 14, 2002 11:01 am                        Page 7

```
Proceedings include all events.                                      LSS
0:00cv6107 Harris v. Dayton Hudson                           CLOSED APPEAL

4/19/01   75    RESPONSE by Dayton Hudson to [64-1] motion for order
                finding party in contempt and that a rule to show cause be
                issued (ss) [Entry date 04/20/01]

4/30/01   76    MOTION by Steve Harris for status conference (lh)
                [Entry date 05/01/01]

4/30/01   77    RESPONSE by Steve Harris to [9-1] motion to dismiss Count
                III (lh) [Entry date 05/01/01]

4/30/01   78    RESPONSE by Steve Harris to defendant's reply to the
                motion for contempt (lh) [Entry date 05/01/01]

4/30/01   79    NOTICE of filing correspondence of Foodman and counsel for
                Target Corporation.... by Steve Harris (lh)
                [Entry date 05/01/01]

4/30/01   80    NOTICE of adoption of the plaintiff's motion for contempt,
                ...by Steve Harris (lh) [Entry date 05/01/01]

5/8/01    81    RESPONSE by Dayton Hudson to [76-1] motion for status
                conference (dp) [Entry date 05/09/01]

5/8/01    82    MOTION with memorandum in support by Dayton Hudson to
                strike [77-1] motion response (dp) [Entry date 05/09/01]

5/8/01    83    MOTION with memorandum in support by Dayton Hudson to
                strike [79-1] notice (dp) [Entry date 05/09/01]

5/21/01   84    MOTION by Steve Harris to extend time to file opposition
                to motion to strike correspondence (dp)
                [Entry date 05/22/01]

5/21/01   85    MOTION by Steve Harris to extend time to file opposition
                to motion to strike response to motion to dismiss (dp)
                [Entry date 05/22/01]

5/21/01   86    MOTION by Steve Harris to extend time to file reply to
                response to motion for status conference (dp)
                [Entry date 05/22/01]

5/24/01   87    RESPONSE by Dayton Hudson to [86-1] motion to extend time
                to file reply to response to motion for status conference,
                [85-1] motion to extend time to file opposition to motion
                to strike response to motion to dismiss, [84-1] motion to
                extend time to file opposition to motion to strike
                correspondence (dp) [Entry date 05/25/01]

5/29/01   88    RESPONSE by Steve Harris to [76-1] motion for status
                conference (mh) [Entry date 06/05/01]

6/7/01    89    NOTICE of filing preliminary opinion of expert, subject to
                production by Steve Harris (dp) [Entry date 06/08/01]
```

```
Proceedings include all events.                                    LSS
0:00cv6107 Harris v. Dayton Hudson                         CLOSED APPEAL
```

| Date | # | Description |
|---|---|---|
| 6/11/01 | 90 | Clarification of response to by Dayton Hudson re: [88-1] motion response (dp) [Entry date 06/12/01] |
| 6/11/01 | 91 | REPLY by Dayton Hudson to response to [83-1] motion to strike [79-1] notice (dp) [Entry date 06/12/01] |
| 6/11/01 | 92 | Clarification by Dayton Hudson re: untimely [88-1] motion response (dp) [Entry date 06/12/01] |
| 6/18/01 | 93 | ORDER granting in part, denying in part [41-1] motion for summary judgment ( Signed by Judge Wilkie D. Ferguson Jr. on 6/18/01) CCAP [EOD Date: 6/19/01] (dp) [Entry date 06/19/01] |
| 6/19/01 | 94 | ORDER granting emergency motion continuing trial ( Signed by Judge Wilkie D. Ferguson Jr. on 6/19/01) CCAP [EOD Date: 6/20/01] (dp) [Entry date 06/20/01] |
| 6/20/01 | 95 | EMERGENCY MOTION by Dayton Hudson to continue trial (dp) [Entry date 06/21/01] [Edit date 06/21/01] |
| 6/21/01 | 96 | NOTICE of Unavailability by Steve Harris for dates of: 6/29-7/12 (dp) |
| 6/21/01 | 97 | MOTION by Dayton Hudson for reconsideration of [93-1] order (ss) [Entry date 06/22/01] |
| 6/21/01 | 98 | MOTION with memorandum in support by Dayton Hudson in limine to exclude irrelevant and prejudicial material (ss) [Entry date 06/22/01] |
| 6/21/01 | 99 | NOTICE of Unavailability by Dayton Hudson for dates of: 9/5/01 through 9/19/01 (ss) [Entry date 06/22/01] |
| 6/26/01 | 100 | MOTION with memorandum in support by Dayton Hudson to exclude punitiff damages claim (dp) [Entry date 06/27/01] |
| 6/27/01 | 101 | MOTION by Steve Harris to extend time to file opposition to motion in limine (dp) [Entry date 06/28/01] |
| 6/27/01 | 102 | MOTION by Steve Harris to extend time to file opposition to motion to exclude punitive damages claims (dp) [Entry date 06/28/01] |
| 6/27/01 | 103 | MOTION by Steve Harris to extend time to file opposition to motion for rehearing denial of motion for summary judgment (dp) [Entry date 06/28/01] |
| 7/2/01 | 104 | ORDER Setting Hearing Set Jury trial for 8/27/01 before Judge Wilkie D. Ferguson Jr., Motion hearing before Wilkie D. Ferguson Jr. set for 4:15 7/23/01 on all pending motions (Signed by Judge Wilkie D. Ferguson Jr. on 7/2/01) [EOD Date: 7/5/01] (ss) [Entry date 07/05/01] [Edit date 07/05/01] |

Proceedings include all events.                                          LSS
0:00cv6107 Harris v. Dayton Hudson                                 CLOSED APPEAL

| Date | No. | Description |
|---|---|---|
| 7/20/01 | 105 | RESPONSE by Steve Harris to [98-1] motion in limine to exclude irrelevant and prejudicial material (dp) [Entry date 07/23/01] |
| 7/20/01 | 106 | MOTION with memorandum in support by Steve Harris in limine to exclude irrelevant & prejudcial material (dp) [Entry date 07/23/01] |
| 7/20/01 | 107 | RESPONSE by Steve Harris to [97-1] motion for reconsideration of [93-1] order (dp) [Entry date 07/23/01] |
| 7/20/01 | 108 | RESPONSE by Steve Harris to [100-1] motion to exclude punitiff damages claim (dp) [Entry date 07/23/01] |
| 7/20/01 | 109 | MOTION by Steve Harris to amend [33-1] witness list (dp) [Entry date 07/23/01] |
| 7/30/01 | 110 | Minutes of hearing on pending motions held before Judge Wilkie D. Ferguson Jr. on 7/26/01; Court Reporter Name or Tape #: Stephen Franklin (dp) [Entry date 07/31/01] |
| 7/30/01 | 111 | REPLY by Dayton Hudson to response to [106-1] motion in limine to exclude irrelevant & prejudcial material (dp) [Entry date 07/31/01] |
| 7/30/01 | 112 | REPLY by Dayton Hudson to response to [100-1] motion to exclude punitiff damages claim (dp) [Entry date 07/31/01] |
| 8/6/01 | 113 | RESPONSE by Dayton Hudson to [109-1] motion to amend [33-1] witness list (dp) [Entry date 08/07/01] |
| 8/6/01 | 114 | RESPONSE by Dayton Hudson to [106-1] motion in limine to exclude irrelevant & prejudcial material (dp) [Entry date 08/07/01] |
| 8/7/01 | 115 | REPLY by Steve Harris to response to [109-1] motion to amend [33-1] witness list, and further reply to [97-1] motion for reconsideration of [93-1] order (dp) [Entry date 08/08/01] |

```
Proceedings include all events.                                    LSS
0:00cv6107 Harris v. Dayton Hudson                         CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 8/8/01 | 116 | ORDER granting [109-1] motion to amend [33-1] witness list, granting [106-1] motion in limine to exclude irrelevant & prejudcial material, dismissing [103-1] motion to extend time to file opposition to motion for rehearing denial of motion for summary judgment, dismissing [102-1] motion to extend time to file opposition to motion to exclude punitive damages claims, dismissing [101-1] motion to extend time to file opposition to motion in limine, denying [100-1] motion to exclude punitiff damages claim, granting [98-1] motion in limine to exclude irrelevant and prejudicial material, granting in part, denying in part [97-1] motion for reconsideration of [93-1] order, granting [95-1] motion to continue trial, dismissing [86-1] motion to extend time to file reply to response to motion for status conference, dismissing [85-1] motion to extend time to file opposition to motion to strike response to motion to dismiss, denying [84-1] motion to extend time to file opposition to motion to strike correspondence, granting [83-1] motion to strike [79-1] notice, dismissing [82-1] motion to strike [77-1] motion response, dismissing [76-1] motion for status conference, granting [74-1] motion to strike [63-1] motion for leave to file supplemental affidavit of Harris and deposition of Barth, [65-1] supplemental affidavit, dismissing [68-1] motion to stay proceedings pending resolution of summary judgment motion, denying [64-1] motion for contempt and that a Rule to Show Cause be issued, denying [63-1] motion for leave to file supplemental affidavit of Harris and deposition of Barth, denying [62-1] motion in limine precluding testimony of plaintiff's expert, granting [53-1] motion to bifurcate trial, granting [50-1] motion to extend time to respond to motion for summary judgment   reset calendar call for 4:15 10/1/01   before Judge Wilkie D. Ferguson Jr.,  reset Jury trial for 10/9/01   before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 8/8/01) [EOD Date: 8/9/01] (dp) [Entry date 08/09/01] |
| 8/10/01 | 117 | AMENDED ORDER  amending [93-1] order  granting in part, denying in part [41-1] motion for summary judgment   ( Signed by Judge Wilkie D. Ferguson Jr. on 8/10/01) [EOD Date: 8/13/01] (dp) [Entry date 08/13/01] |
| 8/15/01 | 118 | NOTICE of confict with trial date by Dayton Hudson (dp) [Entry date 08/16/01] |
| 8/31/01 | 119 | AMENDED NOTICE of conflict by Dayton Hudson (dp) [Entry date 09/04/01] |
| 10/1/01 | 120 | NOTICE of filing proposed verdict form and jury instructions   by Dayton Hudson (dp) [Entry date 10/02/01] |
| 10/1/01 | 121 | Minutes of calendar call held  before Judge Wilkie D. Ferguson Jr. on 10/1/01;  Court Reporter Name or Tape #: Stephen Franklin (dp) [Entry date 10/02/01] |

Proceedings include all events.                                          LSS
0:00cv6107 Harris v. Dayton Hudson                                CLOSED APPEAL

| Date | Doc # | Description |
|---|---|---|
| 10/1/01 | -- | Calendar call held (dp) [Entry date 10/02/01] |
| 10/9/01 | 122 | MOTION with memorandum in support by Dayton Hudson to strike plaintiff's exhibit list (dp) [Entry date 10/10/01] |
| 10/9/01 | 123 | Exhibit list by Steve Harris (dp) [Entry date 10/10/01] |
| 10/9/01 | 124 | Conclusions of Law and Preliminary Statement of of facts and overview by Steve Harris (dp) [Entry date 10/10/01] |
| 10/9/01 | 125 | Requested Jury instructions by Steve Harris (dp) [Entry date 10/10/01] |
| 10/10/01 | 126 | Minutes of jury trial day 1 held before Judge Wilkie D. Ferguson Jr. on 10/10/01; Court Reporter Name or Tape #: Patricia Sanders (dp) [Entry date 10/11/01] |
| 10/10/01 | -- | Jury trial day 1 held before Judge Wilkie D. Ferguson Jr. (dp) [Entry date 10/11/01] |
| 10/11/01 | 127 | Minutes of day 2 of trial held before Judge Wilkie D. Ferguson Jr. on 10/11/01; Court Reporter Name or Tape #: Patricia Sanders (dp) [Entry date 10/12/01] |
| 10/15/01 | 128 | Minutes of trial day 3 held before Judge Wilkie D. Ferguson Jr. on 10/15/01; Court Reporter Name or Tape #: Patricia Sanders (dp) [Entry date 10/16/01] |
| 10/16/01 | 129 | TRIAL BRIEF on admissibility of internal investigation of records of plaintiff by Dayton Hudson (dp) |
| 10/16/01 | 130 | OBJECTIONS AND REQUEST by Dayton Hudson for page/line designations to Van Savage's deposition to to preclude entry of entire deposition into evidence (dp) |
| 10/16/01 | -- | Jury trial held before Judge Wilkie D. Ferguson Jr. (ss) [Entry date 10/19/01] |
| 10/17/01 | 131 | Minutes of Day 4 of Trial held before Judge Wilkie D. Ferguson Jr. on 10/16/01; Court Reporter Name or Tape #: Stephen Franklin (ss) [Entry date 10/19/01] |
| 10/17/01 | 132 | Minutes of Day 5 of Trial held before Judge Wilkie D. Ferguson Jr. on 10/17/01; Court Reporter Name or Tape #: Patricia Sanders (ss) [Entry date 10/19/01] |
| 10/17/01 | -- | Jury trial held before Judge Wilkie D. Ferguson Jr. (ss) [Entry date 10/19/01] |
| 10/18/01 | 133 | Minutes of Day 6 of Trial held before Judge Wilkie D. Ferguson Jr. on 10/18/01; Court Reporter Name or Tape #: Patricia Sanders (ss) [Entry date 10/19/01] |

```
Proceedings include all events.                              LSS
0:00cv6107 Harris v. Dayton Hudson                    CLOSED APPEAL
```

| Date | # | Description |
|---|---|---|
| 10/18/01 | -- | Jury trial held before Judge Wilkie D. Ferguson Jr. (ss) [Entry date 10/19/01] |
| 10/22/01 | 134 | BRIEF by Dayton Hudson in support of submitting limiting jury instructions on stray remarks (ss) |
| 10/22/01 | 135 | Minutes of jury deliberations & verdict held before Judge Wilkie D. Ferguson Jr. on 10/22/01; Court Reporter Name or Tape #: Patricia Sanders (dp) [Entry date 10/23/01] |
| 10/22/01 | 136 | Jury notes and Court's answers. (dp) [Entry date 10/23/01] |
| 10/22/01 | 137 | Court's Jury instructions (dp) [Entry date 10/23/01] |
| 10/22/01 | 138 | JURY VERDICT for Dayton Hudson (dp) [Entry date 10/23/01] |
| 10/22/01 | 139 | Release of exhibits to C. Annelies Mouring (dp) [Entry date 10/23/01] |
| 10/22/01 | 140 | Release of exhibits to Margaret Bradley-Davis (dp) [Entry date 10/23/01] |
| 11/9/01 | 141 | MOTION with memorandum in support by Steve Harris for judgment as a matter of law, or alternatively for new trial (dp) [Entry date 11/13/01] |
| 11/28/01 | 142 | RESPONSE by Dayton Hudson to [141-1] motion for judgment as a matter of law, [141-2] motion for new trial (dp) [Entry date 11/29/01] |
| 12/3/01 | 143 | NOTICE of filing proposed final judgment by Dayton Hudson (dp) [Entry date 12/04/01] |
| 12/4/01 | 144 | NOTICE of filing opening and closing arguments in support of motion for judgment or alternatively for new trial by Steve Harris (dp) [Entry date 12/05/01] |
| 2/20/02 | 145 | ORDER denying [141-1] motion for judgment as a matter of law, granting [141-2] motion for new trial ( Signed by Judge Wilkie D. Ferguson Jr. on 2/20/02) [EOD Date: 2/21/02] (dp) [Entry date 02/21/02] |
| 3/6/02 | 146 | MOTION with memorandum in support by Dayton Hudson for reconsideration of [145-1] order, and to vacate [145-1] order (dp) [Entry date 03/07/02] |
| 3/18/02 | 147 | RESPONSE by Steve Harris to [146-1] motion for reconsideration and to vacate [145-1] order (dp) [Entry date 03/19/02] |
| 3/21/02 | 148 | ORDER denying [146-1] motion for reconsideration of [145-1] order, denying [146-2] motion to vacate [145-1] order ( Signed by Judge Wilkie D. Ferguson Jr. on 3/21/02) [EOD Date: 3/22/02] (dp) [Entry date 03/22/02] |

```
Proceedings include all events.                                    LSS
0:00cv6107 Harris v. Dayton Hudson                          CLOSED APPEAL
```

| Date | Entry | Description |
|---|---|---|
| 4/8/02 | 149 | RESPONSE by Dayton Hudson to plaintiff's motion for order to renew subpoenas (dp) [Entry date 04/09/02] |
| 4/9/02 | 150 | MOTION by Steve Harris to revalidate subpoenas (dp) [Entry date 04/10/02] |
| 4/24/02 | 151 | ORDER Changing Scheduled Hearing and Trial Period: Reset scheduling order deadlines: Calendar Call set for 4:15 4/29/02; Jury Trial 5/6/02 (Signed by Judge Wilkie D. Ferguson Jr. on 4/24/02) [EOD Date: 4/25/02] (ss) [Entry date 04/25/02] |
| 4/26/02 | 152 | BRIEF in support of admissibility of internal investigation records of plaintiff by Dayton Hudson (dp) [Entry date 04/29/02] |
| 4/26/02 | 153 | MOTION with memorandum in support by Dayton Hudson to permit introduction of sexual harassment investigation (dp) [Entry date 04/29/02] |
| 4/26/02 | 154 | MOTION with memorandum in support by Dayton Hudson in limine to exclude irrelevant and prejudicial material (dp) [Entry date 04/29/02] |
| 4/29/02 | 155 | Minutes of calendar call held before Judge Wilkie D. Ferguson Jr. on 4/29/02; Court Reporter Name or Tape #: Carl Schanzleh (dp) [Entry date 04/30/02] |
| 4/29/02 | -- | Calendar call held before Judge Wilkie D. Ferguson Jr. (dp) [Entry date 04/30/02] |
| 5/1/02 | 156 | NOTICE of Unavailability by Dayton Hudson for dates of: 6/13-7/2 (dp) [Entry date 05/02/02] |
| 5/1/02 | 157 | NOTICE of Unavailability by Dayton Hudson for dates of: 5/15/-5/24 (dp) [Entry date 05/02/02] |
| 5/3/02 | 158 | RESPONSE by Steve Harris to [153-1] motion to permit introduction of target's internal investigation records, dated April 26, 2002 (lh) [Entry date 05/06/02] |
| 5/3/02 | 159 | RESPONSE by Steve Harris to [154-1] motion in limine to exclude irrelevant and prejudicial material (lh) [Entry date 05/06/02] |
| 5/3/02 | 160 | RESPONSE by Steve Harris to [153-1] motion to permit introduction of sexual harassment investigation (lh) [Entry date 05/06/02] |
| 5/3/02 | 161 | NOTICE of filing trial transcript by Steve Harris (lh) [Entry date 05/06/02] |

```
Proceedings include all events.                                        LSS
0:00cv6107 Harris v. Dayton Hudson                              CLOSED APPEAL

5/6/02     --      Voir Dire and Jury trial held  before Judge Wilkie D.
                   Ferguson Jr. (dp) [Entry date 05/08/02]

5/7/02    162      Minutes of voir dire & trial held  before Judge Wilkie D.
                   Ferguson Jr. on 5/6/02;  Court Reporter Name or Tape #:
                   Paul Haferling (dp) [Entry date 05/08/02]

5/7/02    163      ORDER permitting plaintiff's counsel to bring into the
                   courtroom a laptop computer during trial ( Signed by Judge
                   Wilkie D. Ferguson Jr. on 5/7/02) [EOD Date: 5/8/02] (dp)
                   [Entry date 05/08/02]

5/7/02    164      Minutes of trial held  before Judge Wilkie D. Ferguson Jr.
                   on 5/7/02;  Court Reporter Name or Tape #: Paul Haferling
                   (dp) [Entry date 05/08/02]

5/10/02   165      Minutes of trial day 3 held  before Judge Wilkie D.
                   Ferguson Jr. on 5/8/02;  Court Reporter Name or Tape #:
                   Paul Haferling (lh) [Entry date 05/13/02]

5/10/02   166      Minutes of trial /day 4 held  before Judge Wilkie D.
                   Ferguson Jr. on 5/9/02;  Court Reporter Name or Tape #:
                   Paul Haferling (lh) [Entry date 05/13/02]

5/13/02   167      Minutes of trial /day 6 held  before Judge Wilkie D.
                   Ferguson Jr. on 5/13/02;  Court Reporter Name or Tape #:
                   Paul Haferling (lh) [Entry date 05/14/02]

5/14/02   168      PROFFER of testimony and evidence by Dayton Hudson (ss)
                   [Entry date 05/15/02]

5/14/02   169      NOTICE of filing proposed jury instructions by Dayton
                   Hudson (ss) [Entry date 05/15/02]

5/14/02   170      Court's Jury instructions (lh) [Entry date 05/15/02]

5/14/02   171      Minutes of trial 6th day held  before Judge Wilkie D.
                   Ferguson Jr. on 5/14/02;  Court Reporter Name or Tape #:
                   Anita LaRocca (lh) [Entry date 05/15/02]

5/16/02   172      Jury notes and Court's answers. (ss) [Entry date 05/17/02]

5/16/02   173      JURY VERDICT for Dayton Hudson (ss) [Entry date 05/17/02]

5/16/02   174      FINAL JUDGMENT for Dayton Hudson against Steve Harris
                   (Signed by Judge Wilkie D. Ferguson Jr. on 5/16/02) [EOD
                   Date: 5/17/02] (ss) [Entry date 05/17/02]

5/16/02   175      Release of exhibits: by Dayton Hudson (ss)
                   [Entry date 05/17/02]

5/16/02   176      Release of exhibits: by Steve Harris (ss)
                   [Entry date 05/17/02]
```

```
Proceedings include all events.                                    LSS
0:00cv6107 Harris v. Dayton Hudson                         CLOSED APPEAL

5/16/02   --      CASE CLOSED. Case and Motions no longer referred to
                  Magistrate. (ss) [Entry date 05/17/02]

5/20/02   177     Exhibit and Witness List by Steve Harris, Dayton Hudson (dp)
                  [Entry date 05/21/02]

5/31/02   178     RENEWED MOTION with memorandum in support by Steve Harris
                  for judgment as a matter of law, for mistrial, or
                  alternatively for new trial (dp) [Entry date 06/03/02]

6/7/02    179     MOTION with memorandum in support by Dayton Hudson to
                  enjoin plaintiff's counsel from unethical conduct by
                  contacting jurors, to strike, for sanctions (dp)
                  [Entry date 06/10/02]

6/14/02   180     MOTION by Dayton Hudson to extend time to respond to
                  renewed motion for judgment (dp) [Entry date 06/17/02]

6/14/02   181     NOTICE of filing offer of judgment by Dayton Hudson (dp)
                  [Entry date 06/17/02]

6/14/02   182     MOTION with memorandum in support by Dayton Hudson for
                  attorney fees, and to Tax Costs (dp) [Entry date 06/17/02]

6/18/02   183     NOTICE of filing affidavit in support of motion to tax
                  costs and attorneys' fees by Dayton Hudson (dp)
                  [Entry date 06/19/02]

6/19/02   184     Notice of compliance: by Dayton Hudson with Local Rule 7.3
                  (dp) [Entry date 06/20/02]

6/19/02   185     RESPONSE by Dayton Hudson to [178-1] motion for judgment
                  as a matter of law, for mistrial (dp) [Entry date 06/20/02]

6/21/02   186     NOTICE of Unavailability by Steve Harris for dates of:
                  6/25/2002 through 7/12/02 (lh) [Entry date 06/24/02]

6/21/02   187     RESPONSE by Steve Harris to [179-1] motion to enjoin
                  plaintiff's counsel from unethical conduct by contacting
                  jurors, to strike (lh) [Entry date 06/24/02]

6/25/02   188     MOTION by Steve Harris to extend time to file opposition
                  to motion to tax costs and to file reply to response to
                  motion for new trial (dp) [Entry date 06/26/02]

7/1/02    189     REPLY by Dayton Hudson to response to [179-1] motion to
                  enjoin plaintiff's counsel from unethical conduct by
                  contacting jurors, to strike, [179-2] motion for sanctions
                  (dp) [Entry date 07/02/02]

7/17/02   190     REPLY by Steve Harris to response to [178-1] motion for
                  judgment as a matter of law, for mistrial (dp)
                  [Entry date 07/18/02]
```

```
Proceedings include all events.                              LSS
0:00cv6107 Harris v. Dayton Hudson                    CLOSED APPEAL
```

| Date | # | Description |
|---|---|---|
| 7/22/02 | 191 | RESPONSE by Steve Harris to [182-1] motion for attorney fees, [182-2] motion to Tax Costs (dp) [Entry date 07/23/02] |
| 7/24/02 | 192 | MOTION with memorandum in support by Dayton Hudson to strike [190-1] response reply (dp) [Entry date 08/20/02] |
| 7/31/02 | 193 | MOTION by Dayton Hudson to strike [191-1] motion response (dp) [Entry date 08/20/02] |
| 7/31/02 | 194 | MOTION by Dayton Hudson to strike [191-1] motion response (dp) [Entry date 08/20/02] |
| 8/8/02 | 195 | RESPONSE by Steve Harris to [192-1] motion to strike [190-1] response reply (dp) [Entry date 08/20/02] |
| 8/8/02 | 196 | RESPONSE by Steve Harris to [192-1] motion to strike [190-1] response reply (dp) [Entry date 08/20/02] |
| 8/19/02 | 197 | REPLY by Dayton Hudson to response to [194-1] motion to strike [191-1] motion response, [193-1] motion to strike [191-1] motion response (dp) [Entry date 08/20/02] |
| 8/19/02 | 198 | REPLY by Dayton Hudson to response to [192-1] motion to strike [190-1] response reply (dp) [Entry date 08/20/02] |
| 8/23/02 | 199 | ORDER denying [192-1] motion to strike [190-1] response reply, granting [188-1] motion to extend time to file opposition to motion to tax costs and to file reply to response to motion for new trial, dismissing [180-1] motion to extend time to respond to renewed motion for judgment, granting [179-1] motion to enjoin plaintiff's counsel from unethical conduct by contacting jurors, to strike, denying [179-2] motion for sanctions, denying [178-1] motion for judgment as a matter of law, for mistrial, denying [178-2] motion for new trial ( Signed by Judge Wilkie D. Ferguson Jr. on 8/23/02) [EOD Date: 8/26/02] (dp) [Entry date 08/26/02] |
| 8/23/02 | 200 | ORDER OF REFERENCE Referring Motion(s) [194-1] motion to strike [191-1] motion response referred to Magistrate Judge Lurana S. Snow, [193-1] motion to strike [191-1] motion response referred to Magistrate Judge Lurana S. Snow, [182-1] motion for attorney fees referred to Magistrate Judge Lurana S. Snow, [182-2] motion to Tax Costs referred to Magistrate Judge Lurana S. Snow ( signed by Judge Wilkie D. Ferguson Jr. on 8/23/02) [EOD Date: 8/26/02] (dp) [Entry date 08/26/02] |
| 9/5/02 | 201 | NOTICE of filing attorney records in support of motion to tax costs and attornes fees by Dayton Hudson (dp) [Entry date 09/06/02] |

Vol. 6

```
Proceedings include all events.                                    LSS
0:00cv6107 Harris v. Dayton Hudson                          CLOSED APPEAL

9/19/02   (202)   NOTICE OF APPEAL by Steve Harris of [199-1] order, [174-1]
                  judgment order   EOD Date: 8/26/02;  Filing Fee: $ 105.00;
                  Receipt #: 526237  Copies to USCA and Counsel of Record. (gf)
                  [Entry date 09/20/02]

9/20/02    --     Certified copies of Notice of Appeal, Docket, and Order
                  under appeal to USCA: [202-1] appeal  by Steve Harris  as
                  to Steve Harris (gf)

9/26/02   (203)   CROSS NOTICE OF APPEAL by Dayton Hudson of [199-1] order,
                  [174-1] judgment order, [145-1] order, [117-1] order   EOD
                  Date: 8/26/02;  Filing Fee: $ NO FEE PAID;  Copies to USCA
                  and Counsel of Record. (gf) [Entry date 09/30/02]

9/30/02    --     Certified copies of Cross Notice of Appeal, Docket, and
                  Order under appeal to USCA: [203-1] appeal  by Dayton
                  Hudson  as to Dayton Hudson (gf)

9/30/02    --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                  from USCA  on 9/30/02 as to Steve Harris  Re: [202-1] appeal
                  by Steve Harris   USCA NUMBER: 02-15216-A (dl)
                  [Entry date 10/03/02]

10/2/02   (204)   TRANSCRIPT INFORMATION FORM by Steve Harris  re: [202-1]
                  appeal  by Steve Harris  received on 10/4/02 from Court
                  Reporter. (Returned to Court Reporter Coordinator) (gf)
                  [Entry date 10/04/02]

10/7/02   (205)   TRANSCRIPT INFORMATION FORM as to Steve Harris  re: [202-1]
                  appeal  by Steve Harris ;  Transcript of Trial Proceedings
                  ordered on 9/30/02. No financial arrangements made with
                  Court Reporter. (gf) [Entry date 10/09/02]

10/9/02    --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                  from USCA  on 10/9/02 as to Dayton Hudson  Re: [203-1]
                  appeal  by Dayton Hudson   USCA NUMBER: 02-15216-A (dl)
                  [Entry date 10/10/02]

10/17/02  (206)   USCA appeal fees received as to Dayton Hudson  Re: [203-1]
                  appeal    Filing Fee $ 105.00 Receipt # 526450  (gf)
                  [Entry date 10/18/02]

10/18/02  (207)   TRANSCRIPT INFORMATION FORM by Dayton Hudson  re: [203-1]
                  appeal  by Dayton Hudson  received on 10/18/02 from Court
                  Reporter. (Returned to Court Reporter Coordinator) (gf)

10/24/02  (208)   Acknowledgement of Transcript Information Form as to Steve
                  Harris re: [202-1] appeal  by Steve Harris  Transcript of:
                  Trial Proceedings held 5/6/02 & 5/6/020. Transcript due on:
                  11/25/02 for Steve Harris ; Court Reporter name: Paul
                  Haferling (gf) [Entry date 10/25/02]
```

```
Proceedings include all events.                                    LSS
0:00cv6107 Harris v. Dayton Hudson                         CLOSED APPEAL
```

| Date | Doc # | Description |
|---|---|---|
| 10/25/02 | 209 | TRANSCRIPT filed of Trial Hearing held October 11, 2001 before Judge Wilkie Ferguson  Pages: 1-226  re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris. (hh) *Vol. 7* |
| 10/25/02 | 210 | TRANSCRIPT filed of Trial Hearing held October 15, 2001 before Judge Wilkie Ferguson  Pages: 1-166  re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris. (hh) *Vol. 8* |
| 10/25/02 | 211 | TRANSCRIPT filed of Trial Hearing held October 16, 2001 before Judge Wilkie Ferguson  Pages: 1-215  re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris. (hh) *Vol. 9* |
| 10/25/02 | 212 | TRANSCRIPT filed of Trial Hearing held October 17, 2001 before Judge Wilkie Ferguson  Pages: 1-161  re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris. (hh) *Vol. 10* |
| 10/25/02 | 213 | TRANSCRIPT filed of Trial Hearing held October 18, 2001 before Judge Wilkie Ferguson  Pages: 1-205  re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris. (hh) *Vol. 11* |
| 10/25/02 | 214 | TRANSCRIPT filed of Trial Hearing held October 22, 2001 before Judge Wilkie Ferguson  Pages: 1-51  re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris. (hh) *Vol. 12* |
| 10/25/02 | (215) | Transcript Information Form for Transcript of: Trial held 10/11/01, 10/15-18/01, 10/22/01 filed re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris (hh) |
| 11/14/02 | (216) | Certificate of readiness as to Steve Harris, Dayton Hudson transmitted to USCA Re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris   USCA NUMBER: 02-15216-A (dl) |