UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVE HARRIS, )
                            )    CASE NUMBER
      PLAINTIFF, )    00-6107-Civ-WDF
                            )
   vs. )
                            )
DAYTON HUDSON CORPORATION, )    THIS VOLUME:
                            )    PAGES 1-242
      DEFENDANT. )
_____)

       TRANSCRIPT of JURY TRIAL had before THE HONORABLE

WILKIE D. FERGUSON, JR., in Fort Lauderdale, Broward County,

Florida, on May 14, 2002, in the above-styled matter.

APPEARANCES:

FOR THE PLAINTIFF:           RICHARD BURTON, ESQ.

FOR THE DEFENDANT:           MARY HOUSTON, ESQ.
                                  SIDNEY CALLOWAY, ESQ.
                                  RENE GONZALEZ-LLORENS, ESQ.

ANITA LaROCCA
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 205-D
FORT LAUDERDALE, FLORIDA 33301
954 769-5568

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE