```
                                              FILED by _____ D.C.
                                                  CT. REP.
 1
                                                  JAN 28 2003
 2
                  UNITED STATES DISTRICT COURT
 3                SOUTHERN DISTRICT OF FLORIDA         S.D. OF FLA. MIAMI

 4

 5  STEVE HARRIS,
                                          Case No. 00-6107-Cv-WDF
 6
              Plaintiff,
 7  vs.
                                          Fort Lauderdale, Florida
 8                                        May 6, 2002
    DAYTON HUDSON CORP.,
 9
              Defendant.
10
    _____
11
                    TRANSCRIPT OF TRIAL PROCEEDINGS
12         BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,
                   UNITED STATES DISTRICT JUDGE
13                         AND A JURY

14
    APPEARANCES:
15

16  FOR THE PLAINTIFF:           RICHARD BURTON, ESQ.
                                 and ANNA LEE MORNING, ESQ.
17

18
    FOR THE DEFENDANT:           MARY RICH HOUSTON, ESQ.,
19                               SIDNEY CALLOWAY, ESQ. and
                                 RENE GONZALEZ, ESQ.
20

21  COURT REPORTER:              Paul Haferling

22

23

24

25
```

# NOT

# SCANNED

PLEASE REFER TO COURT FILE