```
 1
 2                      UNITED STATES DISTRICT COURT
 3                      SOUTHERN DISTRICT OF FLORIDA
 4
 5   STEVE HARRIS,
                                          Case No. 00-6107-Cv-WDF
 6
              Plaintiff,
 7   vs.
                                          Fort Luaderdale, Florida
 8                                        May 7, 2002
     DAYTON HUDSON CORP,
 9
              Defendant.
10
     _____
11
                    TRANSCRIPT OF TRIAL PROCEEDINGS
12          BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,
                    UNITED STATES DISTRICT JUDGE
13                           AND A JURY

14
     APPEARANCES:
15

16   FOR THE PLAINTIFF:         RICHARD BURTON, ESQ.
                                and ANNA LEE MORNING, ESQ.
17


18
     FOR THE DEFENDANT:         MARY RICH HOUSTON, ESQ.,
19                              SIDNEY CALLOWAY, ESQ. and
                                RENE GONZALEZ, ESQ.
20

21   COURT REPORTER:            Paul Haferling

22

23

24

25
```

FILED by __ D.C.
JAN 2 8 2003

# NOT

# SCANNED

PLEASE REFER TO COURT FILE