FILED by _____ D.C.

JAN ? 8 200?

1

2

3  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF FLORIDA

4

5  STEVE HARRIS,
                                       Case No. 00-6107-Cv-WDF
6
            Plaintiff,
7  vs.
                                       Fort Lauderdale, Florida
8                                      May 8, 2002
   DAYTON HUDSON CORP,
9
            Defendant.
10 _____

11
            TRANSCRIPT OF TRIAL PROCEEDINGS
12      BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,
              UNITED STATES DISTRICT JUDGE
13                   AND A JURY

14 APPEARANCES:

15

16
   FOR THE PLAINTIFF:            RICHARD BURTON, ESQ.
17                               and ANNA LEE MORNING, ESQ.

18

19 FOR THE DEFENDANT:            MARY RICH HOUSTON, ESQ.,
                                 SIDNEY CALLOWAY, ESQ. and
20                               RENE GONZALEZ, ESQ.

21
   COURT REPORTER:               Paul Haferling
22

23

24

25

TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE