```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
```

FILED by D.C.
JAN 2 8 2003

STEVE HARRIS,

        Case No. 00-6107-CV-WDF

    Plaintiff,

vs.

        Fort Lauderdale, Florida
        May 9, 2002

DAYTON HUDSON CORP,

    Defendant.

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE
AND A JURY

APPEARANCES:

FOR THE PLAINTIFF:        RICHARD BURTON, ESQ.
                            and ANNA LEE MORNING, ESQ.

FOR THE DEFENDANT:        MARY RICH HOUSTON, ESQ.,
                            SIDNEY CALLOWAY, ESQ. and
                            RENE GONZALEZ, ESQ.

COURT REPORTER:        Paul Haferling

**TRANSCRIPT NOT SCANNED**

**PLEASE REFER TO COURT FILE**