```
                                                     FILED by _____ D.C.
                                                       JAN 28 2003

 1
 2              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 3
 4
    STEVE HARRIS,
 5                                        Case No.00-6107-Cr-WDF
 6          Plaintiff,
    vs.
 7                                        Fort Lauderdale, Florida
                                          May 13, 2002
 8  DAYTON HUDSON CORP,
 9          Defendant.
10  _____
11          TRANSCRIPT OF TRIAL PROCEEDINGS
       BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,
12             UNITED STATES DISTRICT JUDGE
                       AND A JURY
13
14  APPEARANCES:
15
    FOR THE PLAINTIFF:           RICHARD BURTON, ESQ.
16                               and ANNA LEE MORNING, ESQ.
17
18  FOR THE DEFENDANT:           MARY RICH HOUSTON, ESQ.,
                                 SIDNEY CALLOWAY, ESQ. and
19                               RENE GONZALEZ, ESQ.
20
    COURT REPORTER:              Paul Haferling
21
22
23
24
25
```

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**