UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **STEVE HARRIS,** | ) | |
| | ) | CASE NUMBER |
| PLAINTIFF, | ) | 00-6107-Civ-WPD |
| | ) | |
| vs. | ) | |
| | ) | |
| **DAYTON HUDSON CORPORATION,** | ) | THIS VOLUME: |
| | ) | PAGES 21-25 |
| DEFENDANT. | ) | |
| _____ | ) | |

TRANSCRIPT of VERDICT from JURY TRIAL had before THE HONORABLE WILKIE D. FERGUSON, JR., in Fort Lauderdale, Broward County, Florida, on Thursday, May 16, 2002, in the above-styled matter.

APPEARANCES:

FOR THE PLAINTIFF:          RICHARD BURTON, ESQ.

FOR THE DEFENDANT:          MARY HOUSTON, ESQ.
                            SIDNEY CALLOWAY, ESQ.
                            RENE GONZALES-LLORENS, ESQ.


ANITA LaROCCA
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 205-D
FORT LAUDERDALE, FLORIDA 33301
954 769-5568

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**