UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107

STEVE HARRIS,                           OCTOBER 10, 2001
        Plaintiff

    VS.

DAYTON HUDSON CORPORATION,
d/b/a TARGET STORES,
            Defendant

- - -

OPENING STATEMENTS

BEFORE THE HONORABLE WILKIE FERGUSON

UNITED STATES DISTRICT JUDGE
- - -

APPEARANCES:

RICHARD J. BURTON & ASSOCIATES, P.A.
RICHARD J. BURTON, ESQUIRE
18305 Biscayne Boulevard, Suite 300
Miami, Florida 33160
on behalf of the Plaintiff

SHUTTS & BOWEN LLP
SHEILA M. CESARANO, ESQUIRE
RENE GONZALEZ LLORENS, ESQUIRE
201 South Biscayne Boulevard
Miami, Florida 33131
on behalf of the defendant

REPORTED BY:
PATRICIA SANDERS, RPR

Proceedings recorded by mechanical stenography, transcript produced by computer aided transcription.

        THE COURT: We'll hear now from counsel and their

PATRICIA W. SANDERS, OFFICIAL COURT REPORTER
(305) 523-5654

# NOT

# SCANNED

PLEASE REFER TO COURT FILE