# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### 299 East Broward Boulevard
#### Fort Lauderdale, FL 33301
##### 954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

```
Clerk's Office - Appeal #02-15216-AA      Date: February 6, 2003
U.S. Court of Appeals - Eleventh Circuit  USDC # 00-6107-CV-WDF
56 Forsyth St., N.W.                      USCA # 02-15216-AA
Atlanta, GA  30303
```

**Attn: Wendi Tilden, Deputy Clerk**

IN RE: **Steve Harris v. Dayton Hudson**

================================================================

### Amended Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal.  The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

> __6__ Volumes of Pleadings
> __14__ Volumes of Transcripts
>
> _X_ Exhibits:
>
> > _2_ Accordion Folders (Depositions)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _[signature]_

Deputy Clerk

Please Acknowledge Receipt of Amended Certificate of Readiness.

_____
Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                            LSS      CLOSED
                                            APPEAL
                    U.S. District Court
        Southern District of Florida (FtLauderdale)

            CIVIL DOCKET FOR CASE #: 00-CV-6107

Harris v. Dayton Hudson                        Filed: 01/21/00
Assigned to: Judge Wilkie D. Ferguson, Jr.   Jury demand: Both
Demand: $0,000                               Nature of Suit:  442
Lead Docket: None                            Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:2000 Job Discrimination (Race)


STEVE HARRIS                        Richard Jay Burton
     plaintiff                      FTS 935-9542
                                    [COR LD NTC]
                                    Richard J. Burton & Associates,
                                    P.A.
                                    18305 Biscayne Boulevard
                                    Suite 300
                                    Miami, FL 33160
                                    305-705-0888



   v.


DAYTON HUDSON CORPORATION           Sheila Marie Cesarano
dba                                 FTS 347-7386
Target Stores, Inc.                 305-379-9103
     defendant                      [COR LD NTC]
                                    Rene J. Gonzalez-Llorens
                                    FTS 347-7837
                                    305-347-7337
                                    [COR LD NTC]
                                    Shutts & Bowen
                                    201 S Biscayne Boulevard
                                    Suite 1500 Miami Center
                                    Miami, FL 33131
                                    305-358-6300
```

------------------------------

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 2/6/03

```
Proceedings include all events.                              LSS
0:00cv6107 Harris v. Dayton Hudson              CLOSED APPEAL
```

STEVE HARRIS

      plaintiff

  v.

DAYTON HUDSON CORPORATION, Doing business as Target Stores,
Inc.

      defendant

Proceedings include all events.                                                    LSS
0:00cv6107 Harris v. Dayton Hudson         *Rec. Vol 1*        CLOSED APPEAL

1/21/00  (1)      COMPLAINT filed;     FILING FEE $150.00   RECEIPT # 815902
                  A-7 LSS (nt) [Entry date 01/24/00]

1/21/00  --       Magistrate identification:  Magistrate Judge Lurana S. Snow
                  (nt) [Entry date 01/24/00]

1/21/00  (2)      SUMMONS(ES) issued for Dayton Hudson (nt)
                  [Entry date 01/24/00]

2/11/00  (3)      MOTION by Dayton Hudson to extend time to answer
                  complaint (dp) [Entry date 02/14/00]

2/11/00  (4)      RETURN OF SERVICE executed for Dayton Hudson on 1/25/00
                  Answer due on 2/14/00 for Dayton Hudson (dp)
                  [Entry date 02/15/00]

2/22/00  (5)      ORDER granting [3-1] motion to extend time to answer
                  complaint ( Signed by Judge Wilkie D. Ferguson Jr. on
                  2/22/00) CCAP [EOD Date: 2/23/00] (dp) [Entry date 02/23/00]

2/22/00  (6)      ORDER advising the parties of the Court's expectations as
                  to certain procedures ( Signed by Judge Wilkie D. Ferguson
                  Jr. on 2/22/00) CCAP [EOD Date: 2/23/00] (dp)
                  [Entry date 02/23/00]

2/22/00  (7)      ORDER SETTING STATUS CONFERENCE   Status conference set
                  for 4:15 4/3/00   before Judge Wilkie D. Ferguson Jr. (
                  Signed by Judge Wilkie D. Ferguson Jr. on 2/22/00) CCAP
                  [EOD Date: 2/23/00] CCAP (dp) [Entry date 02/23/00]

3/7/00   (8)      Answer and affirmative defenses by Dayton Hudson jury
                  demand (dp) [Entry date 03/08/00]

3/7/00   (9)      MOTION with memorandum in support by Dayton Hudson to
                  dismiss Count III (dp) [Entry date 03/08/00]

3/14/00  (10)     NOTICE of Unavailability by Dayton Hudson (dp)
                  [Entry date 03/15/00]

3/30/00  (11)     Joint Scheduling Report of Scheduling Meeting   by Steve
                  Harris, Dayton Hudson (dp) [Entry date 04/03/00]

4/3/00   (12)     Minutes of status conference held  before Judge Wilkie D.
                  Ferguson Jr. on 4/3/00;  Court Reporter Name or Tape #:
                  Paul Haferling (dp) [Entry date 04/04/00]

4/3/00   --       Status conference  held (dp) [Entry date 04/04/00]

4/10/00  (13)     SCHEDULING ORDER setting Deadline for filing of all motions
                  by 1/15/01 Jury trial set for 3/12/01 Pretrial Stipulation
                  due on or before 1/29/01 Calendar call set for 4:15 3/5/01
                  Discovery cutoff 1/2/01 ; Pretrial conference for 4:15
                  2/5/01 ; ( Signed by Judge Wilkie D. Ferguson Jr. on
                  4/9/00) CCAP [EOD Date: 4/11/00]  CCAP (dp)

Docket as of February 5, 2003 3:06 pm                     Page 3

Proceedings include all events.                                                     LSS
0:00cv6107 Harris v. Dayton Hudson                          CLOSED APPEAL

[Entry date 04/11/00]

4/10/00  (14)  ORDER referring case to mediation.  15 days to appoint
               mediator ( Signed by Judge Wilkie D. Ferguson Jr. on
               4/9/00) CCAP [EOD Date: 4/11/00] (dp) [Entry date 04/11/00]

5/1/00   (15)  NOTICE of selection of Martin A. Soll as Mediator by Martin
               A. Soll (dp) [Entry date 05/02/00]

6/1/00   (16)  JOINT MOTION by Steve Harris, Dayton Hudson for
               confidentiality order (dp) [Entry date 06/02/00]

6/21/00  (17)  ORDER granting [16-1] joint motion for confidentiality
               order ( Signed by Judge Wilkie D. Ferguson Jr. on 6/21/00)
               CCAP [EOD Date: 6/22/00] (dp) [Entry date 06/22/00]

7/12/00  (18)  NOTICE of Unavailability by Steve Harris  for dates of:
               7/13-7/31 (dp)

8/2/00   (19)  MOTION by Dayton Hudson to compel responses to 2nd request
               for production (dp) [Entry date 08/03/00]

9/27/00  (20)  RESPONSE by Steve Harris  to [19-1] motion to compel
               responses to 2nd request for production (dp)
               [Entry date 09/28/00]

10/17/00 (21)  ORDER OF REFERENCE Referring Motion(s) [19-1] motion to
               compel responses to 2nd request for production referred to
               Magistrate Judge Lurana S. Snow (signed by Judge Wilkie D.
               Ferguson Jr. on 10/17/00)  [EOD Date: 10/18/00] (ss)
               [Entry date 10/18/00]

10/19/00 (22)  ORDER denying [19-1] motion to compel responses to 2nd
               request for production ( Signed by Magistrate Judge Lurana
               S. Snow on 10/19/00) CCAP [EOD Date: 10/25/00] (jl)
               [Entry date 10/25/00]

10/26/00 (23)  NOTICE of Unavailability by Steve Harris  for dates of:
               10/30-11/22 (dp) [Entry date 10/27/00]

11/8/00  (24)  NOTICE of filing list of expert witnesses by Steve Harris
               (dp)

11/20/00 (25)  MOTION by Dayton Hudson to extend time to designate
               experts (dp) [Entry date 11/21/00]

11/22/00 (26)  ORDER granting [25-1] motion to extend time to designate
               experts ( Signed by Judge Wilkie D. Ferguson Jr. on
               11/22/00) CCAP [EOD Date: 11/22/00] (dp)

11/27/00 (27)  MOTION by Steve Harris to extend time to respond to
               interrogatories and to allow filing of supplemental expert
               witness list (dp) [Entry date 11/28/00]

Proceedings include all events.                                          LSS
0:00cv6107 Harris v. Dayton Hudson                          CLOSED APPEAL

11/27/00 (28)    NOTICE of filing supplemental list of expert witnesses by
                 Steve Harris (dp) [Entry date 11/28/00]

11/28/00 (29)    ORDER granting [27-1] motion to extend time to respond to
                 interrogatories and to allow filing of supplemental expert
                 witness list ( Signed by Judge Wilkie D. Ferguson Jr. on
                 11/28/00) CCAP [EOD Date: 11/29/00] (dp)
                 [Entry date 11/29/00]

12/4/00 (30)     NOTICE of filing amended list of expert witnesses by Steve
                 Harris (dp) [Entry date 12/05/00]

12/6/00 (31)     Notice of Witness list by Dayton Hudson (dp)
                 [Entry date 12/07/00]

12/12/00 (32)    Witness list by Dayton Hudson (dp) [Entry date 12/14/00]

12/21/00 (33)    Witness list by Steve Harris (dp)

12/26/00 (34)    MOTION by Steve Harris to extend time to complete
                 discovery (dp)

1/4/01 (35)      ORDER granting [34-1] motion to extend time to complete
                 discovery ( Signed by Judge Wilkie D. Ferguson Jr. on
                 1/4/01) CCAP [EOD Date: 1/5/01] (dp) [Entry date 01/05/01]

1/30/01 (36)     Joint Pretrial Report: by Steve Harris, Dayton Hudson (dp)
                 [Entry date 01/31/01]

2/2/01 (37)      NOTICE of filing exhibit list by Dayton Hudson (dp)
                 [Entry date 02/05/01]

2/5/01 (38)      Minutes of pretrial conference held  before Judge Wilkie D.
                 Ferguson Jr. on 2/5/01;  Court Reporter Name or Tape #:
                 Paul Haferling (dp) [Entry date 02/06/01]

2/5/01 --        Pre-trial conference  held  before Judge Wilkie D. Ferguson
                 Jr. (dp) [Entry date 02/06/01]

2/5/01 (39)      MOTION by Dayton Hudson to continue trial and for special
                 setting of trial (dp) [Entry date 02/06/01]

2/5/01 (40)      ORDER granting [39-1] motion to continue trial and for
                 special setting of trial  reset Jury trial for 6/18/01
                 before Judge Wilkie D. Ferguson Jr. ( Signed by Judge
                 Wilkie D. Ferguson Jr. on 2/5/01) CCAP [EOD Date: 2/6/01]
                 (dp) [Entry date 02/06/01]

2/5/01 (41)      MOTION with memorandum in support by Dayton Hudson for
                 summary judgment (dp) [Entry date 02/06/01]

2/5/01 (42)      Statement of Rule 7.5 by Dayton Hudson  re: [41-1] motion
                 for summary judgment (dp) [Entry date 02/06/01]

Proceedings include all events.                                                    LSS
0:00cv6107 Harris v. Dayton Hudson          *Vol 1 cont.*        CLOSED APPEAL

| 2/5/01 | (43) | NOTICE of filing deposition transcripts by Dayton Hudson (dp) [Entry date 02/06/01] |
|--------|------|-----|
| 2/5/01 | 44 | Transcript filed re: deposition of Steve Harris by Dayton Hudson (dp) [Entry date 02/06/01] |
| 2/5/01 | 45 | Transcript filed re: deposition of Terry Gillespie held by Dayton Hudson (dp) [Entry date 02/06/01] - **EXHIBIT 1 (See Accord. 1)** |
| 2/6/01 | (46) | NOTICE by Steve Harris to take deposition of Don Frankhauser 2/12/01 at 9:30 (dp) [Entry date 02/07/01]   *Vol. 1 Cont.* |
| 2/7/01 | (47) | MOTION by Steve Harris to extend time to complete discovery and for order changing name of defendant (dp) [Entry date 02/08/01] |
| 2/9/01 | (48) | ORDER granting [47-1] motion to extend time to complete discovery and for order changing name of defendant ( Signed by Judge Wilkie D. Ferguson Jr. on 2/9/01) CCAP [EOD Date: 2/9/01] (dp) |
| 2/9/01 | (49) | ORDER dismissing [9-1] motion to dismiss Count III ( Signed by Judge Wilkie D. Ferguson Jr. on 2/8/01) CCAP [EOD Date: 2/12/01] (dp) [Entry date 02/12/01] |
| 2/16/01 | (50) | MOTION by Steve Harris to extend time to respond to motion for summary judgment (dp) [Entry date 02/20/01] |
| 2/16/01 | (51) | RESPONSE by Dayton Hudson to [41-1] motion for summary judgment (dp) [Entry date 02/20/01] |
| 3/1/01 | (52) | FINAL report of Mediator. Disposition: Impasse (dp) [Entry date 03/02/01] |
| 3/2/01 | (53) | MOTION with memorandum in support by Dayton Hudson to bifurcate trial (dp) [Entry date 03/05/01] |
| 3/2/01 | (54) | NOTICE by Steve Harris to take deposition of Mark Hastings 3/14/01 at 9:00 (dp) [Entry date 03/05/01] |
| 3/2/01 | (55) | NOTICE by Steve Harris to take deposition of Doug Barth 3/12/01 at 1:00 (dp) [Entry date 03/05/01] |
| 3/9/01 | (56) | MOTION by Steve Harris to extend time to file opposition to motion for motion to bifurcate (dp) [Entry date 03/12/01] |
| 3/12/01 | (57) | ORDER granting [56-1] motion to extend time to file opposition to motion for motion to bifurcate ( Signed by Judge Wilkie D. Ferguson Jr. on 3/12/01) CCAP [EOD Date: 3/13/01] (dp) [Entry date 03/13/01] |
| 3/20/01 | (58) | RESPONSE by Steve Harris to [41-1] motion for summary judgment (dp) [Entry date 03/21/01]   *End Vol. 1* |

Proceedings include all events.                               LSS
0:00cv6107 Harris v. Dayton Hudson    _BEG. V.I. 2_    CLOSED APPEAL

3/20/01   (59)    AFFIDAVIT by Steve Harris  Re: [58-1] motion response (dp)
                  [Entry date 03/21/01]

3/20/01   60      NOTICE of filing affidavit of Harris and depositions in
                  opposition to motion for summary judgment by Steve Harris
                  (dp) [Entry date 03/21/01]          **– EXHIBIT 2 (SEE ACCORD. 2)**

3/28/01   (61)    REPLY by Dayton Hudson  to response to [41-1] motion for     Vol 2
                  summary judgment (dp) [Entry date 03/29/01]                  Cont

4/6/01    (62)    MOTION with memorandum in support by Dayton Hudson in
                  limine precluding testimony of plaintiff's expert (dp)
                  [Entry date 04/09/01]

4/6/01    (63)    MOTION by Steve Harris for leave to file supplemental
                  affidavit of Harris and deposition of Barth (dp)
                  [Entry date 04/09/01]

4/6/01    (64)    MOTION by Steve Harris for contempt and that a Rule to
                  Show Cause be issued (dp) [Entry date 04/09/01]

4/6/01    (65)    AFFIDAVIT by Steve Harris  Re: Opposition to  [41-1] motion
                  for summary judgment (dp) [Entry date 04/09/01]

4/6/01    (66)    NOTICE of Unavailability by Steve Harris  for dates of:
                  4/7-4/13 (dp) [Entry date 04/09/01]

4/6/01    (67)    AFFIDAVIT by Steve Harris (dp) [Entry date 04/09/01]

4/6/01    (70)    NOTICE of supplemental affidavit of Harris and deposition
                  of Doug Barth by Steve Harris (dp) [Entry date 04/10/01]

4/6/01    71      Transcript filed re: deposition of Douglas Barth held
                  3/12/01 by Steve Harris (dp) [Entry date 04/10/01]    **EXHIBIT 2 Cont**
                                                                        **(See Accord. 2)**

4/9/01    (68)    MOTION by Dayton Hudson to stay proceedings pending       Vol. 2
                  resolution of summary judgment motion (dp)                Cont
                  [Entry date 04/10/01]

4/9/01    (69)    RESPONSE by Steve Harris  to [53-1] motion to bifurcate
                  trial (dp) [Entry date 04/10/01]

4/10/01   (72)    NOTICE of objections to motion to stay by Steve Harris (dp)

4/11/01   (73)    REPLY by Dayton Hudson  to response to [53-1] motion to
                  bifurcate trial (dp) [Entry date 04/12/01]

4/19/01   (74)    MOTION with memorandum in support by Dayton Hudson to
                  strike [63-1] motion for leave to file supplemental
                  affidavit of Harris and deposition of Barth, [65-1]
                  supplemental affidavit (ss) [Entry date 04/20/01]

Proceedings include all events.                                        LSS
0:00cv6107 Harris v. Dayton Hudson        Vol 2 cont    CLOSED  APPEAL

4/19/01  (75)    RESPONSE by Dayton Hudson to [64-1] motion for order
                 finding party in contempt and that a rule to show cause be
                 issued (ss) [Entry date 04/20/01]

4/30/01  (76)    MOTION by Steve Harris for status conference (lh)
                 [Entry date 05/01/01]

4/30/01  (77)    RESPONSE by Steve Harris  to [9-1] motion to dismiss Count
                 III (lh) [Entry date 05/01/01]

4/30/01  (78)    RESPONSE by Steve Harris  to defendant's reply to the
                 motion for contempt (lh) [Entry date 05/01/01]

4/30/01  (79)    NOTICE of filing correspondence of Foodman and counsel for
                 Target Corporation.... by Steve Harris (lh)
                 [Entry date 05/01/01]

4/30/01  (80)    NOTICE of adoption of the plaintiff's motion for contempt,
                 ...by Steve Harris (lh) [Entry date 05/01/01]

5/8/01   (81)    RESPONSE by Dayton Hudson  to [76-1] motion for status
                 conference (dp) [Entry date 05/09/01]

5/8/01   (82)    MOTION with memorandum in support by Dayton Hudson to
                 strike [77-1] motion response (dp) [Entry date 05/09/01]

5/8/01   (83)    MOTION with memorandum in support by Dayton Hudson to
                 strike [79-1] notice (dp) [Entry date 05/09/01]

5/21/01  (84)    MOTION by Steve Harris to extend time to file opposition
                 to motion to strike correspondence (dp)
                 [Entry date 05/22/01]

5/21/01  (85)    MOTION by Steve Harris to extend time to file opposition
                 to motion to strike response to motion to dismiss (dp)
                 [Entry date 05/22/01]

5/21/01  (86)    MOTION by Steve Harris to extend time to file reply to
                 response to motion for status conference (dp)
                 [Entry date 05/22/01]

5/24/01  (87)    RESPONSE by Dayton Hudson  to [86-1] motion to extend time
                 to file reply to response to motion for status conference,
                 [85-1] motion to extend time to file opposition to motion
                 to strike response to motion to dismiss, [84-1] motion to
                 extend time to file opposition to motion to strike
                 correspondence (dp) [Entry date 05/25/01]

5/29/01  (88)    RESPONSE by Steve Harris to [76-1] motion for status
                 conference (mh) [Entry date 06/05/01]

6/7/01   (89)    NOTICE of filing preliminary opinion of expert, subject to
                 production by Steve Harris (dp) [Entry date 06/08/01]

Docket as of February 5, 2003 3:06 pm                    Page 8

Proceedings include all events.                                              LSS
0:00cv6107 Harris v. Dayton Hudson        Vol 2 cont    CLOSED APPEAL

6/11/01  (90)     Clarification of response to by Dayton Hudson  re: [88-1]
                  motion response (dp) [Entry date 06/12/01]

6/11/01  (91)     REPLY by Dayton Hudson  to response to [83-1] motion to
                  strike [79-1] notice (dp) [Entry date 06/12/01]

6/11/01  (92)     Clarification by Dayton Hudson  re: untimely [88-1] motion
                  response (dp) [Entry date 06/12/01]

6/18/01  (93)     ORDER granting in part, denying in part [41-1] motion for
                  summary judgment ( Signed by Judge Wilkie D. Ferguson Jr.
                  on 6/18/01) CCAP [EOD Date: 6/19/01] (dp)
                  [Entry date 06/19/01]

6/19/01  (94)     ORDER granting emergency motion continuing trial ( Signed
                  by Judge Wilkie D. Ferguson Jr. on 6/19/01) CCAP [EOD Date:
                  6/20/01] (dp) [Entry date 06/20/01]

6/20/01  (95)     EMERGENCY MOTION by Dayton Hudson to continue trial (dp)
                  [Entry date 06/21/01] [Edit date 06/21/01]

6/21/01  (96)     NOTICE of Unavailability by Steve Harris  for dates of:
                  6/29-7/12 (dp)

6/21/01  (97)     MOTION by Dayton Hudson for reconsideration of [93-1]
                  order (ss) [Entry date 06/22/01]

6/21/01  (98)     MOTION with memorandum in support by Dayton Hudson in
                  limine to exclude irrelevant and prejudicial material (ss)
                  [Entry date 06/22/01]

6/21/01  (99)     NOTICE of Unavailability by Dayton Hudson for dates of:
                  9/5/01 through 9/19/01 (ss) [Entry date 06/22/01]

6/26/01  (100)    MOTION with memorandum in support by Dayton Hudson to
                  exclude punitiff damages claim (dp) [Entry date 06/27/01]

6/27/01  (101)    MOTION by Steve Harris to extend time to file opposition
                  to motion in limine (dp) [Entry date 06/28/01]

6/27/01  (102)    MOTION by Steve Harris to extend time to file opposition
                  to motion to exclude punitive damages claims (dp)
                  [Entry date 06/28/01]

6/27/01  (103)    MOTION by Steve Harris to extend time to file opposition
                  to motion for rehearing denial of motion for summary
                  judgment (dp) [Entry date 06/28/01]

7/2/01   (104)    ORDER Setting Hearing Set Jury trial for 8/27/01 before
                  Judge Wilkie D. Ferguson Jr., Motion hearing before Wilkie
                  D. Ferguson Jr. set for 4:15 7/23/01 on all pending motions
                  (Signed by Judge Wilkie D. Ferguson Jr. on 7/2/01) [EOD
                  Date: 7/5/01] (ss) [Entry date 07/05/01]    End Vol 2
                  [Edit date 07/05/01]

```
Proceedings include all events.                                    LSS
0:00cv6107 Harris v. Dayton Hudson                      CLOSED APPEAL
```


7/20/01  (105)    RESPONSE by Steve Harris  to [98-1] motion in limine to
                  exclude irrelevant and prejudicial material (dp)
                  [Entry date 07/23/01]

7/20/01  (106)    MOTION with memorandum in support by Steve Harris in
                  limine to exclude irrelevant & prejudcial material (dp)
                  [Entry date 07/23/01]

7/20/01  (107)    RESPONSE by Steve Harris  to [97-1] motion for
                  reconsideration of [93-1] order (dp) [Entry date 07/23/01]

7/20/01  (108)    RESPONSE by Steve Harris  to [100-1] motion to exclude
                  punitiff damages claim (dp) [Entry date 07/23/01]

7/20/01  (109)    MOTION by Steve Harris to amend [33-1] witness list (dp)
                  [Entry date 07/23/01]

7/30/01  (110)    Minutes of hearing on pending motions held  before Judge
                  Wilkie D. Ferguson Jr. on 7/26/01;  Court Reporter Name or
                  Tape #: Stephen Franklin (dp) [Entry date 07/31/01]

7/30/01  (111)    REPLY by Dayton Hudson  to response to [106-1] motion in
                  limine to exclude irrelevant & prejudcial material (dp)
                  [Entry date 07/31/01]

7/30/01  (112)    REPLY by Dayton Hudson  to response to [100-1] motion to
                  exclude punitiff damages claim (dp) [Entry date 07/31/01]

8/6/01   (113)    RESPONSE by Dayton Hudson  to [109-1] motion to amend
                  [33-1] witness list (dp) [Entry date 08/07/01]

8/6/01   (114)    RESPONSE by Dayton Hudson  to [106-1] motion in limine to
                  exclude irrelevant & prejudcial material (dp)
                  [Entry date 08/07/01]

8/7/01   (115)    REPLY by Steve Harris  to response to [109-1] motion to
                  amend [33-1] witness list, and further reply to [97-1]
                  motion for reconsideration of [93-1] order (dp)
                  [Entry date 08/08/01]

Proceedings include all events.                                              LSS
0:00cv6107 Harris v. Dayton Hudson          Vol. 3 cont.      CLOSED APPEAL

8/8/01    116      ORDER granting [109-1] motion to amend [33-1] witness list,
                   granting [106-1] motion in limine to exclude irrelevant &
                   prejudcial material, dismissing [103-1] motion to extend
                   time to file opposition to motion for rehearing denial of
                   motion for summary judgment, dismissing [102-1] motion to
                   extend time to file opposition to motion to exclude
                   punitive damages claims, dismissing [101-1] motion to
                   extend time to file opposition to motion in limine, denying
                   [100-1] motion to exclude punitiff damages claim, granting
                   [98-1] motion in limine to exclude irrelevant and
                   prejudicial material, granting in part, denying in part
                   [97-1] motion for reconsideration of [93-1] order, granting
                   [95-1] motion to continue trial, dismissing [86-1] motion
                   to extend time to file reply to response to motion for
                   status conference, dismissing [85-1] motion to extend time
                   to file opposition to motion to strike response to motion
                   to dismiss, denying [84-1] motion to extend time to file
                   opposition to motion to strike correspondence, granting
                   [83-1] motion to strike [79-1] notice, dismissing [82-1]
                   motion to strike [77-1] motion response, dismissing [76-1]
                   motion for status conference, granting [74-1] motion to
                   strike [63-1] motion for leave to file supplemental
                   affidavit of Harris and deposition of Barth, [65-1]
                   supplemental affidavit, dismissing [68-1] motion to stay
                   proceedings pending resolution of summary judgment motion,
                   denying [64-1] motion for contempt and that a Rule to Show
                   Cause be issued, denying [63-1] motion for leave to file
                   supplemental affidavit of Harris and deposition of Barth,
                   denying [62-1] motion in limine precluding testimony of
                   plaintiff's expert, granting [53-1] motion to bifurcate
                   trial, granting [50-1] motion to extend time to respond to
                   motion for summary judgment  reset calendar call for 4:15
                   10/1/01  before Judge Wilkie D. Ferguson Jr.,  reset
                   Jury trial for 10/9/01  before Judge Wilkie D. Ferguson
                   Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 8/8/01)
                   [EOD Date: 8/9/01] (dp) [Entry date 08/09/01]

8/10/01   117      AMENDED ORDER  amending [93-1] order  granting in part,
                   denying in part [41-1] motion for summary judgment   (
                   Signed by Judge Wilkie D. Ferguson Jr. on 8/10/01) [EOD
                   Date: 8/13/01] (dp) [Entry date 08/13/01]

8/15/01   118      NOTICE of confict with trial date by Dayton Hudson (dp)
                   [Entry date 08/16/01]

8/31/01   119      AMENDED NOTICE of conflict by Dayton Hudson (dp)
                   [Entry date 09/04/01]

10/1/01   120      NOTICE of filing proposed verdict form and jury
                   instructions  by Dayton Hudson (dp) [Entry date 10/02/01]

10/1/01   121      Minutes of calendar call held  before Judge Wilkie D.
                   Ferguson Jr. on 10/1/01;  Court Reporter Name or Tape #:
                   Stephen Franklin (dp) [Entry date 10/02/01]

Proceedings include all events.                                              LSS
0:00cv6107 Harris v. Dayton Hudson          Vol. 3 cont.      CLOSED APPEAL

10/1/01   --        Calendar call  held (dp) [Entry date 10/02/01]

10/9/01   (122)     MOTION with memorandum in support by Dayton Hudson to
                    strike plaintiff's exhibit list (dp) [Entry date 10/10/01]

10/9/01   (123)     Exhibit list by Steve Harris (dp) [Entry date 10/10/01]

10/9/01   (124)     Conclusions of Law and Preliminary Statement of of facts
                    and overview by Steve Harris (dp) [Entry date 10/10/01]

10/9/01   (125)     Requested Jury instructions by Steve Harris (dp)
                    [Entry date 10/10/01]

10/10/01  (126)     Minutes of jury trial day 1 held  before Judge Wilkie D.
                    Ferguson Jr. on 10/10/01;  Court Reporter Name or Tape #:
                    Patricia Sanders (dp) [Entry date 10/11/01]

10/10/01  --        Jury trial day 1 held  before Judge Wilkie D. Ferguson Jr.
                    (dp) [Entry date 10/11/01]

10/11/01  (127)     Minutes of day 2 of trial held  before Judge Wilkie D.
                    Ferguson Jr. on 10/11/01;  Court Reporter Name or Tape #:
                    Patricia Sanders (dp) [Entry date 10/12/01]

10/15/01  (128)     Minutes of trial day 3 held  before Judge Wilkie D.
                    Ferguson Jr. on 10/15/01;  Court Reporter Name or Tape #:
                    Patricia Sanders (dp) [Entry date 10/16/01]

10/16/01  (129)     TRIAL BRIEF on admissibility of internal investigation of
                    records of plaintiff by Dayton Hudson (dp)

10/16/01  (130)     OBJECTIONS AND REQUEST by Dayton Hudson for page/line
                    designations to Van Savage's deposition to to preclude
                    entry of entire deposition into evidence (dp)

10/16/01  --        Jury trial held before Judge Wilkie D. Ferguson Jr. (ss)
                    [Entry date 10/19/01]

10/17/01  (131)     Minutes of Day 4 of Trial held before Judge Wilkie D.
                    Ferguson Jr. on 10/16/01; Court Reporter Name or Tape #:
                    Stephen Franklin (ss) [Entry date 10/19/01]

10/17/01  (132)     Minutes of Day 5 of Trial held before Judge Wilkie D.
                    Ferguson Jr. on 10/17/01; Court Reporter Name or Tape #:
                    Patricia Sanders (ss) [Entry date 10/19/01]

10/17/01  --        Jury trial held before Judge Wilkie D. Ferguson Jr. (ss)
                    [Entry date 10/19/01]

10/18/01  (133)     Minutes of Day 6 of Trial held before Judge Wilkie D.
                    Ferguson Jr. on 10/18/01; Court Reporter Name or Tape #:
                    Patricia Sanders (ss) [Entry date 10/19/01]

Proceedings include all events.                                         LSS
0:00cv6107 Harris v. Dayton Hudson    Vol. 3 cont.          CLOSED APPEAL

10/18/01 --        Jury trial held before Judge Wilkie D. Ferguson Jr. (ss)
                   [Entry date 10/19/01]

10/22/01 (134)     BRIEF by Dayton Hudson in support of submitting limiting
                   jury instructions on stray remarks (ss)

10/22/01 (135)     Minutes of jury deliberations & verdict held  before Judge
                   Wilkie D. Ferguson Jr. on 10/22/01;  Court Reporter Name or
                   Tape #: Patricia Sanders (dp) [Entry date 10/23/01]

10/22/01 (136)     Jury notes and Court's answers. (dp) [Entry date 10/23/01]

10/22/01 (137)     Court's Jury instructions (dp) [Entry date 10/23/01]

10/22/01 (138)     JURY VERDICT for Dayton Hudson (dp) [Entry date 10/23/01]

10/22/01 (139)     Release of exhibits to C. Annelies Mouring (dp)
                   [Entry date 10/23/01]

10/22/01 (140)     Release of exhibits to Margaret Bradley-Davis (dp)
                   [Entry date 10/23/01]

11/9/01  (141)     MOTION with memorandum in support by Steve Harris for
                   judgment as a matter of law, or alternatively for new
                   trial (dp) [Entry date 11/13/01]

11/28/01 (142)     RESPONSE by Dayton Hudson  to [141-1] motion for judgment
                   as a matter of law, [141-2] motion for new trial (dp)
                   [Entry date 11/29/01]

12/3/01  (143)     NOTICE of filing proposed final judgment by Dayton Hudson
                   (dp) [Entry date 12/04/01]

12/4/01  (144)     NOTICE of filing opening and closing arguments in support
                   of motion for judgment or alternatively for new trial by
                   Steve Harris (dp) [Entry date 12/05/01]

2/20/02  (145)     ORDER denying [141-1] motion for judgment as a matter of
                   law, granting [141-2] motion for new trial ( Signed by
                   Judge Wilkie D. Ferguson Jr. on 2/20/02) [EOD Date:
                   2/21/02] (dp) [Entry date 02/21/02]

3/6/02   (146)     MOTION with memorandum in support by Dayton Hudson for
                   reconsideration of [145-1] order, and to vacate [145-1]
                   order (dp) [Entry date 03/07/02]

3/18/02  (147)     RESPONSE by Steve Harris  to [146-1] motion for
                   reconsideration and to vacate [145-1] order (dp)
                   [Entry date 03/19/02]

3/21/02  (148)     ORDER denying [146-1] motion for reconsideration of [145-1]
                   order, denying [146-2] motion to vacate [145-1] order (
                   Signed by Judge Wilkie D. Ferguson Jr. on 3/21/02) [EOD
                   Date: 3/22/02] (dp) [Entry date 03/22/02]

Docket as of February 5, 2003 3:06 pm                        Page 13

Proceedings include all events.                                                          LSS
0:00cv6107 Harris v. Dayton Hudson        *Vol 3 cont.*        CLOSED APPEAL

4/8/02    149    RESPONSE by Dayton Hudson to plaintiff's motion for order
                 to renew subpoenas (dp) [Entry date 04/09/02]

4/9/02    150    MOTION by Steve Harris to revalidate subpoenas (dp)
                 [Entry date 04/10/02]

4/24/02   151    ORDER Changing Scheduled Hearing and Trial Period: Reset
                 scheduling order deadlines: Calendar Call set for 4:15
                 4/29/02; Jury Trial 5/6/02 (Signed by Judge Wilkie D.
                 Ferguson Jr. on 4/24/02) [EOD Date: 4/25/02] (ss)
                 [Entry date 04/25/02]

4/26/02   152    BRIEF in support of admissibility of internal investigation
                 records of plaintiff by Dayton Hudson (dp)
                 [Entry date 04/29/02]

4/26/02   153    MOTION with memorandum in support by Dayton Hudson to
                 permit introduction of sexual harassment investigation (dp)
                 [Entry date 04/29/02]

4/26/02   154    MOTION with memorandum in support by Dayton Hudson in
                 limine to exclude irrelevant and prejudicial material (dp)
                 [Entry date 04/29/02]

4/29/02   155    Minutes of calendar call held before Judge Wilkie D.
                 Ferguson Jr. on 4/29/02;  Court Reporter Name or Tape #:
                 Carl Schanzleh (dp) [Entry date 04/30/02]

4/29/02   --     Calendar call held before Judge Wilkie D. Ferguson Jr. (dp)
                 [Entry date 04/30/02]

5/1/02    156    NOTICE of Unavailability by Dayton Hudson  for dates of:
                 6/13-7/2 (dp) [Entry date 05/02/02]

5/1/02    157    NOTICE of Unavailability by Dayton Hudson  for dates of:
                 5/15/-5/24 (dp) [Entry date 05/02/02]

5/3/02    158    RESPONSE by Steve Harris  to [153-1] motion to permit
                 introduction of target's internal  investigation records,
                 dated April 26, 2002 (lh) [Entry date 05/06/02]

5/3/02    159    RESPONSE by Steve Harris  to [154-1] motion in limine to
                 exclude irrelevant and prejudicial material (lh)
                 [Entry date 05/06/02]

5/3/02    160    RESPONSE by Steve Harris  to [153-1] motion to permit
                 introduction of sexual harassment investigation (lh)
                 [Entry date 05/06/02]

5/3/02    161    NOTICE of filing trial transcript by Steve Harris (lh)
                 [Entry date 05/06/02]                  *End Vol 3*

```
Proceedings include all events.                                          LSS
0:00cv6107 Harris v. Dayton Hudson          Bec. N.1  4      CLOSED APPEAL
```

5/6/02   --        Voir Dire and Jury trial held  before Judge Wilkie D.
                   Ferguson Jr. (dp) [Entry date 05/08/02]

5/7/02   162       Minutes of voir dire & trial held  before Judge Wilkie D.
                   Ferguson Jr. on 5/6/02;  Court Reporter Name or Tape #:
                   Paul Haferling (dp) [Entry date 05/08/02]

5/7/02   163       ORDER permitting plaintiff's counsel to bring into the
                   courtroom a laptop computer during trial ( Signed by Judge
                   Wilkie D. Ferguson Jr. on 5/7/02) [EOD Date: 5/8/02] (dp)
                   [Entry date 05/08/02]

5/7/02   164       Minutes of trial held  before Judge Wilkie D. Ferguson Jr.
                   on 5/7/02;  Court Reporter Name or Tape #: Paul Haferling
                   (dp) [Entry date 05/08/02]

5/10/02  165       Minutes of trial day 3 held  before Judge Wilkie D.
                   Ferguson Jr. on 5/8/02;  Court Reporter Name or Tape #:
                   Paul Haferling (lh) [Entry date 05/13/02]

5/10/02  166       Minutes of trial /day 4 held  before Judge Wilkie D.
                   Ferguson Jr. on 5/9/02;  Court Reporter Name or Tape #:
                   Paul Haferling (lh) [Entry date 05/13/02]

5/13/02  167       Minutes of trial /day 6 held  before Judge Wilkie D.
                   Ferguson Jr. on 5/13/02;  Court Reporter Name or Tape #:
                   Paul Haferling (lh) [Entry date 05/14/02]

5/14/02  168       PROFFER of testimony and evidence by Dayton Hudson (ss)
                   [Entry date 05/15/02]

5/14/02  169       NOTICE of filing proposed jury instructions by Dayton
                   Hudson (ss) [Entry date 05/15/02]

5/14/02  170       Court's Jury instructions (lh) [Entry date 05/15/02]

5/14/02  171       Minutes of trial 6th day held  before Judge Wilkie D.
                   Ferguson Jr. on 5/14/02;  Court Reporter Name or Tape #:
                   Anita LaRocca (lh) [Entry date 05/15/02]

5/16/02  172       Jury notes and Court's answers. (ss) [Entry date 05/17/02]

5/16/02  173       JURY VERDICT for Dayton Hudson (ss) [Entry date 05/17/02]

5/16/02  174       FINAL JUDGMENT for Dayton Hudson against Steve Harris
                   (Signed by Judge Wilkie D. Ferguson Jr. on 5/16/02) [EOD
                   Date: 5/17/02] (ss) [Entry date 05/17/02]

5/16/02  175       Release of exhibits: by Dayton Hudson (ss)
                   [Entry date 05/17/02]

5/16/02  176       Release of exhibits: by Steve Harris (ss)
                   [Entry date 05/17/02]

Proceedings include all events.                           *Vol 4 Cont.*          LSS
0:00cv6107 Harris v. Dayton Hudson                          CLOSED APPEAL

| | | |
|---|---|---|
| 5/16/02 | -- | CASE CLOSED. Case and Motions no longer referred to Magistrate. (ss) [Entry date 05/17/02] |
| 5/20/02 | 177 | Exhibit and Witness List by Steve Harris, Dayton Hudson (dp) [Entry date 05/21/02] |
| 5/31/02 | 178 | RENEWED MOTION with memorandum in support by Steve Harris for judgment as a matter of law, for mistrial, or alternatively for new trial (dp) [Entry date 06/03/02] |
| 6/7/02 | 179 | MOTION with memorandum in support by Dayton Hudson to enjoin plaintiff's counsel from unethical conduct by contacting jurors, to strike, for sanctions (dp) [Entry date 06/10/02] |
| 6/14/02 | 180 | MOTION by Dayton Hudson to extend time to respond to renewed motion for judgment (dp) [Entry date 06/17/02] |
| 6/14/02 | 181 | NOTICE of filing offer of judgment by Dayton Hudson (dp) [Entry date 06/17/02] |
| 6/14/02 | 182 | MOTION with memorandum in support by Dayton Hudson for attorney fees, and to Tax Costs (dp) [Entry date 06/17/02] |
| 6/18/02 | 183 | NOTICE of filing affidavit in support of motion to tax costs and attorneys' fees by Dayton Hudson (dp) [Entry date 06/19/02] |
| 6/19/02 | 184 | Notice of compliance: by Dayton Hudson with Local Rule 7.3 (dp) [Entry date 06/20/02] |
| 6/19/02 | 185 | RESPONSE by Dayton Hudson to [178-1] motion for judgment as a matter of law, for mistrial (dp) [Entry date 06/20/02] |
| 6/21/02 | 186 | NOTICE of Unavailability by Steve Harris for dates of: 6/25/2002 through 7/12/02 (lh) [Entry date 06/24/02] |
| 6/21/02 | 187 | RESPONSE by Steve Harris to [179-1] motion to enjoin plaintiff's counsel from unethical conduct by contacting jurors, to strike (lh) [Entry date 06/24/02] |
| 6/25/02 | 188 | MOTION by Steve Harris to extend time to file opposition to motion to tax costs and to file reply to response to motion for new trial (dp) [Entry date 06/26/02] |
| 7/1/02 | 189 | REPLY by Dayton Hudson to response to [179-1] motion to enjoin plaintiff's counsel from unethical conduct by contacting jurors, to strike, [179-2] motion for sanctions (dp) [Entry date 07/02/02] |
| 7/17/02 | 190 | REPLY by Steve Harris to response to [178-1] motion for judgment as a matter of law, for mistrial (dp) [Entry date 07/18/02] |

*Handwritten annotations: "End Vol. 4", "Beg. Vol. 5"*

Docket as of February 5, 2003 3:06 pm                    Page 16

Proceedings include all events.                                                    LSS
0:00cv6107 Harris v. Dayton Hudson          Vol 5 cont.      CLOSED APPEAL

7/22/02  191    RESPONSE by Steve Harris  to [182-1] motion for attorney
                fees, [182-2] motion to Tax Costs (dp) [Entry date 07/23/02]

7/24/02  192    MOTION with memorandum in support by Dayton Hudson to
                strike [190-1] response reply (dp) [Entry date 08/20/02]

7/31/02  193    MOTION by Dayton Hudson to strike [191-1] motion response
                (dp) [Entry date 08/20/02]

7/31/02  194    MOTION by Dayton Hudson to strike [191-1] motion response
                (dp) [Entry date 08/20/02]

8/8/02   195    RESPONSE by Steve Harris  to [192-1] motion to strike
                [190-1] response reply (dp) [Entry date 08/20/02]

8/8/02   196    RESPONSE by Steve Harris  to [192-1] motion to strike
                [190-1] response reply (dp) [Entry date 08/20/02]

8/19/02  197    REPLY by Dayton Hudson  to response to [194-1] motion to
                strike [191-1] motion response, [193-1] motion to strike
                [191-1] motion response (dp) [Entry date 08/20/02]

8/19/02  198    REPLY by Dayton Hudson  to response to [192-1] motion to
                strike [190-1] response reply (dp) [Entry date 08/20/02]

8/23/02  199    ORDER denying [192-1] motion to strike [190-1] response
                reply, granting [188-1] motion to extend time to file
                opposition to motion to tax costs and to file reply to
                response to motion for new trial, dismissing [180-1] motion
                to extend time to respond to renewed motion for judgment,
                granting [179-1] motion to enjoin plaintiff's counsel from
                unethical conduct by contacting jurors, to strike, denying
                [179-2] motion for sanctions, denying [178-1] motion for
                judgment as a matter of law, for mistrial, denying [178-2]
                motion for new trial ( Signed by Judge Wilkie D. Ferguson
                Jr. on 8/23/02) [EOD Date: 8/26/02] (dp)
                [Entry date 08/26/02]

8/23/02  200    ORDER OF REFERENCE Referring Motion(s) [194-1] motion to
                strike [191-1] motion response referred  to Magistrate
                Judge Lurana S. Snow, [193-1] motion to strike [191-1]
                motion response referred  to Magistrate Judge Lurana S.
                Snow, [182-1] motion for attorney fees referred  to
                Magistrate Judge Lurana S. Snow, [182-2] motion to Tax
                Costs referred to Magistrate Judge Lurana S. Snow ( signed
                by Judge Wilkie D. Ferguson Jr.  on 8/23/02)  [EOD Date:
                8/26/02] (dp) [Entry date 08/26/02]

9/5/02   201    NOTICE of filing attorney records in support of motion to
                tax costs and attornes fees by Dayton Hudson (dp)
                [Entry date 09/06/02]                         Vol 6

Proceedings include all events.                                                    LSS
0:00cv6107 Harris v. Dayton Hudson                                      CLOSED APPEAL

9/19/02  (202)   NOTICE OF APPEAL by Steve Harris of [199-1] order, [174-1]
                 judgment order  EOD Date: 8/26/02;  Filing Fee: $ 105.00;
                 Receipt #: 526237  Copies to USCA and Counsel of Record. (gf)
                 [Entry date 09/20/02]

9/20/02  --      Certified copies of Notice of Appeal, Docket, and Order
                 under appeal to USCA: [202-1] appeal  by Steve Harris  as
                 to Steve Harris (gf)

9/26/02  (203)   CROSS NOTICE OF APPEAL by Dayton Hudson of [199-1] order,
                 [174-1] judgment order, [145-1] order, [117-1] order  EOD
                 Date: 8/26/02;  Filing Fee: $ NO FEE PAID;  Copies to USCA
                 and Counsel of Record. (gf) [Entry date 09/30/02]

9/30/02  --      Certified copies of Cross Notice of Appeal, Docket, and
                 Order under appeal to USCA: [203-1] appeal  by Dayton
                 Hudson  as to Dayton Hudson (gf)

9/30/02  --      NOTICE of Receipt of Notice of Appeal Transmittal Letter
                 from USCA  on 9/30/02as to Steve Harris  Re: [202-1] appeal
                 by Steve Harris  USCA NUMBER: 02-15216-A (dl)
                 [Entry date 10/03/02]

10/2/02  (204)   TRANSCRIPT INFORMATION FORM by Steve Harris  re: [202-1]
                 appeal  by Steve Harris  received on 10/4/02 from Court
                 Reporter. (Returned to Court Reporter Coordinator) (gf)
                 [Entry date 10/04/02]

10/7/02  (205)   TRANSCRIPT INFORMATION FORM as to Steve Harris  re: [202-1]
                 appeal  by Steve Harris ;  Transcript of Trial Proceedings
                 ordered on 9/30/02. No financial arrangements made with
                 Court Reporter. (gf) [Entry date 10/09/02]

10/9/02  --      NOTICE of Receipt of Notice of Appeal Transmittal Letter
                 from USCA  on 10/9/02as to Dayton Hudson  Re: [203-1]
                 appeal  by Dayton Hudson  USCA NUMBER: 02-15216-A (dl)
                 [Entry date 10/10/02]

10/17/02 (206)   USCA appeal fees received as to Dayton Hudson  Re: [203-1]
                 appeal  Filing Fee $ 105.00 Receipt # 526450 (gf)
                 [Entry date 10/18/02]

10/18/02 (207)   TRANSCRIPT INFORMATION FORM by Dayton Hudson  re: [203-1]
                 appeal  by Dayton Hudson  received on 10/18/02 from Court
                 Reporter. (Returned to Court Reporter Coordinator) (gf)

10/24/02 (208)   Acknowledgement of Transcript Information Form as to Steve
                 Harris re: [202-1] appeal  by Steve Harris  Transcript of:
                 Trial Proceedings held 5/6/02 & 5/6/020. Transcript due on:
                 11/25/02 for Steve Harris ;  Court Reporter name: Paul
                 Haferling (gf) [Entry date 10/25/02]

Docket as of February 5, 2003 3:06 pm                        Page 18

Proceedings include all events.                                    LSS
0:00cv6107 Harris v. Dayton Hudson                         CLOSED APPEAL

---

| 10/25/02 | 209 | TRANSCRIPT filed of Trial Hearing held October 11, 2001 before Judge Wilkie Ferguson Pages: 1-226 re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris . (hh)   Vol. 8 |

---

| 10/25/02 | 210 | TRANSCRIPT filed of Trial Hearing held October 15, 2001 before Judge Wilkie Ferguson Pages: 1-166 re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris . (hh)   Vol. 9 |

---

| 10/25/02 | 211 | TRANSCRIPT filed of Trial Hearing held October 16, 2001 before Judge Wilkie Ferguson Pages: 1-215 re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris . (hh)   Vol. 10 |

---

| 10/25/02 | 212 | TRANSCRIPT filed of Trial Hearing held October 17, 2001 before Judge Wilkie Ferguson Pages: 1-161 re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris . (hh)   Vol. 11 |

---

| 10/25/02 | 213 | TRANSCRIPT filed of Trial Hearing held October 18, 2001 before Judge Wilkie Ferguson Pages: 1-205 re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris . (hh)   Vol. 12 |

---

| 10/25/02 | 214 | TRANSCRIPT filed of Trial Hearing held October 22, 2001 before Judge Wilkie Ferguson Pages: 1-51 re: [203-1] Vol 13 appeal by Dayton Hudson, [202-1] appeal by Steve Harris . (hh) |

---

Vol 5 cont

| 10/25/02 | 215 | Transcript Information Form for Transcript of: Trial held 10/11/01, 10/15-18/01, 10/22/01 filed re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris (hh) |

---

| 11/14/02 | 216 | Certificate of readiness as to Steve Harris, Dayton Hudson transmitted to USCA Re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris    USCA NUMBER: 02-15216-A (dl) |

---

| 1/9/03 | 217 | TRANSCRIPT filed as to Steve Harris, Dayton Hudson of Jury Trial held 5/14/02 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-242 re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris. (gf)   Vol 19 |

---

| 1/9/03 | 218 | Transcript Information Form for Transcript of: Jury Trial held 5/14/02 filed re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris (gf) |

---

| 1/28/03 | 219 | TRANSCRIPT filed as to Steve Harris, Dayton Hudson of Trial Proceedings held 5/6/02 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-167 re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris . Appeal record due on 2/12/03 for Dayton Hudson, for Steve Harris . (gf) [Entry date 01/29/03]   Vol 14 |

---

Proceedings include all events.                                    LSS
0:00cv6107 Harris v. Dayton Hudson                        CLOSED APPEAL

---

1/28/03  220    TRANSCRIPT filed as to Steve Harris, Dayton Hudson  of
                Trial Proceedings held 5/7/02  before Judge Wilkie D.
                Ferguson, Jr.  Volume #: 1  Pages: 1-217  re: [203-1]
                appeal  by Dayton Hudson, [202-1] appeal  by Steve Harris .
                Appeal record due on 2/12/03 for Dayton Hudson, for Steve
                Harris . (gf) [Entry date 01/29/03]                Vol 15

---

1/28/03  221    TRANSCRIPT filed as to Steve Harris, Dayton Hudson  of
                Trial Proceedings held 5/8/02  before Judge Wilkie D.
                Ferguson, Jr.  Volume #: 1  Pages: 1-271  re: [203-1]
                appeal  by Dayton Hudson, [202-1] appeal  by Steve Harris .
                Appeal record due on 2/12/03 for Dayton Hudson, for Steve
                Harris . (gf) [Entry date 01/29/03]                Vol 16

---

1/28/03  222    TRANSCRIPT filed as to Steve Harris, Dayton Hudson  of
                Trial Proceedings held 5/9/02  before Judge Wilkie D.
                Ferguson, Jr.  Volume #: 1  Pages: 1-215  re: [203-1]
                appeal  by Dayton Hudson, [202-1] appeal  by Steve Harris .
                Appeal record due on 2/12/03 for Dayton Hudson, for Steve
                Harris . (gf) [Entry date 01/29/03]                Vol 17

---

1/28/03  223    TRANSCRIPT filed as to Steve Harris, Dayton Hudson  of
                Trial Proceedings held 5/13/02  before Judge Wilkie D.
                Ferguson, Jr.  Volume #: 1  Pages: 1-224  re: [203-1]
                appeal  by Dayton Hudson, [202-1] appeal  by Steve Harris .
                Appeal record due on 2/12/03 for Dayton Hudson, for Steve
                Harris . (gf) [Entry date 01/29/03]                Vol 18

---

1/28/03  (224)  Transcript Information Form for  Transcript of: Trial
                Proceedings held 5/6/02-5/9/02 & 5/13/02 filed re: [203-1]
                appeal  by Dayton Hudson, [202-1] appeal  by Steve Harris
                (gf) [Entry date 01/29/03]

---

1/30/03  225    TRANSCRIPT filed as to Steve Harris, Dayton Hudson of
                Verdict from Jury Trial held 5/16/02 before Judge Wilkie D.
                Ferguson, Jr. Volume #: 1 Pages: 21-25 re: [203-1] appeal
                by Dayton Hudson, [202-1] appeal by Steve Harris. (gf) Vol 20

---

2/5/03   226    TRANSCRIPT filed as to Steve Harris, Dayton Hudson  of
                Opening Statements held 10/10/01  before Judge Wilkie D.
                Ferguson, Jr.  Volume #: 1  Pages: 1-26  re: [203-1] appeal
                by Dayton Hudson, [202-1] appeal  by Steve Harris . Appeal
                record due on 2/20/03 for Dayton Hudson, for Steve Harris .
                (gf)                                               Vol 7

---

2/6/03   (227)  AMENDED CERTIFICATE OF READINESS as to Steve Harris, Dayton
                Hudson transmitted to USCA Re: [203-1] appeal by Dayton
                Hudson, [202-1] appeal by Steve Harris USCA NUMBER:
                02-15216-AA (gf)                          End Vol 5

---

Docket as of February 6, 2003 10:04 am                     Page 20