UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6107-Civ-Ferguson/Snow

STEVE HARRIS,

    Plaintiff,

vs.

DAYTON HUDSON CORP., d/b/a
TARGET STORES,

    Defendant.
_____/



## ORDER

THIS CAUSE is before the Court on various motions filed by the defendant, which were referred to United States Magistrate Judge Lurana S. Snow. With the Court being advised, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Defendant's Motion to Strike Plaintiff's Response to Defendant's Motion to Tax Costs (Docket Entry 193) is DENIED.

2. The Defendant's Motion to Strike Plaintiff's Response to Defendant's Motion to Tax Costs (Docket Entry 194) is DENIED AS MOOT.

DONE AND ORDERED at Fort Lauderdale, Florida, this 20th day of February, 2002.

                                                 LURANA S. SNOW
                                               UNITED STATES MAGISTRATE JUDGE

Copies to:    Richard J. Burton, Esq.
               Sheila M. Cesarano, Esq.