```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
```

**STEVE HARRIS,**           )
                            )     CASE NUMBER:
        PLAINTIFF,          )     00-6107-Civ-WDF
                            )
    vs.                     )
                            )
**DAYTON HUDSON CORPORATION,** )   THIS VOLUME:
                            )     PAGES 1-20
        DEFENDANT.          )
_____)

      EXCERPT from JURY TRIAL had before THE HONORABLE WILKIE D. FERGUSON, JR., in Fort Lauderdale, Broward County, Florida, on Wednesday, May 15, 2002, in the above-styled matter.

APPEARANCES:

FOR THE PLAINTIFF:          RICHARD BURTON, ESQ.

FOR THE DEFENDANT:          MARY HOUSTON, ESQ.
                            SIDNEY CALLOWAY, ESQ.
                            RENE GONZALES-LLORENS, ESQ.

```
                         ANITA LaROCCA
                     OFFICIAL COURT REPORTER
                        U. S. COURTHOUSE
                   299 E. BROWARD BLVD., 205-D
                  FORT LAUDERDALE, FLORIDA 33301
                          954 769-5568
```



# NOT

# SCANNED

## PLEASE REFER TO COURT FILE