UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-Cv-Ferguson

FILED by _____ D.C.
CT. REP.
APR 07 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

STEVE HARRIS,
       Plaintiff,

VS.

DAYTON HUDSON CORPORATION,
d/b/a TARGET STORES,
       Defendant.

- - -

CHARGE CONFERENCE HELD OCTOBER 18, 2001

BEFORE THE HONORABLE WILKIE FERGUSON

UNITED STATES DISTRICT JUDGE

- - -

APPEARANCES:

RICHARD J. BURTON & ASSOCIATES, P.A.
RICHARD J. BURTON, ESQUIRE
18305 Biscayne Boulevard, Suite 300
Miami, Florida 33160
on behalf of the Plaintiff

SHUTTS & BOWEN LLP
SHEILA M. CESARANO, ESQUIRE
RENE GONZALEZ LLORENS, ESQUIRE
201 South Biscayne Boulevard
Miami, Florida 33131
on behalf of the Defendant

REPORTED BY:
PATRICIA SANDERS, RPR

Proceedings recorded by mechanical stenography, transcript produced by computer aided transcription.

REC'D by _____ D.C.
APPEAL
APR - 7 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

PATRICIA W. SANDERS, OFFICIAL COURT REPORTER
(305) 523-5654