UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6107-cv-Ferguson

STEVE HARRIS,

      Plaintiff,

      VS.

DAYTON HUDSON CORPORATION,
d/b/a TARGET STORES,

      Defendant.

- - -

CHARGE CONFERENCE HELD OCTOBER 22, 2001

BEFORE THE HONORABLE WILKIE FERGUSON

UNITED STATES DISTRICT JUDGE

- - -

APPEARANCES:

RICHARD J. BURTON & ASSOCIATES, P.A.
RICHARD J. BURTON, ESQUIRE
18305 Biscayne Boulevard, Suite 300
Miami, Florida  33160
on behalf of the Plaintiff

SHUTTS & BOWEN LLP
SHEILA M. CESARANO, ESQUIRE
RENE GONZALEZ LLORENS, ESQUIRE
201 South Biscayne Boulevard
Miami, Florida  33131
on behalf of the Defendant

REPORTED BY:
PATRICIA SANDERS, RPR

Proceedings recorded by mechanical stenography, transcript
produced by computer aided transcription.

APPEAL

APR 1 0 2003

CLARENCE MADDOX

PATRICIA W. SANDERS, OFFICIAL COURT REPORTER
(305) 523-5654