UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON

STEVE HARRIS,

    Plaintiff,

vs.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant.
_____/



## NOTICE OF WITHDRAWAL OF MOTION TO SUPPLEMENT THE RECORD

1.    Undersigned counsel, appellate counsel for Plaintiff, STEVE HARRIS, herewith withdraws the Motion to Supplement the Record served on April 4, 2003.

2.    The undersigned will consult with trial counsel to have the referenced material filed with the clerk of the court.

GELLER, GELLER, SHIENVOLD,
FISHER & GARFINKEL, L.L.P.
Attorneys for Plaintiff/Appellant
2411 Hollywood Boulevard
Hollywood, FL 33020
Telephone:   954-920-2300/305-949-6600
Fax:   954-920-6885

BY: _____
PEGGY FISHER
Florida Bar No. 198994

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail on this ___ day of April, 2003, to SHEILA M. CESARANO, ESQ. and RENE J. GONZALEZ-

HARRIS V. DAYTON HUDSON CORPORATION
CASE NO. 00-6107-CIV-FERGUSON

LLORENS, ESQ., Shutts & Bowen LLP, Attorneys for Appellee, 1500 Miami Center, 201 South Biscayne Boulevard, Miami, FL 33131.

_____
PEGGY FISHER

W:\csilver\harris\pleadings\notice of withdrawal of motion to supplement the record