**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

Clerk's Office - Appeal #02-15216-AA        Date: July 3, 2003
U.S. Court of Appeals - Eleventh Circuit  USDC # 00-6107-CV-WDF
56 Forsyth St., N.W.                       USCA # 02-15216-AA
Atlanta, GA  30303

IN RE: **Steve Harris v. Dayton Hudson**

================================================================

### 1ˢᵗ Supplemental Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal.  The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

<u>1</u>  Volume of Pleadings
<u>3</u>  Volumes of Transcripts

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                        Deputy Clerk

Please Acknowledge Receipt of 1ˢᵗ Supplemental Certificate of Readiness.

_____
    Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*



```
Proceedings include events between 2/20/03 and 7/3/03.           LSS
0:00cv6107 Harris v. Dayton Hudson                        CLOSED APPEAL

                                                  LSS    CLOSED
                                                         APPEAL
                        U.S. District Court
          Southern District of Florida (FtLauderdale)

            CIVIL DOCKET FOR CASE #: 00-CV-6107

Harris v. Dayton Hudson                          Filed: 01/21/00
Assigned to: Judge Wilkie D. Ferguson, Jr.   Jury demand: Both
Demand: $0,000                               Nature of Suit: 442
Lead Docket: None                            Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:2000 Job Discrimination (Race)    BEG. Supp. 1, Vol. 1
```

| | | |
|---|---|---|
| 2/20/03 | (228) | REPORT AND RECOMMENDATIONS of Magistrate Judge Lurana S. Snow recommending that [182-1] motion for attorney fees, be denied [182-2] motion to Tax Costs be granted in the sum of $18,557.39. Motion no longer referred. Signed on: 2/20/03  Objections to R and R due by 3/3/03 CCAP (dp) [Entry date 02/21/03] |
| 2/20/03 | (229) | ORDER denying [194-1] motion to strike [191-1] motion response, denying [193-1] motion to strike [191-1] motion response ( Signed by Magistrate Judge Lurana S. Snow on 2/20/03) [EOD Date: 2/21/03] (dp) [Entry date 02/21/03] |
| 2/24/03 | -- | ACKNOWLEDGMENT of receipt by U.S.C.A. of: Amended COR on 2/11/03;  U.S.C.A. # 02-15216-AA (gf) [Entry date 02/28/03] |
| 3/5/03 | (230) | TRANSCRIPT INFORMATION FORM by Steve Harris re: [202-1] appeal by Steve Harris received on 3/6/03 from Court Reporter. (Returned to Court Reporter Coordinator) (gf) [Entry date 03/06/03] |
| 3/10/03 | 231 | TRANSCRIPT filed as to Steve Harris, Dayton Hudson of Jury Trial held 5/15/02 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-20 re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris . Appeal record due on 3/25/03 for Dayton Hudson, for Steve Harris . (gf) Supp. 1, Vol. 4 |
| 3/31/03 | (232) | ORDER adopting [228-1] report and recommendations denying [182-1] motion for attorney fees, granting [182-2] motion to Tax Costs in the sum of $5,000.00 ( Signed by Judge Wilkie D. Ferguson Jr. on 3/31/03) [EOD Date: 4/1/03]  CCAP (dp) [Entry date 04/01/03] |
| 4/7/03 | 233 | TRANSCRIPT filed of charge conference held 10/18/01 before Judge Wilkie Ferguson Pages: 1-15 re: [203-1] appeal by Dayton Hudson, [202-1] appeal by Steve Harris . . (ga) [Entry date 04/08/03]  Supp. 1, Vol. 2 |

```
Docket as of July 3, 2003 12:12 pm              Page 1
```



Proceedings include events between 2/20/03 and 7/3/03.          LSS
0:00cv6107 Harris v. Dayton Hudson          *Supp. 1, Vol. 1 cont.*    CLOSED APPEAL

| | | |
|---|---|---|
| 4/7/03 | (234) | Transcript Information Form for  Transcript of: charge conference held 10/18/01 filed re: [203-1] appeal  by Dayton Hudson, [202-1] appeal  by Steve Harris (ga) [Entry date 04/08/03] |
| 4/7/03 | (235) | MOTION by Steve Harris to supplement the record (dp) [Entry date 04/08/03] |
| 4/9/03 | 236 | TRANSCRIPT filed  of charge conference held 10/22/01 before Judge Wilkie Ferguson  Pages: 1-6  re: [203-1] appeal  by Dayton Hudson, [202-1] appeal  by Steve Harris . . (ga) [Entry date 04/10/03]   *Supp. 1, Vol. 3* |
| 4/9/03 | (237) | Transcript Information Form for  Transcript of: charge conference held 10/22/01 filed re: [202-1] appeal  by Steve Harris (ga) [Entry date 04/10/03] |
| 4/14/03 | (238) | NOTICE of filing proposed jury instructions by Steve Harris (dp) [Entry date 04/15/03] |
| 4/14/03 | (239) | NOTICE OF WITHDRAWAL by Steve Harris  of [235-1] motion to supplement the record (dp) [Entry date 04/15/03] |
| 4/24/03 | (240) | CORRECTED NOTICE of filing proposed jury instructions by Steve Harris (dp) [Entry date 04/25/03] |
| 7/3/03 | (241) | 1st Supplemental Certificate of Readiness transmitted to USCA Re: [203-1] appeal  by Dayton Hudson, [202-1] appeal by Steve Harris  USCA NUMBER: 02-15216-AA (gf)   *End Supp. 1, Vol. 1* |