UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CIV-FERGUSON

STEVE HARRIS,

    Plaintiff/Appellant,

vs.

DAYTON HUDSON CORPORATION
d/b/a TARGET STORES,

    Defendant/Appellee.
_____/



## NOTICE OF CHANGE OF ADDRESS

Please be advised of a change of address, effective November 26, 2003, as follows:

Peggy Fisher
9300 SW 61st Court
Pinecrest, Florida 33156
Telephone No.: (305) 667-1456

BY: _____
PEGGY FISHER
Florida Bar No. 198994
9300 SW 61st Court
Pinecrest, Florida 33156
Tel.: (305) 667-1456

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail on this 21st day of November, 2003, to SHEILA M. CESARANO, ESQ. and RENE J.

GONZALEZ-LLORENS, ESQ., Shutts & Bowen LLP, Attorneys for Appellee, 1500 Miami Center, 201 South Biscayne Boulevard, Miami, FL 33131.

_____
PEGGY FISHER